UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------x
AMDOCS (ISRAEL) LIMITED, an Israeli  : Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,
                                     :
            Plaintiff,               **JURY TRIAL DEMANDED**
                                     :
    v.
                                     :
OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an  :
Irish Corporation,
                                     :
            Defendants.
                                     :
------------------------------------x

## CERTIFICATE OF SERVICE

I, Michelle E. Kanter, hereby certify:

1. I am an associate at Wilmer Cutler Pickering Hale and Dorr LLP. I am not a party to this action.

2. James H. Wallace of Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006 agreed to accept service of the Summons and Complaint in this matter on behalf of Openet Telecom, Ltd.

3. On November 3, 2010, I served true and correct copies of the Summons and Complaint to Openet Telecom, Ltd. on Mr. Wallace via hand delivery by Washington Express courier service. I received confirmation from Washington Express courier service that the package was delivered on November 3, 2010, at 5:42 PM.

4. On November 8, 2010, Mr. Wallace confirmed via email that he had received service of the summons and complaint.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  11/9/2010

Michelle E. Kanter