

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909



FILED MAILROOM
NOV 12 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
------------------------------------------------------------------X
AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,

           Plaintiff(s),

-against-

OPENET TELECOM, INC., a Delaware Corporation,
and OPENET TELECOM LTD, an Irish Corporation,

           Defendant(s).
------------------------------------------------------------------X
DISTRICT OF COLUMBIA ):s.s.:

Index No. 1:10 CV 910
AFFIDAVIT OF SERVICE

    MICHAEL JONES, being duly sworn, deposes and says:

    I am not a party to this action, am over the age of eighteen years, and reside in the State of District of Columbia.

    I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case; Complaint for Patent Infringement, Jury Trial Demanded and Notice for the above entitled-action to be served upon Openet Telecom, Inc., defendant herein named.

    On the 3rd day of November, 2010, at approximately 2:24 p.m. at 11465 Sunset Hills Road, Suite 310, Reston, Virginia, I served true copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT, JURY TRIAL DEMANDED and NOTICE, in the above entitled-action, upon OPENET TELECOM, INC., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Angela Pinette. At time of service, Ms. Pinette identified herself as the Regional Vice President of Sale for Openet Telecom, Inc. and as a person authorized to accept service of process for Openet Telecom, Inc.

Ms. Pinette is a Caucasian female, approximately 40 years of age, 5'8" tall, 170 lbs, with dark hair and dark eyes.

Sworn to before me this,
3rd day of November, 2010

_____
NOTARY PUBLIC

Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2012

_____
MICHAEL JONES