UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



------------------------------- x
AMDOCS (ISRAEL) LIMITED, an Israeli : Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,
                                  :
          Plaintiff,                 **JURY TRIAL DEMANDED**
                                  :
     v.
                                  :
OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an :
Irish Corporation,
                                  :
          Defendants.
                                  :
------------------------------- x

## CERTIFICATE OF SERVICE

I, Michelle E. Kanter, hereby certify:

1. I am an associate at Wilmer Cutler Pickering Hale and Dorr LLP. I am not a party to this action.

2. James H. Wallace of Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006 agreed to accept service of the Summons and Complaint in this matter on behalf of Openet Telecom, Ltd.

3. On November 3, 2010, I served true and correct copies of the Summons and Complaint to Openet Telecom, Ltd. on Mr. Wallace via hand delivery by Washington Express courier service. I received confirmation from Washington Express courier service that the package was delivered on November 3, 2010, at 5:42 PM.

4. On November 8, 2010, Mr. Wallace confirmed via email that he had received service of the summons and complaint.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/9/2010

Michelle E. Kanter

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2010, I will serve on the following counsel via Federal Express copies of the foregoing Affidavit of Service of Michael Jones and Certificate of Service of Michelle E. Kanter filed with the court:

James H. Wallace, Jr., Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006

_____

Michelle E. Kanter