IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10-cv-910 (LMB/TRJ) |

**DEFENDANT OPENET TELECOM, INC.'S RULE 7.1 DISCLOSURE**

Defendant Openet Telecom Ltd. states pursuant to Fed. R. Civ. P. 7.1(a)(2) and Local Civil Rule 7.1(A)(1)(c) that it has no parent, subsidiary, or affiliate entities to report that have issued stock to the public and that no publicly traded company owns more than 10% of its stock.

Respectfully Submitted,

Dated: November 24, 2010

By: /s/ Brian H. Pandya

James H. Wallace, Jr. (*pro hac vice* forthcoming)
Eric H. Weisblatt (VSB No. 21561)
Anthony Son (*pro hac vice* forthcoming)
Brian H. Pandya (VSB No. 72233)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Emails:  jwallace@wileyrein.com,
eweisblatt@wileyrein.com, ason@wileyrein.com,
bpandya@wileyrein.com

*Counsel for Openet Telecom Ltd.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 24th Day of November 2010, with other counsel of record being served by regular mail.

                              /s/ Brian Pandya
                              Brian Pandya