AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Amdocs (Israel) Limited )<br>*Plaintiff* )<br>v. )<br>Openet Telecom, Inc. and Openet Telecom Ltd. )<br>*Defendant* ) | Case No.   1:10cv910 (LMB/TRJ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Openet Telecom, Inc.

Date:   12/20/2010

/s/ Joseph Shin
*Attorney's signature*

Joseph Shin VA Bar No.: 79051
*Printed name and bar number*

Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
*Address*

jshin@wileyrein.com
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*