INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE THOMAS RAWLES JONES, JR.

CA- 10cv910

DATE: 12/22/10

TIME: 11:49 TO 12:15

APPEARANCES COUNSEL FOR:

(X) PLAINTIFF   (X) DEFENDANT   (  ) PRO SE PLAINTIFF   (  ) PRO SE DEFENDANT

DISCOVERY PLAN:

(  ) APPROVED   (  ) APPROVED AS AMENDED   (  ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

(  ) YES

(  ) CONSENT SIGNED

ADR/SETTLEMENT:

(  ) PENDING   (  ) WILL DISCUSS   (  ) OTHER

(X) ORDER TO ISSUE

— protective order excluding in-house counsel sealing provisions to be filed by Monday.

— confidential provision to be included in 16b order

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE

any motion to amend or to join a party to be filed by 1/18/11

— All general objections to discovery requests overruled in advance (except as to privilege)