**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli     :
corporation,                                  Case No. 1:10-cv-00910-LMB -TRJ
                                     :
                   Plaintiff,                 JURY TRIAL DEMANDED
                                     :

      vs.                                           :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD.,    :
an Irish Corporation,
                                     :
                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENT TO JOINT DISCOVERY PLAN**

In paragraphs 1(f) and (g) of the Court's Rule 16(b) scheduling order of December 22,

2010 (D.I. 26), the Court directed the parties to report to the Court regarding any issues relating

to claims of privilege or protection of trial preparation materials, and regarding any issues

relating to preserving discoverable information.  The parties have conferred regarding these

subjects.  With respect to inadvertent production of privileged materials, the parties believe that

this issue is addressed in the parties' Stipulated Proposed Protective Order (D.I. 27).  The parties

agree that there are no additional issues to report at this time.

Respectfully submitted,

| By:_____/s/_____ <br> Brian H. Pandya <br> James H. Wallace, Jr. (pro hac vice) <br> Eric H. Weisblatt (VSB No. 21561) <br> Anthony Son (pro hac vice) <br> Brian H. Pandya (VSB No. 72233) <br> WILEY REIN LLP <br> 1776 K Street NW <br> Washington, D.C. 20006 <br> Telephone: (202) 719-7000 <br> Facsimile: (202) 719-7049 <br> Emails:  jwallace@wileyrein.com, <br> eweisblatt@wileyrein.com, <br> ason@wileyrein.com, <br> bpandya@wileyrein.com <br><br><br> Attorneys for Defendants | _____/s/_____ <br> Gregory H. Lantier (Bar. No. 65657) <br> WILMER, CUTLER, PICKERING, <br>    HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> Phone:  (202) 663-6000 <br> Fax:  (202) 663-6363 <br><br> Attorney for Plaintiff |
|---|---|
|  | *Of counsel:* <br><br> Nels T. Lippert <br> S. Calvin Walden <br> Laura A. Sheridan <br> WILMER, CUTLER, PICKERING, <br> HALE AND DORR LLP <br> 399 Park Avenue <br> New York, New York 10022 <br> Phone:  (212) 230-8800 <br> Fax:  (212) 230-8888 |

January 5, 2011