IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>       Defendants. | Case No. 1:10-CV-910 (LMB/TRJ)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Openet respectfully requests a hearing on Openet's Motion to Enforce the Rule 16(b) Scheduling Order to be set for Friday, January 21, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard.

Dated: January 14, 2011

Respectfully submitted,

/s/ Brian H. Pandya

James H. Wallace (admitted *pro hac vice*)
Eric H. Weisblatt (VSB No. 21561)
Anthony Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 14th Day of January 2011, with other counsel of record being served by regular mail.

/s/ Brian H. Pandya
Brian H. Pandya