# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## PLAINTIFF'S MOTION PURSUANT TO RULE 15(a)(2) FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully moves, pursuant to Federal Rule of Civil Procedure 15(a)(2), for leave to file an amended complaint, attached as Exhibit 1 to this motion. The reasons supporting Amdocs' motion are set forth separately in the attached memorandum in support.

Amdocs states that the parties are continuing to consult as to Defendants' consent or opposition to this motion.

January 18, 2011

Respectfully Submitted,

_/s/_____
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER, CUTLER, PICKERING, HALE,
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 18nd day of January, 2011, I served on the following counsel for Openet Telecom, Inc. and Openet Telecom Ltd. via the court's ECF system the foregoing Plaintiff's Motion Pursuant to Rule 15(a)(2) for Leave to File an Amended Complaint with supporting papers thereto, which caused electronic notification to be sent to the following:

Brian Pandya, Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

Joseph Shin, Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006
jshin@wileyrein.com

       I also served the foregoing documents on the following counsel by Federal Express:

James H. Wallace, Jr., Esq.
Anthony Son, Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006

       _/s/_____
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

*Counsel for Amdocs (Israel) Limited*