**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>     Defendants. | Case No. 1:10-CV-910 (LMB/TRJ)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR LEAVE TO AMEND PLEADINGS**

Pursuant to Paragraph 1.c of the Rule 16(b) Scheduling Order (Dkt No. 26), Defendants Openet Telecom, Inc. and Openet Telecom Ltd. move for leave to file the amended answer and counterclaims of Openet Telecom, Inc., attached hereto as Exhibit A, and the amended answer of Openet Telecom Ltd., attached hereto as Exhibit B.  The attached proposed amended pleadings add defenses and counterclaims relating to inequitable conduct.

Counsel for Defendants has met and conferred with counsel for Plaintiff Amdocs (Israel) Ltd., and Plaintiff does not oppose entry of these proposed amended pleadings.

Dated: January 18, 2011                             Respectfully submitted,


                                                    /s/ Brian H. Pandya

                                                    James H. Wallace (admitted *pro hac vice*)
                                                    Eric H. Weisblatt (VSB No. 21561)
                                                    Anthony Son (admitted *pro hac vice*)
                                                    Brian H. Pandya (VSB No. 72233)
                                                    Joseph Shin (VSB No. 79051)
                                                    WILEY REIN LLP
                                                    1776 K Street NW
                                                    Washington, D.C. 20006
                                                    Telephone: (202) 719-7000
                                                    Facsimile: (202) 719-7049

                                                    *Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 18th Day of January 2011, with other counsel of record being served by regular mail.


                                                                        /s/ Brian H. Pandya
                                                                        Brian H. Pandya