**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully requests a hearing on Amdocs' Motion for Leave to File an Amended Complaint to be set for Friday, January 28, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard.

January 19, 2011

Respectfully submitted,

_/s/_____
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER, CUTLER, PICKERING, HALE,
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2011, I served the foregoing on the following counsel for Openet Telecom, Inc. and Openet Telecom Ltd. via the court's ECF system, which caused electronic notification to be sent to the following:

Brian Pandya, Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

Joseph Shin, Esq.
Wiley Rein LLP, 1776 K Street NW
Washington, DC 20006
jshin@wileyrein.com

_/s/_____
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

*Counsel for Amdocs (Israel) Limited*