**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>               Defendants. | Case No. 1:10-CV-910 (LMB/TRJ)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SCHEDULED HEARING**

PLEASE TAKE NOTICE that Openet respectfully requests a scheduled hearing on Openet's First Motion to Compel Depositions to be set for Friday, January 28, 2011 at 10:00 AM or as soon thereafter as the matter may be heard.

Dated: January 21, 2011

Respectfully submitted,

/s/ Brian H. Pandya

James H. Wallace (admitted *pro hac vice*)
Eric H. Weisblatt (VSB No. 21561)
Anthony Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 21st Day of January 2011, with other counsel of record being served by regular mail.

/s/ Brian H. Pandya
Brian H. Pandya
