# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully requests a hearing on its Motion to Compel Deposition Testimony and Interrogatory Responses Regarding Defendants' Creation, Implementation, and Knowledge of DSD Scripts to be set for Friday, March 25, 2011 at 10:00 a.m. or as soon thereafter as this matter can be heard.

March 18, 2011                                                 Respectfully Submitted,

_/s/_____
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE,
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of March, 2011, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian Himanshu Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                                                          _____/s/_____
                                                      Gregory H. Lantier (Bar. No. 65657)
                                                      WILMER, CUTLER, PICKERING,
                                                      HALE AND DORR LLP
                                                      1875 Pennsylvania Avenue, N.W.
                                                      Washington, DC 20006
                                                      Phone:  (202) 663-6000
                                                      Fax:  (202) 663-6363
                                                      gregory.lantier@wilmerhale.com

                                                      Attorney for Plaintiff
                                                     Amdocs (Israel) Limited