**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully moves to file plaintiff's memorandum in support of plaintiff's motion to compel deposition testimony and interrogatory responses regarding defendants' creation, implementation, and knowledge of DSD scripts, as well as the accompanying exhibits.  The basis for this request is that the defendants have designated certain materials as "Highly Confidential" under the Court's Protective Order, thereby requesting that these materials not be made part of the public record.  In order to avoid a potential violation of the Protective Order, Amdocs is moving to file these materials under seal.

March 21, 2011                                Respectfully Submitted,

                                                         _/s/_____
                                                         Gregory H. Lantier (VSB No. 65657)
                                                         WILMER CUTLER PICKERING HALE,
                                                         AND DORR LLP
                                                         1875 Pennsylvania Avenue, N.W.
                                                         Washington, D.C. 20006
                                                         Phone: (202) 663-6000
                                                         Fax: (202) 663-6363
                                                         gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of March, 2011, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian Himanshu Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                _____/s/_____
                                     Gregory H. Lantier (Bar. No. 65657)
                                     WILMER, CUTLER, PICKERING,
                                     HALE AND DORR LLP
                                     1875 Pennsylvania Avenue, N.W.
                                     Washington, DC 20006
                                     Phone: (202) 663-6000
                                     Fax: (202) 663-6363
                                     gregory.lantier@wilmerhale.com

                                     Attorney for Plaintiff
                                     Amdocs (Israel) Limited