Date: 3/25/11

Judge: <u>Thomas Rawles Jones, Jr.</u>
Reporter: <u>FTR</u>

Start: 10:22
Finish: 10:47

Civil Action Number: 10cv910

Amdocs (Israel) Limited

vs.

Openet Telecom, Inc. et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

#60 Pltf's motion to compel - Granted
#62 - Pltf's motion to seal - taken under advisement
#67    "    "    "    "    redacted documents to be filed.

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

( ) Report and Recommendation to Follow
(X) Order to Follow