IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| AMDOCS (Israel) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:10cv910 |
| | ) | |
| OPENET TELECOM, INC., | ) | |
| OPENET TELECOM, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated from the bench, and in accord with specific rulings made at that

time, is is

ORDERED that plaintiff's motion to compel (no. 60) is GRANTED.

ENTERED this 25th day of March, 2011.


_____/s/_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge


Alexandria, Virginia