AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Amdocs (Israel) Limited | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cv-00910-LMB-TRJ |
| Openet Telecom, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Amdocs (Israel) Limited

Date: 03/21/2011

*Attorney's signature*

James L. Quarles III, VA #44993
*Printed name and bar number*

Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
*Address*

james.quarles@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*