AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Amdocs (Israel) Limited | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:10-cv-00910-LMB-TRJ |
| Openet Telecon, Inc. and Openet Telecom Ltd. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Openet Telecon, Inc. and Openet Telecom Ltd.                                                                                       .

Date:   04/12/2011

/s/ Adrienne Johnson
*Attorney's signature*

Adrienne Johnson VA Bar No.: 78631
*Printed name and bar number*

Wiley Rein LLP
1776 K Street NW
Washington DC 20006
*Address*

ajohnson@wileyrein.com
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*