IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| AMDOCS (Israel) LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  1:10cv910 |
| | ) |
| OPENET TELECOM, INC., | ) |
| OPENET TELECOM, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

For the reasons stated in the court's meeting with counsel, it is ORDERED that the discovery schedule is revised as follows:

- April 22, 2011 - Rebuttal Expert Reports due.

- April 29, 2011 - Completion of deposition discovery.

- May 6, 2011   - File exhibit lists and witness lists

                - Exchange exhibits

- May 13, 2011 - File objective to exhibits and witnesses.

The final pretrial conference remains set for April 21, 2011, at 10:00 a.m.

ENTERED this 14th day of April, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia