# FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. 1:10cv910    DATE: 4/21/11
JUDGE: Brinkema
COURT REPORTER: Thomson

Amdocs (Israel) Limited    vs.    Openet Telecom Inc., et al

START TIME: 10:19
END TIME: 10:29

APPEARANCES: Counsel for:    Plaintiff (r)    Defendant (r)    Pro Se ( )

(r) Case set for trial by **JURY** on 7/25/11 10:00 (7-10 days)

( ) Case set for trial by **COURT** on _____

| | | |
|---|---|---|
| Plaintiff's Witness List filed | ☐ ECF | ☐ In Open Court |
| Plaintiff's Exhibit List filed | ☐ ECF | ☐ In Open Court |
| Dft's Witness List filed | ☐ ECF | ☐ In Open Court |
| Dft's Exhibit List filed | ☐ ECF | ☐ In Open Court |

Objections to exhibits to be filed within _____ days.

Notes: Have not exchanged exhibit lists, filing date extended