# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## **JOINT MOTION FOR CONSENT SCHEDULING AND FINAL PRETRIAL ORDER**

In accordance with the Court's rulings at the April 21, 2011 Final Pretrial Conference, Plaintiff Amdocs (Israel) Limited ("Amdocs"), with the consent of defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively, "Openet"), respectfully moves for a consent order entering the parties' agreed-upon final pretrial schedule. The original consent order, signed by counsel for both parties, will be filed with the Clerk promptly.

| | |
|---|---|
| April 27, 2011 | Respectfully Submitted,<br><br>_/s/_____<br>James L. Quarles III (VSB No. 44993)<br>Gregory H. Lantier (VSB No. 65657)<br>WILMER CUTLER PICKERING HALE, AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br>james.quarles@wilmerhale.com<br>gregory.lantier@wilmerhale.com<br><br>Nels T. Lippert, *pro hac vice*<br>Calvin Walden, *pro hac vice*<br>Laura A. Sheridan, *pro hac vice* |

Victor F. Souto, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

# CERTIFICATE OF SERVICE

       I hereby certify that on the 27th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                                                                                        _____/s/_____
                                        Gregory H. Lantier (Bar. No. 65657)
                                        WILMER, CUTLER, PICKERING,
                                        HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, DC 20006
                                        Phone:  (202) 663-6000
                                        Fax:  (202) 663-6363
                                        gregory.lantier@wilmerhale.com

                                        Attorney for Plaintiff
                                        Amdocs (Israel) Limited