

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli
corporation,

                Plaintiff,

vs.

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD.,
an Irish Corporation,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:10-cv-00910-LMB -TRJ

**JURY TRIAL DEMANDED**

## CONSENT SCHEDULING AND FINAL PRETRIAL ORDER

In accordance with the Court's rulings at the April 21, 2011 Final Pretrial Conference, Plaintiff Amdocs (Israel) Limited ("Amdocs") and Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively, "Openet") submit the following proposed pretrial schedule:

| Date | Event |
|---|---|
| April 29, 2011 | Completion of fact discovery |
| May 6, 2011 | Completion of expert depositions |
| May 13, 2011 | File witness and exhibit lists, and stipulated uncontested facts; exchange copies of exhibits and deposition designations. |
| May 20, 2011 | Exchange deposition counter-designations; objections to witnesses and exhibits. |
| May 26, 2011 | Deadline to File Summary Judgment and *Markman* motions. Each side may submit a single brief, not to exceed ~~50~~ 30 [init.] pages double-spaced in size 12 Times New Roman font, in support of its summary judgment and *Markman* motion. |
| June 16, 2011 | Deadline to File Oppositions to Summary Judgment and *Markman* motions. Each side may submit a single brief, not to exceed ~~50~~ 30 [init.] pages double-spaced in size 12 Times New Roman font, opposing |

|  | the summary judgment and *Markman* motion filed by the other side. |
|---|---|
| June 27, 2011 | Motions in Limine/*Daubert* Motions Due |
| June 30, 2011 | Deadline for Filing Summary Judgment and Markman Reply briefs. Each side may submit a single brief, not to exceed ~~25~~ 20 pages, double-spaced, in size 12 Times New Roman font, in support of its summary judgment and *Markman* motions. |
| July 8, 2011 | Summary Judgment / *Markman* Hearing |
| July 18, 2011 | Submission of Joint Proposed Jury Instructions |
| July 25, 2011, 10 a.m. | Jury selection begins |

Dated: April 27, 2011                    Respectfully submitted,

| /s/ Brian H. Pandya<br>James H. Wallace, Jr. (*pro hac vice*)<br>Eric H. Weisblatt (VSB No. 21561)<br>Anthony Son (*pro hac vice*)<br>Brian H. Pandya (Bar No. 72233)<br><br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>Emails: jwallace@wileyrein.com,<br>eweisblatt@wileyrein.com,<br>ason@wileyrein.com,<br>bpandya@wileyrein.com<br><br><br>Attorneys for Defendants | /s/<br>James L. Quarles III (Bar No. 44993)<br>Gregory H. Lantier (Bar. No. 65657)<br>WILMER, CUTLER, PICKERING,<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Phone: (202) 663-6000<br>Fax: (202) 663-6363<br><br>Attorneys for Plaintiff |
|---|---|
|  | *Of counsel:*<br><br>Nels T. Lippert, *pro hac vice*<br>S. Calvin Walden, *pro hac vice*<br>Laura A. Sheridan, *pro hac vice*<br>Victor F. Souto, *pro hac vice*<br>WILMER CUTLER PICKERING |

|  | HALE AND DORR LLP<br>399 Park Avenue<br>New York, New York 10022<br>Phone: (212) 230-8800<br>Fax: (212) 230-8888<br><br>Attorneys for Plaintiff |
|---|---|

**SO ORDERED.**

_____/s/_____ 4/29/11
Leonie M. Brinkema
**United States District Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2011, I served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via hand delivery to counsel's office the foregoing Consent Scheduling and Final Pretrial Order.

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Michelle E. Kanter