UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | : | Case No. 1:10-CV-910 (LMB/TRJ) |
| | : | |
| Plaintiff, | | **JURY TRIAL DEMANDED** |
| | : | |
| v. | | |
| | : | |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | : | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STATEMENT OF STIPULATED UNCONTESTED FACTS**

Plaintiff Amdocs (Israel) Ltd. ("Amdocs") and defendants Openet Telecom, Inc. and

Openet Telecom Limited (collectively referred to as "Openet") stipulate to the following

undisputed facts for the purposes of trial in this matter:

I.       **PARTIES**

1.       Amdocs is an Israeli corporation having its principal place of business at 8

Hapnina Street, Ra'anana, 4300 Israel.

2.       Openet Telecom, Inc. is a Delaware corporation having a principal place of

business at 11465 Sunset Hills Road, Suite 310, Reston, VA 20190.

3.       Openet Telecom Ltd. is an Irish corporation having a principal place of business

at 6 Beckett Way, Park West Business Park, Dublin 12, Ireland.

## II.   **PATENTS**

### A.   **U.S. Patent No. 6,836,797**

4.   U.S. Patent No. 6,836,797 ("the '797 patent"), entitled "System, Method and Computer Program Product for Network Record Synthesis," issued on December 28, 2004.

5.   Claims 1, 2, 7, 8, and 19 of the '797 patent are at issue in this case.

### B.   **U.S. Patent No. 7,631,065**

6.   U.S. Patent No. 7,631,065 ("the '065 patent), entitled "System, Method and Computer Program Product for Merging Data in a Network-Based Filtering and Aggregating Platform," issued on December 8, 2009.

7.   Claims 1, 4, 7, 13, and 17 of the '065 patent are at issue in this case.

### C.   **U.S. Patent No. 7,412,510**

8.   U.S. Patent No. 7,412,510 ("the '510 patent"), entitled "System, Method and Computer Program Product for Reporting on the Collection of Network Usage Information," issued on August 12, 2008.

9.   Claims 16, 17, and 19 of the '510 patent are at issue in this case.

### D.   **U.S. Patent No. 6,947,984**

10.   U.S. Patent No. 6,947,984 ("the '984 patent"), entitled "System, Method and Computer Program Product for Reporting in a Network-Based Filtering and Aggregating Platform," issued on September 20, 2005.

11.   Claims 1, 2, 6, 8, and 13 of the '984 patent are at issue in this case.

Dated: May 13, 2011                         Respectfully submitted,

| | |
|---|---|
| _____/s/_____ <br> Brian H. Pandya <br> James H. Wallace, Jr. (pro hac vice) <br> Eric H. Weisblatt (VSB No. 21561) <br> Anthony Son (pro hac vice) <br> Brian H. Pandya (VSB No. 72233) <br> WILEY REIN LLP <br> 1776 K Street NW <br> Washington, D.C. 20006 <br> Telephone: (202) 719-7000 <br> Facsimile: (202) 719-7049 <br> Emails:  jwallace@wileyrein.com, <br> eweisblatt@wileyrein.com, <br> ason@wileyrein.com, <br> bpandya@wileyrein.com <br><br><br> Attorneys for Defendants | _____/s/_____ <br> Gregory H. Lantier (Bar. No. 65657) <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> Phone:  (202) 663-6000 <br> Fax:  (202) 663-6363 <br> Email: gregory.lantier@wilmerhale.com <br> Attorney for Plaintiff |
| | *Of counsel:* <br><br> Nels T. Lippert, *pro hac vice* <br> S. Calvin Walden, *pro hac vice* <br> Laura A. Sheridan, *pro hac vice* <br> Victor F. Souto, *pro hac vice* <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 399 Park Avenue <br> New York, New York 10022 <br> Phone:  (212) 230-8800 <br> Fax:  (212) 230-8888 <br><br> Attorneys for Plaintiff |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of May, 2011, I served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via ECF the foregoing Statement of Stipulated Undisputed Facts:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

_____/s/_____
Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

Attorney for Plaintiff
