UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli     :    Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

                                :

               Plaintiff,           :      **JURY TRIAL DEMANDED**

                                :

    v.                                 

                                :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an    :
Irish Corporation,

                                :

               Defendants.

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PLAINTIFF'S RULE 26(a)(3)(A)(i) AND RULE 26(a)(3)(A)(ii)  DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), plaintiff Amdocs (Israel) Ltd. ("Amdocs")

respectfully provides the following disclosures related to its trial witnesses.  Amdocs reserves the

right to supplement and/or revise these disclosures.  Amdocs reserves the right to call additional

witnesses to respond to testimony by defendants' witnesses.  Amdocs further reserves the right to

call additional witnesses regarding authentication of documents if contested.

**I.**      **Witnesses Under Fed. R. Civ. P. 26(a)(3)(A)(i)**

      A.     Amdocs intends to present the following witnesses at trial to support its claims or
           defenses:

           1.     Tal Givoly
                 Special Advisor
                 Amdocs (Israel) Ltd.
                 8 Hapnina St.
                 Ra'anana 43000
                 Israel
                 (202) 663-6000 (Counsel)

2.      Zur Yahalom
        Head of Presales and Professional Services
        Revenue Management
        Amdocs (Israel) Ltd.
        8 Hapnina St.
        Ra'anana 43000
        Israel
        (202) 663-6000 (Counsel)

3.      Ellen Zegura
        Professor and Chair
        School of Computer Science, College of Computing
        Georgia Institute of Technology
        Atlanta, Georgia 30332-0765
        (404) 894-1403

4.      Mark Hosfield
        Principal
        Davis & Hosfield Consulting LLC
        20 North Wacker Drive
        Suite 2150
        Chicago, Illinois 60606
        (312) 506-1515

B.      Amdocs may present the following witnesses if the need arises at trial to support
        its claims or defenses:

1.      Limor Schweitzer
        Avenida do Lago 565 Blc 3, R/C B
        Edificio Constanza
        2765-421
        Estoril
        Portugal
        (202) 663-6000 (Counsel)

2.      Eran Wagner
        President, NA Operations at cVidya
        26800 Almaden Ct.
        Los Altos Hills, California 94022
        (202) 663-6000 (Counsel)

3.      Udi Hershkovich
        Head of Professional Services
        Amdocs, Inc.
        45365 Vintage Park Plaza
        Dulles, Virginia  20166
        (202) 663-6000 (Counsel)

**II.**     **Witnesses Under Fed. R. Civ. P. 26(a)(3)(A)(ii)**

    A.    Amdocs designates the following witnesses whose testimony Amdocs expects to present by deposition:

        1.    Niall Byrne

        2.    Joseph Hogan

        3.    Philip Hogan

        4.    Michael Manzo

        5.    Eimer McGovern

        6.    Alan McNamee

        7.    Niall Norton

        8.    Noel O'Rafferty

        9.    Limor Schweitzer

        10.    Juliana Su

        11.    Gaogao Wang

        12.    Kevin Zilka

Dated: May 13, 2011                    Respectfully submitted,


\_\_\_\_\_/s/_____
Gregory H. Lantier (Bar. No. 65657)
James L. Quarles III (Bar No. 44993)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
Victor F. Souto, *pro hac vice*
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone:  (212) 230-8800
Fax:  (212) 230-8888

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of May, 2011, I served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via ECF the foregoing Plaintiff's Rule 26(a)(3)(A)(i) and Rule 26(a)(3)(A)(ii) Disclosures:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

                                                 ___/s/_____
                                                 Gregory H. Lantier (Bar. No. 65657)
                                                 WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
                                                 1875 Pennsylvania Avenue, N.W.
                                                 Washington, DC 20006
                                                 Phone:  (202) 663-6000
                                                 Fax:  (202) 663-6363

                                                 Attorney for Plaintiff