# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | Case No. 1:10cv910 (LMB/TRJ) |
| Plaintiff, | |
| v. | |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | |
| Defendants. | |

## OPENET TELECOM, INC. AND OPENET TELECOM LTD.'S RULE 26(a)(3) PRE-TRIAL DISCLOSURES

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. ("Openet") makes the

following disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's April 29, 2011

Consent Scheduling and Final Pretrial Order (Dkt. No. 79):

### List of Witnesses

The witnesses Openet expects to present at trial and the witnesses Openet may call if the

need arises are as follows:

| Witness | Will Call | May Call |
|---|---|---|
| Joseph Hogan | X | |
| Philip Hogan | | X |
| Niall Norton | X | |
| Eimer McGovern | | X |
| Niall Byrne | | X |
| Alan McNamee | | X |
| Michael Manzo | X | |
| Noel O'Rafferty | | X |
| Juliana Su | X | |
| Gaogao Wang | | X |
| Tal Givoly | | X |
| Limor Schweitzer | | X |
| Eran Wagner | | X |
| Kevin J. Zilka | | X |

| | | |
|---|---|---|
| Udi Hershkovich | | X |
| Zur Yahalom | | X |
| Patrick McDaniel | X | |
| Michael I. Shamos | X | |
| Mary Woodford | X | |
| Ellen W. Zegura | | X |
| Mark J. Hosfield | | X |
| Any witness identified by Plaintiff | | X |

**Deposition Designations**

Openet may use testimony from one or more of the following witnesses by means of

deposition, depending upon the proofs and positions taken by Plaintiff at trial.  Openet's

deposition designations by name, page, and line reference are as follows:

| Witness | Deposition Date | Reference | Plaintiff's Objections | Plaintiff's Counter-designations |
|---|---|---|---|---|
| Tal Givoly | February 10, 2011 | 8:7-24 | | |
| | | 9:17-10:4 | | |
| | | 23:3-25:10 | | |
| | | 51:24-52:25 | | |
| | | 56:9-57:18 | | |
| | | 87:18-87:22 | | |
| | | 96:12-96:14 | | |
| | | 100:22-101:20 | | |
| | | 101:22-102:4 | | |
| | | 124:4-124:9 | | |
| | | 137:5-137:25 | | |
| | | 194:2-198:11 | | |
| | | 220:12-25 | | |
| | | 221:3-19 | | |
| | | 225:6-226:20 | | |
| | February 11, 2011 | 446:12-447:22 | | |
| | | 448:23-450:5 | | |
| | | 456:11-457:15 | | |
| | | 477:8-479:3 | | |
| | | 481:7-18 | | |
| | March 3, 2011 | 530:3-10 | | |
| | | 636:12-642:6 | | |
| | April 26, 2011 | 5:7-14 | | |
| | | 6:18-7:10 | | |
| | | 20:13-21:3 | | |

| | | | | |
|---|---|---|---|---|
| | | 57:12-60:25 | | |
| | | 66:8-10 | | |
| | | 70:12-71:18 | | |
| Limor Schweitzer | February 24, 2011 | 9:13 | | |
| | | 29:10-30:25 | | |
| | | 96:20-97:20 | | |
| | | 101:19-102:13 | | |
| | | 103:6-18 | | |
| | | 104:23-106:25 | | |
| | | 107:4-20 | | |
| | | 109:15-110:7 | | |
| | | 128:13-130:1 | | |
| | | 131:17-132:11 | | |
| | | 135:13-19 | | |
| | | 135:21-135:25 | | |
| | | 142:25-143:24 | | |
| | | 156:19-159:25 | | |
| Udi Hershkovich | February 9, 2011 | 7:4-23 | | |
| | | 46:20-47:14 | | |
| | | 48:15-21 | | |
| | | 50:24-52:24 | | |
| | | 59:16-61:5 | | |
| | | 94:16-22 | | |
| | | 96:23-97:4 | | |
| | | 97:7 | | |
| | | 106:9-108:24 | | |
| | | 138:25-139:12 | | |
| Zur Yahalom | February 24, 2011 | 7:11-8:14 | | |
| | | 41:17-21 | | |
| | | 42:1-6 | | |
| | | 42:8-16 | | |
| | | 112:19-113:4 | | |
| | | 113:6-7 | | |
| | | 226:15-227:3 | | |
| | | 227:5-7 | | |
| Niall Byrne | February 3, 2011 | 7:2-7 | | |
| | | 11:11-17 | | |
| | | 13:2-3 | | |
| | | 84:21-86:6 | | |
| Noel O'Rafferty | March 9, 2011 | 8:9-20 | | |
| | | 28:7-14 | | |
| | | 31:1-7 | | |

May 13, 2011                              Respectfully submitted,


                                          ____/s/_____
                                          James H. Wallace Jr. (admitted *pro hac vice*)
                                          Eric H. Weisblatt (VSB No. 21561)
                                          Anthony Son (admitted *pro hac vice*)
                                          Brian H. Pandya (VSB No. 72233)
                                          Joseph Shin (VSB No. 79051)
                                          Adrienne Johnson (VSB No. 78631)
                                          WILEY REIN LLP
                                          1776 K Street NW
                                          Washington, D.C. 20006
                                          Telephone: (202) 719-7000
                                          Facsimile: (202) 719-7049

                                          *Counsel for Openet Telecom, Inc. and Openet*
                                          *Telecom Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of May, 2011, I filed the foregoing Openet Telecom, Inc. and Openet Telecom Ltd.'s Rule 26(a)(3) Pre-Trial Disclosures with the Clerk of Court via CM/ECF which will then send a notification of such filling to following counsel for Amdocs (Israel) Ltd.

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com

_____/s/_____
Joseph Shin