UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli     :   Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

                                 :

          Plaintiff,       :   **JURY TRIAL DEMANDED**

                                 :

   v.

                                 :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an :
Irish Corporation,

                                 :

          Defendants.

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**PLAINTIFF AMDOCS' TRIAL EXHIBIT LIST**

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 001 | Certified Copy of United States Patent No. 7,631,065 | AMDOCS0996724 - AMDOCS0996744 |
| 002 | Certified Copy of United States Patent No. 6,836,797 | AMDOCS0996745 - AMDOCS0996771 |
| 003 | Certified Copy of United States Patent No. 7,412,510 | AMDOCS0996704 - AMDOCS0996723 |
| 004 | Certified Copy of United States Patent No. 7,947,984 | AMDOCS0996685 - AMDOCS0996703 |
| 005 | Certified Copy of United States Patent File History No. 7,631,065 | AMDOCS0968499 - AMDOCS0969405 |
| 006 | Certified Copy of United States Patent File History No. 6,836,797 | AMDOCS0967785 - AMDOCS0968070 |
| 007 | Certified Copy of United States Patent File History No. 7,412,510 | AMDOCS0967458 - AMDOCS0967784 |
| 008 | Certified Copy of United States Patent File History No. 7,947,984 | AMDOCS0968071 - AMDOCS0968498 |
| 009 | Certified Copy of United States Patent Application No. 60/066,898 | AMDOCS0986950 - AMDOCS0987021 |
| 010 | Certified Copy of United States Patent Application No. 60/109,095 (Part 1 of 2) | AMDOCS0987022 - AMDOCS0987244 |
| 011 | Certified Copy of United States Patent Application No. 60/109,095 (Part 2 of 2) | AMDOCS0987245 - AMDOCS0987482 |
| 012 | Certified Copy of United States Patent File History No. 6,418,467 (Part 1 of 3) | AMDOCS0987483 - AMDOCS0987959 |
| 013 | Certified Copy of United States Patent File History No. 6,418,467 (Part 2 of 3) | AMDOCS0987960 - AMDOCS0988323 |
| 014 | Certified Copy of United States Patent File History No. 6,418,467 (Part 3 of 3) | AMDOCS0988324 - AMDOCS0988736 |
| 015 | Certified Copy of United States Provisional Patent Application No. 60/242,733 (filed on October 23, 2000) | AMDOCS0996772 - AMDOCS0996796 |
| 016 | XaCCT, "Fall Internet World '97" | AMDOCS0004365 - AMDOCS0004394 |
| 017 | XaCCT v2.0 User's Guide | AMDOCS0004487 - AMDOCS0004636 |
| 018 | 8/15/1997 XaCCT Development Gantt | AMDOCS0004984 - AMDOCS0004985 |
| 019 | 6/20/1997 Software Requirements Specification for the Gatherer, Revision 1.0 | AMDOCS0004986 - AMDOCS0005003 |
| 020 | 9/8/1997 System Design Document, Revision 1.0 | AMDOCS0005106 - AMDOCS0005127 |
| 021 | 1997 XaCCT Brochure | AMDOCS0005273 - AMDOCS0005278 |
| 022 | 5/23/1997 XaCCT 3.0 Documentation Scheme, Revision 1.0 | AMDOCS0005869 - AMDOCS0005874 |
| 023 | 6/6/1997 XaCCT 3.0 System Development Plan, Revision 1.0 | AMDOCS0005875 - AMDOCS0005904 |
| 024 | 6/4/1997 XaCCT 3.0 Functional Specification for the XaCCT 3.0 Miniature Prototype, Revision 1.0 | AMDOCS0005906 - AMDOCS0005912 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 025 | 7/14/1997 XaCCT 3.0 System Specification Document, Revision 1.0 | AMDOCS0005913 - AMDOCS0005940 |
| 026 | 6/16/1997 XaCCT 3.0 Software Requirements Specification for the Central Event Manager, Revision 1.0 | AMDOCS0005943 - AMDOCS0005966 |
| 027 | 3/18/1997 XaCCT 3.0 White Paper, Revision 1.4 | AMDOCS0005984 - AMDOCS0005998 |
| 028 | 7/2/1997 XaCCT 3.0 Coding Conventions, Revision 1.0 | AMDOCS0006000 - AMDOCS0006012 |
| 029 | 7/30/1997 XaCCT 3.0 Interface Description Document for the Universal Network Information Record (UNIR) Protocol, Revision 1.0 | AMDOCS0006057 - AMDOCS0006075 |
| 030 | 7/28/1997 XaCCT 3.0 Software Design Document for the IP Session Reconstructor, Revision 1.0 | AMDOCS0006076 - AMDOCS0006088 |
| 031 | 6/23/1997 XaCCT 3.0 Vision Statement, Revision 1.0 | AMDOCS0006090 - AMDOCS0006097 |
| 032 | 7/27/1997 XaCCT 3.0 System GANTT Chart, Revision 1.0 | AMDOCS0006100 - AMDOCS0006109 |
| 033 | 7/13/1997 XaCCT 3.0 Software Requirements Specification for the Configuration User Interface, Revision 1.0 | AMDOCS0006139 - AMDOCS0006160 |
| 034 | 7/27/1997 XaCCT Development Gantt | AMDOCS0006166 - AMDOCS0006169 |
| 035 | 7/8/1997 Interface Description Document for the CUI - CEM, Revision 1.0 | AMDOCS0006217 - AMDOCS0006231 |
| 036 | Settlement and Release Agreement | AMDOCS0006249 - AMDOCS0006259 |
| 037 | 3/19/1998 XaCCT, "XACCT Technologies Now Shipping Accounting and Reporting System for Corporate Network Resource and ISP Use" | AMDOCS0007098 - AMDOCS0007100 |
| 038 | 12/10/1997 XaCCT, "XaCCT Technologies Releases Accounting and Reporting System for ISP and Corporate Network Resource Use" | AMDOCS0007143 - AMDOCS0007145 |
| 039 | 4/1998 XaCCT, "Accounting and Reporting System for Corporate Network Resource and ISF Use" | AMDOCS0007187 |
| 040 | XaCCT Partnership with Cornela Networks | AMDOCS0015428 - AMDOCS0015476 |
| 041 | 8/5/1997 Memorandum re: Meeting Minutes (August 4, 1997) Development Status and Schedule | AMDOCS0015968 |
| 042 | FusionWorks Mediation User Guide 4.3 | AMDOCS0031895 - AMDOCS0032444 |
| 043 | 1/26/2004 XaCCT Press Release | AMDOCS0259692 - AMDOCS0259695 |
| 044 | 6/28/1997 Software Design Document for the Configuration User Interface, Revision 1.0 | AMDOCS0341852 - AMDOCS0341860 |
| 045 | 8/5/1997 Memorandum re: Meeting Minutes (August 5, 1997) - Graphic design work to be outsourced | AMDOCS0341985 |
| 046 | 8/17/1997 Actually commissioned graphic design work to be outsourced | AMDOCS0341986 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 047 | 8/11/1997 Software Requirements Specification For The Reporting User Interface, Revision 1.0 | AMDOCS0342039 - AMDOCS0342050 |
| 048 | 7/3/1997 Memorandum re: Advanced XaCCT 3.0 features – Meeting Minutes (July 2, 1997) | AMDOCS0342094 |
| 049 | Chart of advanced features and technologies to be considered for the initial and subsequent releases of the product | AMDOCS0342113 - AMDOCS0342117 |
| 050 | 7/28/1997 System Design Document, Revision 1.0 | AMDOCS0342125 - AMDOCS0342136 |
| 051 | 7/25/1997 Vision Statement, Revision 1.1 | AMDOCS0342230 - AMDOCS0342237 |
| 052 | 7/17/1997 Email re: Meeting Minutes (July 16, 1997) - Problems with computation flow, CUI, CEM and more | AMDOCS0800736 - AMDOCS0800739 |
| 053 | 11/16/2004 Amdocs Patent Strategy Review (Woodford Depo Ex. 5) | AMDOCS0928633 - AMDOCS0928714 |
| 054 | **INTENTIONALLY OMITTED** | |
| 055 | **INTENTIONALLY OMITTED** | |
| 056 | **INTENTIONALLY OMITTED** | |
| 057 | Amdocs Limited Amendment No. 1 to Form 20-F for the fiscal year ending September 30, 2006 | AMDOCS0974378 - AMDOCS0974419 |
| 058 | Amdocs Limited Amendment No. 1 to Form 20-F for the fiscal year ending September 30, 2010 | AMDOCS0974420 - AMDOCS0974427 |
