**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 001 | Certified Copy of United States Patent No. 7,631,065 | AMDOCS0996724 - AMDOCS0996744 | No objection |
| 002 | Certified Copy of United States Patent No. 6,836,797 | AMDOCS0996745 - AMDOCS0996771 | No objection |
| 003 | Certified Copy of United States Patent No. 7,412,510 | AMDOCS0996704 - AMDOCS0996723 | No objection |
| 004 | Certified Copy of United States Patent No. 7,947,984 | AMDOCS0996685 - AMDOCS0996703 | No objection |
| 005 | Certified Copy of United States Patent File History No. 7,631,065 | AMDOCS0968499 - AMDOCS0969405 | No objection |
| 006 | Certified Copy of United States Patent File History No. 6,836,797 | AMDOCS0967785 - AMDOCS0968070 | No objection |
| 007 | Certified Copy of United States Patent File History No. 7,412,510 | AMDOCS0967458 - AMDOCS0967784 | No objection |
| 008 | Certified Copy of United States Patent File History No. 7,947,984 | AMDOCS0968071 - AMDOCS0968498 | No objection |
| 009 | Certified Copy of United States Patent Application No. 60/066,898 | AMDOCS0986950 - AMDOCS0987021 | No objection |
| 010 | Certified Copy of United States Patent Application No. 60/109,095 (Part 1 of 2) | AMDOCS0987022 - AMDOCS0987244 | No objection |
| 011 | Certified Copy of United States Patent Application No. 60/109,095 (Part 2 of 2) | AMDOCS0987245 - AMDOCS0987482 | No objection |
| 012 | Certified Copy of United States Patent File History No. 6,418,467 (Part 1 of 3) | AMDOCS0987483 - AMDOCS0987959 | No objection |
| 013 | Certified Copy of United States Patent File History No. 6,418,467 (Part 2 of 3) | AMDOCS0987960 - AMDOCS0988323 | No objection |
| 014 | Certified Copy of United States Patent File History No. 6,418,467 (Part 3 of 3) | AMDOCS0988324 - AMDOCS0988736 | No objection |
| 015 | Certified Copy of United States Provisional Patent Application No. 60/242,733 (filed on October 23, 2000) | AMDOCS0996772 - AMDOCS0996796 | No objection |
| 016 | XaCCT, "Fall Internet World '97" | AMDOCS0004365 - AMDOCS0004394 | H, AU, F |
| 017 | XaCCT v2.0 User's Guide | AMDOCS0004487 - AMDOCS0004636 | H, AU, F |
| 018 | 8/15/1997 XaCCT Development Gantt | AMDOCS0004984 - AMDOCS0004985 | H, IR, AU, F |
| 019 | 6/20/1997 Software Requirements Specification for the Gatherer, Revision 1.0 | AMDOCS0004986 - AMDOCS0005003 | H, AU, F |
| 020 | 9/8/1997 System Design Document, Revision 1.0 | AMDOCS0005106 - AMDOCS0005127 | H, AU, F |
| 021 | 1997 XaCCT Brochure | AMDOCS0005273 - AMDOCS0005278 | H, AU, F |
| 022 | 5/23/1997 XaCCT 3.0 Documentation Scheme, Revision 1.0 | AMDOCS0005869 - AMDOCS0005874 | H, AU, F |
| 023 | 6/6/1997 XaCCT 3.0 System Development Plan, Revision 1.0 | AMDOCS0005875 - AMDOCS0005904 | H, AU, F |
| 024 | 6/4/1997 XaCCT 3.0 Functional Specification for the XaCCT 3.0 Miniature Prototype, Revision 1.0 | AMDOCS0005906 - AMDOCS0005912 | H, AU, F |
| 025 | 7/14/1997 XaCCT 3.0 System Specification Document, Revision 1.0 | AMDOCS0005913 - AMDOCS0005940 | H, AU, F |
| 026 | 6/16/1997 XaCCT 3.0 Software Requirements Specification for the Central Event Manager, Revision 1.0 | AMDOCS0005943 - AMDOCS0005966 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 027 | 3/18/1997 XaCCT 3.0 White Paper, Revision 1.4 | AMDOCS0005984 - AMDOCS0005998 | H, AU, F |
| 028 | 7/2/1997 XaCCT 3.0 Coding Conventions, Revision 1.0 | AMDOCS0006000 - AMDOCS0006012 | H, AU, F |
| 029 | 7/30/1997 XaCCT 3.0 Interface Description Document for the Universal Network Information Record (UNIR) Protocol, Revision 1.0 | AMDOCS0006057 - AMDOCS0006075 | H, AU, F |
| 030 | 7/28/1997 XaCCT 3.0 Software Design Document for the IP Session Reconstructor, Revision 1.0 | AMDOCS0006076 - AMDOCS0006088 | H, AU, F |
| 031 | 6/23/1997 XaCCT 3.0 Vision Statement, Revision 1.0 | AMDOCS0006090 - AMDOCS0006097 | H, AU, F |
| 032 | 7/27/1997 XaCCT 3.0 System GANTT Chart, Revision 1.0 | AMDOCS0006100 - AMDOCS0006109 | H, AU, F |
| 033 | 7/13/1997 XaCCT 3.0 Software Requirements Specification for the Configuration User Interface, Revision 1.0 | AMDOCS0006139 - AMDOCS0006160 | H, AU, F |
| 034 | 7/27/1997 XaCCT Development Gantt | AMDOCS0006166 - AMDOCS0006169 | H, IR, AU, F |
| 035 | 7/8/1997 Interface Description Document for the CUI - CEM, Revision 1.0 | AMDOCS0006217 - AMDOCS0006231 | H, AU, F |
| 036 | Settlement and Release Agreement | AMDOCS0006249 - AMDOCS0006259 | AU, F |
| 037 | 3/19/1998 XaCCT, "XACCT Technologies Now Shipping Accounting and Reporting System for Corporate Network Resource and ISP Use" | AMDOCS0007098 - AMDOCS0007100 | H, AU, F |
| 038 | 12/10/1997 XaCCT, "XaCCT Technologies Releases Accounting and Reporting System for ISP and Corporate Network Resource Use" | AMDOCS0007143 - AMDOCS0007145 | H, AU, F |
| 039 | 4/1998 XaCCT, "Accounting and Reporting System for Corporate Network Resource and ISF Use" | AMDOCS0007187 | H, AU, F |
| 040 | XaCCT Partnership with Cornela Networks | AMDOCS0015428 - AMDOCS0015476 | H, AU, F |
| 041 | 8/5/1997 Memorandum re: Meeting Minutes (August 4, 1997) Development Status and Schedule | AMDOCS0015968 | H, AU, F |
| 042 | FusionWorks Mediation User Guide 4.3 | AMDOCS0031895 - AMDOCS0032444 | H, AU, F |
| 043 | 1/26/2004 XaCCT Press Release | AMDOCS0259692 - AMDOCS0259695 | H, AU, F |
| 044 | 6/28/1997 Software Design Document for the Configuration User Interface, Revision 1.0 | AMDOCS0341852 - AMDOCS0341860 | H, AU, F |
| 045 | 8/5/1997 Memorandum re: Meeting Minutes (August 5, 1997) - Graphic design work to be outsourced | AMDOCS0341985 | H, AU, F |
| 046 | 8/17/1997 Actually commissioned graphic design work to be outsourced | AMDOCS0341986 | H, AU, F |
| 047 | 8/11/1997 Software Requirements Specification For The Reporting User Interface, Revision 1.0 | AMDOCS0342039 - AMDOCS0342050 | H, AU, F |
| 048 | 7/3/1997 Memorandum re: Advanced XaCCT 3.0 features – Meeting Minutes (July 2, 1997) | AMDOCS0342094 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 049 | Chart of advanced features and technologies to be considered for the initial and subsequent releases of the product | AMDOCS0342113 - AMDOCS0342117 | H, AU, F |
| 050 | 7/28/1997 System Design Document, Revision 1.0 | AMDOCS0342125 - AMDOCS0342136 | H, AU, F |
| 051 | 7/25/1997 Vision Statement, Revision 1.1 | AMDOCS0342230 - AMDOCS0342237 | H, AU, F |
| 052 | 7/17/1997 Email re: Meeting Minutes (July 16, 1997) - Problems with computation flow, CUI, CEM and more | AMDOCS0800736 - AMDOCS0800739 | H, AU, F |
| 053 | 11/16/2004 Amdocs Patent Strategy Review (Woodford Depo Ex. 5) | AMDOCS0928633 - AMDOCS0928714 | H, AU, F, AE, IE |
| 054 | **INTENTIONALLY OMITTED** | | |
| 055 | **INTENTIONALLY OMITTED** | | |
| 056 | **INTENTIONALLY OMITTED** | | |
| 057 | Amdocs Limited Amendment No. 1 to Form 20-F for the fiscal year ending September 30, 2006 | AMDOCS0974378 - AMDOCS0974419 | H, AU, F |
| 058 | Amdocs Limited Amendment No. 1 to Form 20-F for the fiscal year ending September 30, 2010 | AMDOCS0974420 - AMDOCS0974427 | H, AU, F |
