**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

**OPENET TELECOM, INC. AND OPENET TELECOM LTD.'S OBJECTIONS AND COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively, "Openet") raise the following objections to Plaintiff Amdocs Limited's ("Amdocs") deposition designations and provide Openet's counter-designations. Openet also reserves the right to move *in limine* for the exclusion of any deposition testimony, or to modify or add additional objections if appropriate. Openet also reserves all rights to object to any deposition testimony at trial on bases other than those stated herein. Furthermore, Openet objects to Amdocs' deposition designations to the extent any designations include attorney colloquy.

Openet notes its objections to Amdocs' trial exhibit designations using the following symbols to refer to each objection:

| A | Argumentative |
|---|---|
| F | Lack of foundation |
| H | Hearsay (FRE 802) |
| ID | Improper designation |
| IE | Improper expert testimony |

1

| IR | Irrelevant / immaterial (FRE 401-402) |
|------|------|
| PE | Parol Evidence |
| OT | Improper lay opinion testimony (FRE 701) |
| LC | Calls for a legal conclusion |
| MC | Mischaracterizes testimony or exhibits |
| MS | Motion to strike |
| NR | Non-responsive answer |
| OS | Outside the scope of the 30(b)(6) notice |
| PK | Lack of personal knowledge (Rule 602) |
| PRIV | Privileged communication |
| S | Speculative |
| UP | Unfairly prejudicial |
| V | Vague and ambiguous |
| DSFI | Document speaks for itself. |
| O | Overbroad |
| AA | Asked and answered. |
| N | Calls for a narrative. |
| C | Compound |
| NIE | Assumes facts not in evidence. |

| Witness | Date | Designation | Defendants' Objections | Defendants' Counter-designations |
|---|---|---|---|---|
| Byrne, Niall | February 3, 2011 | 6:24-8:10 | ID, IR | |
| | | 13:2-3 | ID, IR | |
| | | 13:16-21 | ID, IR | |
| | | 38:5-10 | | |
| | | 38:22-39:18 | | |
| | | 39:23-40:5 | | |
| | | 40:19-41:7 | | |
| | | 45:16-24 | | |
| | | 48:4-21 | OT, LC, V | |
| | | 51:19-22 | | |
| | | 64:25-65:14 | OT, LC | |
| | | 65:18-66:17 | OT, LC | |
| | | 67:2-4 | IR, OT, V | |
| | | 69:8-25 | OT, LC, V | |
| | | 71:20-72:1 | ID, MC | 71:20-72:9 |
| | | 72:18-74:9 | | |
| | | 75:22-76:2 | F, V, O | 74:15-23; 75:22-76:2 |
| | | 78:3-22 | | |
| | | 79:11-13 | | |
| | | 79:17-80:2 | ID, MC | 79:14-80:5 |
| | | 81:16-18 | | |
| | | 82:20-83:4 | | |
| | | 83:11-15 | | |
| | | 83:21-84:7 | | |
| | | 88:7-10 | ID, LC, MC, V | 87:16-88:10 |
| | | 89:15-25 | | |
| | | 92:4-22 | | |
| | | 99:11-17 | F, IR, V, O | 99:8-100:10 |
| | | 101:7-21 | | |
| | | 107:16-108:6 | | |
| | | 125:15-18 | F, ID, MC, LC, V | 124:7-126:15 |
| | | 138:1-25 | IR | 138:17-25 |
| | | 140:18-141:4 | | |
| | | 154:15-20 | | |
| | | 155:1-156:3 | | |
| | | 165:21-166:16 | | |
| | | 168:23-25 | | |
| | | 169:1-15 | OT, LC, S, NIE | |
| | | 169:20-25 | | |
| | | 170:23-171:3 | | |

| | | | | |
|---|---|---|---|---|
| | | 171:24-173:21 | ID, MC, NIE | 171:24-174:8 |
| | | 174:9-11 | | |
| | | 175:3-176:9 | OT, LC, MC, V | |
| | | 176:19-22 | | |
| | | 177:6-11 | | |
| Hogan, Joseph | February 10, 2011 | 6:2-22 | ID, IR | |
| | | 7:5-6 | ID, IR | |
| | | 7:13-21 | ID, IR | |
| | | 22:8-14 | | |
| | | 25:19-22 | | |
| | | 27:10-22 | | |
| | | 28:1-29:9 | | |
| | | 33:11-35:1 | IR | |
| | | 35:14-37:9 | | |
| | | 40:1-20 | | |
| | | 41:11-42:4 | | |
| | | 43:1-45:17 | S, DSFI, MC | |
| | | 51:3-53:22 | IR | |
| | | 57:12-58:1 | | |
| | | 67:6-110:8 | OT, LC, MC, S, DSFI, NIE, A, IR, OS | |
| | | 111:17-112:18 | UP, MC, OS | 111:17-113:2 |
| | | 114:11-115:11 | IR, F, DSFI, OS | |
| | | 115:18-116:18 | IR, S, OS | |
| | | 117:4-11 | IR, S, OS | |
| | | 118:4-124:14 | F, IR, MC, S, NIE, PK, OS | |
| | | 125:6-171:9 | F, ID, IR, S, NIE, MC, PK, OT, UP, LC A, V, O, OS | |
| | | 172:20-173:10 | OT, LC, MC, S | |
| | | 174:15-179:6 | OT, LC, MC, S, ID | 174:15-179:16 |
| | | 180:5-9 | | |
| | | 182:2-14 | ID, MC | 182:2-18 |
| | | 183:1-4 | | |
| | | 183:12-185:6 | ID, MC, S, F | 183:12-185:16 |
| | | 185:17-187:4 | ID, MC, S, F | 185:17-188:8 |
| | | 190:4-192:11 | A, MC, S, O | |
| | | 193:13-16 | MC, S, ID, NIE | 193:13-194:1 |
| | | 194:11-195:17 | ID, MC, S, NIE | 194:11-195:20 |
| | | 195:22-196:22 | ID, MC, S | 195:22-196:22; 198:3-199:10 |
| | | 199:11-17 | | |

