IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10-cv-910 (LMB/TRJ)<br><br>**JURY TRIAL DEMANDED** |

**OPENET'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND INVALIDITY**

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively "Openet") respectfully move for summary judgment of non-infringement and invalidity of the four patents-in-suit. The bases for granting summary judgment are set forth in the Memorandum In Support of Openet's Proposed Claim Constructions and Motion for Summary Judgment of Non-Infringement and Invalidity, filed herewith, and accompanying exhibits and Declaration of Joseph Hogan.

1

2

May 26, 2011                                         Respectfully submitted,

/s/ James H. Wallace, Jr.

James H. Wallace, Jr. (admitted *pro hac vice*)
Eric H. Weisblatt (VSB No. 21561)
Anthony Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
Adrienne G. Johnson (VSB No. 78631)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 26th Day of May 2011, with other counsel of record being served by hand delivery, copy via electronic mail.

<u>/s/ Brian H. Pandya</u><br>
Brian H. Pandya