UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,

                Plaintiff,

   v.

OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:  Case No. 1:10-CV-910 (LMB/TRJ)

:  **JURY TRIAL DEMANDED**

# PLAINTIFF AMDOCS (ISRAEL) LIMITED'S MOTION FOR PROPOSED CLAIM CONSTRUCTIONS AND PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY AND NO INEQUITABLE CONDUCT

In accordance with the Court's scheduling orders in this matter, Plaintiff Amdocs (Israel) Limited ("Amdocs"), respectfully moves for an order entering its proposed claim constructions and granting partial summary judgment of no invalidity and no inequitable conduct. In support of its Motion, Plaintiff respectfully submits a Memorandum in Support, together with the Declaration of Gregory H. Lantier with exhibits thereto, and the Declaration of Dr. Ellen W. Zegura with exhibits thereto.

May 26, 2011

Respectfully Submitted,

_/s/_____
James L. Quarles III (Bar No. 44993)
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE,
AND DORR LLP
1875 Pennsylvania Avenue, N.W.

Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of May, 2011, I will electronically file the foregoing Motion, Memorandum in Support, and Declarations with exhibits thereto with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                        _____/s/_____

                            Gregory H. Lantier (Bar. No. 65657)
                            WILMER, CUTLER, PICKERING,
                            HALE AND DORR LLP
                            1875 Pennsylvania Avenue, N.W.
                            Washington, DC 20006
                            Phone:  (202) 663-6000
                            Fax:  (202) 663-6363
                            gregory.lantier@wilmerhale.com

                            Attorney for Plaintiff
                            Amdocs (Israel) Limited