UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------x

AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,

                  Plaintiff,

v.

OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,

                  Defendants.

------------------------------------X

Case No. 1:10-CV-910 (LMB/TRJ)

**JURY TRIAL DEMANDED**

**DECLARATION OF GREGORY H. LANTIER IN SUPPORT OF
PLAINTIFF AMDOCS (ISRAEL) LIMITED'S MOTION FOR PROPOSED CLAIM
CONSTRUCTIONS AND PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY
AND NO INEQUITABLE CONDUCT**

GREGORY H. LANTIER hereby declares and states:

1. I am a member of the Bars of the Commonwealth of Virginia and the District of Columbia and counsel with the law firm of WilmerHale LLP, 1875 Pennsylvania Ave. NW, Washington, DC 20006, counsel for Plaintiff Amdocs (Israel) Limited. I make this declaration in support of Plaintiff Amdocs (Israel) Limited's Motion for Proposed Claim Constructions and Partial Summary Judgment of No Invalidity and No Inequitable Conduct.

2. Attached hereto as Exhibit A is a true and correct copy of PX1, Certified Copy of United States Patent No. 7,631,065.

3. Attached hereto as Exhibit B is a true and correct copy of PX2, Certified Copy of United States Patent No. 6,836,797.

4. Attached hereto as Exhibit C is a true and correct copy of PX3, Certified Copy of United States Patent No. 7,412,510.

5. Attached hereto as Exhibit D is a true and correct copy of PX4, Certified Copy of United States Patent No. 7,947,984.

6. Attached hereto as Exhibit E is a true and correct copy of DTX 063, United States Patent No. 5,712,908.

7. Attached hereto as Exhibit F is a true and correct copy of DTX 064, United States Patent No. 5,732,128.

8. Attached hereto as Exhibit G is a true and correct copy of DTX 070, United States Patent No. 5,784,443.

9. Attached hereto as Exhibit H is a true and correct copy of DTX 006, United States Patent No. 6,085,243.

10. Attached hereto as Exhibit I is a true and correct copy of DTX 007, United States Patent No. 5,825,769.

11. Attached hereto as Exhibit J is a true and correct copy of AMDOCS0968499, AMDOCS0968589- AMDOCS0968591, AMDOCS0968596-AMDOCS0968637, and AMDOCS0968790-AMDOCS0968803, which are excerpts of PX005, Certified Copy of United States Patent File History No. 7,631,065.

12. Attached hereto as Exhibit K is a true and correct copy of DTX 005, United States Patent No. 5,787,253.

13. Attached hereto as Exhibit L is a true and correct copy of DTX 010, United States Patent No. 5,958,010.

14. Attached hereto as Exhibit M is a true and correct copy of DTX 088, United States Patent No. 6,405,251.

15. Attached hereto as Exhibit N is a true and correct copy of DTX 018.

16. Attached hereto as Exhibit O s a true and correct copy of DTX 022.

17. Attached hereto as Exhibit P is a true and correct copy of DTX 151.

18. Attached hereto as Exhibit Q is a true and correct copy of DTX 012.

19. Attached hereto as Exhibit R is a true and correct copy of AMDOCS0630535- AMDOCS0630565, United States Provisional Patent Application No. 60/066,898.

20. Attached hereto as Exhibit S is a true and correct copy of AMDOCS0974281- AMDOCS0974282 and AMDOCS0974285, pages from Microsoft Computer Dictionary, 4th Ed., 1999.

21. Attached hereto as Exhibit T is a true and correct copy of AMDOCS0974267-AMDOCS0974269 and AMDOCS0974275, pages from *Merriam-Webster's Ninth New Collegiate Dictionary*, 1988.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts of the depositions of Tal Givoly in this matter.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts of the May 4, 2011 deposition of Michael I. Shamos in this matter.

24. Attached hereto as Exhibit W is a true and correct copy of excerpts of the May 5, 2011 deposition of Patrick McDaniel in this matter.

25. Attached hereto as Exhibit X is a true and correct copy of Exhibit 3B to the Report of Expert Michael I. Shamos, Ph.D., J.D. Concerning Invalidity.

26. Attached hereto as Exhibit Y is a true and correct copy of excerpts of Appendix A to the Expert Report of Patrick McDaniel Regarding Invalidity.

27. Attached hereto as Exhibit Z is a true and correct copy of excerpts of Appendix B to the Expert Report of Patrick McDaniel Regarding Invalidity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2011

Gregory H. Lantier