# EXHIBIT C



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 29, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,412,510*

ISSUE DATE: *August 12, 2008*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER

Certifying Officer



PLAINTIFF'S
EXHIBIT

PX3

Case No. 1:10CV910

AMDOCS0996704

US007412510B2

(12) **United States Patent**
Schweitzer et al.

(10) Patent No.: **US 7,412,510 B2**
(45) Date of Patent: *Aug. 12, 2008

(54) **SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR REPORTING ON THE COLLECTION OF NETWORK USAGE INFORMATION**

(75) Inventors: **Limor Schweitzer**, Santa Clara, CA (US); **Eran Wagner**, Cupertino, CA (US); **Tal Givoly**, Cupertino, CA (US)

(73) Assignee: **Amdocs (Israel) Ltd.**, Ra'anana (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 136 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/058,956**

(22) Filed: **Feb. 15, 2005**

(65) **Prior Publication Data**

US 2005/0138163 A1    Jun. 23, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/935,129, filed on Aug. 21, 2001, now Pat. No. 6,947,984, which is a continuation of application No. 09/442,876, filed as application No. PCT/US98/24963 on Nov. 20, 1998, now Pat. No. 6,418,467.

(60) Provisional application No. 60/066,898, filed on Nov. 20, 1997, provisional application No. 60/109,095, filed on Nov. 19, 1998.

(51) Int. Cl.
*G06F 13/00*        (2006.01)
(52) U.S. Cl. ..................................... **709/224**
(58) Field of Classification Search .............. 709/200, 709/223, 224; 379/111
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,491,725 A | 1/1985 | Pritchard | 235/375 |
| 4,750,201 A | 6/1988 | Hodgson et al. | 379/144 |
| 4,883,948 A | 11/1989 | Suayich | 235/382 |
| 5,627,886 A * | 5/1997 | Bowman | 379/111 |
| 5,852,818 A * | 12/1998 | Guay et al. | 707/1 |
| 5,905,715 A * | 5/1999 | Azarmi et al. | 370/244 |
| 6,011,838 A * | 1/2000 | Cox | 379/112.06 |
| 6,101,170 A * | 8/2000 | Doherty et al. | 370/255 |
| 6,104,711 A * | 8/2000 | Voit | 370/352 |
| 6,189,101 B1 * | 2/2001 | Dusenbury, Jr. | 726/2 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO 91/03023    3/1991

*Primary Examiner*—Robert B Harrell
(74) *Attorney, Agent, or Firm*—Zilka-Kotab, PC

(57)            **ABSTRACT**

In some embodiments, network traffic information is captured at network information sources. These sources provide detailed information about the network communications transactions at a network device. Importantly, different types of sources can provide different types of information. Gatherer devices gather the detailed information from the various information source devices and convert the information into standardized information. The gatherer devices can correlate the gathered information with account information for network transaction accounting. Manager devices manage the gatherer devices and store the gathered standardized information. The manager devices eliminate duplicate network information that may exist in the standardized information. The manager devices also consolidate the information. Importantly, the information stored by the manager devices represents the consolidated, account correlated, network transaction information that can be used for billing or network accounting. The system thereby provides a distributed network accounting and billing system.

**21 Claims, 7 Drawing Sheets**



AMDOCS0996705

**US 7,412,510 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,208,720 | B1 * | 3/2001 | Curtis et al. ........... | 379/114.14 |
| 6,243,667 | B1 * | 6/2001 | Kerr et al. ................... | 703/27 |
| 6,452,925 | B1 * | 9/2002 | Sistanizadeh et al. ....... | 370/352 |
| 6,601,048 | B1 * | 7/2003 | Gavan et al. ................. | 706/10 |
| 6,650,639 | B2 * | 11/2003 | Doherty et al. ............. | 370/389 |
| 6,658,465 | B1 * | 12/2003 | Touboul ..................... | 709/223 |
| 6,751,738 | B2 * | 6/2004 | Wesinger et al. .......... | 726/14 |
| 7,058,600 | B1 * | 6/2006 | Combar et al. ............... | 705/34 |

* cited by examiner

AMDOCS0996706



FIG. 1

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996707



FIG. 2

AMDOCS0996708



**FIG. 3**

AMDOCS0996709



FIG. 4A

AMDOCS0996710



**FIG. 4B**

NETFLOW RECORD ~492
○ SOURCE AND DESTINATION IP
○ DESTINATION PORT
○ PROTOCOL
○ SENT AND RECEIVED BYTES
○ START/END TIMESTAMPS
○ ROUTER INTERFACES

RADIUS RECORD ~494
○ IP
○ LOGIN/LOGOUT TIMESTAMPS
○ USER NAME

QOS POLICY SERVER RECORD ~496
○ SOURCE AND DESTINATION IP
○ START/END TIMESTAMPS
○ REQUESTED QOS

NMS DB RECORD ~498
○ ROUTER INTERFACE
○ PEER NETWORK NAME

LDAP RECORD ~499
○ USER NAME
○ CONTACT TYPE

ENHANCED RECORD ~490
○ SOURCE AND DESTINATION IP
○ PORT/PROTOCOL (APPLICATION)
○ SENT AND RECEIVED BYTES
○ START/END TIMESTAMPS
○ USER NAME
○ CONTRACT TYPE
○ REQUESTED QOS

AMDOCS0996711



FIG. 5

AMDOCS0996712

U.S. Patent    Aug. 12, 2008    Sheet 7 of 7    US 7,412,510 B2



FIG. 6

AMDOCS0996713

US 7,412,510 B2

1

# SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR REPORTING ON THE COLLECTION OF NETWORK USAGE INFORMATION

The present application is a continuation of U.S. Ser. No. 09/935,129 now U.S. Pat. No. 6,947,984 entitled "SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR REPORTING IN A NETWORK-BASED FILTERING AND AGGREGATING PLATFORM", filed Aug. 21, 2001 issued Sep. 20, 2005, which is a continuation of Ser. No. 09/442,876 now U.S. Pat. No. 6,418,467 entitled "NETWORK ACCOUNTING AND BILLING SYSTEM AND METHOD", filed Nov. 18, 1999 issued Jul. 9, 2002, which claims priority to a PCT application filed Nov. 20, 1998 under serial number PCT/US98/24963 entitled "NETWORK ACCOUNTING AND BILLING SYSTEM AND METHOD", a first provisional patent application filed Nov. 20,1997 under Ser. No. 60/066,898, and a second provisional patent application filed Nov. 19, 1998 under Ser. No. 60/109, 095.

