# EXHIBIT N

Press release                                                                                           Page 1 of 3





### News Release

**Company Contacts:**

Dror Sofer 011-972-3-6180040 dror@XACCT.com

**PR Agency Contacts:**

Alan Weinkrantz 210-820-3070 ext. 103
alan@weinkrantz.com
Bob Robson 210-820-3070 ext. 100 bobr@weinkrantz.com

**@CeBIT**

Hall 8, Stand A10
Information Technology Hall
Israel Pavilion

**XACCT Technologies Now Shipping Accounting and Reporting System for Corporate Network Resource and ISP Use**

**XACCT 2.1 automatically produces auditing, reporting and accounting for TCP/IP networks to meet the needs of Network Service Providers that are shifting to usage-based billing.**

Hannover, Germany, March 19, 1998-Today at CeBIT, XACCT Technologies Ltd. announced that it is now shipping version 2.1 of its XACCT(tm) accounting and reporting system for Network Service providers, like corporate MIS departments and ISP's.

The company will also be demonstrating the upcoming version of XACCT 3.0

The XACCT system produces auditing, reporting and accounting for TCP/IP networks automatically. Corporations, ISPs, and telecommunications companies will be able to monitor network traffic precisely with XACCT and use built-in metering capabilities to measure and distribute the costs for network services fairly to the users based on elements like distance, time and bandwidth requirements.

"As Network Service Providers (NSP) shift to usage-based billing, they are requiring an infrastructure flexible enough to respond to fast-growing networks and to changing definitions of billable services and metering schemes," stated Dror Sofer, vice president, international marketing & sales of XACCT Technologies.

XACCT treats network sessions much like phone calls, using parameters such as IP addresses, user names, profit center names, application types, session durations, and information about session content. Not only is that

http://www.xacct.com/news/pressreleases/papers1.html                                                01/26/2000

AMDOCS0007098

# DTX 018
Case No. 1:10-cv-00910-LMP-TRJ
Amdocs (Israel) Ltd. v. Openet Telecom, Inc.
and Openet Telecom Ltd.

Press release                                                                 Page 2 of 3

information useful to the provider, but it can also benefit the users, helping them understand their activities and actual impacts on the total communications stream; identify and evaluate patterns; and choose ways to increase efficiencies, reduce costs, and optimize their investment in network services.

### XACCT 2.1 Gleans Activity Data from Multiple Sources

The XACCT 2.1 system meters network usage by gleaning activity data from Check Point FireWall-1(tm) version 2.x and 3.x and web proxy servers. It uses its unique, proven multi-source, session validation technology. Session data, stored in a common database, are automatically processed to generate reports on Internet usage by host, type of service, number of sessions, and data volume, among other parameters.

XACCT 2.1 interfaces with applications of other major suppliers to collect and store various levels of related data. These will be extracted later and processed into meaningful information for resource allocation, accounting, cost recovery, and planning by the customizable reporting system. XACCT does all this transparently with minimal network overhead.

### Users Customize Audit Routines and Reports

Through a web based browser, XACCT 2.1 lets the user easily specify a host group to be monitored and reported on by the XACCT system. Multiple host groups with different criteria can be specified to simplify routines and ensure consistency. Once XACCT has gleaned the necessary data from the hosts, it can be reported in a custom format, with the choice of data fields to be reported, order of appearance, and style specified by the user in the editing screen.

### Key Features of XACCT 2.1

- Usage-sensitive reporting for TCP/IP transactions.
- Web-based user interface and reporting system.
- Support for FireWall-1 version 2.x and 3.x as data sources.
- Support for any web proxy that uses the Common Log format, as a data source.
- Distributed system that supports collection from multiple FireWalls and web proxy servers.
- Reporting in HTML and text file format.
- Supports Sun Solaris 2.5.1 and 2.6/SPARC platforms.

**XACCT 2.1 is available directly from XACCT Technologies Ltd. and its distributors.**

### About XACCT Technologies Ltd.

XACCT Technologies Ltd. is a venture backed company with its headquarters in Palo Alto, California and R&D and international sales in

AMDOCS0007099

Press release

Tel Aviv, Israel. Investors include Ampal, American Israel Corporation, Technorov Holdings and Israel Seed Partners.

Members of the media who would like to evaluate XACCT products should contact Bob Robson at 210-820-3070 ext. 100, bobr@weinkrantz.com

XACCT is a trademark of XACCT Technologies Ltd. or its subsidiaries and may be registered in certain jurisdictions. Solaris is a registered trademark of Sun Microsystems Inc. SPARC is a trademark or registered trademark of SPARC International Inc. FireWall-1, Check Point and the Check Point Logo are trademarks or registered trademarks of Check Point Software Technologies Ltd. All other products and service names may be trademarks or registered trademarks of their respective owners. The products described in this document may be protected by one or more US patents, foreign patents, or pending applications.



[ HOME ] [ CORPORATE ] [ PRODUCTS ] [ SALES ] [ PARTNERS ] [ NEWS ] [UPDATES] [SUPPORT] [ CAREERS ] [ SITE MAP ]



Questions or comments? info@xacct.com Copyright 1997-1999 XACCT Technologies, Inc., 2855 Kifer Rd Suite 105 Santa Clara, CA 95051 USA. All rights reserved. Legal Terms. Privacy Policy.

http://www.xacct.com/news/pressreleases/papers1.html                    01/26/2000

AMDOCS0007100