# EXHIBIT O



3.12.97

# XaCCT

# Fall Internet World '97

XaCCT will exhibit at Fall Internet World at the Javits Center in New York from the 10th -12th  of  December 1997.

## Travel

7 Dec Tel Aviv  - NY (LY 017):    Departure 10:50 AM        Arrival 15:45 PM

13 Dec NY - Tel Aviv (LY 016):    Departure 22:40 PM        Arrival 15:50 PM

## Where do I go?

**Hotel:** Milford Plaza Ramada Hotel

270 West 45th St.

Phone:        212-869-3600

Fax:          212-642-4694

**Exhibition:** The Javits Center

(Do not forget your entrance tag)

## Opening Hours

**Exhibition times:** 10:00 - 18:00 every day

**Registration times:** See attached paper

**Move in:**      Tuesday 9, 8:00 - 20:00

**Move Out:**    Friday 12,  From 18:00 all night

1

CONFIDENTIAL

AMDOCS0004365

# DTX 022

Case No. 1:10-cv-00910-LMP-TRJ

Amdocs (Israel) Ltd. v. Openet Telecom, Inc.

and Openet Telecom Ltd.

## The Booth

### 1. About the booth

*Booth Location:* Booth 901 Israel Pavilion, Level 3, Javits Center

*Booth manager:* Zeev Edelman, Israel Export Institute 212-7551800

*Construction manager:* Zvika Blum, Ikofeks 212-5825630, Apt:16B

*Phone Number at booth*: Number will only be given at installation.

The reservation for a phoneline is confirmed (you've got a copy of the the reservation with contacts).

### 2.Setting up the booth

### *Stands:*

Three stand will be in the booth.  One for the XaCCT  computer, one for the presentation and one for the lead sheets.  Each of he stands is open at one end. The computer will be inside one, leadsheets and brochures can be stored inside the ones with shelves .

The stands will be arriving with Ikofeks ( Company setting up Israel pavilion). Three boxes will be waiting in the booth with the stands until you arrive to unpack them.   Once you finished ask the construction manager to  put them in to storage.  Please keep a receipt for the boxes.  They are custom made for us, so make sure you get them back.

### *Posters:*

The posters will be stuck on the wall with Velcro strips which have to be stuck both on the posters and the walls. Some of you already saw Arik's presentation on how this is supposed to be done.

***Be extremely careful when picking up the posters and sticking them on the wall. They could brake. Each poster is only 3 mm wide - which is very thing in relation to the 2.30m length.  Keep this in mind at all times.***

2

AMDOCS0004366

Also try to keep greasy fingerprints off the posters. This is not very appealing. The posters are laminated and can be cleaned with a damp cloth. It is probably worth doing this once they are on the wall anyway.

The posters will arrive by air with Transclal. This box will also be waiting in the booth until you arrive. Once you have unpacked the box ask it to be put in to storage. Same as with the stands.

- When unpacking the boxes especially the posters, keep all the packing material and put it back in the box.

- Please unpack everything carefully and try and remember how things should look when you pack everything after the show to ship back to Israel.

- All boxes will be stored until the end of the show, and then returned to the booth for packing for the shipment back to Israel.

**3. Items pre ordered for the show**
By the time you move in, Ikofeks should have installed the following things in our booth:
- 1 Extra plug (2 in all)
- 2 Extension cables
- 5 Extra spots (8 in all)
- 2 tall chairs

Other items to be supplied:
- 1 computer (copy of confirmation attached)
- 2 screens  (copy of confirmation attached)
- Phone and phoneline (details above)

3

 AMDOCS0004367

## 4. Materials bring with you

- Masking tape
- Stapler
- Paper clips
- Velcro panels (Dror)
- Scissors
- Screwdriver

4

                                                                                 AMDOCS0004368

## What Happens in the Booth

Internet World is an opportunity to get as many people interested in XaCCT, and getting as many leads.  Each lead is a possible sale.

There are giveaways and brochures to advertise XaCCT and interest people further.

**Treat a potential customer:**

1. Describe XaCCT in a few words, and explain the product with enthusiasm.
2. Listen to the potential customer, information about his company, job and needs.
3. If the customer looks interested (and interesting) proceed to whole description of the product and demo.
4. Make him fill in the lead form. (this is even if he is not so interested).

**Lead forms:**

Help people fill in the form. Concentrate on details and needs.

Fill in the ABC ( Hebrew).

A. Customer who asks for an evaluation demo and is serious.
B. Customer from a company with good potential as a customer.  Interested in the product and willing to get more info
C. People who only filled in the form

**Giveaways:**

**Buttons:** Give to anybody you talk to (more than just hello of course)

**Brochures:** Everyone

**Folders:** Serious customer. (includes company profile, white paper)

**White Papers:** Serious customers

**T- Shirts:** Give to more serious looking customers

5

AMDOCS0004369

- ***Two people have to be in the booth at all times***
- ***Everyone should arrive in the booth 45 minutes before opening time.***
- ***Everyday we will have a short kick off meeting prior to the show (about 15 min)***

## General guidelines

**Dress code:** For the exhibition everybody should wear navy blue or black suit trousers with the XaCCT long blue poloshirt. Don't forget your entrance and booth tags (you can change which one you wear depending on the situation) and business cards.

