# EXHIBIT P

It's how the Net profits.℠



## XACCT At-A-Glance

XACCT Technologies is the leading provider of network data management solutions for telecommunications service providers. We develop, market, sell and support a convergent mediation platform to wire-line, wireless and cable operators. Our solutions are built to meet the requirements for the efficient management of service providers' business infrastructure.

XACCT's real-time Network-to-Business (N2B™) software platform provides a bi-directional link between the provider's network and the back-office business and operation support systems, such as rating, billing, CRM, fraud and traffic engineering applications. The platform enables service providers to monetize their network traffic and services.

The N2B platform allows service providers to consolidate their voice and data mediation functions onto one multi-service platform. This enables service providers to optimize operational efficiency, reduce costs and maximize revenue assurance. The N2B platform's highly distributed, modular and open architecture is designed to provide ultimate performance, scalability, and flexibility across dynamic network environments. With 13 offices around the globe, XACCT has more than 70 customers that use XACCT's software to obtain service intelligence and accomplish real-time charging and billing for voice, data and network services.

XACCT is the de-facto standard for network data management solutions that interoperate with products from over 100 XACCTready partners including the leading providers of network infrastructure equipment and OSS/BSS solutions.

This comprehensive solution empowers telecommunications service providers to efficiently collect, process and manage their raw network data to generate billable revenue of network services. It also allows service providers to gain a complete understanding of how their network is being used and leverage that information to reduce costs and improve services. The XACCT N2B platform not only turns raw usage data from the network into actionable business information, but its unique service provisioning engine communicates directly with the network and service elements to instantly activate, modify or disable services. It provides the critical information necessary to implement and manage customer care, usage-based pricing, pre-paid services, capacity planning, fraud prevention and customer retention programs.

### Major Milestones

| Date | Event |
|---|---|
| 10 / 2002 | Sprint PCS Deploys XACCT N2B™ Platform |
| 07 / 2002 | Hitachi Forms Partnership with XACCT Technologies in Japan |
| 07 / 2002 | 3G Operator Manx Telecom deploys XACCT N2B |
| 04 / 2002 | France's 9 Telecom selects XACCT |
| 02 / 2002 | XACCT Announces Universal Network Data Management Platform |
| 02 / 2002 | Omnitel Vodafone Selects XACCT Technologies |
| 11 / 2001 | Motorola Selects XACCT Technologies Platform |
| 07 / 2001 | Leading Canadian Carrier TELUS Selects XACCT N2B |
| 06 / 2001 | XACCTmobile named "Best New Product"; sold on 3 continents |
| 03 / 2001 | XACCTmobile released |
| 02 / 2001 | Sun invests into XACCT for the second time |
| 01 / 2001 | 100 partners in XACCTready Alliance |
| 01 / 2001 | 60th customer selects XACCT's N2B Platform |
| 12 / 2000 | XACCT achieves 750% revenue growth for the year |
| 09 / 1999 | XACCTusage 3.0 Shipped |
| 05 / 1997 | Company Founded |

### Major Investors

Ampal
Dell Computer
Deutsche Bank
Entrepia
Eucalyptus Ventures
InfoCom
Israel Seed Partners
Sun Microsystems
Technology Crossover Ventures
Trident Capital

### XACCT has more than 70 customers worldwide including:

Bell Canada
Boeing
Broadwing
Cable & Wireless
Equant
Fusion
Genuity
Interland
ITC Deltacom
mmo2 /Manx
Motorola
NTT/Verio
Optus
Sprint PCS
Teleglobe
TV Cabo
UPC Chello
Vodafone Omnitel
WorldCom

### Awards and Honors

XACCT has received numerous awards including "Best New Product" by Telestrategies and "Top 50 private companies most likely to change the world" by Red Herring magazine. Other awards include the 2001 Product of the Year, 2000 Most Innovative Billing Product, the 1999 Internet Telephony Product of the Year, and Data Comm Magazine Top 25 Hot Start Ups.

          

---

**Our** *mission* is to make your network *profitable*

info@xacct.com
www.xacct.com

XACCT Technologies

Americas Headquarters
2900 Lakeside Drive, Suite 100
Santa Clara, CA 95054
T 408-654-9900
F 408-654-9904

EMEA/APAC Headquarters
12 Hachilazon Street
Ramat Gan 52522, Israel
+972 3 576.4111
+972 3 612 3737

Additional offices in:
Dallas, TX
Denver, CO
Vienna, VA
Australia
France
Hong Kong
Italy
Japan
Sweden
United Kingdom



## DTX 151
Case No. 1:10-cv-00910-LMP-TRJ
Amdocs (Israel) Ltd. v. Openet Telecom, Inc.
and Openet Telecom Ltd.