# EXHIBIT S

NY QA76.15.M538 1999

SEP 2 4 2007

THIS IS NO LONGER THE
PROPERTY OF
KING COUNTY LIBRARY SYSTEM

**Microsoft® Press**

# Microsoft® Computer Dictionary

## Fourth Edition

320th    DEC 0 6 1999

AMDOCS0974281

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
p. cm.
Previous eds. published under title: Microsoft Press computer dictionary
ISBN 0-7356-0615-3
1. Computers Dictionaries. 2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538 1999
004'.03--dc21 99-20168
CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 MLML 4 3 2 1 0 9

Distributed in Canada by ITP Nelson, a division of Thomson Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

AMDOCS0974282

**real-time clock** *n.* See clock (definition 2).

**real-time conferencing** *n.* See teleconferencing.

**Real-Time Control Protocol** *n.* A scalable transport control protocol that works with the Real-Time Protocol (RTP) to monitor real-time transmissions to multiple participants over a network—for example, during videoconferencing. The Real-Time Control Protocol, or RTCP, transmits packets of control information at regular intervals and is used to determine how well information is being delivered to recipients. *Acronym:* RTCP. *See also* Real-Time Protocol, Real-Time Streaming Protocol, Resource Reservation Setup Protocol.

**real-time operating system** *n.* An operating system designed or optimized for the needs of a process-control environment. *See also* real-time system.

**Real-Time Protocol** *n.* An Internet-standard network transport protocol used in delivering real-time data, including audio and video. The Real-Time Protocol, or RTP, works with both unicast (single sender, single recipient) and multicast (single sender, multiple recipient) services. RTP is often used in conjunction with the Real-Time Control Protocol (RTCP), which monitors delivery. *Acronym:* RTP. *See also* Real-Time Control Protocol, Real-Time Streaming Protocol, stream.

**Real-Time Streaming Protocol** *n.* A control protocol for the delivery of streamed multimedia data over Internet Protocol (IP) networks. The Real-Time Streaming Protocol, or RTSP, was developed by Columbia University, Progressive Networks, and Netscape and has been submitted as a proposed standard to the IETF (Internet Engineering Task Force). RTSP is designed to deliver real-time, live, or stored audio and video efficiently over a network. It can be used either for groups of recipients or for on-demand delivery to a single recipient. *Acronym:* RTSP. *See also* Advanced Streaming Format, Real-Time Protocol, Resource Reservation Setup Protocol, stream.

**real-time system** *n.* A computer and/or a software system that reacts to events before the events become obsolete. For example, airline collision avoidance systems must process radar input, detect a possible collision, and warn air traffic controllers or pilots while they still have time to react.

**reboot** *vb.* To restart a computer by reloading the operating system. *See also* boot$^2$, cold boot, warm boot.

**receipt notification** *n.* An e-mail feature providing feedback to the sender that a message has been received by the recipient.

**receive** *vb.* To accept data from an external communications system, such as a local area network (LAN) or a telephone line, and store the data as a file.

**Receive Data** *n.* See RXD.

**rec. newsgroups** *n.* Usenet newsgroups that are part of the rec. hierarchy and whose names have the prefix *rec.* These newsgroups cover topics devoted to discussions of recreational activities, hobbies, and the arts. *See also* newsgroup, traditional newsgroup hierarchy, Usenet. *Compare* comp. newsgroups, misc. newsgroups, news. newsgroups, sci. newsgroups, soc. newsgroups, talk. newsgroups.

**recompile** *vb.* To compile a program again, usually because of changes that need to be made in the source code in response to error messages generated by the compiler. *See also* compile.

**record$^1$** *n.* A data structure that is a collection of fields (elements), each with its own name and type. Unlike an array, whose elements all represent the same type of information and are accessed using an index, the elements of a record represent different types of information and are accessed by name. A record can be accessed as a collective unit of elements, or the elements can be accessed individually. *See also* array, data structure, type$^1$ (definition 1).

**record$^2$** *vb.* To retain information, usually in a file.

**record format** *n.* See record structure.

**record head** *n.* The device in a tape machine that places data on the tape. In some tape machines, the record head is combined with the read head.

**record layout** *n.* The organization of data fields within a record. *See also* record$^1$.

**record length** *n.* The amount of storage space required to contain a record, typically given in bytes. *See also* record$^1$.

**record locking** *n.* A strategy employed in distributed processing and other multiuser situations to prevent more than one user at a time from writing data to a record. *See also* record$^1$.

**record number** *n.* A unique number assigned to a record in a database in order to identify it. A record number can identify an existing record by its position (for example, the tenth record from the beginning of

AMDOCS0974285