# EXHIBIT T



# WEBSTER'S
## Ninth New
## Collegiate
## Dictionary

AMDOCS0974267



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc.

Philippines Copyright 1988 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Includes index.
  1. English language—Dictionaries.  I. Merriam-
Webster Inc.
PE1628.W5638    1988    423    87-24041
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

30RMcN88

AMDOCS0974268

**agen·dum** \-dəm\ *n, pl* **-da** \-də\ *or* **-dums** [L] (ca. 1847) **1 :** AGENDA **2 :** an item on an agenda

**agene** \'ā-ˌjēn\ *n* [fr. *Agene*, a trademark] (1932) **:** NITROGEN TRICHLORIDE

**agen·e·sis** \(ˈ)ā-'jen-ə-səs\ *n* [NL] (ca. 1879) **:** lack or failure of development (as of a body part)

**age·nize** \'ā-jə-ˌnīz\ *vt* **-nized; -niz·ing** (1947) **:** to treat (flour) with nitrogen trichloride

**agent** \'ā-jənt\ *n* [ME, fr. ML *agent-, agens*, fr. L, prp. of *agere* to drive, lead, act, do; akin to ON *aka* to travel in a vehicle, Gk *agein* to drive, lead] (15c) **1 a :** something that produces or is capable of producing an effect **:** an active or efficient cause **b :** a chemically, physically, or biologically active principle **2 :** one who acts for or in the place of another by authority from him: as **a :** a representative, emissary, or official of a government ⟨crown ~⟩ ⟨federal ~⟩ **b :** one engaged in undercover activities (as espionage) **:** SPY ⟨secret ~⟩ **3 :** a means or instrument by which a guiding intelligence achieves a result **4 :** one that acts or exerts power **5 :** a person responsible for his acts

**agent-general** *n, pl* **agents-general** (1914) **:** a chief agent; *specif* **:** the representative in England of a British dominion

**Agent Orange** *n* [so called fr. the identifying color stripe on its container] (1970) **:** an herbicide widely used as a defoliant in the Vietnam War that is composed of 2,4-D and 2,4,5-T and contains dioxin as a contaminant

**agent pro·vo·ca·teur** \ˈäzh-ˌäⁿ-prō-ˌväk-ə-ˈtər, 'ā-jənt-\ *n, pl* **agents provocateurs** \ˈäzh-ˌäⁿ-prō-ˌväk-ə-ˈtər, 'ā-jən(t)s-prō-\ [F, lit., provoking agent] (1877) **:** one employed to associate himself with suspected persons and by pretending sympathy with their aims to incite them to some incriminating action

**agent·ry** \'ā-jən-trē\ *n, pl* **-ries** (1925) **:** the office, duties, or activities of an agent

**age of consent** (ca. 1809) **:** the age at which one is legally competent to give consent (as to marriage)

**age of reason** (ca. 1794) **1 :** a period characterized by a prevailing belief in the use of reason; *esp* **:** the 18th century in England and France **2 :** the time of life when one begins to be able to distinguish right from wrong

**age-old** \'ā-'jōld\ *adj* (1904) **:** having existed for ages **:** ANCIENT

**ag·er·a·tum** \ˌaj-ə-'rāt-əm\ *n, pl* **-tums** [NL, genus name, fr. Gk *agēratos* ageless, fr. *a-* + *gēras* old age — more at CHURL] (1866) **:** any of a large genus (*Ageratum*) of tropical American composite herbs often cultivated for their small showy heads of blue or white flowers; *also* **:** any of several related blue-flowered plants (genus *Eupatorium*)

**Ag·ge·us** \a-'gē-əs\ *n* [LL *Aggaeus*, fr. Gk *Aggaios*, fr. Heb *Ḥaggai*] **:** HAGGAI

**¹ag·gie** \'ag-ē\ *n, often cap* [agricultural + -*ie*] (1902) **:** an agricultural school or college; *also* **:** a student at such an institution

**²aggie** *n* [agate + -*ie*] (1915) **:** a playing marble; *specif* **:** AGATE 2b

**ag·gior·na·men·to** \ə-ˌjȯr-nə-ˈmen-(ˌ)tō\ *n, pl* **-tos** [It, fr. *aggiornare* to bring up to date, fr. *a* to (fr. L *ad-*) + *giorno* day, fr. LL *diurnum* day — more at JOURNEY] (1964) **:** a bringing up to date **:** MODERNIZATION ⟨dedicated to the ~ of the church⟩

