# EXHIBIT W

**CERTIFIED TRANSCRIPT**  Page 1

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF VIRGINIA

3  ALEXANDRIA DIVISION

4  ------------------------------------x

5  AMDOCS (ISRAEL) LIMITED, an         )

6  Israeli corporation,                )   **HIGHLY CONFIDENTIAL**

7         Plaintiff,              ) Case No.

8     v.                               ) 1:10-CV-910

9  OPENET TELECOM, INC., a             ) (LMB/TRJ)

10 Delaware corporation, et al.,       )

11        Defendants.             )

12 ------------------------------------x

13

14         **HIGHLY CONFIDENTIAL**

15

16  Videotaped Deposition of PATRICK McDANIEL, Ph.D.

17                Washington, DC

18           Thursday, May 5, 2011

19                 9:09 a.m.

20

21

22  Reported by: Lee Bursten, RPR, CRR

HIGHLY CONFIDENTIAL

Page 2

1    Videotaped deposition of PATRICK McDANIEL,
2    Ph.D., held at the offices of:
3
4
5         WILMER CUTLER PICKERING HALE
6         AND DORR LLP
7         1875 Pennsylvania Avenue, NW
8         Washington, DC 20006
9         (202) 663-6000
10
11
12
13
14    Pursuant to Notice, before Lee Bursten,
15   Registered Professional Reporter, Certified Realtime
16   Reporter, and Notary Public in and for the District
17   of Columbia, who officiated in administering the
18   oath to the witness.
19
20
21
22

HIGHLY CONFIDENTIAL

Page 3

1   A P P E A R A N C E S
2   ON BEHALF OF PLAINTIFF:
3       S. CALVIN WALDEN, ESQUIRE
4       WILMER CUTLER PICKERING HALE
5       AND DORR LLP
6       399 Park Avenue
7       New York, New York 10022
8       (212) 230-8800
9
10  ON BEHALF OF DEFENDANTS AND THE WITNESS:
11      BRIAN H. PANDYA, ESQUIRE
12      WILEY REIN LLP
13      1776 K Street, NW
14      Washington, DC 20006
15      (202) 719-7000
16
17  ALSO PRESENT:
18      WILL FREBURGER, Videographer
19
20
21
22

HIGHLY CONFIDENTIAL

Page 210

1  Q   Where's your support for that?
2  A   Because that's the definition of the
3  record.
4  Q   But you're defining the record. Do you
5  see the term "record" in the cites you have for the
6  Concord system?
7  A   Well, if you have a database, then you
8  have records. A database is a system that consists
9  of collections of tables, which are just kind of
10 data structures. And each of those tables contain
11 records.
12 Q   Can you store a report in a database?
13 A   As a field of a record of a database, you
14 could take a PDF, I suppose.
15 Q   You can't just throw a record -- I mean, a
16 report in a database?
17 A   I can't just throw a report in a database.
18 Q   Why not?
19 A   No, no. I'm repeating the question,
20 because I'm not really grasping what you're driving
21 at.
22 Q   Can you store a report in a database?

Page 274

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2  I, Lee Bursten, the officer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true and
5  correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting under my
8  direction; and that I am neither counsel for,
9  related to, nor employed by any of the parties to
10 this case and have no interest, financial or
11 otherwise, in its outcome.
12  IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 12th day of
14 May, 2011.

15

16 My commission expires June 30, 2014.

17



21 NOTARY PUBLIC IN AND FOR
22 THE DISTRICT OF COLUMBIA