# EXHIBIT Y

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>                Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

**EXPERT REPORT OF PATRICK MCDANIEL REGARDING INVALIDITY**

**Appendix A – Invalidity Analysis Claim Charts for '984 Patent**

Concord and the '169 Patent

| U.S. Patent No. 6,947,984 | Concord Communications' Network Health |
|---|---|
| 1. A method for reporting on the collection of network usage information from a plurality of network devices, comprising: | The Concord Datasheet describes a method used by Network Health of collecting network data.<br><br>"The Network Health family of turnkey reporting applications automates the collection, analysis, and reporting of critical network data." [1], Page 1.<br><br>"..., Network Health discovers and collects vital data from ..." [1], Page 1.<br><br>"SNMP-based polling enables the collection of information from existing devices in the network, leveraging your equipment investment." [1], Page 2.<br><br>"... and automatically collects, analyzes and distills the information down to key points." [1], Page 4.<br><br>"Support for standards such as SNMP, MIBII, and RMON, coupled with an extensive library of supported devices saves your support team time and resources." [1], Page 4.<br><br>"SNMP enables the collection of information from existing devices in the network, ..." [2], Page 1.<br><br>Furthermore, this network data can come from a multitude of network devices and encompass network usage information.<br><br>"... data from devices already installed on your network - bridges, routers, switches, RMON agents, local segments and wide area links ..." [1], Page 1.<br><br>"Network Health's SmartScan technology polls data from existing network devices and stores it in a relational database to generate |

| | |
|---|---|
| | "An example would be an SNMP packet setting filter definitions for which packets flowing on the network are captured for later analysis." Column 8, Lines 59 – 61.<br><br>The 243 Patent describes how information can be aggregated to create statistics by the dRMON agents.<br><br>"According to the invention, on a regular, periodic basis the dRMON agents forward their statistics and/or captured packets to a dRMON proxy or collector, existing somewhere on the WAN/LAN." Column 6, Lines 10 – 13.<br><br>Finally, the dRMON is also capable of aggregating the collected information.<br><br>"The dRMON Proxy receives RMON analysis and capture data from the agents and sorts, collates, and aggregates that information into a cohesive database that recreates the view a prior art RMON probe would have if the ESs were all on the same LAN segment with the prior art probe." Column 8, Lines 45 – 49. |
| (c) completing a plurality of data records from the filtered and aggregated network communications usage information, the plurality of data records corresponding to network usage by a plurality of users; | The 243 Patent describes how data records can be completed by correlating the collected information.<br><br>"The proxy combines received agent data thereby creating ..." Column 6, Lines 13 – 14.<br><br>Furthermore, the 243 Patent describes the merging of collected information.<br><br>"The Integrator 148 merges RMON statistics, tables and capture streams coming from the remote dRMON agents with the equivalent output from the Proxy's analysis of its own directed traffic combined with the broadcast and multicast traffic present at its interface." Column 9, Lines 38 – 42.<br><br>"A DP merges and organizes this various information to create a seemingly homogenous view of its management domain." Column 12, Lines 66 – 1. |
| (d) storing the plurality of data records in a database; | The 243 Patent describes how a database is used to store collected information.<br><br>"Data structures and tables are built and maintained within the section labeled RMON Data Structures 112." Column 8, Lines 16 – 18.<br><br>FIG. 5 |

| | |
|---|---|
| | "An example would be an SNMP packet setting filter definitions for which packets flowing on the network are captured for later analysis." Column 8, Lines 59 – 61.<br><br>The 243 Patent describes how information can be aggregated to create statistics by the dRMON agents.<br><br>"According to the invention, on a regular, periodic basis the dRMON agents forward their statistics and/or captured packets to a dRMON proxy or collector, existing somewhere on the WAN/LAN." Column 6, Lines 10 – 13.<br><br>Finally, the dRMON is also capable of aggregating the collected information.<br><br>"The dRMON Proxy receives RMON analysis and capture data from the agents and sorts, collates, and aggregates that information into a cohesive database that recreates the view a prior art RMON probe would have if the ESs were all on the same LAN segment with the prior art probe." Column 8, Lines 45 – 49. |
| (c) computer code for completing a plurality of data records from the filtered and aggregated network communications usage information, the plurality of data records corresponding to network usage by a plurality of users; | The 243 Patent describes how data records can be completed by correlating the collected information.<br><br>"The proxy combines received agent data thereby creating ..." Column 6, Lines 13 – 14.<br><br>Furthermore, the 243 Patent describes the merging of collected information.<br><br>"The Integrator 148 merges RMON statistics, tables and capture streams coming from the remote dRMON agents with the equivalent output from the Proxy's analysis of its own directed traffic combined with the broadcast and multicast traffic present at its interface." Column 9, Lines 38 – 42.<br><br>"A DP merges and organizes this various information to create a seemingly homogenous view of its management domain." Column 12, Lines 66 – 1. |
| (d) computer code for storing the plurality of data records in a database; | The 243 Patent describes how a database is used to store collected information.<br><br>"Data structures and tables are built and maintained within the section labeled RMON Data Structures 112." Column 8, Lines 16 – 18.<br><br>FIG. 5 |

| | |
|---|---|
| | "The dRMON Proxy receives RMON analysis and capture data from the agents and sorts, collates, and aggregates that information into a cohesive database that recreates the view a prior art RMON probe would have if the ESs were all on the same LAN segment with the prior art probe." Column 8, Lines 45 – 49.<br><br>"Such enhanced capabilities might include WEB support with JAVA server capability, the ability to feed management data into standard databases or intelligent analysis of management data to spot problems before those problems become critical." Column 11, Lines 33 – 37.<br><br>"Data sourcing for popular database products. ODBC in this embodiment are used to cull important management data from the domain view and feed it to databases created and maintained by the user." Column 13, Lines 12 – 18. |
| (e) computer code for allowing the selection of one of a plurality of reports for reporting purposes; | The 243 Patent describes how the collected information can be queried in order to retrieve reports.<br><br>"This capability allows users to use the database query and reporting tools they use every day to also access and analyze their network management data." Column 13, Lines 15 – 18. |
| (f) computer code for submitting queries to the database utilizing the selected reports for retrieving information on the collection of the network usage information from the network devices; and | The 243 Patent describes how the collected information can be queried in order to retrieve reports.<br><br>"This capability allows users to use the database query and reporting tools they use every day to also access and analyze their network management data." Column 13, Lines 15 – 18. |
| (g) computer code for outputting a report based on the queries. | The 243 Patent describes how the collected information can be queried in order to retrieve reports.<br><br>"This capability allows users to use the database query and reporting tools they use every day to also access and analyze their network management data." Column 13, Lines 15 – 18. |