**Declaration of Dr. Ellen W. Zegura**
**APPENDIX B**
**Priority Provisional Claim Chart for '065 Patent**

| Claims | '898 Provisional Application |
|---|---|
| 1. A computer program product embodied on a computer readable storage medium for processing network accounting information comprising: | *See generally* AMDOCS0630535-65. |
| computer code for receiving from a first source a first network accounting record; | *See, e.g.*, AMDOCS0630542-47; AMDOCS0630549; AMDOCS0630553-54; AMDOCS0630561. |
| computer code for correlating the first network accounting record with accounting information available from a second source; and | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-51. |
| computer code for using the accounting information with which the first network accounting record is correlated to enhance the first network accounting record. | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-52; AMDOCS0630562. |
| | |
| 2. The computer program product embodied on a computer readable storage medium of claim 1, wherein the enhancement is based on a policy. | *See, e.g.*, AMDOCS0630558-59. |
| | |
| 3. The computer program product embodied on a computer | *See, e.g.*, AMDOCS0630544; AMDOCS0630553-54; |

| Claims | '898 Provisional Application |
|---|---|
| readable storage medium of claim 2, wherein the accounting information includes parameters and wherein the using comprises adding at least one parameter from the accounting information to the first network accounting record. | AMDOCS0630559. |
| | |
| 4. The computer program product embodied on a computer readable storage medium of claim 3, wherein the accounting information is in the form of a second network accounting record. | *See, e.g.*, AMDOCS0630542-43; AMDOCS0630547; AMDOCS0630550-51; AMDOCS0630553-54; AMDOCS0630561. |
| | |
| 7. A method of processing network accounting information comprising: | *See generally* AMDOCS0630535-65. |
| receiving from a first source a first network accounting record; | *See, e.g.*, AMDOCS0630542-47; AMDOCS0630549; AMDOCS0630553-54; AMDOCS0630561. |
| correlating the first network accounting record with accounting information available from a second source; and | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-51. |
| using the accounting information with which the first network accounting record is correlated to enhance the first network accounting record. | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-52; AMDOCS0630562. |

| Claims | '898 Provisional Application |
|---|---|
| | |
| 13. A system for collecting data from network entities for a data consuming application, comprising: | *See generally* AMDOCS0630535-65. |
| a plurality of data collectors to receive information from the network entities and to produce records based on the information, each data collector in the plurality of data collectors being associated with and coupled to a different one of the network entities; and | *See, e.g.*, AMDOCS0630542-49; AMDOCS0630553-54; AMDOCS0630561. |
| an enhancement component that augments data in one of the records produced by one of the plurality of data collectors with data from a different one of the records produced by another of the plurality of data collectors. | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-52; AMDOCS0630562. |
| | |
| 17. The system of claim 13, further comprising: a module coupled to the plurality of data collectors, the module receives the records produced by the plurality of data collectors for aggregation purposes, and wherein the enhancement component resides in the module. | *See, e.g.*, AMDOCS0630543; AMDOCS0630550-51. |