UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,
:   Case No. 1:10-CV-910 (LMB/TRJ)
:
Plaintiff,   **JURY TRIAL DEMANDED**
:
v.
:
OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,   :
:
Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### NOTICE OF WITHDRAWAL OF PRO HAC VICE ATTORNEY LAURA SHERIDAN

Notice is hereby given that *pro hac vice* Laura Sheridan, formerly of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, will no longer represent Plaintiff Amdocs (Israel) Limited in the above-captioned matter, effective immediately.

Plaintiff Amdocs (Israel) Limited will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, as well as by the remaining attorneys of Wilmer Cutler Pickering Hale and Dorr LLP who are admitted *pro hac vice* in this matter.

June 6, 2011

Respectfully Submitted,

_/s/_____
James L. Quarles III (Bar No. 44993)
Gregory H. Lantier (VSB No. 65657)
Michelle E. Kanter, *pro hac vice*
WILMER CUTLER PICKERING HALE,

AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
Victor F. Souto, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of June, 2011, I will electronically file the foregoing Notice of Withdrawal of Pro Hac Vice Attorney Laura Sheridan with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                    _____/s/_____

                                        Gregory H. Lantier (Bar. No. 65657)
                                        WILMER, CUTLER, PICKERING,
                                        HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, DC 20006
                                        Phone:  (202) 663-6000
                                        Fax:  (202) 663-6363
                                        gregory.lantier@wilmerhale.com

                                        Attorney for Plaintiff
                                        Amdocs (Israel) Limited