# AMDOCS' OPPOSITION TO OPENET'S PROPOSED CLAIM CONSTRUCTIONS AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY

## (FILED UNDER SEAL)