# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully requests a hearing on its Motion to File Opposition Brief and Selected Accompanying Exhibits Under Seal to be set for Friday, July 8, 2011 at 10:00 a.m. or as soon thereafter as this matter can be heard.

June 16, 2011

Respectfully Submitted,

_/s/_____
James L. Quarles III (Bar No. 44993)
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING HALE,
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 663-6000

Fax: (202) 663-6363
gregory.lantier@wilmerhale.com

Nels T. Lippert, *pro hac vice*
Calvin Walden, *pro hac vice*
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Amdocs (Israel) Limited*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 16th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                _____/s/_____
                Gregory H. Lantier (Bar. No. 65657)
                WILMER, CUTLER, PICKERING,
                HALE AND DORR LLP
                1875 Pennsylvania Avenue, N.W.
                Washington, DC 20006
                Phone:  (202) 663-6000
                Fax:  (202) 663-6363
                gregory.lantier@wilmerhale.com

                Attorney for Plaintiff
                Amdocs (Israel) Limited