**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## JOINT MOTION FOR STIPULATED SCHEDULING ORDER

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively "Openet"), with the consent of Plaintiff Amdocs (Israel) Limited ("Amdocs"), respectfully moves for a stipulated scheduling order entering the parties' agreed-upon briefing schedule for motions in limine to supplement the April 29, 2011 Consent Scheduling and Final Pretrial Order (Dkt. #79). The original consent order, signed by counsel for both parties, will be filed with the Clerk promptly.

Dated: June 24, 2011

Respectfully submitted,

　/s/　
James H. Wallace, Jr. (admitted *pro hac vice*)
Eric H. Weisblatt (VSB No. 21561)
Anthony H. Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Adrienne G. Johnson (VSB No. 78631)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Openet Telecom, Inc. and Openet Telecom Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system on this 24th Day of June 2011.

/s/
Joseph Shin