**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | |
| v. | |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## OPENET'S MOTION *IN LIMINE* NO. 3 TO PRECLUDE EVIDENCE OR ARGUMENT CONCERNING FOREIGN INSTALLATIONS AND FUNCTIONALITIES

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively, "Openet") hereby move for an Order precluding Plaintiff Amdocs (Israel) Limited ("Amdocs") from presenting evidence or argument concerning foreign installations and functionalities.

This Motion is based upon this the Memorandum of Points and Authorities, which is served and filed or lodged concurrently with the Motion, any subsequently filed reply and accompanying papers in support of the Motion, the pleadings and papers on file herein, and such other arguments, evidence, and matters as may be presented at, during, or before the hearing on this Motion.

/s/    James H. Wallace, Jr.

James H. Wallace, Jr. (admitted *pro hac vice*)
Anthony Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

June 27, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2011, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com


  /s/  Brian H. Pandya
Brian H. Pandya