IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

### DECLARATION OF JOSEPH HOGAN IN SUPPORT OF OPENET'S MOTION *IN LIMINE* NO. 3

I, Joseph Hogan, hereby declare as follows:

1.  I am the co-founder and Chief Technology Officer ("CTO") of Defendant Openet Telecom Ltd. Except where noted, I have personal knowledge of the fact statements in this declaration and would testify that those statements are accurate if called upon to do so. This declaration is made in connection with Openet's Motion *In Limine* No. 3.

2.  I understand that Amdocs seeks to rely on certain Openet documents concerning three foreign entities at trial. In particular, I understand that Amdocs seeks to rely on, *inter alia*, PTX 209 (Bates labeled OPENET00852396), PTX 232 (Bates labeled OPENET01175354), and PTX 152 (Bates labeled OPENET00599197).

3.  PTX 209 is a proposal provided to Safaricom – a Kenyan based African company. This proposal did not take place in or otherwise have any connection to the United States. Furthermore, Openet has not installed any of its products provided to Safaricom in the United States. Upon information and belief, Safaricom does not operate in the United States.

4.      PTX 232 is a proposal provided to Videotron Ltee – a Montreal based Canadian company. This proposal did not take place in or otherwise have any connection to the United States. Furthermore, Openet has not installed any of its products provided to Videotron in the United States. Upon information and belief, Videotron does not operate in the United States.

5.      PTX 152 is a proposal provided to PTC Era – a Warsaw based Polish company. This proposal did not take place in or otherwise have any connection to the United States. In fact, PTC Era is not a customer of Openet; and Openet has not provided any products to PTC Era. Upon information and belief, PTC Era does not operate in the United States.

I declare, subject to the penalty of perjury of the laws of the United States of America, that the foregoing is, to the best of my knowledge, true and correct.

Date: June 27, 2011　　　　　　　　　　　　　　　_____
　　　　Dublin, Ireland　　　　　　　　　　　　　　Joseph Hogan

2