IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10-cv-910 (LMB/TRJ)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to the Stipulated Scheduling Order dated June 27, 2011 [Dkt. 114] the hearing on Defendants Openet Telecom, Inc. and Openet Telecom Ltd.'s (collectively "Openet") Motions *in Limine* Nos. 1-10 is set for Friday, July 8, 2011, at 10:00 a.m. or as soon thereafter as this matter can be heard.

June 28, 2011                                                  Respectfully submitted,


                                                                              /s/   Joseph Shin

                                                                James H. Wallace, Jr. (admitted *pro hac vice*)
                                                                Anthony Son (admitted *pro hac vice*)
                                                                Brian H. Pandya (VSB No. 72233)
                                                                Joseph Shin (VSB No. 79051)
                                                                WILEY REIN LLP
                                                                1776 K Street NW
                                                                Washington, D.C. 20006
                                                                Telephone: (202) 719-7000
                                                                Facsimile: (202) 719-7049

                                                                *Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th Day of June, 2011, I caused the foregoing document to be served on the following counsel for Amdocs (Israel) Limited:

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com

        /s/  Joseph Shin
Joseph Shin
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and
   Openet Telecom Ltd.*