**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | |
| v. | |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**MOTION TO STRIKE EXHIBITS 8-10 TO AMDOCS' OPPOSITION TO OPENET'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively, "Openet")

hereby move for an Order striking Exhibits 8-10 to Amdocs' Opposition to Openet's Motion for

Summary.

This Motion is based upon the accompanying Memorandum of Points and Authorities,

which is being served and filed concurrently with the Motion, any subsequently filed reply and

accompanying papers in support of the Motion, the pleadings and papers on file herein, and such

other arguments, evidence, and matters as may be presented at, during, or before the hearing on

this Motion.

June 30, 2011

Respectfully submitted,

 /s/ Joseph Shin_____
James H. Wallace, Jr. (admitted *pro hac vice*)
Anthony H. Son (admitted *pro hac vice*)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Openet Telecom, Inc. and Openet Telecom Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 30, 2011, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com

 /s/ Joseph Shin_____
Joseph Shin