UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------x
AMDOCS (ISRAEL) LIMITED, an Israeli  :  Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,
                                     :
             Plaintiff,                 **JURY TRIAL DEMANDED**
                                     :
   v.
                                     :
OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an  :
Irish Corporation,
                                     :
             Defendants.
                                     :
------------------------------------x

**DECLARATION OF MICHELLE E. KANTER IN SUPPORT OF
THE REPLY MEMORANDUM IN FURTHER SUPPORT OF AMDOCS (ISRAEL)
LIMITED'S MOTION FOR PROPOSED CLAIM CONSTRUCTIONS AND PARTIAL
SUMMARY JUDGMENT OF NO INVALIDITY AND NO INEQUITABLE CONDUCT**

MICHELLE E. KANTER hereby declares and states:

1. I am a member of the Bar of the District of Columbia and an associate with the law firm of WilmerHale LLP, 1875 Pennsylvania Ave. NW, Washington, DC 20006, counsel for Plaintiff Amdocs (Israel) Limited. I am admitted *pro hac vice* in this matter. I make this declaration in support of the Reply Memorandum in Further Support of Amdocs (Israel) Limited's Motion for Proposed Claim Constructions and Partial Summary Judgment of No Invalidity and No Inequitable Conduct.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of PX131, which is a duplicate document to Shamos Deposition Exhibit 7, at OPENET00492541 and OPENET00492544.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the May 4, 2011 deposition of Michael I. Shamos in this matter.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the *Random House Webster's Computer & Internet Dictionary* (3d ed. 1999).

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the February 23, 2011 deposition of Kevin Zilka in this matter.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the February 10, 2011 deposition of Tal Givoly in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2011

_____
Michelle E. Kanter