IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | ) ) ) Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | ) ) ) ) |
| Defendants. | ) ) |

FILED JUL - 6 2011 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

### ORDER GRANTING PLAINTIFF AMDOCS' MOTION FOR LEAVE TO FILE OPPOSITION BRIEF AND ONE EXHIBIT UNDER SEAL WITH REDACTED PUBLIC VERSIONS

The Court, having considered Plaintiff Amdocs (Israel) Ltd.'s ("Amdocs") Motion for Leave to File Opposition Brief and One Exhibit Under Seal with Redacted Public Versions and arguments in support thereof and any opposition thereto, and having found that:

1. Amdocs' Opposition To Openet's Motion *in Limine* No. 1 to Exclude Expert Testimony of Mark Hosfield (Amdocs' Opposition) and Exhibit No. 5 to the same contain non-public, confidential financial information of both parties, including sources of Openet's revenue, direct costs, and detailed profits and loss information and Amdocs' revenues and profit margins;

2. Exhibit No. 5 discusses the terms of a confidential settlement agreement under which Amdocs is required to limit disclosure of the agreement's terms to the extent possible;

3. the presumption in favor of public access to court documents is overcome by parties' legitimate interest in maintaining the confidentiality of their business information; and

4. no other procedure will suffice to protect the parties' confidential information

Amdocs motion for leave to file its Opposition Brief and Exhibit No. 5 under seal and to file redacted versions is GRANTED.

So Ordered

/s/ _____  7/6/11
Leonie M. Brinkema
United States District Judge