IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | |
| v. | |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER GRANTING OPENET'S MOTION FOR LEAVE TO FILE UNDER SEAL FOR GOOD CAUSE

The Court, having considered Defendants' Openet Telecom, Inc. and Openet Telecom Ltd. ("Openet") Motion for Leave to File Under Seal for Good Cause and its Memorandum in Support, and having found that:

- the Reply Brief in Support of Openet's Motion *in Limine* No. 8 to Preclude Unsubstantiated and Irrelevant Testimony in Support of Secondary Considerations of Obviousness contains non-public, confidential information regarding an agreement between Amdocs and a third party to whom Amdocs owes a duty of confidentiality;

- the presumption in favor of public access to court documents is overcome by parties' legitimate interest in maintaining the confidentiality of their business information; and

- no other procedure will suffice to protect the parties' confidential information;

Openet's motion for leave to file its Reply Brief in Support of Openet's Motion *in Limine* No. 8 under seal and file redacted versions is GRANTED.

So ORDERED this 6 day of July, 2011

/s/ 
Leonie M. Brinkema
United States District Judge