Date: 7/8/11

Start: 10:43
Finish: 11:07

Judge: Brinkema
Reporter: Roberta Kerns
Rudiger & Green

Civil Action Number: 1:10cv910

Amdocs (Israel) Limited ___ vs. Openet Telecom, Inc et al

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
π Motion in Limine
Δ Motion in Limine
Δ Motion to Strike
π Motion for leave to file
π Motion to Seal

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to
Held in abeyance

( ) Report and Recommendation to Follow
( ) Order to Follow