IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>        Defendants. | Case No. 1:10-cv-910 (LMB/TRJ)<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Documents. The motion is granted and enlarged versions of docket entry nos. 96-6, 96-8, 96-9, 162-6, and 162-8 should be refiled.

So ORDERED this 8th day of July, 2011

/s/ _____
Leonie M. Brinkema
United States District Judge