**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | ) ) ) ) Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) ) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | ) ) ) ) |
| Defendants. | ) ) |

## AMDOCS' PROPOSED JURY VOIR DIRE QUESTIONS

Amdocs (Israel) Limited respectfully proposes the following *voir dire* questions for prospective jurors:

1.  Have any of you had any training in computer science or software?

2.  Have any of you had any training in the legal field?

3.  In your job, do any of you supervise other people?

4.  Have any of you ever served in the military?

5.  Has anyone owned their own business?

6.  Has anyone worked in research and development?

7.  Have you ever worked for a company that had patents or other intellectual property rights that it tried to enforce?

8.  Have you or anyone in your family ever applied for, been granted, or own any patents?

9.  Have you ever worked in a job where you dealt with contracts or negotiated deals?  If yes, please explain.

10.     Have you invented or developed any technology yourself, whether as part of your employment or on your own?  If yes, please explain.

11.     Does anyone agree that it is common for companies to copy each other's products and then make slight changes?

12.     Have you or anyone you know ever been employed by a cell phone, cable, or Internet service provider (e.g., Verizon, Sprint, AT&T, Time Warner Cable, or Cricket)?  If yes, which company?

13.     Does anyone have a bias either in favor of or against people from Israel or Ireland?

14.     Are you familiar with the parties in this case, Amdocs or Openet?

   a.     Have you (or anyone you know) ever been employed by any of these companies?

   b.     Have you ever transacted business with any of these companies?

   c.     Do you own stock in these companies?

   d.     Have you ever used any of the products sold by these companies?

15.     This case involves Amdocs (Israel) Limited's claims of patent infringement against Openet Telecom, Inc. and Openet Telecom Ltd.  Have you heard anything about this case from any source, including from another person, a press release, or the news media?  If yes, please describe the source and the information that you heard.

16.     The following individuals may be called to testify as witnesses at the trial in this case:  Tal Givoly, Zur Yahalom, Ellen Zegura, Mark Hosfield, Limor Schweitzer, Eran Wagner, Udi Hershkovich, Joseph Hogan, Philip Hogan, Niall Norton, Eimer McGovern, Niall Byrne, Alan McNamee, Michael Manzo, Juliana Su, Gaogao Wang, Kevin J. Zilka, Patrick McDaniel, Michael I. Shamos, or Mary Woodford.  Do you know any of these individuals?

17.     Do you know any of the following law firms and/or attorneys involved in this case:

   a.     Gregory Lantier,  James Quarles, Nels Lippert, Calvin Walden, Victor Souto, Michelle Kanter, Joshua Salzman, David Smith, or Kevin Heffel of Wilmer, Cutler, Pickering, Hale and Dorr, LLP or;

   b.     Brian Pandya, Joseph Shin, James Wallace, Anthony Son, Eric Weisblatt, or Adrienne Johnson of Wiley Rein LLP?

18.     Have you ever given testimony in a lawsuit?  If so, please describe the lawsuit and the nature of your participation.  Was there anything about the experience that would make it difficult for you to be fair and impartial in this case?

19.     Have you (or has any member of your family) ever sued anyone or been sued by someone else?  If yes, please describe what the case was about, whether you or your family member was the plaintiff or defendant, and how was it resolved.

July 18, 2011                           Respectfully Submitted,


                                        _____/s/_____
                                        James L. Quarles III (Bar No. 44993)
                                        Gregory H. Lantier (VSB No. 65657)
                                        WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20006
                                        Phone: (202) 663-6000
                                        Fax: (202) 663-6363
                                        gregory.lantier@wilmerhale.com

                                        Nels T. Lippert, *pro hac vice*
                                        Calvin Walden, *pro hac vice*
                                        WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                        399 Park Avenue
                                        New York, New York 10022
                                        Phone: (212) 230-8800
                                        Fax: (212) 230-8888

                                        *Counsel for Amdocs (Israel) Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

I will further cause a copy of the foregoing to be served on the above counsel by hand delivery.


_____/s/_____

Gregory H. Lantier (Bar. No. 65657)
WILMER, CUTLER, PICKERING,
     HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
gregory.lantier@wilmerhale.com

Attorney for Plaintiff
Amdocs (Israel) Limited