# Appendix A

# to

# Joint Proposed Jury Instructions

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>Defendants. | Case No. 1:10cv910 (LMB/TRJ) |

## AMDOCS' PROPOSED VERDICT FORM

Plaintiff Amdocs (Israel) Limited respectively requests that the following verdict form be presented to the jury at the close of evidence:

# JURY'S VERDICT FORM

This document, when completed by you, will constitute the verdict of the jury in this case. This will be the form which you will use to answer the questions discussed with you previously in this charge.

We, the Jury, answer the following questions in the following manner:

## INFRINGEMENT

1. Has Amdocs proven, by a preponderance of the evidence, that Openet infringes any of the asserted claims of U.S. Patent No. 7,631,065 ("the '065 Patent"), either literally or under the Doctrine of Equivalents? Please complete the table below with your verdict as to each claim and accused product. 'Yes' indicates that Amdocs has proven Openet's infringement as to that claim and product; 'No' indicates that Amdocs has not proven infringement as to that claim and product.

|  | Claim 1 | Claim 4 | Claim 7 | Claim 13 | Claim 17 |
|---|---|---|---|---|---|
| Mediation | Yes ___<br>No ___ | Yes ___<br>No ___ | Yes ___<br>No ___ | Yes ___<br>No ___ | Yes ___<br>No ___ |
| Charging | Yes ___<br>No ___ | Yes ___<br>No ___ | Yes ___<br>No ___ | N/A | N/A |
| Network Edge Rating | Yes ___<br>No ___ | Yes ___<br>No ___ | Yes ___<br>No ___ | N/A | N/A |

1

| | | | | | |
|---|---|---|---|---|---|
| Balance Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | N/A | N/A |
| Policy Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | N/A | N/A |

2.  Has Amdocs proven, by a preponderance of the evidence, that Openet infringes any of the asserted claims of U.S. Patent No. 6,836,797 ("the '797 Patent"), either literally or under the Doctrine of Equivalents. Please complete the table below with your verdict as to each claim and accused product. 'Yes' indicates that Amdocs has proven Openet's infringement as to that claim and product; 'No' indicates that Amdocs has not proven infringement as to that claim and product.

| | Infringes Claim 1 | Infringes Claim 2 | Infringes Claim 7 | Infringes Claim 8 | Infringes Claim 19 |
|---|---|---|---|---|---|
| Mediation | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Charging | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Network Edge Rating | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Balance Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |

| Policy Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
|---|---|---|---|---|---|

3. Has Amdocs proven, by a preponderance of the evidence, that Openet infringes any of the asserted claims of U.S. Patent No. 7,412,510 ("the '510 Patent"), either literally or under the Doctrine of Equivalents? Please complete the table below with your verdict as to each claim and accused product. 'Yes' indicates that Amdocs has proven Openet's infringement as to that claim and product; 'No' indicates that Amdocs has not proven infringement as to that claim and product.

|  | Infringes Claim 16 | Infringes Claim 17 | Infringes Claim 19 |
|---|---|---|---|
| Mediation | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Charging | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Network Edge Rating | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Balance Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |
| Policy Manager | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |

4.      Has Amdocs proven, by a preponderance of the evidence, that Openet infringes any of the asserted claims of U.S. Patent No. 6,947,984 ("the '984 Patent"), either literally or under the Doctrine of Equivalents?  Please complete the table below with your verdict as to each claim and accused product.  'Yes' indicates that Amdocs has proven Openet's infringement as to that claim and product; 'No' indicates that Amdocs has not proven infringement as to that claim and product.

|  | Infringes Claim 1 | Infringes Claim 2 | Infringes Claim 6 | Infringes Claim 8 | Infringes Claim 13 |
|---|---|---|---|---|---|
| Mediation | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ | Yes ___ No ___ |

## WILLFUL INFRINGEMENT

*If you answered 'yes' in any box above, answer this question.*

5.      Has Amdocs proven, by clear and convincing evidence, that Openet has willfully infringed?

        Yes ____    No ____

4

# VALIDITY

6. Has Openet proven, by clear and convincing evidence, that any of the asserted claims of the '065 Patent is invalid as anticipated by a prior art reference or invalid as obvious to one of ordinary skill in the art at the time of invention?

|  | Claim 1 | Claim 4 | Claim 7 | Claim 13 | Claim 17 |
|---|---|---|---|---|---|
| Invalid Because Anticipated | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |
| Invalid Because Obvious | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |

7. Has Openet proven, by clear and convincing evidence, that any of the asserted claims of the '797 Patent is invalid as anticipated by a prior art reference, invalid as obvious to one of ordinary skill in the art at the time of invention, or invalid because the '797 Patent lacks adequate written description for that claim?

|  | Claim 1 | Claim 2 | Claim 7 | Claim 8 | Claim 19 |
|---|---|---|---|---|---|
| Invalid Because Anticipated | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |
| Invalid Because Obvious | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Invalid Because Lacks Written Description | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |

8.  Has Openet proven, by clear and convincing evidence, that any of the asserted claims of the '510 Patent is invalid as anticipated by a prior art reference to one of ordinary skill in the art at the time of invention?

|  | Claim 16 | Claim 17 | Claim 19 |
|---|---|---|---|
| Invalid Because Anticipated | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |
| Invalid Because Obvious | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |

9.  Has Openet proven, by clear and convincing evidence, that any of the asserted claims of the '984 Patent is invalid as anticipated by a prior art reference?

|  | Claim 1 | Claim 2 | Claim 6 | Claim 8 | Claim 13 |
|---|---|---|---|---|---|
| Invalid Because Anticipated | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |
| Invalid Because Obvious | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ | Valid __ Invalid __ |

## DAMAGES

*Answer the next question only if at least one claim that you found to be infringed was not proven to be invalid*

10.  What amount of damages do you find would fairly and reasonably compensate Amdocs through December 31, 2010?

$_____

The jury foreperson should sign and date the Verdict Form and return it to the Security Officer.

Signed this _____ day of August, 2011.