Date: 7/25/11

Start: 10:00
Finish: 11:54

Judge: Brinkema
Reporter: Thomson

Civil Action Number: 1:10cv910

Amdocs (Israel) Limited vs. Openet Telecom, Inc et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:
Δ Summary Judgment
π Partial Summary Judgment

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(X) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( ) Order to Follow