IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| AMDOCS (Israel) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:10cv910 |
| | ) | |
| OPENET TELECOM, INC., | ) | |
| OPENET TELECOM, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The court has under advisement a motion (no. 62) to seal the unredacted version of a memorandum (no. 64) that was submitted in connection with a motion to compel discovery (no. 60).  A redacted version of the memorandum in issue was filed as documents no. 72.

The court has examined the material in issue.  It contains information that is clearly commercially sensitive and not of significant public interest.  Any public interest is outweighed by the parties' need for confidentiality, and there is no less drastic alternative than to seal the material.  On these findings , it is ORDERED that the motion  to seal is GRANTED, and document no. 64 shall remain under seal.

ENTERED this 28th day of March, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia