IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| AMDOCS (Israel) LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv910 |
| | ) | |
| OPENET TELECOM, INC., | ) | |
| OPENET TELECOM, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

The court has under advisement the issue whether to keep under seal document number 67, which is a reply memorandum filed in connection with the motion to compel docketed as no. 60. A redacted version of the memorandum was filed as document no. 73. (Document no. 67 is docketed by the clerk as a motion to seal.)

The court has examined the material in issue. It contains clearly confidential commercial information in which there is little public interest. Any public interest is outweighed by the parties' need for confidentiality, and there is no less drastic alternative than sealing.

On these findings, it is ORDERED that the memorandum docketed as no 67 shall remain under seal. Treating it as incorporating a motion to seal, that motion is granted.

ENTERED this 28th day of March, 2012.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia