IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | ) ) ) Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff Amdocs (Israel) Limited ("Amdocs") respectfully request a hearing on Amdocs' Motion for Entry of Judgment to be set for Friday, December 14, 2012 at 10 a.m. or as soon thereafter as the matter may be heard.

Dated: November 30, 2012

Respectfully submitted,

_____/s/_____
James L. Quarles III (Bar No. 44993)
Gregory H. Lantier (VSB No. 65657)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Counsel for Amdocs (Israel) Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of November, 2012, I will electronically file the foregoing Notice of Hearing with the Clerk of Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:.

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                                                _____/s/_____

                                       Gregory H. Lantier (Bar. No. 65657)
                                       WILMER, CUTLER, PICKERING,
                                       HALE AND DORR LLP
                                       1875 Pennsylvania Avenue, N.W.
                                       Washington, DC 20006
                                       Phone:  (202) 663-6000
                                       Fax:  (202) 663-6363
                                       gregory.lantier@wilmerhale.com

                                       *Attorney for Plaintiff*
                                       *Amdocs (Israel) Limited*