**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>               Defendants. | Case No. 1:10-CV-910 (LMB/TRJ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service were served with a copy of Openet's Opposition to Amdocs' Motion for Entry of Judgment via the Court's EM/ECF system on the 11th Day of December 2012, with other counsel of record being served by regular mail.

                                                  /s/ Joseph Shin
                                                  Joseph Shin