AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Amdocs (Israel) Limited ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:10cv910 (LMB/TRJ) |
| Openet Telecom, Inc. and Openet Telecom Ltd. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Openet Telecom, Inc. and Openet Telecom Ltd.

Date:   12/20/2012

/s/ Eric H. Weisblatt
*Attorney's signature*

Eric H. Weisblatt VA Bar No.:21561
*Printed name and bar number*

Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006

*Address*

eweisblatt@wileyrein.com
*E-mail address*

(202) 719-7000
*Telephone number*

(202) 719-7049
*FAX number*