# CIVIL MOTION MINUTES

Date:  12/21/12                                 Judge: Brinkema
                                                Reporter: A. Thomson

Time:    10:00am-10:05am


Civil Action Number: 1:10cv910

 Amdocs (Israel) Limited    vs.   Openet Telecom, Inc. et al

Appearances of Counsel for        (X) Pltf          (X) Deft

Motion to/for:
  Motion for Entry of Judgment



Argued &
(   ) Granted    (X) Denied (     ) Granted in part/Denied in part
(    )Taken Under Advisement (     ) Continued to



(X) Order to Follow