IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, ) ) ) Plaintiff, ) ) v. ) OPENET TELECOM, INC., a Delaware Corporation, et al. ) ) ) Defendants. ) | 1:10cv910 (LMB/TRJ) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that the plaintiff's Motion for Entry of Judgment [Dkt. No. 249] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21 day of December, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge