IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMDOCS (ISRAEL) LIMITED, an Israeli )
  Corporation, )
                                      )
        Plaintiff, )
                                        ) 1:10cv910 (LMB/TRJ)
v. )
                                        )
OPENET TELECOM, INC., a Delaware )
  Corporation, et al., )
                                        )
        Defendants. )



ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Order issued on September 27, 2012 [Dkt. No. 248] granted in part defendants' Motion for Summary Judgment of Non-Infringement and Invalidity [Dkt. No. 95] and granted in part plaintiff's Motion for Proposed Claim Constructions and Partial Summary Judgment of No Invalidity and No Inequitable Conduct [Dkt. No. 98]. Accordingly, it is hereby

ORDERED that judgment be and is entered in favor of the defendants on all claims asserted by Amdocs (Israel) Limited in its First Amended Complaint for Patent Infringement [Dkt. No. 50],[1] and it is further

ORDERED that judgment be and is entered in favor of the plaintiff on the inequitable conduct counterclaims (Counts IX and X) asserted

---

[1] To the extent that Counts III, IV, VII, and VIII of Openet Telecom, Inc.'s Counterclaim sought a declaration that Openet does not infringe the patents-in-suit, that relief be and is GRANTED.

by Openet Telecom, Inc., in its Answer and Counterclaims to Plaintiff Amdocs (Israel) Limited's First Amended Complaint for Patent Infringement [Dkt. No. 55].

Additionally, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the portion of the Order issued on September 27, 2012 [Dkt. No. 248] that required the parties to meet and confer about whether to take the invalidity claims to trial and to advise the Court of their decision be and is VACATED, and it is further

ORDERED that the counterclaims for invalidity (Counts I, II, V, and VI) asserted in defendant Openet Telecom, Inc.'s Answer and Counterclaims to Plaintiff Amdocs (Israel) Limited's First Amended Complaint for Patent Infringement [Dkt. No. 55] be and are DISMISSED WITHOUT PREJUDICE.

The Clerk is directed pursuant to Fed. R. Civ. P. 58 to enter judgment in favor of the defendants on all claims in the First Amended Complaint [Dkt. No. 50] and to enter judgment in favor of the plaintiff on defendant Openet Telecom, Inc.'s Counterclaims IX and X. The Clerk is further directed to forward copies of this Order to counsel of record.

Entered this 22nd day of January, 2013.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge