**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Amdoc (Israel) Limited )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Openet Telecom, Inc, and )<br>Openet Telecom LTD. )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:10cv910 |

## JUDGMENT

Pursuant to the order of this Court entered on 1/22/2013 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants on all claims in the First Amended Complaint [Dkt. No. 50] and JUDGMENT is hereby entered in favor of the plaintiff on defendant Openet Telecom, Inc.'s Counterclaims IX and X.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
   Kathy Lau
   Deputy Clerk

Dated: 1/23/2013
Alexandria, Virginia