# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | ) )  ) Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Amdocs (Israel) Limited hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on the 23rd day of January, 2013 (Dkt. 261), and from all other orders, rulings, findings, and conclusions underlying and related to that order.

Dated: February 19, 2013

Respectfully submitted,

_____/s/_____
James L. Quarles III ( Va. Bar No. 44993)
Gregory H. Lantier (Va. Bar No. 65657)
*Attorneys for Amdocs (Israel) Limited*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: (202) 663-6000

Fax: (202) 663-6363
james.quarles@wilmerhale.com
gregory.lantier@wilmerhale.com


Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
*Counsel for Amdocs (Israel) Limited*
WILMER CUTLER PICKERING
       HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Fax: (212) 230-8888
nels.lippert@wilmerhale.com
calvin.walden@wilmerhale.com

## CERTIFICATE OF SERVICE

  I hereby certify on the 19th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

                _____/s/_____
                Gregory H. Lantier (Bar. No. 65657)
                WILMER, CUTLER, PICKERING,
                HALE AND DORR LLP
                *Attorney for Amdocs (Israel) Limited*
                1875 Pennsylvania Avenue, N.W.
                Washington, DC 20006
                Phone: (202) 663-6000
                Fax: (202) 663-6363
                gregory.lantier@wilmerhale.com