| 059 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2006 | AMDOCS0974428 - AMDOCS0974490 |
| 060 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2007 | AMDOCS0974491 - AMDOCS0974631 |
| 061 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2008 | AMDOCS0974632 - AMDOCS0974817 |
| 062 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2009 | AMDOCS0974818 - AMDOCS0975006 |
| 063 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2010 | AMDOCS0975007 - AMDOCS0975189 |
| 064 | 4/17/2001 XaCCT, "Red Herring Names XaCCT Technologies As One of Its Top 50 Private Companies" | AMDOCS0997023 - AMDOCS0997024 |
| 065 | 4/6/1999 XaCCT, "XaCCT Technologies inducted into the 'Winners Circle' of software companies" | AMDOCS0997025 - AMDOCS0997026 |
| 066 | 12/10/1999 XaCCT, "XaCCTusage honoured by Internet Telephony magazine as 1999 Product of the Year" | AMDOCS0997027 - AMDOCS0997028 |
| 067 | 1/14/2002 XaCCT, "XaCCT Technologies Wins Coveted Product of the Year Award From Internet Telephony Magazine; 'Network-to-Business' Platform Selected From Among More Than 150 Applications" | AMDOCS0997029 - AMDOCS0997030 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 068 | 7/1/2001 B/OSS, "B/OSS 2001 Billing Excellence Award" | AMDOCS0997031 - AMDOCS0997033 |
| 069 | 7/2/2001 XaCCT, "XaCCTmobile Awarded 'Best New Product' at the TeleStrategies Billing World 2001 Conference – the World's Largest Communications Billing Event" | AMDOCS0997034 - AMDOCS0997035 |
| 070 | 6/21/1999 XaCCT, "XaCCT Technologies Named Hot Start-Up by Telecommunications Magazine" | AMDOCS0997036 - AMDOCS0997037 |
| 071 | 3/1999 Telecommunications, "Winners circle: Software companies to watch" | AMDOCS0997038 - AMDOCS0997039 |
| 072 | 5/1/2000 XaCCT, "XaCCTusage Voted Most Innovative Billing Product At Billing Systems 2000; XaCCTusage Takes Home Award; Billing Systems 2000 Conference and Exhibition" | AMDOCS0997041 - AMDOCS0997042 |
| 073 | 5/14/1999 XaCCT, "XaCCT Technologies voted 'Most Innovative Billing Product' at Billing Systems 1999" | AMDOCS0997043 - AMDOCS0997045 |
| 074 | 5/23/2002 XaCCT, "XaCCT Technologies Named One of UPSIDE Magazine's HOT 100 Companies for 2002; Coveted UPSIDE Hot 100 Award Recognizes Innovation, Leadership and Performance" | AMDOCS0997046 - AMDOCS0997047 |
| 075 | 7/27/1998 "Service Level Agreements: ISP Guarantees: Who Wins?", *Network World*, p. 30 | AMDOCS0997048 - AMDOCS0997050 |
| 076 | Openet Telecom Limited Directors'   report and consolidated financial statements for the period ended December 31, 2005 (McGovern Depo Ex. 6) | OPENET00000001 - OPENET00000035 |
| 077 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2008  (Norton Depo Ex. 20) | OPENET00000036 - OPENET00000065 |
| 078 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2009  (McGovern Depo Ex. 4) | OPENET00000066 -OPENET00000094 |
| 079 | Openet Convergent Mediation Data Sheet  (P. Hogan Depo Ex. 8) | OPENET00000101 - OPENET00000103 |
| 080 | Openet Policy Manager Data Sheet  (P. Hogan Depo Ex. 6) | OPENET00000107 - OPENET00000109 |
| 081 | Openet Profile Manager Data Sheet  (P. Hogan Depo Ex. 7) | OPENET00000110 - OPENET00000111 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 082 | Openet Telecom Limited Directors' report and consolidated financial statements for the period ended December 31, 2006 (McGovern Depo Ex. 7) | OPENET00000112 - OPENET00000146 |
| 083 | Openet Balance Manager | OPENET00000207 - OPENET00000208 |
| 084 | Presentation: Openet Strategy & Plan for 2010  (McGovern Depo Ex. 8) | OPENET00000242 - OPENET00000251 |
| 085 | 1/26/2010 Presentation: Board of Directors Meeting - January 2010  (McGovern Depo Ex. 9) | OPENET00000332 - OPENET00000335 |
| 086 | 9/29/2010 Presentation: Board of Directors Meeting - September 2010 (McGovern Depo Ex. 10) | OPENET00000344 - OPENET00000346 |
| 087 | Hard copy version: License Fee spreadsheet  (McGovern Depo Ex. 13) | OPENET00000395 - OPENET00000722 |
| 088 | Native excel version: License Fee spreadsheet | OPENET00000395 - OPENET00000722 |
| 089 | Various Entities Trial Balances (McGovern Depo Ex. 19) | OPENET00000729 - OPENET00000803 |
| 090 | Hard copy version: License Opportunity spreadsheet (McGovern Depo Ex. 12) | OPENET00000837 - OPENET00000965 |
| 091 | Native excel version: License Opportunity spreadsheet | OPENET00000837 - OPENET00000965 |
| 092 | 3/30/2004 Presentation: Openet Telecom Employee Briefing (Norton Depo Ex. 11) | OPENET00000974 - OPENET00000977 |
| 093 | Presentation: Openet Convergent Mediation (O'Rafferty Depo Ex. 5) | OPENET00001558 - OPENET00001628 |
| 094 | Presentation: Active Mediation Roadmap, CTO Office, August 2002  (Norton Depo Ex. 9) | OPENET00016789 - OPENET00016797 |
| 095 | 7/27/2010 FusionWorks Convergent Charging 4.1 Overview Guide | OPENET00020955 - OPENET00021013 |
| 096 | 8/11/2010 FusionWorks Convergent Mediation 6.1 Overview Guide | OPENET00036109 - OPENET00036161 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 097 | OPENET 6.2 Framework Guide | OPENET00037330 - OPENET00037738 |
| 098 | High Level Design - AT&T Data Rearchitecture (Su Depo Ex. 30) | OPENET00065384 - OPENET00065407 |
| 099 | 4/16/2003 FusionWorks Release Notes Software Version 3.5  (Norton Depo Ex. 10) | OPENET00134864 - OPENET00134907 |
| 100 | 10/21/2010 FusionWorks Balance Manager User Guide Software Release 3.2 (Byrne Depo Ex. 10) | OPENET00159729 - OPENET00159902 |
| 101 | 10/21/2010 FusionWorks Convergent Charging User Guide Software Version 4.2 (Byrne Depo Ex. 7) | OPENET00159903 - OPENET00160124 |
| 102 | 10/21/2010 FusionWorks Convergent Mediation Collectors Guide Software Release 6.2 (J. Hogan Depo Ex. 16) | OPENET00160349 - OPENET00160772 |
| 103 | 10/21/2010 FusionWorks Convergent Mediation User Guide Software Release 6.2 (Byrne Depo Ex. 4) | OPENET00161539 - OPENET00162539 |
| 104 | 10/21/2010 FusionWorks Framework DSD Reference Guide Software Release 6.2 (J. Hogan Depo Ex. 19) | OPENET00163540 - OPENET00164195 |
| 105 | 10/21/2010 FusionWorks Framework User Guide Software Release 6.2 (J. Hogan Depo Ex. 18) | OPENET00164294 - OPENET00165272 |
| 106 | 10/21/2010 FusionWorks Network Edge Rating User Guide Software Release 6.2 (Byrne Depo Ex. 11) | OPENET00165273 - OPENET00165656 |
| 107 | 7/2009 Cisco Policy Manager User Guide Release 1.0 (Byrne Depo Ex. 15) | OPENET00169374 - OPENET00169789 |
| 108 | 11/17/2010 FusionWorks Policy Manager User Guide Software Version 3.2 (Byrne Depo Ex. 14) | OPENET00170948 - OPENET00171523 |
| 109 | 12/30/2010 iMediate Requirements Specification for the Openet IP Mediation System (McNamee Depo Ex. 5) | OPENET00176858 - OPENET00176874 |
| 110 | 12/30/2010 iMediator Requirements Specification for the Openet IP Mediation System (McNamee Depo Ex. 6) | OPENET00176935 - OPENET00176952 |