| 059 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2006 | AMDOCS0974428 - AMDOCS0974490 | H, AU, F |
| 060 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2007 | AMDOCS0974491 - AMDOCS0974631 | H, AU, F |
| 061 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2008 | AMDOCS0974632 - AMDOCS0974817 | H, AU, F |
| 062 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2009 | AMDOCS0974818 - AMDOCS0975006 | H, AU, F |
| 063 | Amdocs Limited Form 20-F for the fiscal year ending September 30, 2010 | AMDOCS0975007 - AMDOCS0975189 | H, AU, F |
| 064 | 4/17/2001 XaCCT, "Red Herring Names XaCCT Technologies As one of Its Top 50 Private Companies" | AMDOCS0997023 - AMDOCS0997024 | H, AU, F, IR |
| 065 | 4/6/1999 XaCCT, "XaCCT Technologies inducted into the 'Winners Circle' of software companies" | AMDOCS0997025 - AMDOCS0997026 | H, AU, F, IR |
| 066 | 12/10/1999 XaCCT, "XaCCTusage honoured by Internet Telephony magazine as 1999 Product of the Year" | AMDOCS0997027 - AMDOCS0997028 | H, AU, F, IR |
| 067 | 1/14/2002 XaCCT, "XaCCT Technologies Wins Coveted Product of the Year Award From Internet Telephony Magazine; 'Network-to-Business' Platform Selected From Among More Than 150 Applications" | AMDOCS0997029 - AMDOCS0997030 | H, AU, F, IR |
| 068 | 7/1/2001 B/OSS, "B/OSS 2001 Billing Excellence Award" | AMDOCS0997031 - AMDOCS0997033 | H, AU, F, IR |
| 069 | 7/2/2001 XaCCT, "XaCCTmobile Awarded 'Best New Product' at the TeleStrategies Billing World 2001 Conference – the World's Largest Communications Billing Event" | AMDOCS0997034 - AMDOCS0997035 | H, AU, F, IR |
| 070 | 6/21/1999 XaCCT, "XaCCT Technologies Named Hot Start-Up by Telecommunications Magazine" | AMDOCS0997036 - AMDOCS0997037 | H, AU, F, IR |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 071 | 3/1999 Telecommunications, "Winners circle: Software companies to watch" | AMDOCS0997038 - AMDOCS0997039 | H, AU, F, IR |
| 072 | 5/1/2000 XaCCT, "XaCCTusage Voted Most Innovative Billing Product At Billing Systems 2000; XaCCTusage Takes Home Award; Billing Systems 2000 Conference and Exhibition" | AMDOCS0997041 - AMDOCS0997042 | H, AU, F, IR |
| 073 | 5/14/1999 XaCCT, "XaCCT Technologies voted 'Most Innovative Billing Product' at Billing Systems 1999" | AMDOCS0997043 - AMDOCS0997045 | H, AU, F, IR |
| 074 | 5/23/2002 XaCCT, "XaCCT Technologies Named One of UPSIDE Magazine's HOT 100 Companies for 2002; Coveted UPSIDE Hot 100 Award Recognizes Innovation, Leadership and Performance" | AMDOCS0997046 - AMDOCS0997047 | H, AU, F, IR |
| 075 | 7/27/1998 "Service Level Agreements: ISP Guarantees: Who Wins?", Network World , p. 30 | AMDOCS0997048 - AMDOCS0997050 | H, AU, F, IR |
| 076 | Openet Telecom Limited Directors'  report and consolidated financial statements for the period ended December 31, 2005 (McGovern Depo Ex. 6) | OPENET00000001 - OPENET00000035 | H, AU, F |
| 077 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2008  (Norton Depo Ex. 20) | OPENET00000036 - OPENET00000065 | H, AU, F |
| 078 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2009  (McGovern Depo Ex. 4) | OPENET00000066 -OPENET00000094 | H, AU, F |
| 079 | Openet Convergent Mediation Data Sheet  (P. Hogan Depo Ex. 8) | OPENET00000101 - OPENET00000103 | H, AU, F |
| 080 | Openet Policy Manager Data Sheet  (P. Hogan Depo Ex. 6) | OPENET00000107 - OPENET00000109 | H, AU, F |
| 081 | Openet Profile Manager Data Sheet  (P. Hogan Depo Ex. 7) | OPENET00000110 - OPENET00000111 | H, AU, F |
| 082 | Openet Telecom Limited Directors' report and consolidated financial statements for the period ended December 31, 2006 (McGovern Depo Ex. 7) | OPENET00000112 - OPENET00000146 | H, AU, F |
| 083 | Openet Balance Manager | OPENET00000207 - OPENET00000208 | H, AU, F |
| 084 | Presentation: Openet Strategy & Plan for 2010  (McGovern Depo Ex. 8) | OPENET00000242 - OPENET00000251 | H, AU, F |
| 085 | 1/26/2010 Presentation: Board of Directors Meeting - January 2010  (McGovern Depo Ex. 9) | OPENET00000332 - OPENET00000335 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 086 | 9/29/2010 Presentation: Board of Directors Meeting - September 2010 (McGovern Depo Ex. 10) | OPENET00000344 - OPENET00000346 | H, AU, F |
| 087 | Hard copy version: License Fee spreadsheet  (McGovern Depo Ex. 13) | OPENET00000395 - OPENET00000722 | H, AU, F, SU |
| 088 | Native excel version: License Fee spreadsheet | OPENET00000395 - OPENET00000722 | H, AU, F, SU |
| 089 | Various Entities Trial Balances (McGovern Depo Ex. 19) | OPENET00000729 - OPENET00000803 | H, AU, F, SU |
| 090 | Hard copy version: License Opportunity spreadsheet (McGovern Depo Ex. 12) | OPENET00000837 - OPENET00000965 | H, AU, F, SU |
| 091 | Native excel version: License Opportunity spreadsheet | OPENET00000837 - OPENET00000965 | H, AU, F, SU |
| 092 | 3/30/2004 Presentation: Openet Telecom Employee Briefing (Norton Depo Ex. 11) | OPENET00000974 - OPENET00000977 | H, AU, F |
| 093 | Presentation: Openet Convergent Mediation (O'Rafferty Depo Ex. 5) | OPENET00001558 - OPENET00001628 | H, AU, F, C |
| 094 | Presentation: Active Mediation Roadmap, CTO Office, August 2002  (Norton Depo Ex. 9) | OPENET00016789 - OPENET00016797 | H, AU, F |
| 095 | 7/27/2010 FusionWorks Convergent Charging 4.1 Overview Guide | OPENET00020955 - OPENET00021013 | H, AU, F |
| 096 | 8/11/2010 FusionWorks Convergent Mediation 6.1 Overview Guide | OPENET00036109 - OPENET00036161 | H, AU, F |
| 097 | OPENET 6.2 Framework Guide | OPENET00037330 - OPENET00037738 | H, AU, F |
| 098 | High Level Design - AT&T Data Rearchitecture (Su Depo Ex. 30) | OPENET00065384 - OPENET00065407 | H, AU, F |
| 099 | 4/16/2003 FusionWorks Release Notes Software Version 3.5  (Norton Depo Ex. 10) | OPENET00134864 - OPENET00134907 | H, AU, F |
| 100 | 10/21/2010 FusionWorks Balance Manager User Guide Software Release 3.2 (Byrne Depo Ex. 10) | OPENET00159729 - OPENET00159902 | H, AU, F |
| 101 | 10/21/2010 FusionWorks Convergent Charging User Guide Software Version 4.2 (Byrne Depo Ex. 7) | OPENET00159903 - OPENET00160124 | H, AU, F |
| 102 | 10/21/2010 FusionWorks Convergent Mediation Collectors Guide Software Release 6.2 (J. Hogan Depo Ex. 16) | OPENET00160349 - OPENET00160772 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 103 | 10/21/2010 FusionWorks Convergent Mediation User Guide Software Release 6.2 (Byrne Depo Ex. 4) | OPENET00161539 - OPENET00162539 | H, AU, F |
| 104 | 10/21/2010 FusionWorks Framework DSD Reference Guide Software Release 6.2 (J. Hogan Depo Ex. 19) | OPENET00163540 - OPENET00164195 | H, AU, F |
| 105 | 10/21/2010 FusionWorks Framework User Guide Software Release 6.2 (J. Hogan Depo Ex. 18) | OPENET00164294 - OPENET00165272 | H, AU, F |
| 106 | 10/21/2010 FusionWorks Network Edge Rating User Guide Software Release 6.2 (Byrne Depo Ex. 11) | OPENET00165273 - OPENET00165656 | H, AU, F |
| 107 | 7/2009 Cisco Policy Manager User Guide Release 1.0 (Byrne Depo Ex. 15) | OPENET00169374 - OPENET00169789 | H, AU, F, IR |