4

|  |  | 200:1-22 | ID, MC, S | 199:22-201:4 |
|--|--|--|--|--|
|  |  | 201:21-202:7 |  |  |
|  |  | 203:1-18 |  |  |
|  |  | 205:10-18 | ID, MC, S, NIE | 205:1-206:9 |
|  |  | 206:10-228:11 | ID, UP, IR, MC, S, NIE, PK |  |
|  | February 11, 2011 | 238:17-242:8 |  |  |
|  |  | 242:15-246:16 |  |  |
|  |  | 251:20-253:3 | UP, MC, NIE | 251:20-253:16 |
|  |  | 253:17-20 |  |  |
|  |  | 254:5-9 |  |  |
|  |  | 254:21-255:2 |  |  |
|  |  | 255:8-16 | UP, MC, S, NIE | 255:8-256:7 |
|  |  | 257:1-258:7 | MC, DSFI |  |
|  |  | 261:13-262:13 | S, NIE |  |
|  |  | 263:3-264:15 | S, NIE |  |
|  |  | 268:10-15 | UP, MC, NIE | 267:14-268:22 |
|  |  | 269:21-270:14 |  |  |
|  |  | 270:18-271:3 | UP, MC | 270:18-271:21 |
|  |  | 275:11-22 |  |  |
|  |  | 276:6-279:16 | DSFI |  |
|  |  | 281:13-282:3 |  |  |
|  |  | 283:4-15 |  |  |
|  |  | 283:18-284:15 |  |  |
|  |  | 287:16-288:13 |  |  |
|  |  | 294:18-295:3 |  |  |
|  |  | 297:12-14 |  |  |
|  |  | 297:21-298:1 |  |  |
|  |  | 304:6-9 | F, MC, S, V, NIE |  |
|  |  | 305:9-22 | ID, MC, S, V | 304:20-305:22 |
|  |  | 308:15-310:6 |  |  |
|  |  | 310:13-21 |  |  |
|  |  | 311:6-8 |  |  |
|  |  | 311:21-312:3 |  |  |
|  |  | 318:17-319:7 |  |  |
|  |  | 323:18-324:15 | F, MC, S, NIE, IR, OS |  |
|  |  | 331:14-19 | PK |  |
|  |  | 333:16-18 | IR, ID, MC | 333:16-19 |
|  |  | 338:7-339:18 | UP, MC, PK, S, NIE | 338:7-340:3 |
|  |  | 344:4-344:14 |  |  |
|  |  | 345:10-20 |  |  |
|  |  | 346:15-19 |  |  |

| | | | | |
|---|---|---|---|---|
| | | 346:22-347:3 | ID, MC, S, NIE | 346:22-347:6 |
| | | 347:19-22 | | |
| | | 348:14-19 | PK, DSFI | |
| | | 349:2-16 | F, S, MC, DSFI | |
| | | 350:8-14 | PK, S | |
| | | 358:18-22 | LC, PRIV | |
| | | 359:4-361:13 | LC, PRIV | |
| | | 362:6-22 | | |
| | | 366:3-10 | DSFI, OS | |
| | | 367:18-368:3 | F, MC, S, DSFI, OS | 367:18-368:4 |
| | | 368:16-369:9 | A, MC, S, OS | |
| | | 374:9-375:18 | MC, V, NIE | 374:9-376:4 |
| | | 377:20-378:5 | | |
| | | 378:9-13 | F, DSFI, MC, S | |
| | | 380:6-14 | | |
| | | 385:15-388:9 | ID, S, NIE, MC | 383:20-385:5; 385:15-388:9 |
| | | 388:20-389:22 | ID, S, C, MC | 382:4-383:19; 388:20-389:22 |
| Hogan, Phillip | February 2, 2011 | 6:3-7 | ID, IR | |
| | | 7:22-25 | ID, IR | |
| | | 8:1-4 | ID, IR | |
| | | 12:18-21 | | |
| | | 15:2-4 | | |
| | | 19:1-25 | | |
| | | 20:1-23 | | |
| | | 21:2-15 | | |
| | | 22:9-21 | | |
| | | 23:12-15 | | |
| | | 29:11-25 | IR | |
| | | 31:3-10 | | |
| | | 31:14-21 | | |
| | | 32:22-25 | | |
| | | 33:1-8 | OT, S | |
| | | 41:4-6 | OT | |
| | | 42:23-25 | | |
| | | 43:1-10 | | |
| | | 47:19-25 | | |
| | | 48:1-13 | PK, S, V | |
| | | 49:1-22 | PK, S, V, F, NIE | |
| | | 51:5-7 | | |
| | | 54:10-13 | | |
| | | 54:22-5 | | |
| | | 55:1-2 | V | |