## COPYRIGHT NOTICE

A portion of the disclosure of this patent document contains materials that are subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patents, files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

A. Field of the Invention

This invention relates to the field of computer networks. In particular, the invention relates to accounting and billing for services in a computer network.

B. Description of the Related Art

The low cost of Internet connectivity and a wide range of services are driving and more people onto the Internet, which is driving the deployment of TCP/IP networks. This process has led to a new market of client-server applications that enables the user to interact with other users and computer systems around the world. The use of these applications is consuming more and more Intranet and Internet bandwidth.

New applications such as "voice over IP (Internet Protocol)" and streaming audio and video require even more bandwidth and a different quality of service than email, or other less real-time applications. Also, the type quality of service can vary according to the needs of the user. For example, typically, businesses do not tolerate unavailable network services as easily as consumers. Internet Service Providers (ISPs) therefore would like to price their available bandwidth according to a user's needs. For example, flat monthly pricing may be the best billing model for consumers, but businesses may want to be billed according to their used bandwidth at particular qualities of service.

As ISPs continue to differentiate themselves by providing additional services, enterprise information technology managers will face similar problems to account for the escalating Intranet operating costs.

Therefore, ISPs and enterprise information technology managers will want to account for session logging, bandwidth usage, directory data and application session information from a variety of sources.

Due to the diversity of IP data sources (e.g., routers, hubs etc.), the need for effect tracking far exceeds the problems

2

addressed by telephone companies. Telephone companies track information such as circuit usage so it can be correlated with account information. For example, businesses may use leased lines, consumers may have "Friends and Family" plans, cellular phones have different roamer fees according to the location of the user, etc. Typically, the phone company captures all of the data and uses batch processing to aggregate the information into specific user accounts. For example, all the long distance calls made during a billing period are typically correlated with the Friends and Family list for each phone account at the end of a billing period for that account. This requires a significant amount of computing power. However, this type of problem is significantly simpler than attempting to track and bill for every transaction in an IP network. Therefore, what is desired is a system that allows for accounting and billing of transactions on IP based networks.

The problem is even more difficult in IP network traffic because the information sources can exist and many different levels of the OSI network model, throughout heterogeneous networks. Potential sources of information include packet use from routers, firewall authentication logging, email data, ISP session logging, and application layer use information. Therefore, what is desired is a system and method that track IP network usage information across multiple layers of the OSI network model.

## SUMMARY OF THE INVENTION

A network accounting and billing system and method are described. In some embodiments, the system can access any network related information sources such as traffic statistics provided by routers and switching hubs as well as application server access logs. The information can be accumulated in a central database for creating auditing, accounting and billing reports. Alternatively, the information can be sent directly to other systems such as rating engines used in customer care and billing systems.

In one embodiment, network traffic information is captured at network information sources (examples of information sources include network devices). These sources provide detailed information about the network communications transactions at a network device. Importantly, different types of sources can provide different types of information. Gatherer devices gather the detailed information from the various information source devices and convert the information into standardized information. The gatherer devices can correlate the gathered information with account information for network transaction accounting. Manager devices manage the gatherer devices and store the gathered standardized information. The manager devices eliminate duplicate network information that may exist in the standardized information. The manager devices also consolidate the information. Importantly, the information stored by the manager devices represents the consolidated, account correlated, network transaction information used for billing. In addition to account information, transaction information can be correlated to other information such as geography information (e.g., the location of an accessed server) and/or transaction routing information (as may be used in peering agreements between Internet Service Providers). The system thereby provides a distributed network accounting and billing system.

In some embodiments, the gatherer devices can access sources through proxy gateways, firewalls, and/or address translation barriers.

In some embodiments, the gatherer devices can correlate the information about a specific transaction with a particular account by accessing the transaction's source and/or destina-

AMDOCS0996714

US 7,412,510 B2

3

tion information. The source and/or destination information is then correlated with account information from an account information database.

## BRIEF DESCRIPTION OF THE FIGURES

The figures illustrate the invention by way of example. The invention is not meant to be limited to only those embodiments of shown in the Figures. The same reference in different figures indicates the same element is being used in those figures.

FIG. 1 illustrates a system including one embodiment of the invention.

FIG. 2 illustrates an example of the data distillation used in the system of FIG. 1.

FIG. 3 illustrates data enhancements used in the data distillation.

FIG. 4A illustrates example field enhancements that can be included in the data enhancements.

FIG. 4B illustrates the creation of an enhanced record.

FIG. 5 illustrates an example record merge.

FIG. 6 illustrates an example of an alternative embodiment of the system.

## DETAILED DESCRIPTION

### A. System Overview

One embodiment of the system includes a multi-source, multi-layer network usage metering and mediation solution that gives Network Service Providers (NSPs), including Internet Service Providers (ISPs) and enterprise network(Intranet) operators, the information needed to set the right-price for IP (Internet Protocol) services. With the system, the providers can generate accurate usage-based billing and implement usage-based charge-back models. The system derives LP session and transaction information, collected in real time, from a multitude of network elements. The system gathers, correlates, and transforms data from routers, switches, firewalls, authentication servers, LDAP, Web hosts, DNS, and other devices to create comprehensive usage and billing records.

The system transforms raw transaction data from network devices into useful billing records though policy-based filtering, aggregation, and merging. The result is a set of detail records (DRs). In some embodiments, the detail records are XaCCT Detail Records (XDRs™) available from XaCCT Technologies. DRs are somewhat similar in concept to the telephony industry's Call Detail Records (CDRs). Thus, DRs can be easily integrated with existing Customer Care and Billing (CCB) systems.

In addition to billing data, DRs enable NSPs to deploy new services based on documented usage trends, plan network resource provisioning, and audit service usage. The system provides a clear picture of user-level network service use by tracking a variety of metrics such as actual session Quality of Service (QoS),traffic routes, and end-user application transactions.