**Expenses:** Keep all receipts and return to Israel in envelopes

**Phonecalls:** Everyone will get a Golden lines call card number to dial to Israel with.

6

AMDOCS0004370

## Meeting schedule

**Tuesday Dec 9th:**

8:15 - 11:15  Finance Opportunities for Israel Technology Ventures, Javits
               Center, Room 1C02 (Program attached)

**Wednesday Dec 10th:**

12:00        Mr. Maurice Hazn,  Kvan's partner,  in the booth

15:00        Ms. Alex Simionides, Staff Editor, Sun Expert and Webserver
               Magazines

15:45        Israel's Internet Boom - Press Event, Javits Center, lower
               concourse, room 1C03 (following the Oracle Press Conference)
               ***Very important to attend!!!***

19:00-23:00  Carbon - a party at a club for all exhibitors

**Thursday Dec 11th:**

11:00        Sarah Varney, Senior Reviews Editor Infowold

**Friday Dec 12th:**

13:00        David Newman, Senior Technology Editor Data Communications

7

AMDOCS0004371

Company Confidential

3/12/97

## Marketing Plan - For Launching XaCCT2.1 and Internet World

## Launch of XaCCT 2.1:

1. Positioning of XaCCT2.1

- Proving our technology to the market. We are the only ones to glean information without sniffing, and capable to cross correlate multiple sources. Right now it is FireWalls and Proxies
- Enables XaCCT to be accepted by customers as a leading company in this market (If we delay our announcement we may be too late).

2. Targets of product announcement:

- Revenue generation.
- Proving the existence of the market, and gathering more accurate information about the market size.
- Capturing part of the market
- Distribution network buildup.
- Gathering experience in our market for:
  - R&D (XaCCT3.0)
  - Marketing material and packaging
  - Technical support (buildup)
  - Order processing, licensing and shipment.

3. Launch strategy :

- Press release for XaCCT company announcement prior to Internet World . (US and IL)
- Press release for XaCCT2.1 announcement in Internet World. (US and IL)
- Meetings with journalists and analists at Internet World.
- E-mail announcement for the company and the product to our existing contact list of customers, prior to Internet World.
- Press release on January for XaCCT2.1 Shipping.

XaCCT Technologies Ltd.

Page   1

CONFIDENTIAL

AMDOCS0004372

Company Confidential

4. XaCCT 3.0 upgrade policy :
  - We will offer XaCCT3.0 as an upgrade, to existing customers of XaCCT2.1 that have purchased the support package (XaCCT2.1-S) as well.
  - The upgrade policy is to supply entry level XaCCT3.0, free of charge.
  - Entry level XaCCT3.0  has an equivalent feature set as the XaCCT2.1 installed at the customer site.

5. Products availability:
  - The final version will be ready on our web site for download on Thursday the 4/12/97. - (Limor and Lina.)
  - User Guide and CD ROMs will be ready only on 15/12/97.
  - Packaging box for the product will be ready on 25/12/97
  - License agreemet - Have to receive from our lawyers. (Lempert)

6. Package for the product:
  - User Guide
  - CD ROM
  - License agreemet
  - Product box.

7. Collateral:
  - XaCCT2.1 brochure B&W version will be ready for Internet World.
  - XaCCT2.1 brochure Coloured version for 25/12/97.
  - Company folder ready for IW.
  - Company brochure ready for IW.
  - White paper ready for IW.
  - Press releases ready for IW.

8. Support (recruiting) - We will have to recruit a technical support engineer (has to be the future Technical  Support Manager)

XaCCT Technologies Ltd.

CONFIDENTIAL                                                      AMDOCS0004373

Company Confidential

9. Order Processing:
- Process first orders in a manual procedure - using Excel database (Natascha).
- Orders will be supplied upon payment, by Web downloading, and then sending the package by mail.

10. Pricing - See attached price list

11. Distribution and finding distributors:
- Dror will concentrate in Distribution channel search and nomination :
  - Distribution will start in Europe in view of cost and acceptance of the market. Major countries will be England, Germany, France, Italy.
  - Distribution in Asia Pacific will start only after we have beta for XaCCT3.0. However, existing leads will be utilized sooner.
    General Interest shown in Hong Kong, Singapore and Japan already.
  - Potential distributors meetings will start after new year.
  - About the US we need to discuss in view of the recruitment process. Any effort towards the US now, will require Dror's or Eran's time.

12. Support - We will have to recruit a technical support engineer (has to be the future Technical Support Manager).

13. Order processing Infrastructure :                                               :
- Still not available.
- We will use Excell based database for the first 3 months, until we have a more reliable system. Budget needs to be discussed.
- Natascha will be responsible for order processing.  (hiring a secretary had been approved ).

XaCCT Technologies Ltd.                                                    Page   3

CONFIDENTIAL                                                    AMDOCS0004374

Company Confidential



## Price List

This price list is US end user price, in US Dollars, Ex-factory Bnei-Brak Israel.
Prices Valid Dec. 1st, 1997.

| Item | Description | Price (US$) |
|------|-------------|-------------|
| XaCCT 2.1-R | Accounting auditing and reporting system for TCP/IP networks. Inclusive of 3 months s/w update and support. | 3,500 |
| XaCCT 2.1-G | Gathering system for remote Network Elements.<br>Offered only to customers who purchased an XaCCT2.1-R. | 1,500 |
| XaCCT 2.1-S | 1 year Extended Support and s/w updates for XaCCT 2.1 system. | 20% of the total system price. |

XaCCT Technologies Ltd.

CONFIDENTIAL

AMDOCS0004375

Company Confidential

**XaCCT 3.0 upgrade policy :**

- XaCCT Technologies offers XaCCT3.0 as an upgrade, to existing customers of XaCCT2.1 that have purchased the support package (XaCCT2.1-S) as well.
- The upgrade policy is to supply entry level XaCCT3.0, free of charge.
- Entry level XaCCT3.0 has an equivalent feature set as the XaCCT2.1 installed at the customer site.

**Distributor Discount:**

1. For the XaCCT system - A distributor is entitled for 30% discount, after he is qualified to support end users.
2. For the Extended Support - A distributor is entitled for 40% discount, after he is qualified to support end users.

**Payment terms:**

1. All end users and new distributors - Prepayment.
2. Established distributors - Net 30 days.

XaCCT Technologies Ltd.

CONFIDENTIAL

AMDOCS0004376

**FALL INTERNET WORLD 97**
**DECEMBER 10 - 12, 1997**
**JACOB K. JAVITS CONVENTION CENTER**
**NEW YORK, NY**

**LOCATION OF EXHIBITS:**   Jacob K. Javits Convention Center - Halls 3A, 3B, 3D, 3E, 1B & 1C.

**BOOTH EQUIPMENT:**   Each booth will be provided with 8' high red & black background drape, 3' high red side divider drapes, and a 7" X 44" booth ID sign.