**¹ag·glom·er·ate** \ə-'gläm-ə-ˌrāt\ *vt* **-at·ed; -at·ing** [L *agglomeratus,* pp. of *agglomerare* to heap up, join, fr. *ad-* + *glomer-, glomus* ball — more at CLAM] (1684) **:** to gather into a ball, mass, or cluster

**²ag·glom·er·ate** \-rət\ *adj* (1828) **:** gathered into a ball, mass, or cluster; *specif* **:** clustered or growing together but not coherent ⟨an ~ flower head⟩

**³ag·glom·er·ate** \-rət\ *n* (1830) **1 :** a jumbled mass or collection **2 :** a rock composed of volcanic fragments of various sizes and degrees of angularity

**ag·glom·er·a·tion** \ə-ˌgläm-ə-'rā-shən\ *n* (1774) **1 :** the action or process of collecting in a mass **2 :** a heap or cluster of disparate elements ⟨urban ~s knit together by the new railways —*Times Lit. Supp.*⟩ — **ag·glom·er·a·tive** \-ˈgläm-ə-ˌrāt-iv\ *adj*

**ag·glu·ti·na·bil·i·ty** \ə-ˌglüt-ᵊn-ə-ˈbil-ət-ē\ *n* (1901) **:** capacity (as of red blood cells) to be agglutinated — **ag·glu·ti·na·ble** \ə-'glüt-ᵊn-ə-bəl\ *adj*

**¹ag·glu·ti·nate** \ə-'glüt-ᵊn-ˌāt\ *vb* **-nat·ed; -nat·ing** [L *agglutinatus,* pp. of *agglutinare* to glue to, fr. *ad-* + *glutinare* to glue, fr. *glutin-, gluten* glue — more at GLUTEN] *vt* (1586) **1 :** to cause to adhere **:** FASTEN **2 :** to combine into a compound **:** attach to a base as an affix **3 :** to cause to undergo agglutination ~ *vi* **1 :** to unite or combine into a group or mass **2 :** to form words by agglutination

**²ag·glu·ti·nate** \-ᵊn-ət, -ᵊn-ˌāt\ *n* (1952) **:** a clump of agglutinated material (as blood cells or mineral particles in soil)

**ag·glu·ti·na·tion** \ə-ˌglüt-ᵊn-'ā-shən\ *n* (1541) **1 :** the action or process of agglutinating **2 :** a mass or group formed by the union of separate elements **3 :** the formation of derivational or inflectional words by putting together constituents of which each expresses a single definite meaning **4 :** a reaction in which particles (as red blood cells or bacteria) suspended in a liquid collect into clumps and which occurs esp. as a serologic response to a specific antibody

**ag·glu·ti·na·tive** \ə-'glüt-ᵊn-ˌāt-iv, -ət-\ *adj* (1634) **1 :** ADHESIVE **2 :** characterized by linguistic agglutination

**ag·glu·ti·nin** \ə-'glüt-ᵊn-ən\ *n* [ISV *agglutination* + *-in*] (1896) **:** a substance (as an antibody) producing agglutination

**ag·glu·ti·no·gen** \ə-'glüt-ᵊn-ə-jən\ *n* [*agglutinin* + *-o-* + *-gen*] (1904) **:** an antigen whose presence results in the formation of an agglutinin — **ag·glu·ti·no·gen·ic** \-ˌglüt-ᵊn-ə-'jen-ik\ *adj*

**ag·gra·da·tion** \ˌag-rə-'dā-shən\ *n* (1898) **:** a modification of the earth's surface in the direction of uniformity of grade by deposition

**ag·grade** \ə-'grād\ *vt* [*ad-* + *grade*] (1896) **:** to fill with detrital material

**ag·gran·dize** \ə-'gran-ˌdīz *also* 'ag-rən-\ *vt* **-dized; -diz·ing** [F *agrandiss-,* stem of *agrandir,* fr. *a-* (fr. L *ad-*) + *grandir* to increase, fr. L *grandire,* fr. *grandis* great] (1634) **1 :** to make great or greater **:** INCREASE, ENLARGE **2 :** to make appear great or greater **:** praise highly ⟨*aggrandized* the one and disparaged the other⟩ **3 :** to enhance the power, wealth, position, or reputation of ⟨exploited the situation to ~ himself⟩ — **ag·gran·dize·ment** \ə-'gran-dəz-mənt, -ˌdīz- *also* ˌag-rən-'dīz-\ *n* — **ag·gran·diz·er** \ə-'gran-ˌdī-zər *also* ˌag-rən-\