| 111 | AT&T High Level Design - 200573a - AOC Zero rated project (Su Depo Ex. 26) | OPENET00177990 - OPENET00177998 |
| 112 | AT&T Application Design Document for FW60 Data Re-Architecture | OPENET00178014 - OPENET00178116 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 113 | AT&T Application Design - 199822 XACCT Sunset/Migration to FusionWorks (Su Depo Ex. 12) | OPENET00178694 - OPENET00178841 |
| 114 | Openet Telecom Instant Messaging Technical Specification For Cingular | OPENET00179749 - OPENET00179788 |
| 115 | Policy Solution Phase-I Technical Specification For Cricket Wireless (Su Depo Ex. 35) | OPENET00180425 - OPENET00180527 |
| 116 | Openet SDA - AM - Release 2.0/FusionWorks Technical Specification (Internal) Version 0.8 For Time Warner Cable (Wang Depo Ex. 15) | OPENET00200924 - OPENET00201097 |
| 117 | FW5.5 Upgrade Technical Specification (Su Depo Ex. 48) | OPENET00205382 - OPENET00205462 |
| 118 | 8/31/2006 Data Mediation DM-415 PDSN-Usage Routing Correlator Technical Specification For Verizon Wireless (Wang Depo Ex. 3) | OPENET00205703 - OPENET00205735 |
| 119 | IP Mediation - Phase 1 Mediation Solution Analysis for Verizon Wireless | OPENET00208133 - OPENET00208199 |
| 120 | Openet Telecom - Software License Pricing Tool  (P. Hogan Depo Ex. 17) | OPENET00213177 - OPENET00213177.0009 |
| 121 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2007  (Norton Depo Ex. 19) | OPENET00214187 - OPENET00214217 |
| 122 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ending December 31, 2009  (Norton Depo Ex. 21) | OPENET00214221 - OPENET00214249 |
| 123 | 12/12/2006 Email from Jose Pacheco to Ivan Kunz et al. re: XACCT: Where we are better!  (Norton Depo Ex. 24) | OPENET00214621 - OPENET00214623 |
| 124 | Shake Your Money Maker: How SDM Will Unlock Latent B/OSS Assets by Niall Norton, CEO, Openet  (Norton Depo Ex. 15) | OPENET00214944 - OPENET00214945 |
| 125 | Presentation: Kill Products Suites - Benefits offered by Amdocs and Oracle product suites is largely an illusion  (Norton Depo Ex. 26) | OPENET00214950 - OPENET00214958 |
| 126 | Presentation: Openet Online Charging System Roadmap, December 2010 | OPENET00216070 - OPENET00216116 |
| 127 | Untitled List | OPENET00216416 - OPENET00216419 |
| 128 | Company Review List | OPENET00216420 - OPENET00216426 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 129 | 11/3/2003 Memorandum from Shane O'Flynn to Joe Hogan and Alan McNamee re: Patent Research Update (J. Hogan Depo Ex. 12) | OPENET00216496 - OPENET00216604 |
| 130 | AT&T High Level Design - 095404b - Dobson Conversion (Su Depo Ex. 24) | OPENET00456871 - OPENET00456884 |
| 131 | A New Telecommunications OSS Mediation Paradigm - Business Case, Version 2.2, March 1999 (Norton Depo Ex. 8) | OPENET00492541 - OPENET00492597 |
| 132 | Openet Telecom Ltd A New Telecommunications OSS Mediation Paradigm - Business Case, Version 2.2, March 1999 (J. Hogan Depo Ex. 5) | OPENET00492686 - OPENET00492743 |
| 133 | Openet Professional Services Proposal for Cricket Communications - cricket Statement of Work [CRK001] Policy Solution - Phase 1, Version 3.0 (Su Depo Ex. 34) | OPENET00495586 - OPENET00495610 |
| 134 | AT&T Application Design - 206423a - Sonus NTN HLR Query w CAMEL (Su Depo Ex. 31) | OPENET00506132 - OPENET00506138 |
| 135 | AT&T High Level Design 190766 - CPM - Converged IP Messaging (Mediation)/ 1910 Gold FusionWorks Voice (Su Depo Ex. 22) | OPENET00506491 - OPENET00506503 |
| 136 | AT&T High Level Design 218646 - Session Based Pricing 1.5 Walmart Trial/ FusionWorks Balance Manager (Su Depo Ex. 23) | OPENET00506681 - OPENET00506718 |
| 137 | AT&T Application Design - 199855a - LTE EPC (Su Depo Ex. 25) | OPENET00507981 - OPENET00508019 |
| 138 | AT&T Application Design - 194720 Mediation NB-FMC Project (Su Depo Ex. 32) | OPENET00510741 - OPENET00510759 |
| 139 | Subscriber Data Architecture Initiative Statement of Work No. 011 - TWC TV Everywhere | OPENET00517745 - OPENET00517753 |
| 140 | Master Software License, Maintenance, and Services Agreement between Cellco Partnership d/b/a CompanyX Wireless and Openet Telecom  (McGovern Depo Ex. 17) | OPENET00521957 - OPENET00521972 |
| 141 | Openet Telecom Data Mediation IP Enhancements DC 415: PDSN Usage Detail Statement of Work For Verizon Wireless | OPENET00525099 - OPENET00525126 |
| 142 | Presentation: 2007 Openet User Conference, CEO Opening Address - Niall Norton, CEO  (Norton Depo Ex. 22) | OPENET00536233 - OPENET00536261 |
| 143 | Openet CTE Correlator Fact Sheet (J. Hogan Depo Ex. 17) | OPENET00540910 - OPENET00540913 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 144 | 8/14/2010 Google Alert Email forwarded from Andrea Kavanagh to Niall Norton et al.  (McGovern Depo Ex. 16) | OPENET00540999 - OPENET00541005 |
| 145 | 8/1/2010 Google Alert Email forwarded from Andrea Kavanagh to Niall Norton et al. (Norton Depo Ex. 27) | OPENET00541066 |
| 146 | 7/6/2010 Email from Niall Norton to Tommy Morrissey re: Monthly Sales Status Update - ATT Team - June 30, 2010  (McGovern Depo Ex. 14) | OPENET00541239 - OPENET00541242 |
| 147 | Openet Contract Status with ATT spreadsheet (McGovern Depo Ex. 18) | OPENET00541273 - OPENET00541276 |
| 148 | 5/13/2010 Email from Alan McNamee to Max Bacik re: SA2 policy discussion | OPENET00547235 |
| 149 | AT&T High Level Design Template (Su Depo Ex. 27) | OPENET00552929 - OPENET00552968 |
| 150 | Statement of Work #25 for PSA 20071106.057.C (Su Depo Ex. 18) | OPENET00571027 - OPENET00571034 |
| 151 | Presentation: Openet Convergent Mediation Solution (Manzo Depo Ex. 3) | OPENET00594109 - OPENET00594221 |
| 152 | Openet's RFP Response to Mediation Device for PTC Era  (O'Rafferty Depo Ex. 3) | OPENET00599197 - OPENET00599308 |
| 153 | 4/14/2005 Openet Telecom IP Data Mediation General Categorization DM-293 Unit Specification WAP Correlation For Verizon Wireless (Wang Depo Ex. 11) | OPENET00641599 - OPENET00641614 |
| 154 | 8/9/2010 Email from Cary Strohecker to Shane O'Flynn, Niall Norton and Eimer McGovern re: Updated Info for today's call  (McGovern Depo Ex. 15) | OPENET00642309 - OPENET00642312 |
| 155 | Detailed Sales Status - July 2010  (P. Hogan Depo Ex. 11) | OPENET00642401 - OPENET00642428 |
| 156 | 6/21/2010 Email from Angela Pinetta to various re: NAR WAR 21st of June 2010 (P. Hogan Depo Ex. 10) | OPENET00643325 - OPENET00643331 |
| 157 | 5/13/2010 Email from Phillip Hogan to Niall Norton re: Amdocs  (P. Hogan Depo Ex. 13) | OPENET00643882 - OPENET00643884 |
| 158 | Work Order No. 20071106.057.S.039 Between Openet Telecom, Inc. and AT&T Services, Inc. | OPENET00646506 - OPENET00646513 |
| 159 | Statement of Work #50 for PSA 20071106.057.C (Su Depo Ex. 16) | OPENET00647407 - OPENET00647414 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 160 | Statement of Work #46 for PSA 20071106.057.C (Su Depo Ex. 15) | OPENET00647418 - OPENET00647424 |