| 108 | 11/17/2010 FusionWorks Policy Manager User Guide Software Version 3.2 (Byrne Depo Ex. 14) | OPENET00170948 - OPENET00171523 | H, AU, F |
| 109 | 12/30/2010 iMediate Requirements Specification for the Openet IP Mediation System (McNamee Depo Ex. 5) | OPENET00176858 - OPENET00176874 | H, AU, F |
| 110 | 12/30/2010 iMediator Requirements Specification for the Openet IP Mediation System (McNamee Depo Ex. 6) | OPENET00176935 - OPENET00176952 | H, AU, F |
| 111 | AT&T High Level Design - 200573a - AOC Zero rated project (Su Depo Ex. 26) | OPENET00177990 - OPENET00177998 | H, AU, F, IR |
| 112 | AT&T Application Design Document for FW60 Data Re-Architecture | OPENET00178014 - OPENET00178116 | H, AU, F, IR |
| 113 | AT&T Application Design - 199822 XACCT Sunset/Migration to FusionWorks (Su Depo Ex. 12) | OPENET00178694 - OPENET00178841 | H, AU, F, IR |
| 114 | Openet Telecom Instant Messaging Technical Specification For Cingular | OPENET00179749 - OPENET00179788 | H, AU, F |
| 115 | Policy Solution Phase-I Technical Specification For Cricket Wireless (Su Depo Ex. 35) | OPENET00180425 - OPENET00180527 | H, AU, F |
| 116 | Openet SDA - AM - Release 2.0/FusionWorks Technical Specification (Internal) Version 0.8 For Time Warner Cable (Wang Depo Ex. 15) | OPENET00200924 - OPENET00201097 | H, AU, F |
| 117 | FW5.5 Upgrade Technical Specification (Su Depo Ex. 48) | OPENET00205382 - OPENET00205462 | H, AU, F |
| 118 | 8/31/2006 Data Mediation DM-415 PDSN-Usage Routing Correlator Technical Specification For Verizon Wireless (Wang Depo Ex. 3) | OPENET00205703 - OPENET00205735 | H, AU, F |
| 119 | IP Mediation - Phase 1 Mediation Solution Analysis for Verizon Wireless | OPENET00208133 - OPENET00208199 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 120 | Openet Telecom - Software License Pricing Tool  (P. Hogan Depo Ex. 17) | OPENET00213177 - OPENET00213177.0009 | H, AU, F |
| 121 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ended December 31, 2007  (Norton Depo Ex. 19) | OPENET00214187 - OPENET00214217 | H, AU, F |
| 122 | Openet Telecom Limited Reports and Consolidated Financial Statements for the year ending December 31, 2009  (Norton Depo Ex. 21) | OPENET00214221 - OPENET00214249 | H, AU, F |
| 123 | 12/12/2006 Email from Jose Pacheco to Ivan Kunz et al. re: XACCT: Where we are better!  (Norton Depo Ex. 24) | OPENET00214621 - OPENET00214623 | H, AU, F, IR, P, M |
| 124 | Shake Your Money Maker: How SDM Will Unlock Latent B/OSS Assets by Niall Norton, CEO, Openet  (Norton Depo Ex. 15) | OPENET00214944 - OPENET00214945 | H, AU, F |
| 125 | Presentation: Kill Products Suites - Benefits offered by Amdocs and Oracle product suites is largely an illusion  (Norton Depo Ex. 26) | OPENET00214950 - OPENET00214958 | H, AU, F |
| 126 | Presentation: Openet Online Charging System Roadmap, December 2010 | OPENET00216070 - OPENET00216116 | H, AU, F |
| 127 | Untitled List | OPENET00216416 - OPENET00216419 | H, AU, F, IR |
| 128 | Company Review List | OPENET00216420 - OPENET00216426 | H, AU, F, IR |
| 129 | 11/3/2003 Memorandum from Shane O'Flynn to Joe Hogan and Alan McNamee re: Patent Research Update (J. Hogan Depo Ex. 12) | OPENET00216496 - OPENET00216604 | H, AU, F, IR, ME, P, M |
| 130 | AT&T High Level Design - 095404b - Dobson Conversion (Su Depo Ex. 24) | OPENET00456871 - OPENET00456884 | H, AU, F |
| 131 | A New Telecommunications OSS Mediation Paradigm - Business Case, Version 2.2, March 1999 (Norton Depo Ex. 8) | OPENET00492541 - OPENET00492597 | H, AU, F |
| 132 | Openet Telecom Ltd A New Telecommunications OSS Mediation Paradigm - Business Case, Version 2.2, March 1999 (J. Hogan Depo Ex. 5) | OPENET00492686 - OPENET00492743 | H, AU, F |
| 133 | Openet Professional Services Proposal for Cricket Communications - cricket Statement of Work [CRK001} Policy Solution - Phase 1, Version 3.0 (Su Depo Ex. 34) | OPENET00495586 - OPENET00495610 | H, AU, F, IR |
| 134 | AT&T Application Design - 206423a - Sonus NTN HLR Query w CAMEL (Su Depo Ex. 31) | OPENET00506132 - OPENET00506138 | H, AU, F, IR |
| 135 | AT&T High Level Design 190766 - CPM - Converged IP Messaging (Mediation)/ 1910 Gold FusionWorks Voice (Su Depo Ex. 22) | OPENET00506491 - OPENET00506503 | H, AU, F, IR |
| 136 | AT&T High Level Design 218646 - Session Based Pricing 1.5 Walmart Trial/ FusionWorks Balance Manager (Su Depo Ex. 23) | OPENET00506681 - OPENET00506718 | H, AU, F, IR |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 137 | AT&T Application Design - 199855a - LTE EPC (Su Depo Ex. 25) | OPENET00507981 - OPENET00508019 | H, AU, F, IR |
| 138 | AT&T Application Design - 194720 Mediation NB-FMC Project (Su Depo Ex. 32) | OPENET00510741 - OPENET00510759 | H, AU, F, IR |
| 139 | Subscriber Data Architecture Initiative Statement of Work No. 011 - TWC TV Everywhere | OPENET00517745 - OPENET00517753 | H, AU, F |
| 140 | Master Software License, Maintenance, and Services Agreement between Cellco Partnership d/b/a CompanyX Wireless and Openet Telecom  (McGovern Depo Ex. 17) | OPENET00521957 - OPENET00521972 | H, AU, F, IE, IR, BER |
| 141 | Openet Telecom Data Mediation IP Enhancements DC 415: PDSN Usage Detail Statement of Work For Verizon Wireless | OPENET00525099 - OPENET00525126 | H, AU, F |
| 142 | Presentation: 2007 Openet User Conference, CEO Opening Address - Niall Norton, CEO  (Norton Depo Ex. 22) | OPENET00536233 - OPENET00536261 | H, AU, F, DH |
| 143 | Openet CTE Correlator Fact Sheet (J. Hogan Depo Ex. 17) | OPENET00540910 - OPENET00540913 | H, AU, F |
| 144 | 8/14/2010 Google Alert Email forwarded from Andrea Kavanagh to Niall Norton et al.  (McGovern Depo Ex. 16) | OPENET00540999 - OPENET00541005 | H, AU, F, IR |
| 145 | 8/1/2010 Google Alert Email forwarded from Andrea Kavanagh to Niall Norton et al. (Norton Depo Ex. 27) | OPENET00541066 | H, AU, F, IR |
| 146 | 7/6/2010 Email from Niall Norton to Tommy Morrissey re: Monthly Sales Status Update - ATT Team - June 30, 2010  (McGovern Depo Ex. 14) | OPENET00541239 - OPENET00541242 | H, AU, F |
| 147 | Openet Contract Status with ATT spreadsheet (McGovern Depo Ex. 18) | OPENET00541273 - OPENET00541276 | H, AU, F, SU, IR |
| 148 | 5/13/2010 Email from Alan McNamee to Max Bacik re: SA2 policy discussion | OPENET00547235 | H, AU, F, IR |
| 149 | AT&T High Level Design Template (Su Depo Ex. 27) | OPENET00552929 - OPENET00552968 | H, AU, F |
| 150 | Statement of Work #25 for PSA 20071106.057.C (Su Depo Ex. 18) | OPENET00571027 - OPENET00571034 | H, AU, F, IR |
| 151 | Presentation: Openet Convergent Mediation Solution (Manzo Depo Ex. 3) | OPENET00594109 - OPENET00594221 | H, AU, F |
| 152 | Openet's RFP Response to Mediation Device for PTC Era  (O'Rafferty Depo Ex. 3) | OPENET00599197 - OPENET00599308 | H, AU, F, IR, P, M |