|  |  |  |  |
|--|--|--|--|
|  |  | 55:11-13 |  |  |
|  |  | 57:10-25 |  |  |
|  |  | 58:1-25 |  |  |
|  |  | 59:1 |  |  |
|  |  | 59:14-25 | OT, MC, OS |  |
|  |  | 61:19-25 |  |  |
|  |  | 62:1-25 |  |  |
|  |  | 63:1-25 | OT, OS |  |
|  |  | 64:1-25 | OS |  |
|  |  | 65:1-6 | S, OS |  |
|  |  | 69:2-15 |  |  |
|  |  | 71:14-25 |  |  |
|  |  | 72:1-7 |  |  |
|  |  | 76:9-21 | OT, MC, OS, DSFI |  |
|  |  | 79:19-25 |  |  |
|  |  | 80:1-25 | OS, OT, LC |  |
|  |  | 81:1-25 | OT, LC, OS |  |
|  |  | 82:1-13 | OT, OS |  |
|  |  | 87:17-25 |  |  |
|  |  | 88:9-21 |  |  |
|  |  | 90:12-23 |  |  |
|  |  | 92:12-19 |  |  |
|  |  | 92:22-25 | OS, OT, F, S |  |
|  |  | 93:1-14 |  |  |
|  |  | 94:1-9 |  |  |
|  |  | 97:10-13 |  |  |
|  |  | 97:19-25 |  |  |
|  |  | 98:25 |  |  |
|  |  | 99:1-5 |  |  |
|  |  | 99:19-102:21 |  |  |
|  |  | 100:13-15 |  |  |
|  |  | 105:13-25 |  |  |
|  |  | 106:1-25 |  |  |
|  |  | 107:1-3 |  |  |
|  |  | 144:4-10 |  |  |
|  |  | 145:5-20 | F, PK, S | 145:5-23 |
|  |  | 146:8-25 | F, PK, S |  |
|  |  | 147:1-3 | F, PK, S |  |
|  |  | 147:21-25 |  |  |
|  |  | 148:1-2 |  |  |
|  |  | 148:8-20 | UP, MC, S, NIE | 148:8-24 |
|  |  | 148:25 |  |  |
|  |  | 149:1-5 |  |  |
|  |  | 150:6-25 | N, V, O |  |
|  | 1: | 151:1-25 | N, V, O |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 152:1-25 | S, MC |  |
|  |  | 153:1-25 | S, MC |  |
|  |  | 154:1-25 | S, MC |  |
|  |  | 155:1-12 | S, MC |  |
|  |  | 157:21-25 |  |  |
|  |  | 159:8-14 |  |  |
|  |  | 160:19-25 |  |  |
|  |  | 161:1-6 |  |  |
|  |  | 161:21-25 |  |  |
|  |  | 162:1-3 |  |  |
| Manzo, Michael S. | February 23, 2011 | 4:6-17 | ID, IR |  |
|  |  | 6:12-25 | ID, IR |  |
|  |  | 7:1-6 | ID, IR |  |
|  |  | 7:20-23 |  |  |
|  |  | 11:3-13 |  |  |
|  |  | 12:20-23 |  |  |
|  |  | 14:6-19 |  |  |
|  |  | 16:10-16 |  |  |
|  |  | 19:6-9 |  |  |
|  |  | 19:12-25 | V, O |  |
|  |  | 20:1-22:20 |  |  |
|  |  | 26:16-28:7 | F, ID, IR, UP, S, MC, OT |  |
|  |  | 29:4-24 |  |  |
|  |  | 30:14-31:3 |  |  |
|  |  | 31:7-20 | ID, S, NIE | 31:4-20 |
|  |  | 32:17-20 | MC, V, O |  |
|  |  | 39:4-6 | V, O |  |
|  |  | 54:3-6 | V, O, MC | 54:3-6; 54:23-55:8; 55:13-21 |
|  |  | 65:6-9 |  |  |
|  |  | 65:21-66:1 |  |  |
|  |  | 66:9-14 |  |  |
|  |  | 78:1-7 | V, O, MC, PK, S | 78:1-19 |
|  |  | 83:24-84:14 |  |  |
|  |  | 94:11-13 |  |  |
|  |  | 94:21-95:2 |  |  |
|  |  | 96:13-17 |  |  |
|  |  | 96:21 |  |  |
|  |  | 97:25-98:19 |  |  |
|  |  | 99:13-21 | OS |  |
|  |  | 101:4-12 | OS, S |  |
| McGovern, Eimer | January 31, 2011 | 7:2-5 | ID, IR |  |