The system is based on a modular, distributed, highly scalable architecture capable of running on multiple platforms. Data collection and management is designed for efficiency to minimize impact on the network and system resources.

The system minimizes network impact by collecting and processing data close to its source. Modular architecture provides maximum configuration flexibility, and compatibility with multiple network information sources.

4

The system, or other embodiments, may have one or more of the following features.

Data collection can be from a wide range of network devices and services, spanning all layers of the network—from the physical layer to the application layer.

Real-time, policy-based filtering, aggregation, enhancement and merging creates accurate, detailed and comprehensive session detail records (DRs).

Real time correlation of data from various sources allows billing record enhancement.

Leverages existing investment through integration with any customer care & billing solution, reducing costs, minimizing risks and shortened time-to-market.

Non-intrusive operation eliminates any disruption of network elements or services.

Web-based user interface allows off-the-shelf browsers to access the system, on-demand, locally or remotely.

Carrier-class scalability allows expansion to fit an NSPs needs without costly reconfiguration.

Distributed filtering and aggregation eliminates system capacity bottlenecks.

Efficient, centralized system administration allows on-the-fly system reconfigurations and field upgrades.

Customized reporting with built-in report generation or an NSPs choice of off-the-shelf graphical reporting packages.

Comprehensive network security features allow secure communication between system components and multiple levels of restricted access.

### B. System Details

The following describes the system **100** of FIG. 1. The system **100** allows NSPs to account for and bill for IP network communications. The following paragraphs first list the elements of FIG. 1, then describes those elements and then describes how the elements work together. Importantly, the distributed data gathering, filtering and enhancements performed in the system **100** enables load distribution. Granular data can reside in the peripheries of the system **100**, close to the information sources. This helps avoids reduce congestion in network bottlenecks but still allows the data to be accessible from a central location. In previous systems, all the network information flows to one location, making it very difficult to keep up with the massive record flows from the network devices and requiring huge databases.

The following lists the elements of FIG. 1. FIG. 1 includes a number of information source modules (ISMs) including an ISM **110**, an ISM **120**, an ISM **130**, an ISM **136**, an ISM **140**, and an ISM **150**. The system also includes a number of network devices, such as a proxy server **101**, a DNS **102**, a firewall **103**, an LDAP **106**, a CISCO® NetFlow **104**, and a RADIUS **105**. The system also includes a number of gatherers, such as a gatherer **161**, a gatherer **162**, a gatherer **163**, a gatherer **164**, and a gatherer **165**. The system of FIG. 1 also includes a central event manager (CEM) **170** and a central database (repository) **175**. The system also includes a user interface server **185** and a number terminals or clients **180**.

This paragraph describes how the elements of FIG. 1 are coupled. The various network devices represent devices coupled to an IP network such as the Internet. The network devices perform various functions, such as the proxy server **101** providing proxy service for a number of clients. Each network device is coupled to a corresponding ISM. For example, the proxy server **101** is coupled to the ISM **110**. The DNS **102** is coupled to the ISM **120**. The firewall **103** is coupled to the ISM **130**. The ISM **136** is coupled to the LDAP **106**. The ISM **140** is coupled to the CISCO® NetFlow **104**. The ISM **150** is coupled to the RADIUS **105**. Each gatherer is

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996715

US 7,412,510 B2

5

associated with at least one ISM. Thus, the gatherer **161** is associated with the ISM **110** and is therefore coupled to that ISM. The gatherer **162** is coupled to the ISM **120**. The gatherer **163** is coupled to the ISM **130** and the ISM **136**. The gatherer **164** is coupled to the ISM **140**. The gatherer **165** is coupled to the ISM **150**. The various gatherers are coupled to the GEM **170**. The user interface server is coupled to the terminals **180** and the CEM **170**.

The following paragraphs describe each of the various elements of FIG. 1.

Network Devices

The network devices represent any devices that could be included in a network. (Throughout the description, a network device, unless specifically noted otherwise, also refers to an application server.) A network device represents a subset of information sources that can be used by the system **100**. That is, the network devices are merely representative of the types of sources of information that could be accessed. Other devices such as on-line transaction processing databases can be accessed in other embodiments of the invention. Typically, the network devices keep logging and statistical information about their activity. A network information source can be the log file of a mail server, the logging facility of a firewall, a traffics statistics table available on a router and accessible through SNMP, a database entry accessible through the Internet, an authentication server's query interface, etc. The network devices represent the information sources accessed by the ISMs.

Each type of network device can be accessing using a different method or protocols. Some generate logs while others are accessible via SNMP, others have proprietary APIs or use other protocols.

ISMs

The ISMs act as an interface between the gatherers and the network devices enabling the gatherers to collect data from the network devices. Thus, the ISMs represent modular, abstract interfaces that are designed to be platform-neutral. The information source modules act as interfaces or "translators", sending EP usage data, in real time, from the network devices to the gatherers. Each ISM is designed for a specific type of network data source. (In other embodiments, some ISM are generic in that they can extract information from multiple network devices). ISMs can be packaged separately, allowing NSPs to customize ISM configurations to meet the specific requirements of their network. For example, in the system of FIG. 1, if the NSP did not have Cisco®NetFlow devices, then the ISM **140** would not have to be included.

The ISMs can communicate with its corresponding network device using protocols and formats such as UDP/IP, TCP/IP, SNMP, telnet, file access, ODBC, native API, and others.

In some embodiments, the reliability of system **100** is enhanced through on-the-fly dynamic reconfiguration, allowing the NSP to add or remove modules without disrupting ongoing operations. In these embodiments, the CEM **170** can automatically update the ISMs.

The following ISMs are available in some embodiments of the invention.

Categorizer—Classifies a session to a category according to user-defined Boolean expression.

DNS (e.g. ISM **120**)—Resolves host names and IP addresses.

Generic Proxy Server (e.g., ISM **110**)—Collects data from access logs in a common log format.

Port/Protocol Resolution—Converts protocol/port information to account names and vice versa.

6

CheckPoint® Fire Wall-1—Collects data from FireWall-1 accounting log and security log.