**AISLE CARPET COLOR:**   The exhibit hall is not carpeted.  The aisles will be carpeted in red.

**TARGETED FREIGHT MOVE-IN SCHEDULE:**   (SEE TARGETED FLOOR PLAN ENCLOSED)

|  | | Driver Check-in | Freight Move-in |
|---|---|---|---|
| GREEN SECTION | Friday, December 5 | 5:00 AM | 7:00 AM - 3:30 PM |
| BLUE SECTION | Friday, December 5 | 2:00 PM | 4:00 PM - 12:30 AM |
| PINK SECTION | Saturday, December 6 | 5:00 AM | 7:00 AM - 3:30 PM |
| YELLOW SECTION | Saturday, December 6 | 2:00 PM | 4:00 PM - 12:30 AM |

**EXHIBITOR SET-UP TIME:**

| | | |
|---|---|---|
| Friday, December 5 | 4:00 PM - 8:00 PM | GREEN SECTION ONLY |
| Saturday, December 6 | 8:00 AM - 8:00 PM | GREEN & BLUE SECTION ONLY |
| | 4:00 PM - 8:00 PM | PINK SECTION |
| Sunday, December 7 | 8:00 AM - 8:00 PM | GREEN, BLUE, PINK & YELLOW SECTIONS |
| Monday, December 8 | 8:00 AM - 8:00 PM | GREEN, BLUE, PINK & YELLOW SECTIONS |
| Tuesday, December 9 | 8:00 AM - 8:00 PM | GREEN, BLUE, PINK & YELLOW SECTIONS |

** Warehouse freight will be in the booth space by the scheduled exhibitor set-up time.

*: Due to the undetermined volume of direct shipments, FDC cannot guarantee freight will be in the booth by the scheduled exhibitor set-up time.

**SHOW HOURS:**

| | |
|---|---|
| Wednesday, December 10 | 10:00 AM - 6:00 PM |
| Thursday, December 11 | 10:00 AM - 6:00 PM |
| Friday, December 12 | 10:00 AM - 4:00 PM |

**EXHIBITOR MOVE-OUT:**

| | |
|---|---|
| Friday, December 12 | 4:30 PM - 10:00 PM |
| Saturday, December 13 | 8:00 AM - 8:00 PM |
| Sunday, December 14 | 8:00 AM - 12:00 NOON |

**SHIPPING:**   ADVANCE RECEIVING AT THE WAREHOUSE - Freeman Decorating Company will accept crated, boxed or skidded materials up to 30 days in advance of show set-up.  The warehouse will receive shipments Monday through Friday during the hours of 8:00 AM to 2:00 PM.  Weight tickets must accompany all van line shipments.  Materials should be shipped to arrive at out warehouse no later than NOVEMBER 28, 1997.  ALL EXHIBITORS ARE REQUESTED TO SHIP ANY CARPETS AND HANGING SIGNS/BANNERS TO THE WAREHOUSE.  FAILURE TO COMPLY WITH THIS REQUEST MAY CAUSE SUBSTANTIAL DELAYS DURING SET-UP TIME.

DIRECT SHIPMENTS TO SHOWSITE - Freeman Decorating Company will receive shipments at the exhibit facility according to the targeted move-in schedule.  EXHIBITORS ARE STRONGLY ENCOURAGED TO ADHERE TO THE TARGETED MOVE-IN SCHEDULE.  IF YOU MISS YOUR TARGET TIME, MOVE-IN WILL BE SUBJECT TO THE GENERAL CONTRACTOR'S ABILITY TO ACCESS YOUR BOOTH SPACE AND YOU WILL INCUR ADDITIONAL WAITING TIME.  Should you have a conflict with your assigned target time please contact Freeman Decorating Company at 201-998-6444 immediately.

**ASSISTANCE:**   If you wish to utilize the services of Freeman Decorating Company, our Method of Payment form must be completed and returned.

Should you have any questions or need further assistance, please contact our Exhibitor Services Department at 201-998-6444.

**WE APPRECIATE YOUR BUSINESS!**

CONFIDENTIAL



*FALL INTERNET WORLD '97*
*DECEMBER 10-12, 1997*
JACOB K. JAVITS CONVENTION CENTER
LEVEL 3

CONFIDENTIAL

AMDOCS0004378

34th STREET

Israel Pavilion

ENTRANCE
ENTRANCE
ENTRANCE
ENTRANCE
ENTRANCE
ENTRANCE

CEILING HEIGHT = 33' EXCEPT AS NOTED

GREEN SECTION:
BLUE SECTION:
PINK SECTION:

CONFIDENTIAL

AMDOCS0004379



CONFIDENTIAL

AMDOCS0004380

# Mecklermedia

**THE INTERNET MEDIA COMPANY**

Dear Exhibitor,

Thank you for joining Mecklermedia for Fall Internet World '97 to be held December 8-12, at Jacob K. Javits Convention Center in New York, NY.

Enclosed are the Exhibitor badges with badge holders that were requested on your Exhibitor Badge Registration Form. Please fax or email any changes or additional badge requests to Fax-(203)226-6976, email- debbie@mecklermedia.com. Any changes or additions received after **November 17, 1997** will not be mailed. After **December 1 , 1997** additional badge requests will no longer be accepted, please bring all badge changes and additions to the show to be processed on-site at an "Exhibitor Badge Pick-Up" counter. *Please note:* There will be no "Will Call" desk available on-site, once badges are printed they will not be held at the Exhibitor Registration counter. Each individual must print their own badge upon arrival or a designated person can have the badges printed and distribute them on their own.