**ag·gra·vate** \'ag-rə-ˌvāt\ *vt* **-vat·ed; -vat·ing** [L *aggravatus,* pp. of *aggravare* to make heavier, fr. *ad-* + *gravare* to burden, fr. *gravis* heavy — more at GRIEVE] (1530) **1** *obs* **a :** to make heavy **:** BURDEN **b :** IN-CREASE **2 :** to make worse, more serious, or more severe **:** intensify unpleasantly ⟨problems have been *aggravated* by neglect⟩ **3 a :** to rouse to displeasure or anger by usu. persistent and often petty goading **b :** to produce inflammation in
*usage* Although *aggravate* has been used in sense 3a since the 17th century, it has been the object of disapproval only since about 1870. It is used in expository prose ⟨declining to participate directly in the motorcade ... greatly *aggravating* the President —W. F. Buckley *b* 1925⟩ but seems to be more common in speech and casual writing ⟨our two countries *aggravate* each other from time to time —O. W. Holmes †1935 (letter to Sir Frederick Pollock, 1895)⟩ ⟨times when we get *aggravated* and displeased, for instance, with the French —Jimmy Carter (press conference, 1980)⟩ Sense 2 is far more common than sense 3a in published prose. Such is not the case, however, with *aggravation* and *aggravating. Aggravation* is used in sense 3 somewhat more than in its earlier senses; *aggravating* has practically no use other than to express annoyance

**aggravated assault** *n* (1925) **:** an assault that is more serious than a common assault: as **a :** an assault combined with an intent to commit a crime **b :** any of various assaults so defined by statute

**ag·gra·va·ting** *adj* (1775) **:** arousing displeasure, impatience, or anger *usage* see AGGRAVATE

**ag·gra·va·tion** \ˌag-rə-'vā-shən\ *n* (1615) **1 :** the act, action, or result of aggravating; *esp* **:** an increasing in seriousness or severity **2 :** an act or circumstance that intensifies or makes worse **3 :** IRRITATION, PROVOCATION *usage* see AGGRAVATE

**¹ag·gre·gate** \'ag-ri-gət\ *adj* [ME *aggregat,* fr. L *aggregatus,* pp. of *aggregare* to add to, fr. *ad-* + *greg-, grex* flock — more at GREGARIOUS] (15c) **1 :** formed by the collection of units or particles into a body, mass, or amount **:** COLLECTIVE: as **a** (1) **:** clustered in a dense mass or head ⟨an ~ flower⟩ (2) **:** formed from the several ovaries of a single flower **b :** composed of mineral crystals of one or more kinds or of mineral rock fragments **c :** taking all units as a whole ⟨~ sales⟩ — **ag·gre·gate·ly** *adv* — **ag·gre·gate·ness** *n*

**²ag·gre·gate** \-ˌgāt\ *vt* **-gat·ed; -gat·ing** (15c) **1 :** to collect or gather into a mass or whole **2 :** to amount in the aggregate to **:** TOTAL

**³ag·gre·gate** \-gət\ *n* (15c) **1 :** the whole sum or amount **:** SUM TOTAL **2 :** a mass or body of units or parts somewhat loosely associated with one another **3 a :** an aggregate rock **b :** any of several hard inert materials (as sand, gravel, or slag) used for mixing with a cementing material to form concrete, mortar, or plaster **c :** a clustered mass of individual soil particles varied in shape, ranging in size from a microscopic granule to a small crumb, and considered the basic structural unit of soil **4 :** SET 21 — **in the aggregate :** considered as a whole **:** COLLECTIVELY ⟨dividends for the year amounted *in the aggregate* to 25 million dollars⟩