| 161 | Statement of Work #45 for PSA 20071106.057.C (Su Depo Ex. 5) | OPENET00647429 - OPENET00647435 |
| 162 | Statement of Work #51 for PSA 20071106.057.C (Su Depo Ex. 4) | OPENET00647436 - OPENET00647442 |
| 163 | 12/18/2009 Email from Phillip Hogan to Niall Norton re: Expanding FusionWorks Mediation | OPENET00647472 - OPENET00647473 |
| 164 | Presentation: U-Verse Mediation: Using ATT's CARTS specified Mediation Vehicle | OPENET00648695 - OPENET00648702 |
| 165 | 10/27/2009 Email from Phillip Hogan to Niall Norton et al. re: Contract for XACCT Replacement | OPENET00649219 - OPENET00649221 |
| 166 | Statement of Work #28 for PSA 20071106.057.C (Su Depo Ex. 17) | OPENET00658215 - OPENET00658219 |
| 167 | Statement of Work (Su Depo Ex. 21) | OPENET00668262 - OPENET00668277 |
| 168 | Statement of Work (Su Depo Ex. 20) | OPENET00668278 - OPENET00668294 |
| 169 | Openet Correlation & Aggregation Examples | OPENET00669596 - OPENET00669613 |
| 170 | Presentation: Openet Growth Strategies  (P. Hogan Depo Ex. 2) | OPENET00677804 - OPENET00677841 |
| 171 | 3/15/2007 Email from Joe Hogan to Apollo Guy, David O'Kelly and Niall Norton re: RedKnee seems to be investing effort & time in patents (J. Hogan Depo Ex. 14) | OPENET00688023 - OPENET00688024 |
| 172 | 1/26/2011 Presentation: FusionWorks Positioning | OPENET00688282 - OPENET00688305 |
| 173 | Sprint Statement of Work | OPENET00690633 - OPENET00690648 |
| 174 | Openet Professional Services - BDM Update - June 8  (P. Hogan Depo Ex. 9) | OPENET00693842 - OPENET00693844 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 175 | Presentation: CVG EMEA & Openet Alliance Business Case, May 2005 (P. Hogan Depo Ex. 1) | OPENET00693847 - OPENET00693886 |
| 176 | 1/8/2009 Email from Niall Norton to Richard Coleman re: Tom Murphy- TMNG Email on Openet @ Sprint (Norton Depo Ex. 29) | OPENET00707807 - OPENET00707809 |
| 177 | 3/10/2008 Email from Niall Norton to Michael Manzo et al. re: Network Edge neutrality - fighting the gorillas | OPENET00711251 |
| 178 | Amendment No. 2 to OEM-IN Software License Agreement (Su Depo Ex. 10) | OPENET00720771 - OPENET00720785 |
| 179 | Amendment No 3. to OEM-IN Software License Agreement (Su Depo Ex. 11) | OPENET00720786 - OPENET00720787 |
| 180 | OEM-IN Software License Agreement (Su Depo Ex. 8) | OPENET00720788 - OPENET00721002 |
| 181 | 9/30/2004 Fax from Christina Terzakis re Fully Executed Agreement (Su Depo Ex. 9) | OPENET00721202 - OPENET00721230 |
| 182 | 5/13/2010 Email from Niall Norton to Phillip Hogan re: Amdocs | OPENET00722384 - OPENET00722386 |
| 183 | Openet Training Catalogue (Norton Depo Ex. 30) | OPENET00731940 - OPENET00731966 |
| 184 | Presentation:: Openet - KL Staff Meeting, June 10, 2008 | OPENET00743091 - OPENET00743148 |
| 185 | Openet Business Plan For Software Industry Awards Application, August 2007  (P. Hogan Depo Ex. 3) | OPENET00757266 - OPENET00757378 |
| 186 | 7/16/2002 Email from Phillip Hogan to Frank Smith, Joe Hogan and John Rainger re: Is Tuesday good next week or was wed. better?  (P. Hogan Depo Ex. 14) | OPENET00763181 - OPENET00763182 |
| 187 | Oracle PartnerNetwork Embedded Software License Distribution Agreement (Su Depo Ex. 44) | OPENET00763307 - OPENET00763327 |
| 188 | Oracle PartnerNetwork Embedded Software License Distribution Agreement (Su Depo Ex. 45) | OPENET00763328 - OPENET00763345 |
| 189 | Master Software License and Services Agreement - Executive Version (Su Depo Ex. 7) | OPENET00763399 - OPENET00763433 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 190 | 8/27/2007 Letter from Dennis Moffit to Apollo Guy re enclosed fully executed copy of Suddenlink Agreement (Su Depo Ex. 37) | OPENET00763434 - OPENET00763459 |
| 191 | Master Software License Agreement (Su Depo Ex. 41) | OPENET00763460 - OPENET00763540 |
| 192 | Openet Telecom, Ltd. Software License Agreement (Su Depo Ex. 39) | OPENET00763542 - OPENET00763556 |
| 193 | Software License and Services Agreement - FusionWorks Mediation V3.0 (Su Depo Ex. 42) | OPENET00763557 - OPENET00763577 |
| 194 | Software License and Terms (Su Depo Ex. 43) | OPENET00763578 - OPENET00763598 |
| 195 | Software License and Services Agreement - FusionWorks Mediation V3.0 (Su Depo Ex. 40) | OPENET00763599 - OPENET00763638 |
| 196 | **INTENTIONALLY OMITTED** | |
| 197 | **INTENTIONALLY OMITTED** | |
| 198 | Amendment to Cricket/Openet Master Software License, Services and Support Agreement (Su Depo Ex. 33) | OPENET00763641 - OPENET00763648 |
| 199 | Master Software License Agreement (Su Depo Ex. 38) | OPENET00763649 - OPENET00763659 |
| 200 | **INTENTIONALLY OMITTED** | |
| 201 | 11/17/2010 FusionWorks Release Matrix (J. Hogan Depo Ex. 25) | OPENET00763674 - OPENET00763697 |
| 202 | CFO Report, Board Meeting | OPENET00763723 - OPENET00763733 |
| 203 | 8/2010 Your Openet Newsletter - Volume 1, Issue 3 (Su Depo Ex. 3) | OPENET00764318 - OPENET00764346 |
| 204 | 6/5/2003 Email from Phillip Hogan to John Rainger re: AMDOCS update | OPENET00762753 - OPENET00762754 |
| 205 | BBMM, Phase-II Technical Specification For Cricket Wireless (Su Depo Ex. 47) | OPENET00766290 - OPENET00766337 |
| 206 | 5/2010 Your Openet Newsletter - Volume 1, Issue 2 (Su Depo Ex. 6) | OPENET00771384 - OPENET00771414 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 207 | 5/31/2010 Email from Angela Pinette to various re NAR WAR 31st May 2010 (Su Depo Ex. 36) | OPENET00771742 - OPENET00717748 |
| 208 | Openet Corporate Presentation for Oracle, August 2009  (Manzo Depo Ex. 1) | OPENET00814875 - OPENET00814921 |
| 209 | 1/6/2009 Openet's Response to Safaricom  (O'Rafferty Depo Ex. 6) | OPENET00852396 - OPENET00852511 |
| 210 | Presentation: FusionWorks Clustering Capabilities and Configurations | OPENET00852569 - OPENET00852582 |
| 211 | Statement of Work #22 for PSA 20071106.057.C (Su Depo Ex. 19) | OPENET00857235 - OPENET00857241 |
| 212 | Presentation: Openet Convergent Mediation Solution | OPENET00891994 - OPENET00892090 |
| 213 | 11/7/2007 Presentation: FusionWorks: Transactional Intelligence for Next-Generation Networks for Time Warner Cable | OPENET00894749 - OPENET00894803 |
| 214 | 1/4/2007 FusionWorks Product Overview, Rev:1.0  (O'Rafferty Depo Ex. 2) | OPENET00907337 - OPENET00907387 |
| 215 | North American Cable Market Entrance Plan  (Manzo Depo Ex. 2) | OPENET00909284 - OPENET00909337 |
| 216 | 6/7/2006 Email from Shane O'Flynn to Joe Hogan, Alan McNamee and Marc Price re: Annual Patent Search (Wang Depo Ex. 27) | OPENET00940776 |
| 217 | Openet Professional Services (Manzo Depo Ex. 6) | OPENET00954153 - OPENET00954160 |
| 218 | FusionWorks Mediation: Architecture and Competitive Position (Su Depo Ex. 14) | OPENET00979121 - OPENET00979128 |