| 153 | 4/14/2005 Openet Telecom IP Data Mediation General Categorization DM-293 Unit Specification WAP Correlation For Verizon Wireless (Wang Depo Ex. 11) | OPENET00641599 - OPENET00641614 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 154 | 8/9/2010 Email from Cary Strohecker to Shane O'Flynn, Niall Norton and Eimer McGovern re: Updated Info for today's call  (McGovern Depo Ex. 15) | OPENET00642309 - OPENET00642312 | H, AU, F, IR |
| 155 | Detailed Sales Status - July 2010  (P. Hogan Depo Ex. 11) | OPENET00642401 - OPENET00642428 | H, AU, F, IR |
| 156 | 6/21/2010 Email from Angela Pinetta to various re: NAR WAR 21st of June 2010 (P. Hogan Depo Ex. 10) | OPENET00643325 - OPENET00643331 | H, AU, F, IR |
| 157 | 5/13/2010 Email from Phillip Hogan to Niall Norton re: Amdocs  (P. Hogan Depo Ex. 13) | OPENET00643882 - OPENET00643884 | H, AU, F, IR |
| 158 | Work Order No. 20071106.057.S.039 Between Openet Telecom, Inc. and AT&T Services, Inc. | OPENET00646506 - OPENET00646513 | H, AU, F, IR |
| 159 | Statement of Work #50 for PSA 20071106.057.C (Su Depo Ex. 16) | OPENET00647407 - OPENET00647414 | H, AU, F, IR |
| 160 | Statement of Work #46 for PSA 20071106.057.C (Su Depo Ex. 15) | OPENET00647418 - OPENET00647424 | H, AU, F, IR |
| 161 | Statement of Work #45 for PSA 20071106.057.C (Su Depo Ex. 5) | OPENET00647429 - OPENET00647435 | H, AU, F, IR |
| 162 | Statement of Work #51 for PSA 20071106.057.C (Su Depo Ex. 4) | OPENET00647436 - OPENET00647442 | H, AU, F, IR |
| 163 | 12/18/2009 Email from Phillip Hogan to Niall Norton re: Expanding FusionWorks Mediation | OPENET00647472 - OPENET00647473 | H, AU, F, IR |
| 164 | Presentation: U-Verse Mediation: Using ATT's CARTS specified Mediation Vehicle | OPENET00648695 - OPENET00648702 | H, AU, F, IR |
| 165 | 10/27/2009 Email from Phillip Hogan to Niall Norton et al. re: Contract for XACCT Replacement | OPENET00649219 - OPENET00649221 | H, AU, F, IR |
| 166 | Statement of Work #28 for PSA 20071106.057.C (Su Depo Ex. 17) | OPENET00658215 - OPENET00658219 | H, AU, F, IR |
| 167 | Statement of Work (Su Depo Ex. 21) | OPENET00668262 - OPENET00668277 | H, AU, F, IR |
| 168 | Statement of Work (Su Depo Ex. 20) | OPENET00668278 - OPENET00668294 | H, AU, F, IR |
| 169 | Openet Correlation & Aggregation Examples | OPENET00669596 - OPENET00669613 | H, AU, F |
| 170 | Presentation: Openet Growth Strategies  (P. Hogan Depo Ex. 2) | OPENET00677804 - OPENET00677841 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 171 | 3/15/2007 Email from Joe Hogan to Apollo Guy, David O'Kelly and Niall Norton re: RedKnee seems to be investing effort & time in patents (J. Hogan Depo Ex. 14) | OPENET00688023 - OPENET00688024 | H, AU, F, IR, M, P |
| 172 | 1/26/2011 Presentation: FusionWorks Positioning | OPENET00688282 - OPENET00688305 | H, AU, F |
| 173 | Sprint Statement of Work | OPENET00690633 - OPENET00690648 | H, AU, F |
| 174 | Openet Professional Services - BDM Update - June 8  (P. Hogan Depo Ex. 9) | OPENET00693842 - OPENET00693844 | H, AU, F |
| 175 | Presentation: CVG EMEA & Openet Alliance Business Case, May 2005 (P. Hogan Depo Ex. 1) | OPENET00693847 - OPENET00693886 | H, AU, F |
| 176 | 1/8/2009 Email from Niall Norton to Richard Coleman re: Tom Murphy- TMNG Email on Openet @ Sprint (Norton Depo Ex. 29) | OPENET00707807 - OPENET00707809 | H, AU, F, IR, P, M |
| 177 | 3/10/2008 Email from Niall Norton to Michael Manzo et al. re: Network Edge neutrality - fighting the gorillas | OPENET00711251 | H, AU, F, IR |
| 178 | Amendment No. 2 to OEM-IN Software License Agreement (Su Depo Ex. 10) | OPENET00720771 - OPENET00720785 | H, AU, F |
| 179 | Amendment No 3. to OEM-IN Software License Agreement (Su Depo Ex. 11) | OPENET00720786 - OPENET00720787 | H, AU, F |
| 180 | OEM-IN Software License Agreement (Su Depo Ex. 8) | OPENET00720788 - OPENET00721002 | H, AU, F |
| 181 | 9/30/2004 Fax from Christina Terzakis re Fully Executed Agreement (Su Depo Ex. 9) | OPENET00721202 - OPENET00721230 | H, AU, F |
| 182 | 5/13/2010 Email from Niall Norton to Phillip Hogan re: Amdocs | OPENET00722384 - OPENET00722386 | H, AU, F, IR, P |
| 183 | Openet Training Catalogue (Norton Depo Ex. 30) | OPENET00731940 - OPENET00731966 | H, AU, F |
| 184 | Presentation:: Openet - KL Staff Meeting, June 10, 2008 | OPENET00743091 - OPENET00743148 | H, AU, F |
| 185 | Openet Business Plan For Software Industry Awards Application, August 2007  (P. Hogan Depo Ex. 3) | OPENET00757266 - OPENET00757378 | H, AU, F |
| 186 | 7/16/2002 Email from Phillip Hogan to Frank Smith, Joe Hogan and John Rainger re: Is Tuesday good next week or was wed. better?  (P. Hogan Depo Ex. 14) | OPENET00763181 - OPENET00763182 | H, AU, F |

Openet's Objections to Amdocs' Exhibit List

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 187 | Oracle PartnerNetwork Embedded Software License Distribution Agreement (Su Depo Ex. 44) | OPENET00763307 - OPENET00763327 | H, AU, F, IR |
| 188 | Oracle PartnerNetwork Embedded Software License Distribution Agreement (Su Depo Ex. 45) | OPENET00763328 - OPENET00763345 | H, AU, F, IR |
| 189 | Master Software License and Services Agreement - Executive Version (Su Depo Ex. 7) | OPENET00763399 - OPENET00763433 | H, AU, F, IR, BER |
| 190 | 8/27/2007 Letter from Dennis Moffit to Apollo Guy re enclosed fully executed copy of Suddenlink Agreement (Su Depo Ex. 37) | OPENET00763434 - OPENET00763459 | H, AU, F, IR |
| 191 | Master Software License Agreement (Su Depo Ex. 41) | OPENET00763460 - OPENET00763540 | H, AU, F, IR |
| 192 | Openet Telecom, Ltd. Software License Agreement (Su Depo Ex. 39) | OPENET00763542 - OPENET00763556 | H, AU, F, IR |
| 193 | Software License and Services Agreement - FusionWorks Mediation V3.0 (Su Depo Ex. 42) | OPENET00763557 - OPENET00763577 | H, AU, F, IR |
| 194 | Software License and Terms (Su Depo Ex. 43) | OPENET00763578 - OPENET00763598 | H, AU, F, IR, BER |
| 195 | Software License and Services Agreement - FusionWorks Mediation V3.0 (Su Depo Ex. 40) | OPENET00763599 - OPENET00763638 | H, AU, F, IR |
| 196 | **INTENTIONALLY OMITTED** | | |
| 197 | **INTENTIONALLY OMITTED** | | |
| 198 | Amendment to Cricket/Openet Master Software License, Services and Support Agreement (Su Depo Ex. 33) | OPENET00763641 - OPENET00763648 | H, AU, F, IR |
| 199 | Master Software License Agreement (Su Depo Ex. 38) | OPENET00763649 - OPENET00763659 | H, AU, F, IR |
| 200 | **INTENTIONALLY OMITTED** | | |
| 201 | 11/17/2010 FusionWorks Release Matrix (J. Hogan Depo Ex. 25) | OPENET00763674 - OPENET00763697 | H, AU, F |
| 202 | CFO Report, Board Meeting | OPENET00763723 - OPENET00763733 | H, AU, F |
| 203 | 8/2010 Your Openet Newsletter - Volume 1, Issue 3 (Su Depo Ex. 3) | OPENET00764318 - OPENET00764346 | H, AU, F, IR |
| 204 | 6/5/2003 Email from Phillip Hogan to John Rainger re: AMDOCS update | OPENET00762753 - OPENET00762754 | H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 205 | BBMM, Phase-II Technical Specification For Cricket Wireless (Su Depo Ex. 47) | OPENET00766290 - OPENET00766337 | H, AU, F |
| 206 | 5/2010 Your Openet Newsletter - Volume 1, Issue 2 (Su Depo Ex. 6) | OPENET00771384 - OPENET00771414 | H, AU, F, IR |