| | | | | |
|---|---|---|---|---|
| | | 10:8-23 | | |
| | | 12:17-14:3 | | |
| | | 16:12-15 | | |
| | | 16:19-24 | | |
| | | 18:10-25:12 | | |
| | | 29:19-30:4 | | |
| | | 30:8-23 | | |
| | | 31:18-32:9 | | |
| | | 32:19-33:12 | | |
| | | 34:6-18 | | |
| | | 34:25-35:8 | | |
| | | 36:14-19 | | |
| | | 39:1-40:8 | | |
| | | 44:1-20 | | |
| | | 45:10-50:18 | | |
| | | 53:20-54:4 | | |
| | | 54:10-55:6 | | |
| | | 56:1-10 | | |
| | | 57:17-25 | | |
| | | 61:11-62:8 | | |
| | | 62:20-63:3 | UP, MC, PK, F, S | 62:20-63:8 |
| | | 63:20-22 | | |
| | | 65:22-66:14 | | |
| | | 71:12-72:15 | | |
| | | 74:19-79:19 | | |
| | | 86:9-21 | UP, F, MC, PK, S | 86:9-21; 88:4-12 |
| | | 89:15-90:2 | S, F, MC | |
| | | 93:14-94:12 | F, PK, MC, S | |
| | | 105:10-106:3 | OS | |
| | | 109:14-120:19 | | |
| Alan McNamee | February 4, 2011 | 6:3-7:19 | ID, IR | |
| | | 16:2-15 | F, ID | |
| | | 26:13-27:5 | IR | |
| | | 29:2-19 | ID, LC, OS | |
| | | 33:20-34:14 | | |
| | | 36:8-14 | LC, IR | |
| | | 40:24-41:14 | IR | |
| | | 41:23-42:11 | IR | |
| | | 43:16-24 | | |
| | | 55:5-56:1 | | |
| | | 56:7-58:24 | IR, PK, OS, DSFI | |
| | | 60:12-16 | LC, OT, IR | |
| | | 61:1-12 | IR, LC, OT | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 63:13-65:25 | IR, UP, ID, LC, AA | 66:1-10 |
|  |  | 69:8-70:8 | IR, UP, LC |  |
|  |  | 73:5-74:3 | IR, UP, ID, OT, LC | 70:9-16, 73:3-5 |
|  |  | 76:20-25 |  |  |
|  |  | 77:21-23 |  |  |
|  |  | 79:1-25 | ID, OS | 80:1 |
|  |  | 81:16-82:13 | ID, OS | 82:14-17 |
|  |  | 82:22-83:12 | OS |  |
|  |  | 84:17-21 | OS |  |
|  |  | 86:23-87:16 | OS |  |
|  |  | 87:20-88:1 | OS |  |
|  |  | 89:19-20 | OS |  |
|  |  | 89:23-25 | OS |  |
|  |  | 90:5-9 | OS, ID |  |
|  |  | 91:21-92:13 | OS |  |
|  |  | 99:23-101:2 | OS |  |
|  |  | 101:6-20 | OS |  |
|  |  | 101:22-102:5 | OS |  |
|  |  | 103:5-104:2 | OS |  |
|  |  | 104:9-11 | OS |  |
|  |  | 105:1 | OS |  |
|  |  | 109:3-13 | OS, ID |  |
|  |  | 110:12-113:15 | OS, DSFI, V, O |  |
|  |  | 113:18-19 | OS |  |
|  |  | 123:19-124:24 | OS |  |
|  |  | 125:21-126:4 | OS |  |
|  |  | 126:8-11 | OS |  |
|  |  | 126:17-20 | OS |  |
|  |  | 127:10-15 | OS |  |
|  |  | 128:5-13 | OS |  |
|  |  | 130:1-131:8 | OS, F, ID | 129:19-25 |
|  |  | 131:20-132:16 | OS, NR |  |
|  |  | 132:22-133:5 | OS |  |
|  |  | 134:10-13 | OS | 134:14-17 |
|  |  | 142:1-4 | OS, LC | 141:24-25, 142:5-8 |
|  |  | 143:15-18 | OS, ID | 143:6-18 |
|  |  | 144:4-20 | OS |  |
|  |  | 145:12-14 | OS | 144:21-145:5 |
|  |  | 145:24-146:1 | OS | 145:15-23, 146:2-6 |
|  |  | 146:18-24 | OS, V, O | 146:25-147:10 |
|  |  | 147:11-15 | OS |  |
|  |  | 148:2-11 | OS | 147:16-148:1 |
|  |  | 150:21-151:1 | OS |  |