Cisco® IOS® IP Accounting—Collects accounting data from a Cisco® router using I0S IP accounting.

Cisco® NetFlow Switching—Collects session data from a Cisco® router via NetFlow switching.

Netscape® Proxy Server—Collects data from a Netscape® Proxy Server.

Microsoft® Proxy Server—Collects data from a Microsoft® Proxy Server.

ISMs can be synchronous, asynchronous or pipe.

The data from an asynchronous ISM is dynamic so that the asynchronous ISM reacts to the information and relays it to the associated gatherer without prompting from other information sources in the system **100**. If the firewall **103** were a CheckPoint®—FireWall-1, then the ISM **130** would be an example of an asynchronous ISM. When a network session is initiated, the details are recorded by the FireWall-1 **103**. The corresponding ISM **130** receives the details and passes them on automatically to the gatherer **163**.

Synchronous ISMs provide its information only when accessed by a gatherer. The ISM **120** is an example of a synchronous ISM. The DNS server **102** maintains information matching the IP addresses of host computers to their domain addresses. The ISM **120** accesses the DNS server **102** only when the ISM **120** receives a request from the gather **162**. When the DNS server **102** returns a reply, the ISM **120** relays the reply information to the gatherer **162**.

Pipe ISMs operate on record flows (batches of records received from information sources). Pipe ISMs process one or more enhancement flows the records as the flows arrive. The pipe ISM may initiate new record flows or may do other things such as generate alerts or provision network elements to provide or stop services. The pipe is implemented as an ISM to keep the internal coherency and logic of the architecture. (Record flows can terminate in a database or in a pipe ISM. The pipe ISM can perform filtering and aggregation, send alarms, or act as a mediation system to provision network elements when some event occurs or some accumulated value is surpassed. Specifically, pipe ISMs can act to enable pre-payment systems to disable certain services such as a voice IP call, when the time limit is surpassed or amount of data is reached.)

The gatherers can include caches and buffers for storing information from the ISMs. The buffers allow the gatherers to compensate for situations where there is a loss of connection with the rest of the system **100**. The cache sizes can be remotely configured. The cache minimizes the number of accesses to the Information Source.

ISM queries can be cached and parallelized. Caching of synchronous ISM queries provides for fast responses. Parallelizing queries allows for multiple queries to be processed at the same time.

Gatherers

The gatherers gather the information from the ISMs. In some embodiments, the gatherers are multi-threaded, lightweight, smart agents that run on non-dedicated host, as a normal user application on Windows NT® or Unix®, as a background process, or daemon. What is important though is that the gatherers can be any hardware and/or software that perform the functions of a gatherer.

The gatherers can be installed on the same network segment as the network device such as router and switch or on the application server itself. This placement of a gatherer minimizes the data traffic impact on the network.

The gatherers collect network session data from one or more ISMs. Session data can be sent to another gatherer for

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996716

US 7,412,510 B2

7

enhancement or to the CEM 170 for merging and storing in
the central database 170. The gatherers can be deployed on an
as needed basis for optimal scalability and flexibility.

The gatherers perform flexible, policy-based data aggrega-
tion. Importantly, the various types of ISMs provide different
data and in different formats. The gatherers normalize the
data by extracting the fields needed by the CEM 170 and
filling in any fields that may be missing. Thus, the gatherers
act as a distributed filtering and aggregation system. The
distributed filtering and aggregation eliminates capacity
bottlenecks improving the scalability and efficiency of the
system 100 by reducing the volume of data sent on the net-
work to the CEM 170.

Aggregation can be done by accumulating groups of data
record flows, generating a single data record for each group.
That single record then includes the aggregated information.
This reduces the flow of the data records.

Filtering means discarding any record that belongs to a
group of unneeded data records. Data records are unneeded if
they are known to be collected elsewhere. A policy frame-
work enables the NSP to configure what to collect where.

Filtering and/or aggregation can be done at any point along
a data enhancement (described below) so that aggregation
schemes can be based on enhanced data records as they are
accumulated. The filtering and/or aggregation points are
treated by the system 100 as pipe ISMs which are flow ter-
mination and flow starting points (ie: like an asynchronous
ISM on the starting end and like a database on the terminating
end). Data enhancement paths and filtering and/or aggrega-
tion schemes can be based on accumulated parameters such
as user identification information and a user's contract type.

As noted above, the PISM can be used in the context of
filtering and/or aggregation. One or more record flows can
terminate at the PISM and can be converted into one or more
new record flows. Record flows are grouped based on match-
ing rules that apply to some of the fields in the record flows,
while others are accumulated or undergo some other opera-
tion such as "maximum" or "avarage". Once the groups of
accumulated records have reached some threshold, new accu-
mulated records are output. This can be used for example in
order to achieve a business-hybrid filtering and aggregation
data reduction by imposing the business rules or the usage-
based products that are offered to the customer, onto the
record flows as they are collected in real-time. This is done
instead of previous system where, the information is stored in
a database and then database operations are performed in
order to create bills or reports. The filtering and aggregation
reduces the amount of data that is stored in the central data-
base 175 while not jeopardizing the granularity of data that is
necessary in order to create creative usage-based products.

Typically, data collected from a single source does not
contain all the information needed for billing and accounting,
such as user name and organization. In such cases, the data is
enhanced. By combining IP session data from multiple
sources, such as authentication servers, DHCP and Domain
Name servers, the gatherers create meaningful session
records tailored to the NSP's specific requirements. In the
example of FIG. 1, the gatherer 162 can provide information
to the gatherer 162 so that the source IP address for an Internet
session from the proxy server 101 can be combined with the
domain address from the DNS server 102.

The enhancement procedure can be triggered by an asyn-
chronous ISM. The information from the asynchronous ISM
is associated with field enhancements in the central database
175. A field enhancement defines how a field in the central
database is filled from the source data obtained from the
asynchronous ISM. Through the field enhancements, the

8

missing parameters are added to a record using the data col-
lected from one or more synchronous ISMs. Enhancements
are described in detail below.