Each contracted Exhibiting company receives one complimentary Internet World Passport that includes access to all Conference Sessions and General and Sponsored Workshops (Does not include Hands-On Workshops). This pass can be shared among the members of your staff, and will be available at the "Exhibitor Help Desk" located in the Exhibitor Registration area. All complimentary Internet World Passports will be held under the exhibiting company name and must be signed for upon pick-up. In addition, each member of your booth personnel staff will have access to all Keynote Presentations by showing their official Fall Internet World '97 Exhibitor badge. *Please note:* One Complimentary Passport per company regardless of number of booth spaces or size.

| On-Site Exhibitor Registration Hours: | | Exhibit Hall Hours: | |
|---|---|---|---|
| Friday, Dec. 5 | 4 pm-6 pm | Wednesday, December 10 | 10 am-6 pm |
| Saturday, Dec. 6 | 8 am-6 pm | Thursday,  December 11 | 10 am-6 pm |
| Sunday,  Dec. 7 | 8 am- 6 pm | Friday, December 12 | 10 am-4 pm |
| Monday, Dec. 8 | 8am- 6 pm | | |
| Tuesday,  Dec. 9 | 8am- 7:00 pm | | |
| Wednesday, Dec. 10 | 7:30 am- 6 pm | | |
| Thursday, Dec. 11 | 7:30 am- 6 pm | | |
| Friday, Dec. 12 | 8:00 am- 3 pm | | |

If you have any questions or concerns regarding Exhibitor Registration please do not hesistate to contact me at (203)341-2871 or debbie@mecklermedia.com.  I look forward to seeing you in New York!

Sincerely,

D. Barnes

Debra Barnes
Asst. Registration Mgr./Exhibitor Registration

Mecklermedia Corporation          *Phone:* 203-226-6967          *E-Mail:* info@mecklermedia.com
20 Ketchum Street               *Fax:* 203-454-5840            *URL:* http://www.iworld.com
Westport, CT 06880

CONFIDENTIAL                                                            AMDOCS0004381

*Freight for posters*

**טרנסכלל סחר בע"מ**
שרותים לוגיסטיים

מ ח ש ב ת   ט ר ו ס נ כ ל ו

מס' תיק .1405917ן.. שם לקוח:..OGpsק/6..............

תאריך .....26/ן1.. מספר לקוח:......27267.......

שם התערוכה :..................Internet..............

**יצוא – אוירי-ימי**

מס' אריזות ..1.. משקל .96.50. נפח ..0.23. מע"ק

א) הובלה משקל/נפח:.96.50. X 12.00 (.$.) = ..1158.

הוצאות בארץ  :  76.50. X 100.. (.$.) = ..96.50. + מע"מ

ב) מינימום לחיוב : ............(..)

הוצאות בארץ  :  ............(..) + מע"מ

ג) הובלה יבשתית :.....166..(.$.) + מע"מ

הוריה   ⊥ $  150   N4"N ⊥

**יבוא – אוירי-ימי**

מס' אריזות ..... משקל ........ נפח ..........

א) הובלה משקל/נפח:....... X ........(...) = ..........

הוצאות בארץ:  ....... X ........(...) = .......... + מע"מ

ב) מינימום לחיוב :...............(..)

הוצאות בארץ    :..................(..) + מע"מ

ג) הובלה יבשתית :..................(..) + מע"מ

שונות:

..............................................(..)



CONFIDENTIAL

AMDOCS0004382

**TRANSCLAL TRADE LTD**
INTERNATIONAL FORWARDING

טרנסכלל סחר בע"מ
סוכני מכס ומשלחים בינלאומיים

ה ע ת ק
--------

הופק בסניף ת"א,יד חרוצים 10, פקס:03-5372757
חשבונית מס  מספר  492344
יצוא אוירי

26/11/97
דף : 1

ח.צ.        520040312
עוסק מורשה  520040312
לקוח        27267
כרטיס       1000027267
מספרכם      .PROF.

בוד אקסאקט טכנולוגיה 1997 בע"מ
לחי 31
בני ברק 51200
-------------------------------

ק מספר :        14059171            שטר מטען : 7096670
ברת ספנות :     A.C.I.              כמות : 96.5        ק"ג
עד :       NEW YORK – KENNEDY A     תאריך ערך : 25/11/97
ום תערוכה :     INTERNET WORLD 97'

| נאור | חיוב מע"מ | ללא מע"מ | במט"ח |
|---|---|---|---|
| הובלה אוירית: | | 4191.96 | 1158.00 USD |
| דמי טיפול : | | | |
| הוצאות בארץ : | 1493.25 | | 412.50 USD |
| שונות : | | | |
| בטוח : | | | |
| סך מחושב : | 1493.25 | 4191.96 | |
| מע"מ : | 253.85 | <------! | |
| | | 4191.96 | |
| סה"כ לתשלום: | 5939.06 | | |
| ובלה אוירית : | 96.5 KGS * 13 USD | | |

ב כ ב ו ד  ר ב

טרנסכלל סחר בע"מ
הוכן ע"י ג. אבני
טלפון : 6382726

CONFIDENTIAL                                          AMDOCS0004383

CONFIDENTIAL

AMDOCS0004384

This is what the posters should look like

# XaCCT

## THE ULTIMATE SERVICE METERING SYSTEM FOR YOUR NETWORK

Billing and Accounting

resources Planning

Performance Monitoring

Internet Roaming

Enterprise Network Auditing

Charge Back

Security Policy Compliance Tests

QoS Management

CONFIDENTIAL

AMDOCS0004385

This is what the posters should look like.



CONFIDENTIAL

AMDOCS0004386



86 Lincoln Street
Brighton, MA 02135
(617) 254-6693

# FAX TRANSMITTAL SHEET

**From Fax Number: 617-254-1807**

DATE: _12/1/97_

TO FAX NUMBER: _____

ATTENTION: _Natascha Gutsman_

AT: _Xacct Tech_

FROM: _Andrew Arsenault_

NUMBER OF PAGES INCLUDING THIS COVER SHEET: _1_

<u>NOTES:</u> _N._

_Confirming Order of 1 Pro 200 Computer_
_1 17" Mon._
_1 21" Mon-_

_Thanks_
_A._

If for any reason, this transmission is not complete, please call 617-254-6693.