**ag·gre·ga·tion** \ˌag-ri-'gā-shən\ *n* (1547) **1 :** a group, body, or mass composed of many distinct parts or individuals (as animals) **2 a :** the collecting of units or parts into a mass or whole **b :** the condition of being so collected — **ag·gre·ga·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**ag·gre·ga·tive** \'ag-ri-ˌgāt-iv\ *adj* (1644) **1 :** of or relating to an aggregate **2 :** tending to aggregate — **ag·gre·ga·tive·ly** *adv*

**ag·gress** \ə-'gres\ *vi* (1714) **:** to commit aggression **:** act aggressively ⟨inmates always ~*ing* against their keepers —H. J. Mattick⟩

**ag·gres·sion** \ə-'gresh-ən\ *n* [L *aggressus,* pp. of *aggredi* to attack, fr. *ad-* + *gradi* to step, go — more at GRADE] (1611) **1 :** a forceful action or procedure (as an unprovoked attack) esp. when intended to dominate or master **2 :** the practice of making attacks or encroachments; *esp* **:** unprovoked violation by one country of the territorial integrity of another **3 :** hostile, injurious, or destructive behavior or outlook esp. when caused by frustration

**ag·gres·sive** \ə-'gres-iv\ *adj* (1824) **1 a :** tending toward or exhibiting aggression ⟨~ behavior⟩ **b :** marked by combative readiness ⟨an ~ fighter⟩ **2 a :** marked by driving forceful energy or initiative **:** ENTERPRISING ⟨an ~ salesman⟩ **b :** marked by obtrusive energy **3 :** HARSH, INTENSE ⟨~ colors⟩ — **ag·gres·sive·ly** *adv* — **ag·gres·sive·ness** *n* — **ag·gres·siv·i·ty** \ˌag-ˌre-'siv-ət-ē\ *n*
*syn* AGGRESSIVE, MILITANT, ASSERTIVE, SELF-ASSERTIVE, PUSHING mean obtrusively energetic esp. in pursuing particular goals. AGGRESSIVE implies a disposition to dominate often in disregard of others' rights or in determined and energetic pursuit of one's ends; MILITANT also implies a fighting disposition but suggests not self-seeking but devotion to a cause, movement, or principle; ASSERTIVE suggests bold selfconfidence in expression of opinion; SELF-ASSERTIVE connotes forwardness or brash self-confidence; PUSHING may apply to ambition or enterprise or to snobbish and crude intrusiveness or officiousness.

**ag·gres·sor** \ə-'gres-ər\ *n* (1646) **:** one that commits or practices aggression

**ag·grieve** \ə-'grēv\ *vt* **ag·grieved; ag·griev·ing** [ME *agreven,* fr. MF *agrever,* fr. L *aggravare* to make heavier] (14c) **1 :** to give pain or trouble to **:** DISTRESS **2 :** to inflict injury on *syn* see WRONG

**ag·grieved** \ə-'grēvd\ *adj* (14c) **1 :** troubled or distressed in spirit **2 a :** showing or expressing grief, injury, or offense ⟨an ~ plea⟩ **b :** suffering from an infringement or denial of legal rights ⟨~ minority groups⟩ — **ag·griev·ed·ly** \-'grē-vəd-lē\ *adv*

**ag·grieve·ment** \ə-'grēv-mənt\ *n* (1847) **:** the quality or state of being aggrieved

**ag·gro** \'ag-(ˌ)rō\ *n, pl* **aggros** [by shortening and alter. fr. *aggravation*] (1969) **1** *Brit* **:** EXASPERATION, IRRITATION **2** *Brit* **:** a rivalry or grievance and esp. one public in nature that is marked by mistrust, rancor, and often violence

**aghast** \ə-'gast\ *adj* [ME *agast,* fr. pp. of *agasten* to frighten, fr. *a-* (perfective prefix) + *gasten* to frighten — more at ABIDE, GAST] (13c) **:** struck with terror, amazement, or horror **:** SHOCKED

**ag·ile** \'aj-əl, -ˌīl\ *adj* [MF, fr. L *agilis,* fr. *agere* to drive, act — more at AGENT] (1577) **1 :** marked by ready ability to move with quick easy grace **2 :** mentally quick and resourceful — **ag·ile·ly** \-ə(l)-lē, -ˌī(l)-lē\ *adv*

**agil·i·ty** \ə-'jil-ət-ē\ *n, pl* **-ties** (15c) **:** the quality or state of being agile **:** NIMBLENESS, DEXTERITY ⟨played with increasing ~⟩