| 219 | 5/22/2002 Sprint Request for Proposal RFP# 020147 Consolidated Mediation System | OPENET00992672 - OPENET00992890 |
| 220 | 1/23/2002 Email from Joe Hogan to mgmt and CTO Office re: European patents pending or granted (J. Hogan Depo Ex. 10) | OPENET00996212 |
| 221 | Presentation: Openet Convergent Mediation | OPENET01003345 - OPENET01003471 |
| 222 | 10/26/2007 AT&T Mobility FusionWorks Systems - High Level Overview, Version 1.2 (J. Hogan Depo Ex. 22) | OPENET01012702 - OPENET01012709 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 223 | 6/6/2006 Email from Joe Hogan to Alan McNamee, Marc Price and Shane O'Flynn re: Annual Patent Search (J. Hogan Depo Ex. 13) | OPENET01019861 |
| 224 | 5/16/2003 Email from Joe Hogan to John Rainger re: FW: Trademark invoices (J. Hogan Depo Ex. 11) | OPENET01024092 - OPENET01024094 |
| 225 | 4/12/1998 Letter to Joe Hogan from Aidan Doyle (J. Hogan Depo Ex. 4) | OPENET01029414 - OPENET01029417 |
| 226 | Presentation: Openet POR for 2010 | OPENET01047416 - OPENET01047465 |
| 227 | Openet Presentation to Company | OPENET01051376 - OPENET01051845 |
| 228 | 9/17/2009 Email from Cary Strohecker to Michael Manzo and Apollo Guy re: Uverse- xacct replacement  (Manzo Depo Ex. 9) | OPENET01055539 - OPENET01055542 |
| 229 | Openet Telecom TWC Audience Measurement Phase One Technical Specification Version 1.0 For Time Warner Cable (Wang Depo Ex. 14) | OPENET01095223 - OPENET01095465 |
| 230 | 8/31/2007 Email from Michael Manzo to Marc Price and Tom Walsh re: Audience Measurement Patent  (Manzo Depo Ex. 7) | OPENET01142470 |
| 231 | Openet's FusionWorks Product Solution Capabilities and Customer Cases Presentation Slides | OPENET01154976 - OPENET01155136 |
| 232 | Openet Proposal for Videotron Itee  (O'Rafferty Depo Ex. 4) | OPENET01175354 - OPENET01175557 |
| 233 | 3/11/2010 Session Based Pricing Phrase 1.1, Version 0.11 (Su Depo Ex. 28) | OPENET01186231 - OPENET01186406 |
| 234 | Presentation: Openet FusionWorks Framework | OPENET01188676 - OPENET01188783 |
| 235 | ActiveCharge SMS re-Architecture - Technical Specification (Su Depo Ex. 13) | OPENET01191205 - OPENET01191281 |
| 236 | Presentation: Overview of Openet Services - March 30, 2010 | OPENET01191442 - OPENET01191511 |
| 237 | Hard copy version: spreadsheet containing customer sales information | OPENET01201529 - OPENET01201699 |
| 238 | Native excel version: spreadsheet containing customer sales information | OPENET01201529 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 239 | <Root>FW_6_2/SharedModules/source/c++/components/AccountInteface/ AccountInterfaceComponent.cc | OPENET01235139 – OPENET01235211 |
| 240 | <Root>/FW_6_2/SharedModules/source/c++/components/AccountInterface/ AccountInterfaceDSDIF.cc | OPENET01235212 – OPENET01235214 |
| 241 | <ROOT>/FW_6_2/core/FusionWorks/avs/avs.cc | OPENET01235215 – OPENET01235268 |
| 242 | <Root>/FW_6_2/core/FusionWorks/corLib/AVSListener.cc | OPENET01235269 |
| 243 | <Root>/FW_6_2/core/FusionWorks/include/AVSRecord.h | OPENET01235270 – OPENET01235272 |
| 244 | <Root>/FW_6_2/interfaces/collectors/batch/batch.cc | OPENET01235273 – OPENET01235289 |
| 245 | <Root>/FW_6_2/core/FusionWorks/include/UnifiedLogging/BatchedBuffer.h | OPENET01235290 – OPENET01235302 |
| 246 | <Root>/FW_6_2/SharedModules/source/scripts/database/AccountInterface/ packages/bm_acc_ds.pkb | OPENET01235303 – OPENET01235394 |
| 247 | <Root>/FW_6_2/interfaces/collectors/diaccfcol/ccfcol.cc | OPENET01235395 – OPENET01235407 |
| 248 | <Root>/FW_6_2/core/FusionWorks/cor/cor.cc | OPENET01235408 – OPENET01235428 |
| 249 | <Root>/FW_6_2/FusionWorks/pluginComponents/TransactionAuditServer/ sample_scripts/createTALfile.dsd | OPENET01235429 |
| 250 | <Root>/FW_6_2/interfaces/collectors/genevaProxy/genevaProxy.cc | OPENET01235430 – OPENET01235459 |
| 251 | <Root>/FW_6_2/interfaces/collectors/gtp/gtpcol.cc | OPENET01235460 – OPENET01235505 |
| 252 | <ROOT>/FW_6_2/core/FusionWorks/corLib/IncomingAVSCallThread.cc | OPENET01235506 |
| 253 | <Root>/FW_6_2/interfaces/collectors/mtp/mtp.cc | OPENET01235507 – OPENET01235538 |
| 254 | <Root>/FW_6_2/interfaces/collectors/MTPNortel/MTPCollector.cc | OPENET01235539 – OPENET01235584 |
| 255 | <Root>/FW_6_2/core/lib/network.cc | OPENET01235585 – OPENET01235590 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 256 | <Root>/FW_6_2/core/lib/poller.cc | OPENET01235591 – OPENET01235599 |
| 257 | <Root>/FW_6_2/interfaces/collectors/qbatch/qbatch.cc | OPENET01235600 – OPENET01235630 |
| 258 | <Root>/FW_6_2/interfaces/collectors/radiusacct/radiusacct.cc | OPENET01235631 – OPENET01235685 |
| 259 | <Root>/FW_6_2/interfaces/collectors/radiusauth/radiusauth.cc | OPENET01235686 – OPENET01235782 |
| 260 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger.cc | OPENET01235783 – OPENET01235791 |
| 261 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/ TransactionAuditLoggerDSDIF.cc | OPENET01235792 – OPENET01235798 |
| 262 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/ TransactionData.h | OPENET01235799 – OPENET01235800 |
| 263 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/ TransactionAuditLogger/TransactionData.cc | OPENET01235801 – OPENET01235805 |
| 264 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/ TransactionStoreThread.cc | OPENET01235806 – OPENET01235809 |
| 265 | <Root>/FW_6_2/interfaces/collectors/xferng/xferng.cc | OPENET01235810 – OPENET01235837 |
| 266 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmEvent.cc | OPENET01235838 – OPENET01235839 |
| 267 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmEventRecord.cc | OPENET01235840 – OPENET01235842 |
| 268 | <Root>/FW_6_2/core/ FusionWorks/ServerInterfaces/AlarmManager/AlarmInterface.cc | OPENET01235843 – OPENET01235845 |
| 269 | <Root>/FW_6_2/interfaces/plugins/AlarmInterface/ComponentAlarmInterfaceDSD Interface.cc | OPENET01235846 – OPENET01235851 |
| 270 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManager_impl.cc | OPENET01235852 – OPENET01235857 |
| 271 | <Root>/FW_6_2/core/ FusionWorks/ServerInterfaces/AlarmManager/AlarmManagerInterface.cc | OPENET01235858 – OPENET01235866 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 272 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManagerMain.cc | OPENET01235867 – OPENET01235888 |
| 273 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManagerServer.cc | OPENET01235867 – OPENET01235888 |
| 274 | <Root>/FW_6_2/interfaces/plugins/AlarmInterface/AlarmInterfacePlugin.cc | OPENET01235889 |
| 275 | <Root>/interfaces/PCFPlugins/diameter_plugin/plugin/DiameterPlugin.cc | OPENET01235890 – OPENET01235914 |
| 276 | <Root>/FW_6_2/core/OAM/oam-webapp/src/main/webapp/transactions/gridPanel.xhtml | OPENET01235915 – OPENET01235918 |
| 277 | <Root>/interfaces/PCFPlugins/GTPServer/gtpServerComponent.cc | OPENET01235919 – OPENET01235940 |