| 207 | 5/31/2010 Email from Angela Pinette to various re NAR WAR 31st May 2010 (Su Depo Ex. 36) | OPENET00771742 - OPENET00717748 | H, AU, F, IR |
| 208 | Openet Corporate Presentation for Oracle, August 2009  (Manzo Depo Ex. 1) | OPENET00814875 - OPENET00814921 | H, AU, F |
| 209 | 1/6/2009 Openet's Response to Safaricom  (O'Rafferty Depo Ex. 6) | OPENET00852396 - OPENET00852511 | H, AU, F, IR, P, M |
| 210 | Presentation: FusionWorks Clustering Capabilities and Configurations | OPENET00852569 - OPENET00852582 | H, AU, F |
| 211 | Statement of Work #22 for PSA 20071106.057.C (Su Depo Ex. 19) | OPENET00857235 - OPENET00857241 | H, AU, F, IR |
| 212 | Presentation: Openet Convergent Mediation Solution | OPENET00891994 - OPENET00892090 | H, AU, F |
| 213 | 11/7/2007 Presentation: FusionWorks: Transactional Intelligence for Next-Generation Networks for Time Warner Cable | OPENET00894749 - OPENET00894803 | H, AU, F |
| 214 | 1/4/2007 FusionWorks Product Overview, Rev:1.0  (O'Rafferty Depo Ex. 2) | OPENET00907337 - OPENET00907387 | H, AU, F, C |
| 215 | North American Cable Market Entrance Plan  (Manzo Depo Ex. 2) | OPENET00909284 - OPENET00909337 | H, AU, F, IR |
| 216 | 6/7/2006 Email from Shane O'Flynn to Joe Hogan, Alan McNamee and Marc Price re: Annual Patent Search (Wang Depo Ex. 27) | OPENET00940776 | H, AU, F, IR, M, P |
| 217 | Openet Professional Services (Manzo Depo Ex. 6) | OPENET00954153 - OPENET00954160 | H, AU, F |
| 218 | FusionWorks Mediation: Architecture and Competitive Position (Su Depo Ex. 14) | OPENET00979121 - OPENET00979128 | H, AU, F, IR |
| 219 | 5/22/2002 Sprint Request for Proposal RFP# 020147 Consolidated Mediation System | OPENET00992672 - OPENET00992890 | H, AU, F, IR |
| 220 | 1/23/2002 Email from Joe Hogan to mgmt and CTO Office re: European patents pending or granted (J. Hogan Depo Ex. 10) | OPENET00996212 | H, AU, F, IR, P, M |
| 221 | Presentation: Openet Convergent Mediation | OPENET01003345 - OPENET01003471 | H, AU, F, IR |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 222 | 10/26/2007 AT&T Mobility FusionWorks Systems - High Level Overview, Version 1.2 (J. Hogan Depo Ex. 22) | OPENET01012702 - OPENET01012709 | H, AU, F, IR |
| 223 | 6/6/2006 Email from Joe Hogan to Alan McNamee, Marc Price and Shane O'Flynn re: Annual Patent Search (J. Hogan Depo Ex. 13) | OPENET01019861 | H, AU, F, IR, P, M |
| 224 | 5/16/2003 Email from Joe Hogan to John Rainger re: FW: Trademark invoices (J. Hogan Depo Ex. 11) | OPENET01024092 - OPENET01024094 | H, AU, F, IR, P, M |
| 225 | 4/12/1998 Letter to Joe Hogan from Aidan Doyle (J. Hogan Depo Ex. 4) | OPENET01029414 - OPENET01029417 | H, AU, F, IR, IE |
| 226 | Presentation: Openet POR for 2010 | OPENET01047416 - OPENET01047465 | H, AU, F, IR |
| 227 | Openet Presentation to Company | OPENET01051376 - OPENET01051845 | H, AU, F, IR |
| 228 | 9/17/2009 Email from Cary Strohecker to Michael Manzo and Apollo Guy re: Uverse- xacct replacement  (Manzo Depo Ex. 9) | OPENET01055539 - OPENET01055542 | H, AU, F, IR, P, M |
| 229 | Openet Telecom TWC Audience Measurement Phase One Technical Specification Version 1.0 For Time Warner Cable (Wang Depo Ex. 14) | OPENET01095223 - OPENET01095465 | H, AU, F, IR |
| 230 | 8/31/2007 Email from Michael Manzo to Marc Price and Tom Walsh re: Audience Measurement Patent  (Manzo Depo Ex. 7) | OPENET01142470 | H, AU, F, IR, P, M |
| 231 | Openet's FusionWorks Product Solution Capabilities and Customer Cases Presentation Slides | OPENET01154976 - OPENET01155136 | H, AU, F, IR |
| 232 | Openet Proposal for Videotron ltee  (O'Rafferty Depo Ex. 4) | OPENET01175354 - OPENET01175557 | H, AU, F, IR, P, M |
| 233 | 3/11/2010 Session Based Pricing Phrase 1.1, Version 0.11 (Su Depo Ex. 28) | OPENET01186231 - OPENET01186406 | H, AU, F, IR |
| 234 | Presentation: Openet FusionWorks Framework | OPENET01188676 - OPENET01188783 | H, AU, F |
| 235 | ActiveCharge SMS re-Architecture - Technical Specification (Su Depo Ex. 13) | OPENET01191205 - OPENET01191281 | H, AU, F, IR |
| 236 | Presentation: Overview of Openet Services - March 30, 2010 | OPENET01191442 - OPENET01191511 | H, AU, F, IR |
| 237 | Hard copy version: spreadsheet containing customer sales information | OPENET01201529 - OPENET01201699 | H, AU, F, SU |
| 238 | Native excel version: spreadsheet containing customer sales information | OPENET01201529 | H, AU, F, SU |
| 239 | <Root>FW_6_2/SharedModules/source/c++/components/AccountInteface/ AccountInterfaceComponent.cc | OPENET01235139 – OPENET01235211 | IE, H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 240 | <Root>/FW_6_2/SharedModules/source/c++/components/AccountInterface/AccountInterfaceDSDIF.cc | OPENET01235212 – OPENET01235214 | IE, H, AU, F |
| 241 | <ROOT>/FW_6_2/core/FusionWorks/avs/avs.cc | OPENET01235215 – OPENET01235268 | IE, H, AU, F |
| 242 | <Root>/FW_6_2/core/FusionWorks/corLib/AVSListener.cc | OPENET01235269 | IE, H, AU, F |
| 243 | <Root>/FW_6_2/core/FusionWorks/include/AVSRecord.h | OPENET01235270 – OPENET01235272 | IE, H, AU, F |
| 244 | <Root>/FW_6_2/interfaces/collectors/batch/batch.cc | OPENET01235273 – OPENET01235289 | IE, H, AU, F |
| 245 | <Root>/FW_6_2/core/FusionWorks/include/UnifiedLogging/BatchedBuffer.h | OPENET01235290 – OPENET01235302 | IE, H, AU, F |
| 246 | <Root>/FW_6_2/SharedModules/source/scripts/database/AccountInterface/packages/bm_acc_ds.pkb | OPENET01235303 – OPENET01235394 | IE, H, AU, F |
| 247 | <Root>/FW_6_2/interfaces/collectors/diaccfcol/ccfcol.cc | OPENET01235395 – OPENET01235407 | IE, H, AU, F |
| 248 | <Root>/FW_6_2/core/FusionWorks/cor/cor.cc | OPENET01235408 – OPENET01235428 | IE, H, AU, F |
| 249 | <Root>/FW_6_2/FusionWorks/pluginComponents/TransactionAuditServer/sample_scripts/createTALfile.dsd | OPENET01235429 | IE, H, AU, F |
| 250 | <Root>/FW_6_2/interfaces/collectors/genevaProxy/genevaProxy.cc | OPENET01235430 – OPENET01235459 | IE, H, AU, F |
| 251 | <Root>/FW_6_2/interfaces/collectors/gtp/gtpcol.cc | OPENET01235460 – OPENET01235505 | IE, H, AU, F |
| 252 | <ROOT>/FW_6_2/core/FusionWorks/corLib/IncomingAVSCallThread.cc | OPENET01235506 | IE, H, AU, F |
| 253 | <Root>/FW_6_2/interfaces/collectors/mtp/mtp.cc | OPENET01235507 – OPENET01235538 | IE, H, AU, F |
| 254 | <Root>/FW_6_2/interfaces/collectors/MTPNortel/MTPCollector.cc | OPENET01235539 – OPENET01235584 | IE, H, AU, F |
| 255 | <Root>/FW_6_2/core/lib/network.cc | OPENET01235585 – OPENET01235590 | IE, H, AU, F |
| 256 | <Root>/FW_6_2/core/lib/poller.cc | OPENET01235591 – OPENET01235599 | IE, H, AU, F |
| 257 | <Root>/FW_6_2/interfaces/collectors/qbatch/qbatch.cc | OPENET01235600 – OPENET01235630 | IE, H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 258 | <Root>/FW_6_2/interfaces/collectors/radiusacct/radiusacct.cc | OPENET01235631 – OPENET01235685 | IE, H, AU, F |
| 259 | <Root>/FW_6_2/interfaces/collectors/radiusauth/radiusauth.cc | OPENET01235686 – OPENET01235782 | IE, H, AU, F |
| 260 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger.cc | OPENET01235783 – OPENET01235791 | IE, H, AU, F |