10

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 151:6-11 | OS | 151:2-5 |
|  |  | 152:9-153:9 |  |  |
|  |  | 154:13-23 |  |  |
|  |  | 155:4-156:8 |  |  |
|  |  | 157:19-21 |  |  |
|  |  | 157:25-158:3 |  |  |
|  |  | 158:12-17 |  |  |
|  |  | 162:23-163:7 | IR, UP |  |
|  |  | 164:7-11 | IR, UP |  |
|  |  | 164:15-17 | IR, UP |  |
|  |  | 165:21-166:20 | IR, UP, ID |  |
|  |  | 167:17-171:15 | IR, UP, H, DSFI | 171:16-22 |
|  |  | 171:23-172:14 | IR, UP |  |
|  |  | 172:25-173:8 | IR, UP | 173:9-11 |
|  |  | 173:12-174:18 | IR, UP, S |  |
|  |  | 174:20 | IR, UP, S |  |
|  |  | 175:17-176:19 | IR, UP, DSFI |  |
|  |  | 177:3-11 | IR, UP, DSFI |  |
|  |  | 177:24-25 | ID |  |
|  |  | 178:10-180:1 | IR, UP, DSFI |  |
|  |  | 180:17-183:11 | IR, UP, DSFI |  |
|  |  | 183:23-190:6 | IR, UP, DSFI |  |
|  |  | 191:10-14 | IR, UP, ID |  |
|  |  | 192:11-193:15 | IR, OS, UP |  |
|  |  | 204:12-205:19 | OS, ID |  |
|  |  | 206:15-20 |  |  |
|  |  | 207:1-16 |  |  |
|  |  | 207:23-208:8 |  |  |
|  |  | 208:15-19 | ID, OS | 208:9-14 |
|  |  | 209:2-16 | OS |  |
|  |  | 214:4-24 | IR, UP |  |
|  |  | 215:16-216:7 | IR, UP, OS |  |
|  |  | 216:13-15 | IR, UP, OS |  |
|  |  | 216:25-217:6 | IR, UP, OS |  |
|  |  | 217:11-13 | IR, UP, OS |  |
| Norton, Niall | February 1, 2011 | 6:3-23 | IR, ID |  |
|  |  | 7:2-11 |  |  |
|  |  | 14:18-25 | ID, IR, LC | 14:14-18 |
|  |  | 16:10-14 |  |  |
|  |  | 18:15-19:6 | NR, PK, S, IR |  |
|  |  | 19:22-20:7 | PK, S |  |
|  |  | 21:16-21 | PK, S, IR |  |
|  |  | 22:10-12 | PK, S |  |
|  |  | 27:12-15 |  |  |
|  |  | 29:5-25 |  |  |

11

|  |  | 31:7-15 | S |  |
|--|--|--|--|--|
|  |  | 34:17-35:1-10 |  |  |
|  |  | 36:22-38:9 | V |  |
|  |  | 38:15-40:5 | ID |  |
|  |  | 40:9-41:17 | PK, S |  |
|  |  | 42:7-43:2 | PK, S, F, OT, LC | 43:7-9 |
|  |  | 43:24-44:8 | ID, PK, S, OT, LC | 44:9 |
|  |  | 46:21-50:2 | IR, PK, S, F, OT, LC |  |
|  |  | 50:20-51:3 | IR, PK, S |  |
|  |  | 51:7-15 |  |  |
|  |  | 52:4-12 | IR, PK |  |
|  |  | 54:12-55:3 |  |  |
|  |  | 56:15-24 | IR |  |
|  |  | 61:16-21 |  |  |
|  |  | 66:5-14 | V, PK, S | 62:25-63:7 |
|  |  | 72:20-73:10 | S, PK, V |  |
|  |  | 80:9-24 | IR | 80:25-81:1 |
|  |  | 81:19-24 | IR | 81:25-82:6, 82:10-13 |
|  |  | 85:10-18 | PK, S, IR |  |
|  |  | 86:7-24 | PK, S, IR |  |
|  |  | 87:13-21 | PK, S, IR | 87:7-12 |
|  |  | 94:4-7 | PK, S, IR | 94:8-12 |
|  |  | 94:13-15 | PK, S, IR |  |
|  |  | 98:4-10 |  |  |
|  |  | 102:16-103:8 | PK, S, IR |  |
|  |  | 105:4-108:5 | IR |  |
|  |  | 111:15-22 |  |  |
|  |  | 112:10-114:23 | IR, S, PK, LC, OT |  |
|  |  | 125:21-24 |  |  |
|  |  | 126:4-10 |  |  |
|  |  | 126:18-24 |  |  |
|  |  | 127:9-129:9 | DSFI, F |  |
|  |  | 131:3-5 | IR, PK | 131:6-9 |
|  |  | 131:10-133:1 | V |  |
|  |  | 133:7-16 | IR |  |
|  |  | 135:1-136:10 | S, IR |  |
|  |  | 137:11-16 | IR |  |
|  |  | 141:9-20 | DSFI |  |
|  |  | 142:7-144:9 | IR, S, ID | 144:10 |
|  |  | 145:18-146:7 | IR |  |
|  |  | 147:13-148:4 | IR, MC, UP | 147:13-148:6 |
|  |  | 148:7-149:5 | S, V, IR |  |
|  |  | 149:14-151:1 | IR, UP |  |