The gatherers can include caches and buffers for storing
information from the ISMs. The buffers allow the gatherers to
compensate for situations where there is a loss of connection
with the rest of the system 100. The caches can reduce the
number of accesses to an information source. The buffer
and/or cache sizes can be remotely configured.

Central Event Manager (CEM)

The Central Event Manager (CEM) 170 acts as the central
nervous system of the system 100, providing centralized,
efficient management and controls of the gatherers and the
ISMs.

The CEM 170 can perform one or more of the following
tasks:

Coordinates, controls, and manages the data collection
process. The CEM 170 coordinates the operation of the
gatherers and manages the flow of data through the
system 100 through the collection scheme defined in the
system configuration. The latter includes the configura-
tion of the gatherers, the ISMs, the network devices, the
fields in the central database 175 (described below), and
the enhancement procedures. Based on the collection
scheme the CEM 170 determines the system 100's com-
putation flow (the set of operations the system 100 must
perform to obtain the desired information). The CEM
170 then controls all the gatherers, instructing them to
perform, in a particular sequence, the operations defined
in the computation flow. The CEM 170 receives the
records collected by the gatherers and stores them in the
central database 175. NSPs can configure the CEM 170
to merge duplicate records before storing them in the
central database 175. Record merging is described
below.

Performs clean-up and aging procedures in the database
175. The system 100 collects and stores large amounts of
session information every day. The CEM 170 removes
old data to free space for new data periodically. The NSP
defines the expiration period for the removal of old
records. The CEM 170 is responsible for coordinating
the removal of records from the central database 175.
The CEM 170 places a time stamp on every record when
the record enters the central database 175 and deletes the
record after the time period the NSP has defined elapses.

Provides centralized system-wide upgrade, licensing, and
data security. The NSP can perform version upgrades of
the system 100 at the CEM 170. The gatherers can be
automatically upgraded once a new version is installed
on the host computer of the CEM 170. ISMs are also
installed via the CEM 170 and exported to the gatherers.
The CEM 170 maintains a list of licenses installed in the
system and verifies periodically if the system is properly
licensed. This feature lets the NSP centrally install and
uninstall licenses. It also prevents unlicensed use of the
system 100 and any of its components.

Monitors the state of the gatherers and ISMs. The gatherers
periodically communicate with the CEM 170. The CEM
170 continuously monitors the state of each gatherer and
network devices in the system 100. The CEM 170 can be
fault-tolerant, that is, it can recover from any system
crash. It coordinates the recovery of the system 100 to its
previous state.

Central Database

The central database 175 is the optional central repository
of the information collected by the system 100. The central
database 175 is but one example of a sink for the data gener-

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996717

US 7,412,510 B2

9

ated in the system **100**. Other embodiments include other configurations. The central database **175** stores and maintains the data collected by the gatherers, as well as the information on the configuration of the system **100**. Thus, in configuring the system **100**, the NSP defines what data will be stored in each field in the central database **175** and how that data is collected from the ISMs.

The information on network sessions is stored in the database in the form of a table. Each field in the table represents a network session parameter. Each record describes a network session. The system **100** has a set of pre-defined fields that are configured by the CEM **170** on installation. The NSP can modify the central database **175** structure by adding, deleting, or modifying fields. The NSP access the data in the central database **175** by running queries and reports. The old data is removed from the central database **175** to free space for new data periodically. You can specify the time interval for which records are stored in the central database **175**. The structure of the central database **175** with some of the predefined fields is illustrated in the following figure.

As each IP session may generate multiple transaction records, during the merge process the CEM **170** identifies and discards duplications, enhancing the efficiency of the data repository. Generally, data records are passed through the merger program, in the CEM **170**, into the central database **175**. However, the data records are also cached so that if matching records appear at some point, the already stored records can be replaced or enhanced with the new records. The database tables that contain the record flows can be indexed, enhancing the efficiency of the data repository. A merge is achieved by matching some of the fields in a data record and then merging the matching records from at least two record flows, transforming them into one record before updating the central database **175**. In some embodiments, adaptive tolerance is used to match records. Adaptive tolerance allows for a variation in the values of fields that are compared (e.g., the time field value may be allowed to differ by some amount, but still be considered a match). The adaptive aspect of the matching can include learning the appropriate period to allow for the tolerance. The reason that the records that do not match any previous records are sent through into the central database **175**, in addition to being cached for later matching, is to avoid loss of data in case of system failure.

The following table illustrates an example of the types of records stored in the central database **175** by the CEM **170**.

10

The system **100** supports a non-proprietary database format enabling the central database **175** to run on any of a number of commercially available databases (e.g., MS-SQL Server, Oracle Server, DB2, etc.).

User Interface Server and Clients

The User Interface Server (UIS) **185** allows multiple clients (e.g. terminals **180**) to access the system **100** through, the Microsoft® Internet Explorer® with Java™. Plug-in or Netscape® Navigator with Java™. Plug-in. Other embodiments can use other applications to access the system **100**. The main function of the UIS **185** is to provide remote and local platform independent control for the system **100**. The UIS **185** can provide these functions through windows that correspond to the various components of the system **100**. Access to the system **100** can be password protected, allowing only authorized users to log in to the system and protecting sensitive information.

The NSP can perform one or more of the following main tasks through the UIS **185**:

Configure the system **100**.

Create and run queries and reports on network activity and resource consumption.

Register and license the system **100**.

C. Data Distillation

FIG. **2** illustrates the data distillation process performed by the system of FIG. **1**. The data distillation aggregates and correlate information from many different network devices to compile data useful in billing and network accounting.

First, the ISMs **210** gather data from their corresponding network device. Note that for some ISMs (e.g. pipe ISMs), real-time, policy-based filtering and aggregation **215** can also be done. This data is then fed to the gatherers **220**. The gatherers **220** perform data enhancement to complete the data from the ISMs **210**. The results are provided to the CEM **170**. The CEM **170** performs data merges **270** to remove redundant data. The merged data is then optionally stored in the central database **175** as a billing record **275** or is sent directly to an external system. The billing record information can be accessed from external applications, through the application interface **290**, via a data record **280**. Filtering and/aggregation and/or data enhancements can be done at any stage in the system **100**.