Anaheim   Atlanta   Baltimore   Boston   Los Angeles   New Orleans   New York   Philadelphia
Phoenix   Portland   Reno   Sacramento   San Francisco   San Jose   Seattle   Washington D C

CONFIDENTIAL

AMDOCS0004387

Computer order

# PRO JECTION
### PRESENTATION TECHNOLOGY
86 Lincoln Street Brighton, MA 02135-1409
Phone: (617) 254-6693 FAX: (888) 863-3900
URL: www.projection.com

**EXHIBITOR COMPUTER RENTAL FORM**

**SHOW:** Fall Internet World 1997
**LOCATION:** Jacob Javits Convention Center
**DATES:** December 10-12, 1997

Computers include a mouse and extended keyboard. Monitors rented separately.

**Service:**
the official computer supplier, we will have
hnicians and back-up equipment available
-site throughout the show.

**installation:**
e labor charge listed includes delivery, instal-
on, and pickup at your booth. Your represen-
ve must be on-hand to sign for receipt.

**ices:**
US prices shown are for the length of the
ow, except large display monitors which rent
the day for show dates only.

**Order:**
nd order with payment to the above address
weeks prior to the show. Credit card orders
y be placed by fax. Our Federal ID number
96-100.

| QTY | MS-DOS COMPUTERS | CHIP | SPEED | RAM | HD | PRE-PAID PRICE | ON-SITE PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Compaq 486/33 | 486DX | 33 Mhz | 8 Mb | 240 Mb | 200.00 | 260.00 | |
| | Compaq 486/66 | 486DX | 66 Mhz | 8 Mb | 500 Mb | 300.00 | 390.00 | |
| | Compaq Pentium 90w/CD-ROM | | 90 Mhz | 16 Mb | 720 Mb | 450.00 | 585.00 | |
| | Projection P166w/8xCD/SB32/3COM | PENTIUM | 166 Mhz | 32 Mb | 2.1 Gb | 600.00 | 780.00 | |
| 1 | Compaq Pentium 166w/CD/3COM | PENTIUM | 166 Mhz | 32 Mb | 2 Gb | 650.00 | 845.00 | 650 |
| | Projection Pro200w/8xCD/SB32/3COM | PENTIUM | 200 Mhz | 64 Mb | 2.1 Gb | 800.00 | 1040.00 | |

| QTY | APPLE COMPUTERS | | | | | PRE-PAID | ON-SITE | |
|---|---|---|---|---|---|---|---|---|
| | Macintosh Centris 650 | 68040 | 25 Mhz | 8 Mb | 230 Mb | 200.00 | 260.00 | |
| | Macintosh Quadra 800 w/CD-ROM | 68040 | 33 Mhz | 8 Mb | 230 Mb | 300.00 | 390.00 | |
| | Macintosh Quadra 840AV w/CD-ROM | 68040 | 40 Mhz | 8 Mb | 230 Mb | 350.00 | 455.00 | |
| | Power Mac 7100 w/CD-ROM | PPC-601 | 66 Mhz | 8 Mb | 250 Mb | 400.00 | 520.00 | |
| | Power Mac 7600 w/CD-ROM | PPC-604 | 132 Mhz | 16 Mb | 1 Gb | 600.00 | 780.00 | |
| | Power Mac 8100 w/CD-ROM | PPC-601 | 100 Mhz | 16 Mb | 500 Mb | 600.00 | 780.00 | |
| | Power Mac 8500 w/CD-ROM | PPC-604 | 120 Mhz | 16 Mb | 2 Gb | 700.00 | 910.00 | |
| | Power Mac 9500 w/CD-ROM | PPC-604 | 132 Mhz | 16 Mb | 2 Gb | 900.00 | 1170.00 | |

## EXHIBITOR INFORMATION

XacCT Technologies
Company Name

Lehi 3l
Address

Bnei Brak          51200
City                St          Zip

Natascha Gutmans +972 6180040
Ordered By                      Phone

natascha@xacct.com +972 3579398
E-Mail Address                  Fax

## ON-SITE INFORMATION

301 (Israel Pavillian)   Lavel 3
On-site Contact          Phone
Booth#                   Hall/Room

12/10/97                 10:00 AM
Installation Date        Time

12/12/97                 4:00 PM
Opening Date             Time

Removal Date             Time

## PAYMENT INFORMATION

☐ CHECK ENCLOSED
Payable to Projection Presentation Technology

☑ VISA   ☐ MASTERCARD   ☐ AMERICAN EXPRESS

Eran Wagner
Cardholder's Name

REDACTED - PERSONAL IDENTIFIER
Credit Card Number                    Exp. Date 26.10.97

Authorized Signature          Date

| QTY | COMPUTER MONITORS | PRE-PAID PRICE | ON-SITE PRICE | AMOUNT |
|---|---|---|---|---|
| | 14" Apple Monitor | 100.00 | 130.00 | |
| | 14" VGA Monitor (640 x 480) | 75.00 | 97.50 | |
| | 15" Multisync Monitor (1024 x 768) | 125.00 | 162.50 | |
| 1 | 17" Multisync Monitor (1024 x 768) | 250.00 | 325.00 | 250 |
| 1 | 21" Multisync Monitor (1280 x 1024) | 400.00 | 520.00 | 400 |

| QTY | DISPLAY MONITORS (PER DAY) | PRE-PAID PRICE | ON-SITE PRICE | AMOUNT |
|---|---|---|---|---|
| | 27" Multisync Monitor (800 x 600) | 275.00 | 325.00 | |
| | 29" Multisync Monitor (1280 x 1024) | 400.00 | 520.00 | |
| | 37" Multisync Monitor (1280 x 1024) | 550.00 | 715.00 | |
| | 60" Multisync Rear Projector (1280 x 1024) | 1500.00 | 1950.00 | |
| | 54" Monitor Cart with Drape | 20.00 | 26.00 | |
| | 48" Large Monitor Cart with Drape | 40.00 | 52.00 | |