**agin** \ə-'gin\ *dial var of* AGAINST

**aging** *pres part of* AGE

**rec•og•nize** \'rek-ig-ˌnīz, -əg-\ vt **-nized; -niz•ing** [modif. of MF *reconoiss-*, stem of *reconoistre*, fr. L *recognoscere*, fr. *re-* + *cognoscere* to know — more at COGNITION] (1531) **1 :** to acknowledge formally: as **a :** to admit as being lord or sovereign **b :** to admit as being of a particular status **c :** to admit as being one entitled to be heard **d :** to acknowledge the de facto existence or the independence of **2 :** to acknowledge or take notice of in some definite way: as **a :** to acknowledge with a show of appreciation ⟨~ an act of bravery with the award of a medal⟩ **b :** to acknowledge acquaintance with ⟨~ an old crony with a nod⟩ **3 a :** to perceive to be something or someone previously known ⟨*recognized* the word⟩ **b :** to perceive clearly : REALIZE — **rec•og•niz•abil•i•ty** \ˌrek-ig-ˌnī-zə-'bil-ət-ē, -əg-\ *n* — **rec•og•niz•able** \'rek-əg-ˌnī-zə-bəl, -ig-\ *adj* — **rec•og•niz•ably** \-blē\ *adv* — **rec•og•niz•er** *n*

**¹re•coil** \ri-'kȯi(ə)l\ *vi* [ME *reculen*, fr. MF *reculer*, fr. *re-* + *cul* backside — more at CULET] (14c) **1 a :** to fall back under pressure **b :** to shrink back physically or emotionally **2 :** to spring back to or as if to a starting point : REBOUND **3** *obs* : DEGENERATE
**syn** RECOIL, SHRINK, FLINCH, WINCE, BLENCH, QUAIL mean to draw back in fear or distaste. RECOIL implies a start or movement away through shock, fear, or disgust; SHRINK suggests an instinctive recoil through sensitiveness, scrupulousness, or cowardice; FLINCH implies a failure to endure pain or face something dangerous or frightening with resolution; WINCE suggests a slight involuntary physical reaction (as a start or recoiling); BLENCH implies fainthearted flinching; QUAIL suggests shrinking and cowering in fear.

**²re•coil** \'rē-ˌkȯil, ri-'kȯi(ə)l\ *n* (14c) **1 :** the act or action of recoiling; *esp :* the kickback of a gun upon firing **2 :** REACTION ⟨the ~ from the rigors of Calvinism —Edmund Wilson⟩

**re•coil•less** \-ˌkȯil-ləs, -'kȯi(ə)l-\ *adj* (1943) **:** venting expanding propellant gas before recoil is produced ⟨~ rifle⟩ ⟨~ airgun⟩

**re•coil•op•er•at•ed** \ˌrē-ˌkȯil-'äp-(ə-)ˌrāt-əd\ *adj, of a firearm* (1942) **:** utilizing the movement of parts in recoil to operate the action

**re•coin** \(ˈ)rē-'kȯin\ *vt* (1685) **:** to coin again or anew; *esp :* REMINT — **re•coin•age** \-'kȯi-nij\ *n*

**rec•ol•lect** \ˌrek-ə-'lekt\ *vb* [ML *recollectus*, pp. of *recolligere*, fr. L to gather again] *vt* (1559) **1 :** to bring back to the level of conscious awareness : REMEMBER ⟨trying to ~ a forgotten address⟩ **2 :** to remind (oneself) of something temporarily forgotten ~ *vi* : to call something to mind **syn** see REMEMBER

**re•col•lect** \ˌrē-kə-'lekt\ *vt* [partly fr. L *recollectus*, pp. of *recolligere*, fr. *re-* + *colligere* to collect; partly fr. *re-* + *collect*] (1607) **:** to collect again; *esp :* RALLY, RECOVER

**re•col•lect•ed** \ˌrē-kə-'lek-təd\ *adj* (1627) **:** COMPOSED, CALM

**rec•ol•lec•tion** \ˌrek-ə-'lek-shən\ *n* (1624) **1 a :** tranquillity of mind **b :** religious contemplation **2 a :** the action or power of recalling to mind **b :** something recalled to the mind