| 278 | <Root>/interfaces/PCFPlugins/HTTP_Server/HTTP_Server.cc | OPENET01235941 – OPENET01235955 |
| 279 | <Root>/FW_6_2/core/OAM/oam-webapp/src/main/webapp/transactions/queryPanel.xhtml | OPENET01235956 – OPENET01235959 |
| 280 | <Root>/interfaces/PCFPlugins/radiusCharging/RadiusCharging_Component.cc | OPENET01235960 – OPENET01235968 |
| 281 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditServer/src/main/resources/wsdl/TLogger.wsdl | OPENET01235969 – OPENET01235970 |
| 282 | <Root>/FW_6_2/core/OAM/common-ejb3/src/main/java/com/openet/tviewer/client/TViewerClientBean.java | OPENET01235971 – OPENET01235975 |
| 283 | <Root>/FW_6_2/core/common-ejb3/src/main/java/com/openet/tviewer/gui/TViewerGui.java | OPENET01235976 – OPENET01235977 |
| 284 | <Root>/FW_6_2/core/OAM/common-ejb3/src/main/java/com/openet/tviewer/gui/TViewerGuiBean.java | OPENET01235978 – OPENET01235983 |
| 285 | <Root>/interfaces/PCFPlugins/ussdserverrt/USSDServerProtocolHandler.cc | OPENET01235984 – OPENET01235999 |
| 286 | <Root>/interfaces/PCFPlugins/Omnitel_CallFlowControl_SOAP/WebServiceComponent.cc | OPENET01236000 – OPENET01236005 |
| 287 | <Root>/FW_6_2/core/java/type-editor/src/main/java/com/openet/gui/bean/typeEditor/actions/AddCompoundConstraintAction.java | OPENET01236006 – OPENET01236008 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 288 | <Root>/FW_6_2/core/FusionWorks/avs/avscvmcompiler.cc | OPENET01236009 – OPENET01236039 |
| 289 | <Root>/FW_6_2/interfaces/protocols/gtp/gtp.cc | OPENET01236040 – OPENET01236107 |
| 290 | Openet GTP'  Implementation | OPENET01236108 – OPENET01236114 |
| 291 | <Root>/FW_6_2/interfaces/PCFPlugins/radiusCharging/RadiusCharging_Statistics.cc | OPENET01236115 – OPENET01236118 |
| 292 | <Root>/FW_6_2/core/java/type-editor/src/main/java/com/openet/gui/bean/typeEditor/actions/AddAtomicConstraintAction.java | OPENET01236119 – OPENET01236120 |
| 293 | <Root>/FW_6_2/interfaces/collectors/tstream/apache/typedocs/Apache.xml | OPENET01236121 |
| 294 | <Root>/FW_6_2/interfaces/collectors/gtp/typedocs/GTPp_RAW.xml | OPENET01236122 - OPENET01236123 |
| 295 | <Root>/workspace/collectors/sdvtunlogtcpfile/rules/br_processEvent.dsd (Wang Depo Ex. 16) | OPENET01239850 - OPENET01239855 |
| 296 | br_processUDE.dsd (Wang Depo Ex. 22) | OPENET01247064 - OPENET01247068 |
| 297 | br_processUDE.dsd (Wang Depo Ex. 23) | OPENET01247075 - OPENET01247078 |
| 298 | br_processUDE.dsd (Wang Depo Ex. 24) | OPENET01247081 - OPENET01247083 |
| 299 | br_processUDE.dsd (Wang Depo Ex. 25) | OPENET01247086 - OPENET01247088 |
| 300 | br_processUDE.dsd (Wang Depo Ex. 26) | OPENET01247112 - OPENET01247117 |
| 301 | <Root>/src/dsd/collector/package/COR_SESSTOWAP/br_Event.dsd (Wang Depo Ex. 10) | OPENET01247312 - OPENET01247326 |
| 302 | br_Event.dsd (Wang Depo Ex. 21) | OPENET01247396 - OPENET01247405 |
| 303 | br_processCommonEvent.dsd (Wang Depo Ex. 19) | OPENET01247876 - OPENET01247904 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 304 | st_generateControlReports.dsd (Wang Depo Ex. 20) | OPENET01248904 - OPENET01248911 |
| 305 | <Root>/config/database/client/create_client_ddl_no_part.sql (Wang Depo Ex. 4) | OPENET01249694 - OPENET01249735 |
| 306 | <Root>/src/desc/Collector_WAP.desc (Wang Depo Ex. 5) | OPENET01249743 - OPENET01249745 |
| 307 | Lb_PrepareWAPInsertStmt (Wang Depo Ex. 13) | OPENET01249746 - OPENET01249759 |
| 308 | <Root>/src/dsd/collector/package/COR_SESSTOWAP/eh_Event.dsd (Wang Depo Ex. 9) | OPENET01249767 - OPENET01249768 |
| 309 | <Root>/src/dsd/collector/package/WAP/br_BatchEnd.dsd (Wang Depo Ex. 6) | OPENET01249835 - OPENET01249837 |
| 310 | <Root>/src/dsd/collector/package/WAP/br_Connect.dsd (Wang Depo Ex. 8) | OPENET01249838 - OPENET01249844 |
| 311 | <Root>/src/dsd/correlator/library/lb_DupCheck.dsd (Wang Depo Ex. 7) | OPENET01249849 - OPENET01249929 |
| 312 | <Root>/Collector_IM_Yahoo/Eh_YAHOO_IM_CDR_EVENT.dsd (Wang Depo Ex. 17) | OPENET01249962 - OPENET01249963 |
| 313 | <Root>/Common_Batch/Br_ProcessEvent_IM_Yahoo.dsd (Wang Depo Ex. 18) | OPENET01249964 - OPENET01249968 |
| 314 | <FusionWorks>/interfaces/plugins/services/wap/WAP_Plugin.cc (Wang Depo Ex. 12) | OPENET01249974 - OPENET01249986 |
| 315 | 3/17/2007 Email from Joe Hogan to Michael Manzo et al. re: RedKnee seems to be investing effort & time in patents (J. Hogan Depo Ex. 26) | OPENET01200246 - OPENET01200248 |
| 316 | **INTENTIONALLY OMITTED** | |
| 317 | 9/13/2010 Article entitled "Openet 'Surprised' by Amdocs Legal Action"  (Norton Depo Ex. 23) | |
| 318 | **INTENTIONALLY OMITTED** | |
| 319 | Data Services/ Openet List Price  (P. Hogan Depo Ex. 18) | |
| 320 | Subscriber Data Management Solution Brief  (Norton Depo Ex. 14) | |
| 321 | Openet University Services Brief  (Norton Depo Ex. 17) | |
| 322 | Openet Profile Manager brochure (Byrne Depo Ex. 12) | |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 323 | Openet Policy Manager brochure (Byrne Depo Ex. 13) | |
| 324 | Openet Convergent Charging (Byrne Depo Ex. 5) | |
| 325 | Openet Convergent Mediation (Byrne Depo Ex. 3) | |
| 326 | Openet Telecom Limited Consolidated Balance Sheet  (McGovern Depo Ex. 11) | |
| 327 | Openet White Paper: Subscriber Data Management  (Norton Depo Ex. 16) | |
| 328 | Openet White Paper: The Evolution of Transactional Intelligence  (Norton Depo Ex. 18) | |
| 329 | 10/5/2005 Declaration of Interference | AMDOCS0006615 - AMDOCS0006664 |
| 330 | 4/12/2002 Transmittal of Formal Drawings to United States Patent and Trademark Office | AMDOCS0006671 - AMDOCS0006707 |
| 331 | 2/18/2000 Information Disclosure Statement | AMDOCS0006863 - AMDOCS0006870 |
| 332 | 2/18/2000 Information Disclosure Statement | AMDOCS0006871 - AMDOCS0006876 |
| 333 | 10/19/2005 Before the Board of Patent Appeals and Interferences - Real Party-In-Interest | AMDOCS0006877 - AMDOCS0006900 |
| 334 | 11/2/2005 Before the Board of Patent Appeals and Interferences - Bullard Notice of Real Party-In-Interest | AMDOCS0006983 - AMDOCS0006985 |
| 335 | 12/12/2005 Before the Board of Patent Appeals and Interferences - Bullard Request for Termination of Interference | AMDOCS0006986 - AMDOCS0006992 |
| 336 | 11/2/2005 Before the Board of Patent Appeals and Interferences - Bullard Clean Copy of Claims | AMDOCS0007007 - AMDOCS0007015 |
| 337 | 10/5/2005 Board of Patent Appeals and Interferences Filing | AMDOCS0007016 - AMDOCS0007057 |
| 338 | 11/11/2005 Before the Board of Patent Appeals and Interferences - Bullard Annotated Copy of Claims | AMDOCS0007058 - AMDOCS0007070 |
| 339 | 12/30/2005 Before the Board of Patent Appeals and Interferences - Judgment - Bd. Rule 127(b) | AMDOCS0007071 - AMDOCS0007074 |
| 340 | 12/15/2005 Fax from Steve Terranova to Kevin Zilka transmitting service of Junior Party's Concession of Priority filed with the BPAI | AMDOCS0010267 - AMDOCS0010275 |