| 261 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/TransactionAuditLoggerDSDIF.cc | OPENET01235792 – OPENET01235798 | IE, H, AU, F |
| 262 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/TransactionData.h | OPENET01235799 – OPENET01235800 | IE, H, AU, F |
| 263 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/TransactionData.cc | OPENET01235801 – OPENET01235805 | IE, H, AU, F |
| 264 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditLogger/TransactionStoreThread.cc | OPENET01235806 – OPENET01235809 | IE, H, AU, F |
| 265 | <Root>/FW_6_2/interfaces/collectors/xferng/xferng.cc | OPENET01235810 – OPENET01235837 | IE, H, AU, F |
| 266 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmEvent.cc | OPENET01235838 – OPENET01235839 | IE, H, AU, F |
| 267 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmEventRecord.cc | OPENET01235840 – OPENET01235842 | IE, H, AU, F |
| 268 | <Root>/FW_6_2/core/FusionWorks/ServerInterfaces/AlarmManager/AlarmInterface.cc | OPENET01235843 – OPENET01235845 | IE, H, AU, F |
| 269 | <Root>/FW_6_2/interfaces/plugins/AlarmInterface/ComponentAlarmInterfaceDSDInterface.cc | OPENET01235846 – OPENET01235851 | IE, H, AU, F |
| 270 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManager_impl.cc | OPENET01235852 – OPENET01235857 | IE, H, AU, F |
| 271 | <Root>/FW_6_2/core/FusionWorks/ServerInterfaces/AlarmManager/AlarmManagerInterface.cc | OPENET01235858 – OPENET01235866 | IE, H, AU, F |
| 272 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManagerMain.cc | OPENET01235867 – OPENET01235888 | IE, H, AU, F |
| 273 | <Root>/FW_6_2/core/FusionWorks/AlarmManager/AlarmManagerServer.cc | OPENET01235867 – OPENET01235888 | IE, H, AU, F |
| 274 | <Root>/FW_6_2/interfaces/plugins/AlarmInterface/AlarmInterfacePlugin.cc | OPENET01235889 | IE, H, AU, F |
| 275 | <Root>/interfaces/PCFPlugins/diameter_plugin/plugin/DiameterPlugin.cc | OPENET01235890 – OPENET01235914 | IE, H, AU, F |

Openet's Objections to Amdocs' Exhibit List

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 276 | <Root>/FW_6_2/core/OAM/oam-webapp/src/main/webapp/transactions/gridPanel.xhtml | OPENET01235915 – OPENET01235918 | IE, H, AU, F |
| 277 | <Root>/interfaces/PCFPlugins/GTPServer/gtpServerComponent.cc | OPENET01235919 – OPENET01235940 | IE, H, AU, F |
| 278 | <Root>/interfaces/PCFPlugins/HTTP_Server/HTTP_Server.cc | OPENET01235941 – OPENET01235955 | IE, H, AU, F |
| 279 | <Root>/FW_6_2/core/OAM/oam-webapp/src/main/webapp/transactions/queryPanel.xhtml | OPENET01235956 – OPENET01235959 | IE, H, AU, F |
| 280 | <Root>/interfaces/PCFPlugins/radiusCharging/RadiusCharging_Component.cc | OPENET01235960 – OPENET01235968 | IE, H, AU, F |
| 281 | <Root>/FW_6_2/core/FusionWorks/pluginComponents/TransactionAuditServer/src/main/resources/wsdl/TLogger.wsdl | OPENET01235969 – OPENET01235970 | IE, H, AU, F |
| 282 | <Root>/FW_6_2/core/OAM/common-ejb3/src/main/java/com/openet/tviewer/client/TViewerClientBean.java | OPENET01235971 – OPENET01235975 | IE, H, AU, F |
| 283 | <Root>/FW_6_2/core/common-ejb3/src/main/java/com/openet/tviewer/gui/TViewerGui.java | OPENET01235976 – OPENET01235977 | IE, H, AU, F |
| 284 | <Root>/FW_6_2/core/OAM/common-ejb3/src/main/java/com/openet/tviewer/gui/TViewerGuiBean.java | OPENET01235978 – OPENET01235983 | IE, H, AU, F |
| 285 | <Root>/interfaces/PCFPlugins/ussdserverrt/USSDServerProtocolHandler.cc | OPENET01235984 – OPENET01235999 | IE, H, AU, F |
| 286 | <Root>/interfaces/PCFPlugins/Omnitel_CallFlowControl_SOAP/WebServiceComponent.cc | OPENET01236000 – OPENET01236005 | IE, H, AU, F |
| 287 | <Root>/FW_6_2/core/java/type-editor/src/main/java/com/openet/gui/bean/typeEditor/actions/AddCompoundConstraintAction.java | OPENET01236006 – OPENET01236008 | IE, H, AU, F |
| 288 | <Root>/FW_6_2/core/FusionWorks/avs/avscvmcompiler.cc | OPENET01236009 – OPENET01236039 | IE, H, AU, F |
| 289 | <Root>/FW_6_2/interfaces/protocols/gtp/gtp.cc | OPENET01236040 – OPENET01236107 | IE, H, AU, F |
| 290 | Openet GTP'   Implementation | OPENET01236108 – OPENET01236114 | IE, H, AU, F |
| 291 | <Root>/FW_6_2/interfaces/PCFPlugins/radiusCharging/RadiusCharging_Statistics.cc | OPENET01236115 – OPENET01236118 | IE, H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 292 | <Root>/FW_6_2/core/java/type-editor/src/main/java/com/openet/gui/bean/typeEditor/actions/AddAtomicConstraintAction.java | OPENET01236119 – OPENET01236120 | IE, H, AU, F |
| 293 | <Root>/FW_6_2/interfaces/collectors/tstream/apache/typedocs/Apache.xml | OPENET01236121 | IE, H, AU, F |
| 294 | <Root>/FW_6_2/interfaces/collectors/gtp/typedocs/GTPp_RAW.xml | OPENET01236122 - OPENET01236123 | IE, H, AU, F |
| 295 | <Root>/workspace/collectors/sdvtunlogtcpfile/rules/br_processEvent.dsd (Wang Depo Ex. 16) | OPENET01239850 - OPENET01239855 | IE, H, AU, F |
| 296 | br_processUDE.dsd (Wang Depo Ex. 22) | OPENET01247064 - OPENET01247068 | IE, H, AU, F |
| 297 | br_processUDE.dsd (Wang Depo Ex. 23) | OPENET01247075 - OPENET01247078 | IE, H, AU, F |
| 298 | br_processUDE.dsd (Wang Depo Ex. 24) | OPENET01247081 - OPENET01247083 | IE, H, AU, F |
| 299 | br_processUDE.dsd (Wang Depo Ex. 25) | OPENET01247086 - OPENET01247088 | IE, H, AU, F |
| 300 | br_processUDE.dsd (Wang Depo Ex. 26) | OPENET01247112 - OPENET01247117 | IE, H, AU, F |
| 301 | <Root>/src/dsd/collector/package/COR_SESSTOWAP/br_Event.dsd (Wang Depo Ex. 10) | OPENET01247312 - OPENET01247326 | IE, H, AU, F |
| 302 | br_Event.dsd (Wang Depo Ex. 21) | OPENET01247396 - OPENET01247405 | IE, H, AU, F |
| 303 | br_processCommonEvent.dsd (Wang Depo Ex. 19) | OPENET01247876 - OPENET01247904 | IE, H, AU, F |
| 304 | st_generateControlReports.dsd (Wang Depo Ex. 20) | OPENET01248904 - OPENET01248911 | IE, H, AU, F |
| 305 | <Root>/config/database/client/create_client_ddl_no_part.sql (Wang Depo Ex. 4) | OPENET01249694 - OPENET01249735 | IE, H, AU, F |
| 306 | <Root>/src/desc/Collector_WAP.desc (Wang Depo Ex. 5) | OPENET01249743 - OPENET01249745 | IE, H, AU, F |
| 307 | Lb_PrepareWAPInsertStmt (Wang Depo Ex. 13) | OPENET01249746 - OPENET01249759 | IE, H, AU, F |
| 308 | <Root>/src/dsd/collector/package/COR_SESSTOWAP/eh_Event.dsd (Wang Depo Ex. 9) | OPENET01249767 - OPENET01249768 | IE, H, AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 309 | <Root>/src/dsd/collector/package/WAP/br_BatchEnd.dsd (Wang Depo Ex. 6) | OPENET01249835 - OPENET01249837 | IE, H, AU, F |
| 310 | <Root>/src/dsd/collector/package/WAP/br_Connect.dsd (Wang Depo Ex. 8) | OPENET01249838 - OPENET01249844 | IE, H, AU, F |
| 311 | <Root>/src/dsd/correlator/library/lb_DupCheck.dsd (Wang Depo Ex. 7) | OPENET01249849 - OPENET01249929 | IE, H, AU, F |
| 312 | <Root>/Collector_IM_Yahoo/Eh_YAHOO_IM_CDR_EVENT.dsd (Wang Depo Ex. 17) | OPENET01249962 - OPENET01249963 | IE, H, AU, F |
| 313 | <Root>/Common_Batch/Br_ProcessEvent_IM_Yahoo.dsd (Wang Depo Ex. 18) | OPENET01249964 - OPENET01249968 | IE, H, AU, F |