|  |  | 152:14-153:6 | IR, UP | 153:9-23???? |
|---|---|---|---|---|
|  |  | 157:17-158:17 | IR, UP |  |
|  |  | 159:19-160:17 | IR, UP, ID | 160:18 |
|  |  | 161:22-162:3 | IR, UP | 162:4-13???? |
|  |  | 168:24-169:20 | IR, PK, S |  |
|  |  | 174:9-177:15 | IR |  |
|  |  | 186:17-188:14 | IR, PK, S |  |
|  |  | 191:20-192:7 | IR, UP |  |
|  |  | 192:10-193:8 | IR, UP |  |
|  |  | 194:2-197:21 | IR, UP, PK, H, F, S |  |
|  |  | 200:12-201:6 | IR, UP, PK, H, F, S |  |
|  |  | 202:5-19 | IR, UP, PK, H, F, S |  |
|  |  | 203:18-204:24 | F, S |  |
|  |  | 208:10-24 |  |  |
|  |  | 209:9-17 | IR, UP, PK, H, F, S |  |
|  |  | 210:18-211:13 |  |  |
|  |  | 212:12-23 | PK, S | 212:24-213:1 |
|  |  | 217:22-218:7 |  |  |
|  |  | 222:20-22 | IR | 222:4-14, 222:17-19 |
|  |  | 223:7-13 | IR |  |
|  |  | 224:9-16 | IR |  |
|  |  | 224:25-225:4 | IR |  |
|  |  | 234:7-16 | PK, S, F | 234:17-21 |
|  |  | 236:19-237:6 | V |  |
|  |  | 245:1-8 | IR | 245:9-12 |
|  |  | 245:13-246:5 | IR |  |
|  |  | 248:23-249:5 | IR, PK, S |  |
|  |  | 250:1-7 | OT, LC, MC, S |  |
| O'Rafferty, Noel | March 9, 2011 | 8:9-17 | ID, IR |  |
|  |  | 9:4-5 | ID, IR |  |
|  |  | 11:21-12:14 |  |  |
|  |  | 12:21-22 |  |  |
|  |  | 13:1-5 |  |  |
|  |  | 13:9-14 |  |  |
|  |  | 13:20-22 |  |  |
|  |  | 14:16-22 |  |  |
|  |  | 15:1; 5-8 |  |  |
|  |  | 17:15-18:9 |  |  |
|  |  | 18:22-19:2 |  |  |
|  |  | 21:11-14 |  |  |
|  |  | 27:10-28:17 |  |  |
|  |  | 29:1-9 |  |  |
|  |  | 30:12-22 | A, F, MC, S, NIE |  |