D. Data Enhancement

As mentioned above, the gatherers **220** provide data enhancement features to complete information received from

| Source IP | Destination IP | Source Host | Destination Host | Service | Date/Time | Duration | Total Bytes | Counter |
|---|---|---|---|---|---|---|---|---|
| 199.203.132.187 | 204.71.177.35 | pcLev.xacct.com | yahoo.com | http | Apr. 26, 1998 10:56:55 | 6464 | 435666 | 261019 |
| 199.203.132.131 | 207.68.137.59 | prodigy.xacct.com | microsoft.com | telnet | Apr. 26, 1998 10:56:55 | 747 | 66743 | 261020 |
| 199.203.132.177 | 199.203.132.1 | pcEitan.xacct.com | xpert.com | smtp | Apr. 26, 1998 10:56:55 | 82 | 55667 | 261021 |
| 199.203.132.173 | 204.162.80.182 | pcAdi.xacct.com | cnet.com | http | Apr. 26, 1998 10:56:55 | 93 | 33567 | 261022 |

AMDOCS0996718

11

the ISMs 210. The following describes some example data enhancement techniques used in some embodiments of the invention.

FIG. 3 illustrates an example of data enhancement. Data enhancement comprises a number of field enhancements. A field enhancement specifies how the data obtained from the trigger of the enhancement procedure is processed before it is placed in a single field in the central database 175. The data can be placed in the field directly, or new information may be added to the record by applying a Synchronous ISM function. (In the example below, the function is "resolve the IP address to a host FQDN"). Field enhancements may involve one or multiple steps. There is no limit to the number of steps in a Field Enhancement. The data record starts with fields obtained from an asynchronous ISM 300. The fields in the DR 300 are then enhanced using the field enhancements. The enhanced fields result in the DR 320.

A visual representation of an enhancement can be presented to the NSP. The enhancement may include an itinerary of ISMs starting off with an AISM, passing through PISMs, and terminating in the CEM 170. Using this view of the system 100, the NSP need not be shown the actual flow of data since the flow may be optimized later in order to achieve better performance. This is more of a graphical logical view of how the enhancement is achieved in steps. (PISMs can terminate more than one flow and initiate more than one flow.)

A visual representation of a field enhancement shows the per-field flow of data correlation. This process ends in the CEM 170 or in a PISM. The NSP supplies information telling the system 100 how to reach each of the terminating fields (in the CEM 170 or the PISM) starting off from the initiating fields (PISM or AISM). Each step of enhancement defines cross correlation with some SISM function.

FIG. 4A illustrates various field enhancements (410 through 440). A field enhancement includes applying zero or more functions to a field before storing the field in a specified field in the central database 175.

One-step Field Enhancement 410. The initial source data from the asynchronous ISM is placed directly in a field in the central database 175. Example: the field enhancement for the Source IP field.

Two-step Field Enhancement 420. The initial source data from the asynchronous ISM is used to obtain new additional data from a synchronous network device and the new data is placed in a field in the central database 175. Example: the field enhancement for the Source Host field.

Three-step Enhancement 430. The initial source data from the asynchronous ISM is used to obtain additional data from a synchronous ISM. The result is used to obtain more data from another ISM and the result is placed in a field in the central database 175.

The following illustrates an example data enhancement. Suppose the data obtained from a proxy server 101 contains the source IP address of a given session, such as 199.203.132.2, but not the complete domain address of the host computer (its Fully Qualified Domain Name), such as www.xacct.com. The name of the host can be obtained by another network device—the Domain Name System (DNS 102) server. The DNS server 102 contains information that matches IP addresses of host computers to their Fully Qualified Domain Names (FQDNs). Through an enhancement procedure the information collected from the proxy server 101 can be supplemented by the information from the DNS 102. Therefore, the name of the host is added to the data (the data record) collected from the proxy server 101. The process of adding new data to the data record from different network

12

devices can be repeated several times until all required data is collected and the data record is placed in the central database 175.

FIG. 4B illustrates another example data enhancement where an enhanced record 490 is created from an initial netflow record 492. Fields in the enhanced record 490 are enhanced from the radius record 494, the QoS policy server record 496, the NMS DB record 498, and the LDAP record 499.

Defining Enhancement Procedures

The following describes the process for defining enhancement procedures in some embodiments of the system. Typically defining an enhancement procedures for the system 100 includes (1) defining enhancement procedures for each asynchronous ISM and (2) configuring field enhancements for all fields in the central database 175 for which the NSP wants to collect data originating from an asynchronous ISM that triggers the corresponding enhancement procedure.

An enhancement procedure can be defined as follows:

1. Access the CEM 170 using the UIS 180.

2. Select the enhancement procedures list using the UIS 180.

3. Define the name of the new enhancement procedure.

4. Select a trigger for the new enhancement procedure. The trigger can correspond to any asynchronous ISM in the system 100. Alternatively, the trigger can correspond to any asynchronous ISM in the system 100 that has not already been assigned to an enhancement procedure.

5. Optionally, a description for the enhancement procedure can be provided.

6. The new enhancement procedure can then be automatically populated with the existing fields in the central database 175. Optionally, the NSP can define the fields (which could then be propagated to the central database 175). Alternatively, based upon the type of asynchronous ISM, a preset set of fields could be proposed to the NSP for editing. What is important is that the NSP can define field procedures to enhance the data being put into the data records of the central database 175.

7. The NSP can then define the field enhancements for every field in the new enhancement procedure for which the NSP wants to collect data from the ISM that is the trigger of the new enhancement procedure.

Defining Field Enhancements

Defining a field enhancement involves specifying the set of rules used to fill a database field from the information obtained from the trigger of the enhancement procedure. The NSP defines field enhancements for each field in which NSP wants to collect data from the trigger. If no field enhancements are defined, no data from the trigger will be collected in the fields. For example, suppose the firewall asynchronous ISM 130 that triggers an enhancement procedure. Suppose the central database 175 has the following fields: source IP, source host, destination IP, destination host, user name, total bytes, service, date/time, and URL. If the NSP wants to collect session data for each field except the URL from the firewall ISM 130, which triggers the enhancement procedure, the NSP defines a field enhancement for each field with the exception of the URL.