| QTY | PRINTERS | PRE-PAID PRICE | ON-SITE PRICE | AMOUNT |
|---|---|---|---|---|
| | H.P. Laserjet 4M Printer | 250.00 | 325.00 | |
| | H.P. Laserjet 5M Printer | 300.00 | 360.00 | |

| QTY | PERIPHERALS | PRE-PAID PRICE | ON-SITE PRICE | AMOUNT |
|---|---|---|---|---|
| | 14.4 kbs External Modem | 50.00 | 65.00 | |
| | 28.8 kbs External Modem | 75.00 | 97.50 | |
| | NEC Triple Speed CD-ROM | 75.00 | 97.50 | |
| | Sound Blaster 16 Card | 25.00 | 32.50 | |
| | Asante 8 Port 10 Base-T Ethernet Hub | 75.00 | 97.50 | |
| | 3Com 3C509 Combo Card | 30.00 | 39.00 | |
| | Thin Net Tranceiver | 15.00 | 19.50 | |
| | 10-Base-T Tranceiver | 15.00 | 19.50 | |

| QTY | OTHER (PLEASE CALL) | PRE-PAID | ON-SITE | AMOUNT |
|---|---|---|---|---|
| 3 | | | | 1300 |

* Tax Exempt Certificates for
New York State Required
If Applicable.

| | |
|---|---|
| Total Rental: | 1300 |
| Labor Charge: 25% of Equipment Ordered: | 325 |
| *8.5% Tax: | 110.5 |
| Amount Due: | 1735.5 |

The undersigned acknowledges receipt of the equipment described herein and agrees to assume the replacement cost for any loss or damage of said
equipment which is the property of or supplied by Projection.

Received By _____          Date _____

CONFIDENTIAL

AMDOCS0004388

*Phone order*

# PCS WORLD @ THE JAVITS CENTER
## REQUEST FOR TELECOMMUNICATIONS SERVICES

Original Order Form and payment in U.S. dollars must be postmarked 15 days prior to show opening date to qualify for **Advance Rate**

### Make remittance payable to:
### PCS WORLD @ The Javits Center, 655 West 34th Street, New York, NY 10001-1188
### 212.216.2093

FULL NAME OF EVENT *Fall Internet World '97.* DATES *10-12.12.1997.* BOOTH NO. _____

FIRM *XaCCT Technologies* PHONE *+9723 6180040* FAX NO. *+9723 5799798*

ADDRESS *Lehi 31.* CITY *Bnei Brak* STATE ____ ZIP *52200* COUNTRY *Israel*

**PAYMENT METHOD** (PLEASE SEE REVERSE SIDE FOR TERMS & CONDITIONS)  ☐ Check/Money Order  ☒ VISA
☐ MasterCard  ☐ Amex

**CREDIT CARD NUMBER** (DO NOT LEAVE SPACES BETWEEN NUMBERS)

REDACTED - PERSONAL IDENTIFIER

Please present same credit card upon arriving at JKJ Center.

All orders must include valid credit card number. I also authorize charging any unpaid balance to my credit card.

| MONTH | YEAR |
|-------|------|
| 0 7 | 9 8 |

CARD EXPIRATION DATE MUST
BE VALID THROUGHOUT THE
EVENT LISTED ABOVE

CREDIT CARD HOLDER SIGNATURE

*Eran Wagner, XaCCT Technologies*

NAME AS IT APPEARS ON CREDIT CARD

## SECTION 1 WIRELESS SERVICE

| Description: | | Quantity | Days | Unit Price | Total |
|---|---|---|---|---|---|
| POCKET PHONE PRICING: | 1-4 Pocket Phone(s): $29.99 EACH | | | | |
| *(PER DAY, PER PHONE)* | 5-10 Pocket Phones: $24.99 EACH | | | $ | $ |
| | 11 OR MORE Pocket Phones: $19.99 EACH | | | | |
| Loss/Damage Waiver (PER PHONE, PER DAY) | | | | $  2.99 | $ |
| **TOTAL FOR SECTION 1** | | | | | $  0 |

### IMPORTANT INFORMATION

• Customer should pick up set and dialing instructions at the Telecommunications Service Desk

• No credit will be given for equipment or service cancelled after installation. A $50.00 processing charge will be applied to orders cancelled prior to installation

• A $50.00 per single line set, $200.00 for multi-line set and/or $900.00 per wireless handset will be billed to your credit card if sets are damaged or not returned

• A time and material charge will be applied to line relocations if not indicated below or different from below

• Unless otherwise directed, JKJCC installers are authorized to cut floor coverings to permit installation of service

## SECTION 2 STANDARD PHONE SERVICE

| QTY | Description: | Advance Rate | Standard Rate | Amount |
|-----|-------------|--------------|---------------|--------|
| | Dial-up Modem Line | $  215.00 | $  275.00 | $ |
| | Credit Card Line | $  215.00 | $  275.00 | $ |
| | Standard Voice Line | $  215.00 | $  275.00 | $ 215 |
| | Fax Line | $  215.00 | $  275.00 | $ |
| | Multi-Line Phone | $  320.00 | $  375.00 | $ |
| | **TOTAL FOR SECTION 2** | | | $ 215 |

## SECTION 3 ENHANCED FEATURES

| QTY | Description: | Advance Rate | Standard Rate | Amount |
|-----|-------------|--------------|---------------|--------|
| | ISDN BRI | | | |
| | ISDN PRI | | | *CALL FOR* |
| | T1 | | | *AVAILABILITY* |
| | T3 | | | *AND PRICING* |
| | LAN | | | |

| | | | |
|---|---|---|---|
| TOTAL FOR SECTION 3 | | | $ |
| SUB TOTAL FOR SECTIONS 1,2 & 3 | | | $ 215 |
| TAX | | 8.25% | $ 43.75 |

## GRAND TOTAL

| | TOTAL SECTIONS 1,2&3 | $ 258.75 |
|---|---|---|

| SHOW GENERAL LOCATIONS |
|---|
| REAR |
| L E F T. ・・・・ R I G H T |
| AISLE |

Check/CC Auth. # _____  Reservation # _____  Processed By _____

**FALL**

# Internet

# World 97

December 10-12, 1997
Jevits Convention Center
New York City

*ordered*

## THEY WORK HARD FOR YOU!

Complimentary exhibition passes provide your customers and prospects with **FREE ADMISSION** to the exhibit hall. And, because Mecklermedia will imprint your company name at no charge to you, your customers and prospects will know that their free registration is compliments of your company. An additional benefit the invitations provide to your customers and prospects is the convenience of pre-registration.