**re•com•bi•nant** \(ˈ)rē-'käm-bə-nənt\ *adj* (1942) **:** exhibiting genetic recombination ⟨~ progeny⟩ — **recombinant** *n*

**recombinant DNA** *n* (1975) **:** DNA prepared in the laboratory by breaking up and splicing together DNA from several different sources (as different species of organisms)

**re•com•bi•na•tion** \ˌrē-ˌkäm-bə-'nā-shən\ *n* (1924) **:** the formation by the processes of crossing-over and independent assortment of new combinations of genes in progeny that did not occur in the parents — **re•com•bi•na•tion•al** \-shnəl, -shən-ᵊl\ *adj*

**rec•om•mend** \ˌrek-ə-'mend\ *vt* [ME *recommenden* to praise, fr. ML *recommendare*, fr. L *re-* + *commendare* to commend] (14c) **1 a :** to present as worthy of acceptance or trial ⟨~*ed* the medicine⟩ **b :** to endorse as fit, worthy, or competent ⟨~*s* her for the position⟩ **2 :** ENTRUST, COMMIT ⟨~*ed* his soul to God⟩ **3 :** to make acceptable ⟨has other points to ~ it⟩ **4 :** ADVISE ⟨~ that the matter be dropped⟩ — **rec•om•mend•able** \-'men-də-bəl\ *adj* — **rec•om•men•da•to•ry** \-də-ˌtȯr-ē, -ˌtȯr-\ *adj*

**rec•om•men•da•tion** \ˌrek-ə-mən-'dā-shən, -ˌmen-\ *n* (15c) **1 a :** the act of recommending **b :** something (as a procedure) recommended **2 :** something that recommends or expresses commendation

**re•com•mit** \ˌrē-kə-'mit\ *vt* (1621) **1 :** to refer (as a bill) back to a committee **2 :** to entrust or consign again — **re•com•mit•ment** \-mənt\ *n* — **re•com•mit•tal** \-'mit-ᵊl\ *n*

**¹rec•om•pense** \'rek-əm-ˌpen(t)s\ *vt* **-pensed; -pens•ing** [ME *recompensen*, fr. MF *recompenser*, fr. LL *recompensare*, fr. L *re-* + *compensare* to compensate] (15c) **1 a :** to give something to by way of compensation (as for a service rendered or damage incurred) **b :** to pay for **2 :** to return in kind : REQUITE **syn** see PAY

**²recompense** *n* (15c) **:** an equivalent or a return for something done, suffered, or given : COMPENSATION ⟨offered in ~ for injuries⟩

**re•com•pose** \ˌrē-kəm-'pōz\ *vt* (15c) **1 :** to compose again : REARRANGE **2 :** to restore to composure — **re•com•po•si•tion** \(ˌ)rē-ˌkäm-pə-'zish-ən\ *n*

**re•con** \ri-'kän\ *n* [by shortening] (1918) **:** RECONNAISSANCE

**rec•on•cile** \'rek-ən-ˌsīl\ *vb* **-ciled; -cil•ing** [ME *reconcilen*, fr. MF or L; MF *reconcilier*, fr. L *reconciliare*, fr. *re-* + *conciliare* to conciliate] *vt* (14c) **1 a :** to restore to friendship or harmony ⟨*reconciled* the factions⟩ **b :** SETTLE, RESOLVE ⟨~ differences⟩ **2 :** to make consistent or congruous ⟨~ an ideal with reality⟩ **3 :** to cause to submit to or accept something unpleasant ⟨was *reconciled* to hardship⟩ **4 a :** to check (a financial account) against another for accuracy **b :** to account for ~ *vi* : to become reconciled **syn** see ADAPT — **rec•on•cil•abil•i•ty** \ˌrek-ən-ˌsī-lə-'bil-ət-ē\ *n* — **rec•on•cil•able** \ˌrek-ən-'sī-lə-bəl, 'rek-ən-ˌ\ *adj* — **rec•on•cile•ment** \'rek-ən-ˌsīl-mənt\ *n* — **rec•on•cil•er** *n*

**rec•on•cil•i•a•tion** \ˌrek-ən-ˌsil-ē-'ā-shən\ *n* [ME, fr. L *reconciliatio-, reconciliatio*, fr. *reconciliatus*, pp. of *reconciliare*] (14c) **1 :** the action of reconciling : the state of being reconciled **2 :** the Roman Catholic sacrament of penance — **rec•on•cil•ia•to•ry** \-'sil-yə-ˌtȯr-ē, -ˌsil-ē-ə-, -ˌtȯr-\ *adj*