| 341 | 11/16/2005 Fax from Kevin Zilka to Steve Terranova transmitting the Annotated Copy of the Claims | AMDOCS0010276 - AMDOCS0010286 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 342 | Share Sale and Purchase Agreement By and Among Xacct Technologies Ltd. and Amdocs (Israel) Limited and Amdocs Limited Dated as of December 21, 2003 | AMDOCS0997876 - AMDOCS0998895 |
| 343 | 1/20/1998 United States Patent Office Notice of Recordation of Assignment Document | AMDOCS0006592 - AMDOCS0006596 |
| 344 | 8/27/2007 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010099 - AMDOCS0010103 |
| 345 | 8/20/2007 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010104 - AMDOCS0010112 |
| 346 | 12/2/2004 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010113 - AMDOCS0010117 |
| 347 | 8/28/2007 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010118 - AMDOCS0010122 |
| 348 | 8/20/2007 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010123 - AMDOCS0010131 |
| 349 | 7/14/2008 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010165 - AMDOCS0010171 |
| 350 | 7/14/2008 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010172 - AMDOCS0010176 |
| 351 | 1/13/2006 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010177 - AMDOCS0010185 |
| 352 | 2/25/2005 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010186 - AMDOCS0010247 |
| 353 | 4/11/2002 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029026 - AMDOCS0029029 |
| 354 | 7/28/2000 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029548 - AMDOCS0029552 |
| 355 | 5/9/2000 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029582 - AMDOCS0029596 |
| 356 | 10/11/2002 Assignment Documentation for Patent Application No: 10/040,297 | AMDOCS0029985 - AMDOCS0029989 |
| 357 | Mediation Product Revenue/Profitability Spreadsheet | AMDOCS0974377 |
| 358 | Patent Cooperation Treaty (PCT) WO 99/27556 (McNamee Depo Ex. 14) | |
| 359 | United States Patent Application Publication No. US 2002/0013841 (McNamee Depo Ex. 12) | |
| 360 | United States Patent Application Publication No. US 2010/ 0093336 (McNamee Depo Ex. 15) | |
| 361 | Openet's Source Code Computer | |
| 362 | **INTENTIONALLY OMITTED** | |
| 363 | 12/2/2010 Plaintiff's First Notice of Deposition of Openet Telecom, Inc.  (J. Hogan Depo Ex. 3) | |
| 364 | 12/2/2010 Plaintiff's First Notice of Deposition of Openet Telecom, Ltd. (McNamee Depo Ex. 3) | |
| 365 | 12/22/2010 Openet's Initial Disclosure  (Norton Depo Ex. 7) | |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 366 | **INTENTIONALLY OMITTED** | |
| 367 | 4/14/2011 Defendants' Supplemented Objections and Responses to Plaintiff's Second Set of Interrogatories Nos. 18-19 (Wang Depo Ex. 2) | |
| 368 | 4/14/2011 Plaintiff's Third Notice of Deposition of Openet Telecom, Inc. (Wang Depo Ex. 1) | |
| 369 | Defendant's Objections and Responses to Plaintiff's Second Notice of Deposition of Openet Telecom, Inc. (Su Depo Ex. 1) | |
| 370 | **INTENTIONALLY OMITTED** | |
| 371 | **INTENTIONALLY OMITTED** | |
| 372 | 2/3/2011 First Amended Complaint for Patent Infringement with attached exhibits A-D | |
| 373 | First Supplemental Response to Interrogatory No. 17 with Edits (McGovern Depo Ex. 3) | |
| 374 | Amdocs Convergent Mediation Solution | AMDOCS0006485 - AMDOCS0006490 |
| 375 | 3/11/2011 Expert Report of Mark J. Hosfield with attached exhibits | |
| 376 | 3/11/2011 Expert Report of Dr. Ellen Zegura | |
| 377 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 1 | |
| 378 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 2 | |
| 379 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 3 | |
| 380 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 4 | |
| 381 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 5 | |
| 382 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura | |
| 383 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 1 | |
| 384 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 2 | |
| 385 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 3 | |
| 386 | 5/2/2011 Supplemental Rebuttal Expert Report of Ellen Zegura | |
| 387 | 5/3/2011 Supplemental Expert Report of Ellen Zegura | |
| 388 | 5/3/2011 Supplemental Expert Report of Ellen Zegura - Exhibit 1 | |
| 389 | 5/3/2011 Supplemental Expert Report of Ellen Zegura - Exhibit 2 | |
| 390 | 10/20/2009 Assignment Documentation of Patent Application No: 10/012,962 | |
| 391 | 6/30/2002 Software Service Agreement | AMDOCS0294280 - AMDOCS0294292 |
| 392 | Amdocs Business Overview | AMDOCS0996346 - AMDOCS0996349 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|---|---|---|
| 393 | Amdocs Service Mediation Manager 8.0 User Guide, December 2009 | AMDOCS0000080 - AMDOCS0000578 |
| 394 | Amdocs 2008 Annual Report | AMDOCS0843081 - AMDOCS0843213 |
| 395 | 5/12/1998 Email from Daniel Mahoney to Darryl Black et al. re: Updated agenda for XaCCT visit (5/18-5/21) | AMDOCS0342275 |
| 396 | 5/11/1998 Email from Daniel Mahoney to Darryl Black et al. re: Tentative agenda for XaCCT visit (5/18-5/21) | AMDOCS0342274 |
| 397 | 5/23/1998 Email from Daniel Mahoney to Limor Schweitzer re: Technical questions about XaCCT 3.0 | AMDOCS0342272 - AMDOCS0342273 |
| 398 | 5/6/1998 Email from Eran Wagner to Limor Schweitzer et al. re: Bay | AMDOCS0342254 |
| 399 | 4/2/1998 Email from Limor Schweitzer to Daniel Mahoney re Answers to Technical Questions about XaCCT 3.0 | AMDOCS0342268 - AMDOCS0342271 |
| 400 | 4/9/1998 Email from Eran Wagner to Limor Schweitzer re Update request for Eran Wagner on Technical Questions about XaCCT 3.0 | AMDOCS0342263 - AMDOCS0342267 |
| 401 | 5/11/1998 Email from Sam Tarnauskas to Limor Schweitzer re Firewall Intergration questions | AMDOCS0342259 |
| 402 | 5/5/1998 Email from Daniel Mahoney to Limor Schweitzer re response to Firewall Integration | AMDOCS0342256 |
| 403 | 2/19/1998 Email from Eran Wagner to Keith Ferrara re Response on Gatherer Interfaces with an ISM | AMDOCS0342262 |
| 404 | 2/20/1988 Email from Eran Wagner to Limor Schweitzer re Questions on XaCCT | AMDOCS0342260 - AMDOCS0342261 |
| 405 | 5/5/1998 Email from Limor Schweitzer to Daniel Mahoney re details of the system architecture in Firewall Integration | AMDOCS0342257 - AMDOCS0342258 |
| 406 | 4/30/1998 Email from Eran Wagner to Dan Mahoney re Evaluation of XaCCT 3.0 in Bay Labs | AMDOCS0342255 |
| 407 | 4/29/1998 Email from Eran Wagner to Limor Schweitzer re Bay Networks Non-Disclosure Agreement and KLASER named XACCT 1997 | AMDOCS0342253 |
| 408 | Amdocs Advanced Technologies | AMDOCS0172100 - AMDOCS0172110 |
| 409 | Amdocs Innovation Summit | AMDOCS0572172 - AMDOCS0572194 |
| 410 | 10/18/2007 Amdocs 1st Innovation Course Closing Remarks - Tal Givoly | AMDOCS0175492 - AMDOCS0175523 |
| 411 | 2/19/2008 Amdocs Cyprus Innovation Course: Tying it All Together - Tal Givoly | AMDOCS0178410- AMDOCS0178433 |