| 314 | <FusionWorks>/interfaces/plugins/services/wap/WAP_Plugin.cc (Wang Depo Ex. 12) | OPENET01249974 - OPENET01249986 | IE, H, AU, F |
| 315 | 3/17/2007 Email from Joe Hogan to Michael Manzo et al. re: RedKnee seems to be investing effort & time in patents (J. Hogan Depo Ex. 26) | OPENET01200246 - OPENET01200248 | H, AU, F, P, IR, M |
| 316 | **INTENTIONALLY OMITTED** | | |
| 317 | 9/13/2010 Article entitled "Openet 'Surprised' by Amdocs Legal Action"  (Norton Depo Ex. 23) | | H, AU, F, IR, P, M |
| 318 | **INTENTIONALLY OMITTED** | | |
| 319 | Data Services/ Openet List Price  (P. Hogan Depo Ex. 18) | | H, AU, F, IR |
| 320 | Subscriber Data Management Solution Brief  (Norton Depo Ex. 14) | | H, AU, F, IR, C |
| 321 | Openet University Services Brief  (Norton Depo Ex. 17) | | H, AU, F, IR, C |
| 322 | Openet Profile Manager brochure (Byrne Depo Ex. 12) | | H, AU, F, IR |
| 323 | Openet Policy Manager brochure (Byrne Depo Ex. 13) | | H, AU, F, IR |
| 324 | Openet Convergent Charging (Byrne Depo Ex. 5) | | H, AU, F |
| 325 | Openet Convergent Mediation (Byrne Depo Ex. 3) | | H, AU, F |
| 326 | Openet Telecom Limited Consolidated Balance Sheet  (McGovern Depo Ex. 11) | | H, AU, F, IR |
| 327 | Openet White Paper: Subscriber Data Management  (Norton Depo Ex. 16) | | H, AU, IR, F, C |
| 328 | Openet White Paper: The Evolution of Transactional Intelligence  (Norton Depo Ex. 18) | | H, AU, IR, F, C |
| 329 | 10/5/2005 Declaration of Interference | AMDOCS0006615 - AMDOCS0006664 | H, AU, F, IR |
| 330 | 4/12/2002 Transmittal of Formal Drawings to United States Patent and Trademark Office | AMDOCS0006671 - AMDOCS0006707 | H, AU, F, IR |
| 331 | 2/18/2000 Information Disclosure Statement | AMDOCS0006863 - AMDOCS0006870 | AU, F |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates | Objections |
|------|-------------|-------|------------|
| 332 | 2/18/2000 Information Disclosure Statement | AMDOCS0006871 - AMDOCS0006876 | H, AU, F, IR |
| 333 | 10/19/2005 Before the Board of Patent Appeals and Interferences - Real Party-In-Interest | AMDOCS0006877 - AMDOCS0006900 | H, AU, F, IR |
| 334 | 11/2/2005 Before the Board of Patent Appeals and Interferences - Bullard Notice of Real Party-In-Interest | AMDOCS0006983 - AMDOCS0006985 | H, AU, F, IR |
| 335 | 12/12/2005 Before the Board of Patent Appeals and Interferences - Bullard Request for Termination of Interference | AMDOCS0006986 - AMDOCS0006992 | H, AU, F, IR, ME |
| 336 | 11/2/2005 Before the Board of Patent Appeals and Interferences - Bullard Clean Copy of Claims | AMDOCS0007007 - AMDOCS0007015 | H, AU, F, IR |
| 337 | 10/5/2005 Board of Patent Appeals and Interferences Filing | AMDOCS0007016 - AMDOCS0007057 | H, AU, F, IR, ME |
| 338 | 11/11/2005 Before the Board of Patent Appeals and Interferences - Bullard Annotated Copy of Claims | AMDOCS0007058 - AMDOCS0007070 | H, AU, F, IR |
| 339 | 12/30/2005 Before the Board of Patent Appeals and Interferences - Judgment - Bd. Rule 127(b) | AMDOCS0007071 - AMDOCS0007074 | H, AU, F, IR |
| 340 | 12/15/2005 Fax from Steve Terranova to Kevin Zilka transmitting service of Junior Party's Concession of Priority filed with the BPAI | AMDOCS0010267 - AMDOCS0010275 | H, AU, F, IR |
| 341 | 11/16/2005 Fax from Kevin Zilka to Steve Terranova transmitting the Annotated Copy of the Claims | AMDOCS0010276 - AMDOCS0010286 | H, AU, F, IR, ME |
| 342 | Share Sale and Purchase Agreement By and Among Xacct Technologies Ltd. and Amdocs (Israel) Limited and Amdocs Limited Dated as of December 21, 2003 | AMDOCS0997876 - AMDOCS0998895 | H, AU, F, BER |
| 343 | 1/20/1998 United States Patent Office Notice of Recordation of Assignment Document | AMDOCS0006592 - AMDOCS0006596 | AU, F |
| 344 | 8/27/2007 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010099 - AMDOCS0010103 | H, AU, F, ME |
| 345 | 8/20/2007 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010104 - AMDOCS0010112 | H, AU, F, ME |
| 346 | 12/2/2004 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0010113 - AMDOCS0010117 | H, AU, F, ME |
| 347 | 8/28/2007 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010118 - AMDOCS0010122 | H, AU, F, ME |
| 348 | 8/20/2007 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010123 - AMDOCS0010131 | H, AU, F, ME |
| 349 | 7/14/2008 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010165 - AMDOCS0010171 | H, AU, F, ME |
| 350 | 7/14/2008 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010172 - AMDOCS0010176 | H, AU, F, ME |
| 351 | 1/13/2006 Assignment Documentation for Patent Application No: 11/058,956 | AMDOCS0010177 - AMDOCS0010185 | H, AU, F, ME |
| 352 | 2/25/2005 Assignment Documentation for Patent Application No: 09/935,129 | AMDOCS0010186 - AMDOCS0010247 | H, AU, F, ME |
| 353 | 4/11/2002 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029026 - AMDOCS0029029 | H, AU, F, ME |
| 354 | 7/28/2000 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029548 - AMDOCS0029552 | H, AU, F, ME |
| 355 | 5/9/2000 Assignment Documentation for Patent Application No: 09/442,876 | AMDOCS0029582 - AMDOCS0029596 | H, AU, F, ME |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 356 | 10/11/2002 Assignment Documentation for Patent Application No: 10/040,297 | AMDOCS0029985 - AMDOCS0029989 | H, AU, F, ME |
| 357 | Mediation Product Revenue/Profitability Spreadsheet | AMDOCS0974377 | H, AU, F, SU, IR |
| 358 | Patent Cooperation Treaty (PCT) WO 99/27556 (McNamee Depo Ex. 14) | | AU, F, IR, P, M |
| 359 | United States Patent Application Publication No. US 2002/0013841 (McNamee Depo Ex. 12) | | AU, F, IR, P, M |
| 360 | United States Patent Application Publication No. US 2010/ 0093336 (McNamee Depo Ex. 15) | | AU, F, IR, P, M |
| 361 | Openet's Source Code Computer | | IE, H, AU, F |
| 362 | **INTENTIONALLY OMITTED** | | |
| 363 | 12/2/2010 Plaintiff's First Notice of Deposition of Openet Telecom, Inc.  (J. Hogan Depo Ex. 3) | | H, AU, F, IR, PL |
| 364 | 12/2/2010 Plaintiff's First Notice of Deposition of Openet Telecom, Ltd. (McNamee Depo Ex. 3) | | H, AU, F, IR, PL |
| 365 | 12/22/2010 Openet's Initial Disclosure  (Norton Depo Ex. 7) | | PL, IR, AU, F, H |
| 366 | **INTENTIONALLY OMITTED** | | |
| 367 | 4/14/2011 Defendants' Supplemented Objections and Responses to Plaintiff's Second Set of Interrogatories Nos. 18-19 (Wang Depo Ex. 2) | | IE, PL, IR, AU, F, H |
| 368 | 4/14/2011 Plaintiff's Third Notice of Deposition of Openet Telecom, Inc.  (Wang Depo Ex. 1) | | H, AU, F, IR, PL |
| 369 | Defendant's Objections and Responses to Plaintiff's Second Notice of Deposition of Openet Telecom, Inc. (Su Depo Ex. 1) | | IR, PL, AU, F, H |
| 370 | **INTENTIONALLY OMITTED** | | |
| 371 | **INTENTIONALLY OMITTED** | | |
| 372 | 2/3/2011 First Amended Complaint for Patent Infringement with attached exhibits A-D | | H, AU, F, IR, PL |
| 373 | First Supplemental Response to Interrogatory No. 17 with Edits  (McGovern Depo Ex. 3) | | IE, PL, AU, F, H, IR |
| 374 | Amdocs Convergent Mediation Solution | AMDOCS0006485 - AMDOCS0006490 | H, AU, F, C |