|  |  | 31:1-33:5 | ID, IR, UP, A, F, MC, S, NIE, OS | 34:1-4 |
|---|---|---|---|---|
|  |  | 36:20-37:12 |  |  |
|  |  | 37:20-38:20 |  |  |
|  |  | 42:16-43:7 |  |  |
|  |  | 46:19-47:7 |  |  |
|  |  | 51:4-15 | OS |  |
|  |  | 53:12-16 | OS |  |
|  |  | 68:20-69:2 | A, OT, LC, MC, S, OS | 68:20-69:8 |
|  |  | 69:15-20 | OS |  |
|  |  | 70:1-4 | OS |  |
|  |  | 70:6-11 | F, MC, OS | 70:6-14 |
|  |  | 70:15-22 | OS |  |
|  |  | 71:1-72:8 | UP, MC, OS | 71:1-72:13 |
|  |  | 74:8-22 | OS |  |
|  |  | 77:10-78:2 | UP, MC, OS | 77:10-78:5 |
|  |  | 81:3-21 | ID, IR, UP, F, OT, S, V, O, OS |  |
|  |  | 86:1-7 | OT, S, V, O, F, OS |  |
|  |  | 87:6-16 | F, UP, MC, S, OS | 87:6-20 |
|  |  | 90:3-91:16 | OT, F, S, V, O, MC, OS |  |
|  |  | 94:12-17 | S, V, O, OS | 94:12-95:1 |
|  |  | 95:2-96:2 | OT, LC, MC, OS |  |
|  |  | 96:7-97:2 | OT, LC, MC, OS |  |
|  |  | 97:12-100:9 | OT, S, V, DSFI, OS |  |
|  |  | 101:3-102:18 | ID, IR, UP, OT, LC, S, V, O, MC, OS |  |
|  |  | 103:3-104:1 | OT, S, V, O, MC, OS |  |
|  |  | 105:5-12 | OT, S, V, O, MC, OS |  |
|  |  | 107:19-108:8 | OT, LC, V, O, MC, OS |  |
|  |  | 108:13-19 | OT, LC, OS |  |
|  |  | 109:4-18 | OS |  |
|  |  | 109:22-110:12 | OT, LC, V, O, OS |  |
|  |  | 110:16-19 | OS |  |
|  |  | 111:2-9 | OS |  |
|  |  | 112:16-115:12 | OT, MC, V, O, DSFI, OS |  |
|  |  | 115:22-116:4 | ID, MC, F, OS | 115:22-116:13 |
|  |  | 116:14-121:9 | F, OT, S, V, O, |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | MC, OS |  |
|  |  | 120:16-126:1 | F, OT, S, V, O, MC, OS |  |
|  |  | 126:12-127:3 | A, F, MC, S, NIE, OS |  |
|  |  | 136:11-15 |  |  |
|  |  | 137:2-9 |  |  |
|  |  | 137:17-139:19 | V, O, MC, DSFI, OS |  |
|  |  | 140:6-141:6 | V, O, MC, OS |  |
|  |  | 141:12-143:12 | DSFI, V, O, MC, OS |  |
|  |  | 146:18-147:13 | DSFI, V, O, MC, OS |  |
|  |  | 147:21-148:13 | DSFI, V, O, MC, OS |  |
|  |  | 162:6-17 | OS |  |
|  |  | 182:17-183:1 | ID, IR, UP, OT, LC, V, O, OS |  |
| Schweitzer, Limor | February 24, 2011 | 10:12-13:18 |  |  |
|  |  | 14:7-10 |  |  |
|  |  | 14:14-15:9 |  |  |
|  |  | 31:1-32:10 |  |  |
|  |  | 33:5-16 |  |  |
|  |  | 87:6-12 | OT, LC |  |
| Su, Juliana | March 3, 2011 | 13:2-27:4 | ID, IR |  |
|  |  | 27:5-22 |  |  |
|  |  | 38:8-12 |  |  |
|  |  | 39:21-41:1 |  |  |
|  |  | 46:13-47:1 |  |  |
|  |  | 48:16-49:15 | IR |  |
|  |  | 49:17-80:1 | ID, IR, UP, V, O, DSFI, MC, V, | 49:17-80:15 |
|  |  | 81:17-82:5 |  |  |
|  |  | 85:1-10 |  |  |
|  |  | 85:17-87:17 | IR, V |  |
|  |  | 90:9-111:2 | ID, IR, UP, OS, V, O, IR |  |
|  |  | 112:21-113:5 |  |  |
|  |  | 114:4-10 |  |  |
|  |  | 118:10-119:11 | V, O |  |
|  |  | 140:6-21 |  |  |
|  |  | 142:12-144:5 | V, O |  |
|  |  | 145:9-146:1 |  |  |