In some embodiments, the field enhancements are part of the enhancement procedure and the NSP can only define and modify them when the enhancement procedure is not enabled.

The field enhancements can be defined in a field enhancement configuration dialog box. The field enhancement configuration dialog box can have two panes. The first displays the name of the enhancement procedure, the name of its

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996719

US 7,412,510 B2

13

trigger, and the name and data type of the field for which the NSP is defining the field enhancement. The second is dynamic and interactive. Its content changes depending on the NSP's input. When first displayed, it has two toggle buttons, End and Continue, and a list next to them. The content of the list depends on the button depressed.

When End is depressed, the list contains all output fields whose data type matches the data type of the field for which the NSP is defining the field enhancement. For example, if the field's data type is IP Address, the list contains all fields that are of the same type, such as source IP and destination IP that the AISM supplies. The fields in the list can come from two sources: (1) the source data which the gatherer receives from the trigger and (2) the result obtained by applying a synchronous ISM function as a preceding step in the field enhancement. The following notation is used for the fields:

OutputFieldName for the output of a field origination from the trigger SISName.FunctionName(InputArgument).OutputField for the output of a field that is the result of applying a function

SISName . . . OutputField for the output of a field that is the result of applying a function as the final step of a field enhancement

The following examples are presented.

Source IP is the field provided by the trigger of the enhancement procedure that contains the IP address of the source host.

DNS . . . Host Name and DNS.Name(Source IP).Host name are the names of a field originating from the resolved function Name of a device called DNS that resolves the IP address to a domain address. The input argument of the function is the field provided by the trigger of the enhancement procedure, called source IP. It contains the IP address of the source host. The function returns the output field called Host Name that contains the domain address of the source host. The notation DNS . . . Host Name is used when the field is the result of applying the function as the final step of a field enhancement. The notation is DNS.Name(Source IP).Host Name is used when the field is used as the input to another function.

In the user interface, if End is unavailable, none of the output fields matches the data type of the field.

When Continue is depressed, the list contains all applicable functions of the available synchronous network device configured in the system 100. If the preceding output does not match the input to a function, it cannot be applied and does not appear on the list.

The following notation is used for the functions:

SISName.FunctionName(InputFieldName:InputFieldDataType)→(OutputFieldName:OutputFieldDataType)

When the function has multiple input and/or output arguments, the notation reflects this. The arguments are separated by commas.

The following example shows a field enhancement.

DNS. Address(Host Name:String)→(IP Address:IP Address)

Where DNS is the name of the synchronous ISM (or network device) as it appears in the system configuration.

Address is the name of the function.

(Host Name:String) is the input to the function—host FQDN of data type String

(IP Address:IP Address) is the output—IP address of data type IP Address

The NSP can define the field enhancement by choosing items from the list. The list contains the option <none> when the End button is depressed. Choosing this option has the

14

same effect as not defining a field enhancement: no data from the trigger will be stored in the field in the central database 175.

E. Record Merges

FIG. 5 illustrates an example record merge. Record merging removes duplicate records from the central database 175.

The following example shows how merges work and illustrates the need for merging duplicate records. Suppose the system 100 is using two asynchronous ISMs 110 and 130. All outbound network traffic going through the proxy server 101 is routed through the firewall 103. The firewall 103 records the proxy server 101 as the source of all sessions passing through the proxy server 101, although they originate from different workstations on the network. At the same time, the proxy server 101 records the destination of all sessions as the firewall 103, although their actual destinations are the different Internet sites.

Therefore, all sessions are logged twice by the system 100 and the records are skewed. The data from the firewall 103 indicates the destination of a given session, but not the source (see data record 520), while the data from the proxy server 101 records the source, but not the destination (see data record 510). Defining a merge eliminates the duplication of records.

A merge can be defined instructing the CEM 170 to store the destination data obtained from the firewall 103 and the source data from the proxy server 101 in the central database 175. The merge will also eliminate the problem of skewed data by storing the correct source and destination of the session in the central database 175. Both network devices provide information on the URL. The latter can be used to identify the fact that the two seemingly independent records (510 and 520) are actually two logs of the same session.

Two enhancement procedures are defined for the example of FIG. 5. The trigger of the first, designated Flow One, is the Proxy Server Asynchronous Information Source Module. The trigger of the second, Flow Two, is the Firewall Asynchronous Information Source Module. The records from Flow One and Flow Two are records of the same session. They both have the same value for the URL field. Based on this value, the CEM 170 identifies the two records are double logs of the same session. It merges the two data records taking the Source IP value from Flow One and the Destination IP from Flow Two as the values to be stored in the central database 175.

Defining Merges

The following describes defining merges. A merge is a set of rules that specify how duplicate records from multiple enhancement procedures must be identified and combined before being stored in the central database 175. The NSP can merge the records from two or more enhancement procedures. To define a merge, the NSP identifies the following information.

The enhancement procedures included in the merge.

How to identify duplicate records (which fields of the records must match).

How to combine the records; that is, for each field, which value (from which enhancement procedure) must be stored in the central database 175.

(Optional)

If the NSP does not specify how records must be combined, the records are merged as follows:

When the values in all but one of the fields are null, the non-null value is stored.

When the fields contain non-null values, the value of the first record received (chronologically) is stored.

Copy provided by USPTO from the PIRS Image Database on 03/24/2011

AMDOCS0996720

US 7,412,510 B2

15

16

### F. Additional Embodiments

The following describes additional embodiments of the invention.

In some embodiments, the user interface used by an NSP to configure the system 100 can be presented as a graphical representation of the data enhancement process. Every step in the enhancement can be shown as a block joined to another block (or icon or some graphical representation). The properties of a block define the operations within the block. In some embodiments, the entire data enhancement process from network devices to the central database 175 can be shown by linked graphics where the properties of a graphic are the properties of the enhancement at that stage.

In some embodiments, multiple CEMs 170 and/or central databases 175 can be used as data sources (back ends) for datamart or other databases or applications (e.g., customer care and billing systems).

In some embodiments, the types of databases used are not necessarily relational. Object databases or other databases can be used.