With pre-registration, buyers receive their badges by mail in advance of the event. This saves time because the lines at Fall Internet World 97 could be long at times. And, you save them money with the Free Admission to the exhibit hall (a $25 value). Both of these are valuable benefits for buyers to receive from your company!

## ATTRACT THE BOOTH TRAFFIC YOU WANT!

Research shows that exhibitors who use complimentary invitations consistently attract more qualified booth traffic than those who don't. **The #1 incentive for attendance at trade shows is receiving an invitation from an exhibitor!** Don't miss this opportunity to build your booth traffic —and it's FREE!

## 10 EASY STEPS TO MAKE YOUR BOOTH A *"TRAFFIC MAGNET"!*

Exhibitor invitations are an extraordinarily effective promotional tool. Provided you use them wisely. Here are 10 simple steps that can make your booth a **magnet** for the kind of traffic you want! Now that you are an exhibitor, **don't waste this chance to maximize the effectiveness of your booth!**

1. Mail out invitations to your top prospect list and to your best customer list! Let them know that you want them to attend and stop by your booth.
2. Attach a personal note to each invitation – even if it's just your business card that says: "Hope you'll stop by our booth and say hi"
3. Tell all your senior executives to send out invitations along with their personal letters.
4. Emphasize the value of the invitations, in terms of money and time saved, in your correspondence.
5. Send at least two invitations to each contact – people like to travel with a friend or colleague.
6. Some basic telemarketing will enhance your mailing success! Alert your guests that the invitations are coming. Check to see that they have been received.
7. Make appointments for your guests to visit your booth on a specific day and time.
8. Complimentary invitations from your company make great door-openers. Be sure your sales force has a supply to mail and present in person during sales calls.
9. Don't forget your distributors and VARs if you have them. Their clients are important to your success too.
10. Promote your booth with rewards for those who come to visit you... give-aways... contests... discounts... special considerations... make them have fun and let them know about it when you give (or send) them the complimentary invitations!

## ORDER YOURS TODAY!

Complete the enclosed Exhibits Pass Rebate Program form and FAX it to us at 203-454-5840. If you need additional invitations later on, e-mail ceciliac@mecklermedia.com, or call 203-341-2835.

---

### ORDER ONLINE RIGHT NOW!

STEP 1: Go to: http://events.internet.com/fall97/tickets.html

STEP 2: Simply fill out the form and hit "submit" and your invitations will be imprinted and mailed to you promptly.

---

CONFIDENTIAL

AMDOCS0004390

# Finance Opportunities for Israel Technology Ventures
Tuesday, December 9, 1997
Jacob Javitz Center (room 1C02)
New York

## AGENDA

8:15 a.m.    Continental Breakfast and Registration

8:45 a.m.    Welcome and Opening Remarks
David Rubin
Economic Minister to North America
Israel Economic Mission

8:50 a.m.    Finance opportunities in the US - Overview
Henry Blodget
Vice President
CIBC-Oppenheimer

9:10 a.m.    Planning, Timing & Expense of a Successful IPO
Mordy Soloff
Managing Partner- NY Metro, Technology Industry Group
Price Waterhouse

9:30 a.m.    Venture Capital
Ken Rind
Oxford Partners

9:50 a.m.    Legal Aspects
Steve Tepper, Esq.
Arnold & Porter, New York

10:10 a.m.   Break

10:20 a.m.   Mergers and Acquisitions
Speaker - To be announced
Lehman Brothers

10:40 a.m.   Case Study
Yahal Zilka
Chief Financial officer
Vocaltech

11:00 a.m.   Panel Discussion
Moderator:    Shlomo Landress
Legal Advisor
Israel Economic Mission

11:25 a.m.   Closing Notes

CONFIDENTIAL

# GOVERNMENT OF ISRAEL
### Economic Mission to North America

**Economic Minister &**
**Eastern Region**

Economic Minister &
Eastern Region
800 Second Avenue
New York, N.Y. 10017
Tel: (212) 499 5610
Fax: (212) 499-5615
Compuserve 102615.2665

Southeastern Region
1100 Spring St., N.W.
Suite # 330
Atlanta, GA 30309
Tel: (404) 724-0900
Fax: (404) 724-9030
Compuserve 75142,2516

Northeastern Region
1026-27 Statler Office Building
Boston, MA 02116
Tel. (617) 451 1810
Fax: (617) 451-2677
Compuserve 74757.2117

Midwestern Region
230 N. Michigan Ave
Suite # 1620
Chicago, IL. 60601
Tel: (312) 332-2160
Fax (312) 332-2163
Compuserve 74671,2111

Northwestern Region
2350 Mission College Blvd,
Suite # 365
Santa Clara, CA. 95054
Tel. (408) 970 9293
Fax (408) 970-9290
Compuserve 107223,1656

Southwestern Region
6404 Wilshire Blvd.,
Suite # 1150
Los Angeles, CA. 90048
Tel (213) 658-7924
Fax (213) 651 0572
Compuserve 76201,2241

Canada - Ontario
180 Bloor St. West,
Suite # 700
Toronto, Ontario M5S 2V6
Tel. (416) 961-1242/3
Fax: (416) 961 3962
Compuserve 103531,2514

Canada - Quebec
1155 Boul. Rene Levesque O.
Bureau # 2620
Montreal, Quebec H3B 4S5
Tel (514) 393-9287
Fax: (514) 393-8795

**To:** All Israeli Exhibitors at Internet World

**From:** Dan Schwartz
    Beth Belkin, Israel Economic Mission

**Re:** Internet Press Event for Israeli companies
    December 10, 1997
    3:45 PM

The Government of Israel Economic Mission and Mecklermedia are planning a press briefing on December 10 at 3:45 PM. at the lower Concourse, room IC03, Javits Center.