**re•con•dite** \'rek-ən-ˌdīt, ri-'kän-\ *adj* [L *reconditus*, pp. of *recondere* to conceal, fr. *re-* + *condere* to store up, fr. *com-* + *-dere* to put — more at DO] (1649) **1 :** hidden from sight : CONCEALED **2 :** difficult or impossible for one of ordinary understanding or knowledge to comprehend : DEEP ⟨a ~ subject⟩ **3 :** of, relating to, or dealing with something little known or obscure ⟨~ fact about the origin of the holiday —Floyd Dell⟩ — **re•con•dite•ly** *adv* — **re•con•dite•ness** *n*

**re•con•di•tion** \ˌrē-kən-'dish-ən\ *vt* (1920) **1 :** to restore to good condition (as by replacing parts) **2 :** to condition (as a person or his attitudes) anew; *also :* to reinstate (a response) in an organism

**re•con•firm** \ˌrē-kən-'fərm\ *vt* (1611) **:** to confirm again; *also :* to establish more strongly — **re•con•fir•ma•tion** \(ˌ)rē-ˌkän-fər-'mā-shən\ *n*

**re•con•nais•sance** \ri-'kän-ə-zən(t)s *also* -sən(t)s\ *n* [F, lit., recognition, fr. MF *reconoissance* — more at RECOGNIZANCE] (1810) **:** a preliminary survey to gain information; *esp :* an exploratory military survey of enemy territory

**re•con•noi•ter** *or* **re•con•noi•tre** \ˌrē-kə-'nȯit-ər *also* ˌrek-ə-\ *vb* **-noi•tered** *or* **-noi•tred; -noi•ter•ing** *or* **-noi•tring** \-'nȯit-ə-riŋ, -'nȯi-triŋ\ [obs. F *reconnoître*, lit., to recognize, fr. MF *reconoistre* — more at RECOGNIZE] *vt* (1707) **:** to make a reconnaissance of ~ *vi* : to engage in reconnaissance

**re•con•sid•er** \ˌrē-kən-'sid-ər\ *vt* (1571) **:** to consider again with a view to changing or reversing ~ *vi* : to consider something again — **re•con•sid•er•a•tion** \-ˌsid-ə-'rā-shən\ *n*

**re•con•sti•tute** \(ˈ)rē-'kän(t)-stə-ˌt(y)üt\ *vt* (1812) **:** to constitute again or anew; *esp :* to restore to a former condition by adding water — **re•con•sti•tu•tion** \(ˌ)rē-ˌkän(t)-stə-'t(y)ü-shən\ *n*

**re•con•struct** \ˌrē-kən-'strəkt\ *vt* (1768) **:** to construct again **:** REESTABLISH, REASSEMBLE — **re•con•struct•ible** \-'strək-tə-bəl\ *adj* — **re•con•struc•tive** \-tiv\ *adj* — **re•con•struc•tor** \-tər\ *n*

**re•con•struc•tion** \ˌrē-kən-'strək-shən\ *n* (1791) **1 a :** the action of reconstructing : the state of being reconstructed **b** *often cap :* the reorganization and reestablishment of the seceded states in the Union after the American Civil War **2 :** something reconstructed

**re•con•struc•tion•ism** \-shə-ˌniz-əm\ *n, often cap* (1942) **1 :** a movement in 20th century American Judaism that advocates a creative adjustment to contemporary conditions through the cultivation of traditions and folkways shared by all Jews **2 :** advocacy of post–Civil War reconstruction — **re•con•struc•tion•ist** \-sh(ə-)nəst\ *adj or n, often cap*

**re•con•ver•sion** \ˌrē-kən-'vər-zhən, -shən\ *n* (1599) **:** conversion back to a previous state

**re•con•vert** \ˌrē-kən-'vərt\ *vt* (1611) **:** to cause to undergo reconversion ~ *vi* : to undergo reconversion

**re•con•vey** \ˌrē-kən-'vā\ *vt* (1506) **:** to convey back to a previous position or owner — **re•con•vey•ance** \-'vā-ən(t)s\ *n*