**Amdocs (Israel) Ltd. v. Openet Inc., et al.**
**Plaintiff Amdocs' Trial Exhibit List - May 13, 2011**

| PX # | Description | Bates # |
|------|-------------|---------|
| 412 | 1/21/2008 Innovation Status Update: Amdocs Innovation Board - Tal Givoly | AMDOCS0178032 - AMDOCS0178053 |
| 413 | 2/15/2009 Innovation at Amdocs: A&M PM Conference - Tal Givoly | AMDOCS0189241 - AMDOCS0189306 |
| 414 | 7/30/2003 XACCT Technologies Ltd. Response to Vodafone UK Ltd. Request for Proposal for A Convergent Mediation System | AMDOCS0608343 - AMDOCS0608476 |
| 415 | 10/2009 Innovation FY10 Targets - Tal Givoly | AMDOCS0196774 - AMDOCS0196827 |
| 416 | 03/2009 Amdocs Mediation Roadmap SFR/Sopra Product Overview - Yuval Yifrach | AMDOCS0190870 - AMDOCS0190942 |
| 417 | 11/2009 Amdocs Mediation 2010 and Moving Forward - Udi Hershkovich | AMDOCS0338174 - AMDOCS0338208 |
| 418 | 2/11 Amdocs Mediation Overview - Udi Hershkovich | AMDOCS0508822 - AMDOCS0508910 |
| 419 | 03/2010 - The Future of Amdocs Mediation - Yuval Yifrach | AMDOCS0509340 - AMDOCS0509401 |
| 420 | Do More in the Connected World - Expand Quicker Drive Experience Run Learner | AMDOCS0199259 - AMDOCS0199289 |
| 421 | 08/2008 Amdocs Mediation Roadmap Brazil to Nepal - Udi Hershkovich | AMDOCS0321293 - AMDOCS0321301 |
| 422 | 8/8/2008 Amdocs Advanced Technologies and Innovation at Amdocs | AMDOCS0161046 - AMDOCS0161109 |
| 423 | 06/2006 Cross Portfolio Group Strategic Overview & FY07 AOP | AMDOCS0311841 - AMDOCS0311957 |
| 424 | Deposition Testimony of Niall Byrne | |
| 425 | Deposition Testimony of Joseph Hogan | |
| 426 | Deposition Testimony of Philip Hogan | |
| 427 | Deposition Testimony of Michael Manzo | |
| 428 | Deposition Testimony of Eimer McGovern | |
| 429 | Deposition Testimony of Alan McNamee | |
| 430 | Deposition Testimony of Niall Norton | |
| 431 | Deposition Testimony of Noel O'Rafferty | |
| 432 | Deposition Testimony of Limor Schweitzer | |
| 433 | Deposition Testimony of Juliana Su | |
| 434 | Deposition Testimony of Gaogao Wang | |
| 435 | Deposition Testimony of Kevin Zilka | |

Plaintiff reserves the right to amend this disclosure prior to trial.  Plaintiff further reserves the right to use exhibits listed on Defendants' exhibits list(s).  Plaintiff reserves the right to use or mark for identification discovery responses, disclosures, contentions, expert reports, and declarations.  Plaintiff further reserves the right to mark for identification additional documents as necessitated by any witness's testimony at trial.  By listing documents as exhibits on this list, Plaintiff is not waiving objections to the use of such documents for any and all purposes.

Plaintiff reserves the right to withdraw any exhibit based on rulings on trial motions and summary judgment/Markman motions not yet filed, or for any other reason.

Dated: May 16, 2011                          Respectfully submitted,


                                             _____/s/_____
                                             Gregory H. Lantier (Bar. No. 65657)
                                             James L. Quarles III (Bar No. 44993)
                                             WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                             1875 Pennsylvania Avenue, N.W.
                                             Washington, DC 20006
                                             Phone:  (202) 663-6000
                                             Fax:  (202) 663-6363

                                             Nels T. Lippert, *pro hac vice*
                                             Calvin Walden, *pro hac vice*
                                             Laura A. Sheridan, *pro hac vice*
                                             Victor F. Souto, *pro hac vice*
                                             WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                             399 Park Avenue
                                             New York, New York 10022
                                             Phone:  (212) 230-8800
                                             Fax:  (212) 230-8888

                                             Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of May, 2011, I served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via ECF the foregoing Plaintiff Amdocs' Trial Exhibit List:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

___/s/_____
Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

Attorney for Plaintiff