| 375 | 3/11/2011 Expert Report of Mark J. Hosfield with attached exhibits | | H, ER, F, IR, ME, P, AU |
| 376 | 3/11/2011 Expert Report of Dr. Ellen Zegura | | H, ER, F, IR, AU, P |
| 377 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 1 | | H, ER, F, IR, AU, P |
| 378 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 2 | | H, ER, F, IR, AU, P |
| 379 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 3 | | H, ER, F, IR, AU, P |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|------|-------------|---------|------------|
| 380 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 4 | | H, ER, F, IR, AU, P |
| 381 | 3/11/2011 Expert Report of Dr. Ellen Zegura - Exhibit 5 | | H, ER, F, IR, AU, P |
| 382 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura | | H, ER, F, IR, AU, P |
| 383 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 1 | | H, ER, F, IR, AU, P |
| 384 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 2 | | H, ER, F, IR, AU, P |
| 385 | 4/15/2011 Rebuttal Expert Report of Ellen Zegura - Exhibit 3 | | H, ER, F, IR, AU, P, UNT |
| 386 | 5/2/2011 Supplemental Rebuttal Expert Report of Ellen Zegura | | H, ER, F, IR, AU, P, UNT |
| 387 | 5/3/2011 Supplemental Expert Report of Ellen Zegura | | H, ER, F, IR, AU, P, UNT |
| 388 | 5/3/2011 Supplemental Expert Report of Ellen Zegura - Exhibit 1 | | H, ER, F, IR, AU, P, UNT |
| 389 | 5/3/2011 Supplemental Expert Report of Ellen Zegura - Exhibit 2 | | H, ER, F, IR, AU, P, UNT |
| 390 | 10/20/2009 Assignment Documentation of Patent Application No: 10/012,962 | | H, AU, F, ME |
| 391 | 6/30/2002 Software Service Agreement | AMDOCS0294280 - AMDOCS0294292 | H, AU, F, IR |
| 392 | Amdocs Business Overview | AMDOCS0996346 - AMDOCS0996349 | H, AU, F, IR |
| 393 | Amdocs Service Mediation Manager 8.0 User Guide, December 2009 | AMDOCS0000080 - AMDOCS0000578 | H, AU, F, IR |
| 394 | Amdocs 2008 Annual Report | AMDOCS0843081 - AMDOCS0843213 | H, AU, F, IR |
| 395 | 5/12/1998 Email from Daniel Mahoney to Darryl Black et al. re: Updated agenda for XaCCT visit (5/18-5/21) | AMDOCS0342275 | H, DH, AU, F, IR |
| 396 | 5/11/1998 Email from Daniel Mahoney to Darryl Black et al. re: Tentative agenda for XaCCT visit (5/18-5/21) | AMDOCS0342274 | H, DH, AU, F, D, IR |
| 397 | 5/23/1998 Email from Daniel Mahoney to Limor Schweitzer re: Technical questions about XaCCT 3.0 | AMDOCS0342272 - AMDOCS0342273 | H, DH, AU, F, IR |
| 398 | 5/6/1998 Email from Eran Wagner to Limor Schweitzer et al. re: Bay | AMDOCS0342254 | H, DH, AU, F, IR |
| 399 | 4/2/1998 Email from Limor Schweitzer to Daniel Mahoney re Answers to Technical Questions about XaCCT 3.0 | AMDOCS0342268 - AMDOCS0342271 | H, DH, AU, F, IR |
| 400 | 4/9/1998 Email from Eran Wagner to Limor Schweitzer re Update request for Eran Wagner on Technical Questions about XaCCT 3.0 | AMDOCS0342263 - AMDOCS0342267 | H, DH, AU, F, IR, D |
| 401 | 5/11/1998 Email from Sam Tarnauskas to Limor Schweitzer re Firewall Intergration questions | AMDOCS0342259 | H, DH, AU, F, IR |
| 402 | 5/5/1998 Email from Daniel Mahoney to Limor Schweitzer re response to Firewall Integration | AMDOCS0342256 | H, AU, F, IR |
| 403 | 2/19/1998 Email from Eran Wagner to Keith Ferrara re Response on Gatherer Interfaces with an ISM | AMDOCS0342262 | H, DH, AU, F, IR |
| 404 | 2/20/1988 Email from Eran Wagner to Limor Schweitzer re Questions on XaCCT | AMDOCS0342260 - AMDOCS0342261 | H, DH, AU, F, IR, D |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 405 | 5/5/1998 Email from Limor Schweitzer to Daniel Mahoney re details of the system architecture in Firewall Integration | AMDOCS0342257 - AMDOCS0342258 | H, DH, AU, F, IR, D |
| 406 | 4/30/1998 Email from Eran Wagner to Dan Mahoney re Evaluation of XaCCT 3.0 in Bay Labs | AMDOCS0342255 | H, AU, F, IR |
| 407 | 4/29/1998 Email from Eran Wagner to Limor Schweitzer re Bay Networks Non-Disclosure Agreement and KLASER named XACCT 1997 | AMDOCS0342253 | H, AU, F, IR |
| 408 | Amdocs Advanced Technologies | AMDOCS0172100 - AMDOCS0172110 | H, DH, AU, F, IR |
| 409 | Amdocs Innovation Summit | AMDOCS0572172 - AMDOCS0572194 | H, DH, AU, F, IR |
| 410 | 10/18/2007 Amdocs 1st Innovation Course Closing Remarks - Tal Givoly | AMDOCS0175492 - AMDOCS0175523 | H, DH, AU, F, IR |
| 411 | 2/19/2008 Amdocs Cyprus Innovation Course: Tying it All Together - Tal Givoly | AMDOCS0178410- AMDOCS0178433 | H, DH, AU, F, IR |
| 412 | 1/21/2008 Innovation Status Update: Amdocs Innovation Board - Tal Givoly | AMDOCS0178032 - AMDOCS0178053 | H, DH, AU, F, IR |
| 413 | 2/15/2009 Innovation at Amdocs: A&M PM Conference - Tal Givoly | AMDOCS0189241 - AMDOCS0189306 | H, DH, AU, F, IR |
| 414 | 7/30/2003 XACCT Technologies Ltd. Response to Vodafone UK Ltd. Request for Proposal for A Convergent Mediation System | AMDOCS0608343 - AMDOCS0608476 | H, DH, AU, F, IR |
| 415 | 10/2009 Innovation FY10 Targets - Tal Givoly | AMDOCS0196774 - AMDOCS0196827 | H, AU, F, IR |
| 416 | 03/2009 Amdocs Mediation Roadmap SFR/Sopra Product Overview - Yuval Yifrach | AMDOCS0190870 - AMDOCS0190942 | H, DH, AU, F, IR |
| 417 | 11/2009 Amdocs Mediation 2010 and Moving Forward - Udi Hershkovich | AMDOCS0338174 - AMDOCS0338208 | H, AU, F, IR |
| 418 | 2/11 Amdocs Mediation Overview - Udi Hershkovich | AMDOCS0508822 - AMDOCS0508910 | H, DH, AU, F, IR |
| 419 | 03/2010 - The Future of Amdocs Mediation - Yuval Yifrach | AMDOCS0509340 - AMDOCS0509401 | H, AU, F, IR |
| 420 | Do More in the Connected World - Expand Quicker Drive Experience Run Learner | AMDOCS0199259 - AMDOCS0199289 | H, AU, F, IR |
| 421 | 08/2008 Amdocs Mediation Roadmap Brazil to Nepal - Udi Hershkovich | AMDOCS0321293 - AMDOCS0321301 | H, AU, F, IR |
| 422 | 8/8/2008 Amdocs Advanced Technologies and Innovation at Amdocs | AMDOCS0161046 - AMDOCS0161109 | H, DH, AU, F, IR |
| 423 | 06/2006 Cross Portfolio Group Strategic Overview & FY07 AOP | AMDOCS0311841 - AMDOCS0311957 | H, DH, AU, F, IR |
| 424 | Deposition Testimony of Niall Byrne | | H, IR, F, AU, DEPO |
| 425 | Deposition Testimony of Joseph Hogan | | H, IR, F, AU, DEPO |
| 426 | Deposition Testimony of Philip Hogan | | H, IR, F, AU, DEPO |
| 427 | Deposition Testimony of Michael Manzo | | H, IR, F, AU, DEPO |
| 428 | Deposition Testimony of Eimer McGovern | | H, IR, F, AU, DEPO |
| 429 | Deposition Testimony of Alan McNamee | | H, IR, F, AU, DEPO |
| 430 | Deposition Testimony of Niall Norton | | H, IR, F, AU, DEPO |

**Openet's Objections to Amdocs' Exhibit List**

| PX # | Description | Bates # | Objections |
|---|---|---|---|
| 431 | Deposition Testimony of Noel O'Rafferty | | H, IR, P, F, AU, DEPO |
| 432 | Deposition Testimony of Limor Schweitzer | | H, IR, F, AU, DEPO |
| 433 | Deposition Testimony of Juliana Su | | H, IR, F, AU, DEPO |
| 434 | Deposition Testimony of Gaogao Wang | | H, IR, F, AU, DEPO |
| 435 | Deposition Testimony of Kevin Zilka | | H, IR, F, AU, DEPO |

**Openet's Objections to Amdocs' Exhibit List**