15

| | | | | |
|---|---|---|---|---|
| | | 147:11-148:4 | | |
| | | 148:8-13 | | |
| | | 151:14-152:16 | | |
| | | 153:9-154:11 | | |
| | | 155:1-20 | | |
| | | 158:4-16 | | |
| | | 168:16-169:5 | | |
| | | 171:5-18 | | |
| | | 174:18-175:9 | | |
| | | 175:15-18 | | |
| | | 176:11-13 | | |
| | | 176:19-22 | V, O, F | |
| | | 177:22-178:14 | | |
| | | 183:3-22 | | |
| | | 184:17-19 | | |
| | | 192:2-193:12 | | |
| | | 193:15-194:11 | | |
| | | 195:9-196:8 | | |
| | | 197:4-6 | V, O, F | |
| | | 211:5-21 | S, DSFI | |
| | | 212:12-16 | OS, PK | 212:12-20 |
| | | 212:21-213:16 | | |
| | | 214:12-215:6 | | |
| | | 222:13-223:5 | | |
| | | 225:10-14 | MC, S, O | 225:10-226:6 |
| | | 226:21-227:11 | | |
| | | 229:10-230:11 | S | |
| Wang, Gaogao | April 27, 2011 | 8:13-22 | ID, IR | |
| | | 9:22-10:11-13 | | |
| | | 10:15-21 | | |
| | | 11:2-13 | | |
| | | 11:16-12:9 | | |
| | | 12:20-13:10 | | |
| | | 13:15-17 | | |
| | | 19:9-19 | | |
| | | 24:10-25:20 | ID, IR, UP, MC, F | |
| | | 29:16-30:11 | | |
| | | 31:6-13 | F, MC, DSFI | |
| | | 35:3-36:10 | F, S, MC | 35:3-36:15 |
| | | 41:7-15 | | |
| | | 44:21-45:13 | | |
| | | 46:2-17 | | |
| | | 53:8-19 | | |
| | | 57:5-19 | | |
| | | 58:6-16 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 60:8-18 | F, MC, PK, S, V, O, NIE | 60:8-20 |
|  |  | 61:17-19 |  |  |
|  |  | 62:13-63:5 |  |  |
|  |  | 63:12-64:18 |  |  |
|  |  | 65:1-18 |  |  |
|  |  | 65:20-67:2 | F, S, MC | 65:20-67:15 |
|  |  | 67:16-69:10 |  |  |
|  |  | 69:21-71:7 |  |  |
|  |  | 77:1-78:18 | F, IR, ID, MC, V |  |
|  |  | 78:21-79:20 |  |  |
|  |  | 81:9-22 |  |  |
|  |  | 82:19-84:20 | MC, S, F, NIE | 82:19-85:1 |
|  |  | 85:2-14 |  |  |
|  |  | 86:3-87:11 | F, MC, S, NIE | 86:3-88:6 |
|  |  | 88:7-12 |  |  |
|  |  | 89:10-20 | F, MC, S, NIE | 89:10-90:3 |
|  |  | 92:10-18 | ID, MC | 92:10-22 |
|  |  | 93:1-16 |  |  |
|  |  | 94:4-12 |  |  |
|  |  | 94:18-96:11 | MC |  |
|  |  | 96:16-100:5 | DSFI, MC |  |
|  |  | 103:7-105:9 | MC, S, NIE |  |
|  |  | 124:16-125:9 |  |  |
|  |  | 134:15-20 |  |  |
|  |  | 135:14-136:16 | MC, S, NIE | 135:14-136:19 |
|  |  | 136:20-138:17 | MC, S, NIE | 136:20-139:4 |
|  |  | 141:10-142:20 | IR |  |
|  |  | 145:6-146:15 | OT, LC, MC, V | 145:6-147:11 |
|  |  | 152:2-18 |  |  |
|  |  | 153:4-154:8 | DSFI |  |
|  |  | 165:14-18 |  |  |
|  |  | 166:12-17 |  |  |
|  |  | 167:6-11 |  |  |
|  |  | 167:17-168:8 |  |  |
|  |  | 169:7-170:3 |  |  |
|  |  | 179:7-17 |  |  |
|  |  | 182:20-183:13 | F, MC, S, NIE | 182:20-183:15; 187:9-188:14 |
|  |  | 200:8-202:9 |  |  |
|  |  | 207:11-208:17 |  |  |
|  |  | 209:18-211:4 |  |  |
|  |  | 211:8-20 |  |  |
|  |  | 216:22-217:3 | F, MC, PK | 214:18-215:8 |
| Zilka, Kevin | February 23, | 12:9-11 |  |  |

|   |   |   |   |   |
|---|---|---|---|---|
|   | 2011 |   |   |   |
|   |   | 13:25-14:15 |   |   |
|   |   | 88:3-13 |   |   |
|   |   | 89:1-90:5 | IR, F | 88:20-24 |
|   |   | 92:8-95:2 | IR, F | 91:16-18 |
|   |   | 95:16-96:1 | IR, F | 95:3-7 |
|   |   | 96:7-13 | IR, F | 96:2-5 |
|   |   | 96:17-20 | IR |   |
|   |   | 97:2-15 | IR, F | 96:21-25 |
|   |   | 97:23-98:21 | IR, F | 97:16-21 |
|   |   | 99:3-12 | IR, F | 98:22-99:1 |
|   |   | 99:19-100:6 | IR, F | 99:13-17 |
|   |   | 106:23-107:17 | IR, F |   |

May 20, 2011                                                                        Respectfully submitted,


                                                                                     _/s/_____
                                                                                     James H. Wallace Jr. (admitted *pro hac vice*)
                                                                                     Eric H. Weisblatt (VSB No. 21561)
                                                                                     Anthony Son (admitted *pro hac vice*)
                                                                                     Brian H. Pandya (VSB No. 72233)
                                                                                     Joseph Shin (VSB No. 79051)
                                                                                     Adrienne Johnson (VSB No. 78631)
                                                                                     WILEY REIN LLP
                                                                                     1776 K Street NW
                                                                                     Washington, D.C. 20006
                                                                                     Telephone: (202) 719-7000
                                                                                     Facsimile: (202) 719-7049

                                                                                     *Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of May, 2011, I served the foregoing Openet Telecom, Inc. and Openet Telecom Ltd.'s Objections and Counter-Designations to Plaintiff's Deposition Designations by email and hand delivery to following counsel for Amdocs (Israel) Ltd.

      Gregory H. Lantier, Esq.
      WilmerHale LLP
      1875 Pennsylvania Avenue, N.W.
      Washington, DC 20006
      Gregory.Lantier@wilmerhale.com

                              __/s/_____
                              Joseph Shin