In some embodiments, other platforms are used. Although the above description of the system 100 has been an IP network focused with Unix or Windows NT systems supporting the elements, other networks (non-IP networks) and computer platforms can be used. What is important is that some sort of processing and storing capability is available at the gatherers, the CEMs, the databases, and the user interface servers.

In some embodiments, the gatherers and other elements of the system 100, can be remotely configured, while in other embodiments, some of the elements need to be configured directly. For example, a gatherer may not be remotely configurable, in which case, the NSP must interface directly with the computer running the gatherer.

In other embodiments, the general ideas described herein can be applied to other distributed data enhancement problems. For example, some embodiments of the invention could be used to perform data source extraction and data preparation for data warehousing applications. The gatherers would interface with ISMs that are designed to extract data from databases (or other data sources). The gatherers would perform filtering and aggregation depending upon the needs of the datamart (in such an embodiment, the central database and CEM could be replaced with/used with a datamart). The data enhancement would then be done before storing the information in the datamart.

FIG. 6 illustrates a system 600 where multiple systems 100 are linked together. This system could be an ISPs point of presence accounting system. The system 620 and the system 610 can store detailed network accounting information in their local detailed accounting databases. This information can then be aggregated and sent over the more expensive long distance links to the billing database in the system 630. Customer service information can still be accessed at the detailed accounting database, but the aggregated information may be all that is needed to create the bills.

Additional embodiments of the invention are described in the attached appendices A-F.

### G. Conclusions

A network accounting and billing system and method has been described. In some embodiments, the system can access any network related information sources such as traffic statistics provided by routers and switching hubs as well as application server access logs. These are accumulated in a central database for creating auditing, accounting and billing reports. Because of the distributed architecture, filtering and enhancements, the system efficiently and accurately collects the network usage information for storage in a form that is useful for billing and accounting.

We claim:

1. A method for reporting on a collection of network usage information from a plurality of network devices, comprising:
   collecting network communications usage information in real-time from a plurality of network devices at a plurality of layers;
   filtering and aggregating the network communications usage information;
   completing a plurality of data records from the filtered and aggregated network communications usage information, the plurality of data records corresponding to network usage by a plurality of users;
   storing the plurality of data records in a database;
   submitting queries to the database utilizing predetermined reports for retrieving information on the collection of the network usage information from the network devices; and
   outputting a report based on the queries;
   wherein resource consumption queries are submitted to the database utilizing the reports for retrieving information on resource consumption in a network; and
   wherein a resource consumption report is outputted based on the resource consumption queries.

2. A method as recited in claim 1, further comprising merging a first one of the plurality of data records with a second one of the plurality of data records prior to storing the plurality of data records in the database, if it is determined that a first field value of the first data record matches a second field value of the second data record.

3. A method as recited in claim 2, wherein a tolerance is utilized in determining whether the first field value of the first data record matches the second field value of the second data record.

4. A method as recited in claim 3, wherein the tolerance indicates an amount the first field value of the first data record is allowed to differ from the second field value of the second data record, while still being considered a match.

5. A method as recited in claim 3, wherein the tolerance is adaptive based on a learned amount allowed for by the tolerance.

6. A method as recited in claim 2, wherein merging the first data record and the second data record includes storing a third field value of the first data record and a fourth field value of the second data record in a single merged record, wherein the third field value and the fourth field value are different.

7. A method as recited in claim 1, and further comprising generating an alert upon occurrence of an event.

8. A method as recited in claim 7, wherein the alert is generated upon a value surpassing a predetermined amount.

9. A method as recited in claim 7, wherein the alert indicates that services should be ceased.

10. A method as recited in claim 7, wherein the alert indicates that services should be provided.

11. A method as recited in claim 1, and further comprising submitting network activity queries to the database utilizing the reports for retrieving information on activity of the network.

12. A method as recited in claim 11, and further comprising outputting a network activity report based on the network activity queries.

13. A method as recited in claim 1, wherein the report includes an auditing report.

14. A method as recited in claim 1, wherein the report includes a billing report.

AMDOCS0996721

US 7,412,510 B2

| 17 | 18 |

**15.** A method as recited in claim **1**, wherein the report includes an accounting report.

**16.** A computer program product stored in a computer readable medium for reporting on a collection of network usage information from a plurality of network devices, comprising:

computer code for collecting network communications usage information in real-time from a plurality of network devices at a plurality of layers;

computer code for filtering and aggregating the network communications usage information;

computer code for completing a plurality of data records from the filtered and aggregated network communications usage information, the plurality of data records corresponding to network usage by a plurality of users;

computer code for storing the plurality of data records in a database;

computer code for submitting queries to the database utilizing predetermined reports for retrieving information on the collection of the network usage information from the network devices; and

computer code for outputting a report based on the queries;

wherein resource consumption queries are submitted to the database utilizing the reports for retrieving information on resource consumption in a network; and

wherein a resource consumption report is outputted based on the resource consumption queries.

**17.** A computer program product as recited in claim **16**, and further comprising computer code for submitting network activity queries to the database utilizing the reports for retrieving information on activity of the network.

**18.** A computer program product as recited in claim **17**, and further comprising computer code for outputting a network activity report based on the network activity queries.

**19.** A computer program product as recited in claim **16**, and further comprising computer code for generating an alert upon occurrence of an event.

**20.** A computer program product as recited in claim **19**, wherein the alert is generated upon a value surpassing a predetermined amount.

**21.** A system including a tangible computer readable medium for reporting on a collection of network usage information from a plurality of network devices, comprising:

means for collecting network communications usage information in real-time from a plurality of network devices at a plurality of layers;

means for filtering and aggregating the network communications usage information;

means for completing a plurality of data records from the filtered and aggregated network communications usage information, the plurality of data records corresponding to network usage by a plurality of users;

means for storing the plurality of data records in a database;

means for submitting queries to the database utilizing predetermined reports for retrieving information on the collection of the network usage information from the network devices; and

means for outputting a report based on the queries;

wherein resource consumption queries are submitted to the database utilizing the reports for retrieving information on resource consumption in a network; and

wherein a resource consumption report is outputted based on the resource consumption queries.

\* \* \* \* \*

AMDOCS0996722



AMDOCS0996723