**Enclosed is the "agenda" for the press event. We would like to have all the Israeli companies attend the briefing as it will be an important opportunity for you to network with the media.  We will be providing a table for the companies to display their press kits, so please bring 50 kits with you to the event.**

We would appreciate your confirming receipt of this fax (212)499-5615, attn: Beth Belkin) and your participation on December 10 at 3:45PM.

Ref: 105a

---

CONFIDENTIAL

AMDOCS0004392

## MEDIA ALERT                    MEDIA ALERT

**FOR IMMEDIATE RELEASE**              **Contact:** Beth Belkin
December 3, 1997                              212/499-5628

### ISRAEL'S INTERNET BOOM FOCUS OF PRESS EVENT
### AT FALL INTERNET WORLD 97

*John Sculley, Israeli CEOs Spotlight*
*Israel: "A World Internet Superpower"*

**New York, NY--** The Israel Economic Mission will hold a press conference highlighting
Israel's booming internet industry at Fall Internet World 97. The event will feature John
Sculley, who will discuss why he is investing in Israel's internet industry. Other speakers
include Shlomo Kramer, Co-founder and Executive Vice President of Check Point
Software Technologies, which dominates the internet security market, and Dr. Elon
Ganor, CEO and Chairman of VocalTec, which launched the internet telephony industry.
The press conference will be held on Wednesday, December 10 at 3:45 pm in Room 1C03
at the Javits Center.

    The Associated Press calls Israel a "world internet superpower." In fact, Israel will
have more companies attending Internet World than any other country, except the U.S.,
and will be the only country with a separate pavilion showcasing companies and products.

**WHAT:**    Press conference highlighting Israel's internet industry, including company
    demonstrations and a discussion on why Israel is an industry leader

**WHO:**    John Sculley, Chairman and CEO, Sirius Thinking, Ltd.
    David Rubin, Israel's Economic Minister to North America
    Alan Meckler, Chairman and CEO, Mecklermedia
    Dr. Elon Ganor, Chairman and CEO of VocalTec
    Shlomo Kramer, Co-founder and Executive Vice President, Check Point
    Eyal Gever, Founder and CEO, Zapa Digital Arts
    Dr. Craig Gotsman, President and Chief Scientist, Virtue

**WHEN:**    Wednesday, December 10 at 3:45 pm

**WHERE:**    Javits Center, lower concourse, room 1C03 (following the Oracle press
    conference)

*Israeli exhibitors at Internet World will be available following the press conference to*
*discuss their technologies. To register, please contact Beth Belkin at 212/499-5628*
*(tel), or 212/499-5615 (fax).*

CONFIDENTIAL



**Official Notice of Fall Internet World'98**
# Space Re-Sign Appointment

October 7-9, 1998
Jacob K. Javits Convention Center
New York, NY



*The*
**COMMERCIAL**
*SERVICE*
*International*
*Buyer Program*

**To: XaCCT Technologies**
From: Mecklermedia Corporation
Subject: Fall Internet World'98 Space Selection

This is your company's official notice of its **Re-Sign Appointment** to select space for Fall Internet World '98. Please take advantage of this right to contract space for next year's show. Doing so will <u>insure</u> your company a *dramatically better* position on the show floor than will be available if you do not participate. The right to select space during the Re-Sign process is strictly limited to current exhibitors who have paid in full for their space in this year's show.

**Your company's Re-Sign appointment is: Thursday, Dec. 11  5pm**
**Your company's Priority Number is: 626**

All appointment times are during normal exhibit hall hours at Fall Internet World '97. Please come on the date and time stated above the Internet World Sales Office located at the very front of the 2900 aisle on level 3 at the Javits Center. Priority numbers are assigned based on the contract date of your first Fall Internet World and the total number of Fall Internet World shows your company has done.

**If you are unable to come at the scheduled time you have two other options to participate:**

1. *Come as soon after that time as possible.* You are free to select space anytime on or after the Re-Sign appointment time printed above. Naturally, the sooner you come the more choices you will have.

2. *Complete the form below.* Doing so will empower Mecklermedia to select the best space available at your appointment time based on your size requirements. A signed contract must accompany this form.

**Please Note:**
- 75% of all space for this year's show was sold <u>during</u> last year's show at Re-Sign. That means those companies who did not participate in the Re-Sign process had far fewer booths to choose from.
- Make sure you are authorized to contract for space for your company. We cannot hold space without a signed contract.
- This is also the <u>best time</u> to contract for the best meeting room and banner locations, other media products, and space in Spring Internet World, Internet World Summer and our other shows. Stop by the Sales Office <u>anytime</u> for details.

In the event you have any questions regarding your assigned appointment or priority number do not hesitate to call your sales rep or Peter Bowes (203-341-2969) for clarification.

------------------------Optional Absentee Space Request---------------------

Complete this portion <u>only</u> if you cannot attend Re-Sign and wish Mecklermedia to select space for you.

I hereby authorize Mecklermedia to select the best location (in their judgement) at the time of my company's appointment.
Booth size:_____ Special Requests:_____
Signature_____ Phone number_____ Fax_____
Print Name_____ Title_____

Fax this entire page to Georgia Rojas at (203) 226-4106 no later than 12/8/97 along with your signed contract. We will confirm receipt by fax or phone. If you do not receive confirmation by 12/9/97 contact us immediately.

**Mecklermedia** THE INTERNET MEDIA COMPANY 20 Ketchum Street • Westport, CT 06880 • Phone: 203-226-6967 • Fax: 203-454-5840 • www.internet.com

CONFIDENTIAL