**¹re•cord** \ri-'kȯ(ə)rd\ *vb* [ME *recorden*, lit., to recall, fr. OF *recorder*, fr. L *recordari*, fr. *re-* + *cord-, cor* heart — more at HEART] *vt* (14c) **1 a** (1) **:** to set down in writing : furnish written evidence of (2) **:** to deposit an authentic official copy of ⟨~ a deed⟩ **b :** to state as if for a record ⟨spoke in favor of the bill but also said he wanted to ~ certain reservations⟩ **c** (1) **:** to register permanently by mechanical means ⟨earthquake shocks ~*ed* by a seismograph⟩ (2) **:** INDICATE, READ ⟨the thermometer ~*ed* 90°⟩ **2 :** to give evidence of ⟨the intensity of the explosion is ~*ed* on the charred tree trunks⟩ **3 :** to cause (as sound, visual images, or data) to be registered on something (as a disc or magnetic tape) in reproducible form ~ *vi* : to record something — **re•cord•able** \-'kȯrd-ə-bəl\ *adj*

**²rec•ord** \'rek-ərd *also* -ˌō(ə)rd\ *n* (14c) **1 :** the state or fact of being recorded **2 :** something that records: as **a :** something that recalls or relates past events **b :** an official document that records the acts of a public body or officer **c :** an authentic official copy of a document deposited with a legally designated officer **d :** the official copy of the papers used in a law case **3 a** (1) **:** a body of known or recorded facts about something or someone esp. with reference to a particular sphere of activity that often forms a discernible pattern ⟨a good academic ~⟩ ⟨a liberal voting ~⟩ (2) **:** a collection of related items of information (as in a data base) treated as a unit **b** (1) **:** an attested top performance (2) **:** an unsurpassed statistic **4 :** something on which sound or visual images have been recorded; *specif :* a disc with a spiral groove carrying recorded sound for phonograph reproduction — **for the record :** for public knowledge **:** on the record — **off the record :** not for publication ⟨spoke *off the record*⟩ ⟨remarks that were *off the record*⟩ — **of record :** being documented or attested ⟨a partner *of record* in several firms⟩ — **on record 1 :** in the position of having publicly declared oneself ⟨went *on record* as opposed to higher taxes⟩ **2 :** being known, published, or documented ⟨the judge's opinion is *on record*⟩ — **on the record :** for publication

**³record** \*like²*\ *adj* (1893) **:** of, relating to, or being one that is extraordinary among or surpasses others of its kind

**re•cor•da•tion** \ˌrek-ˌȯr-'dā-shən\ ˌrē-ˌkȯr-, ri-\ *n* (1802) **:** the action or process of recording

**record changer** *n* (1931) **:** a phonograph with a device that automatically positions and plays successively each of a stack of records; *also :* the automatic device on a record changer

**re•cord•er** \ri-'kȯrd-ər\ *n* (15c) **1 a :** the chief judicial magistrate of some British cities and boroughs **b :** a municipal judge with criminal jurisdiction of first instance and sometimes limited civil jurisdiction **2 :** one that records **3 :** any of a group of wind instruments ranging from soprano to bass that are characterized by a conical tube, a whistle mouthpiece, and eight finger holes



recorder 3

**re•cord•ing** \ri-'kȯrd-iŋ\ *n* (1932) **:** RECORD 4

**re•cord•ist** \ri-'kȯrd-əst\ *n* (1930) **:** one who records sound (as on magnetic tape)

**record player** *n* (1934) **:** an electronic instrument for playing phonograph records through a loudspeaker

**¹re•count** \ri-'kaunt\ *vt* [ME *recounten*, fr. MF *reconter*, fr. *re-* + *conter* to count, relate — more at COUNT] (15c) **:** to relate in detail **:** NARRATE — **re•count•er** *n*

**²re•count** \(ˈ)rē-'kaunt\ *vt* [*re-* + *count*] (1764) **:** to count again

**³re•count** \'rē-ˌkaunt, (ˈ)rē-'\ *n* (1884) **:** a second or fresh count

**re•coup** \ri-'küp\ *vb* [F *recouper* to cut back, fr. OF, fr. *re-* + *couper* to cut — more at COPE] *vt* (1628) **1 a :** to get an equivalent for ⟨as

AMDOCS0974275