# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | ) ) ) Case No. 1:10-cv-910 (LMB/TRJ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF GREGORY H. LANTIER IN SUPPORT OF AMDOCS' OPPOSITION TO OPENET'S REQUEST FOR COSTS AND OBJECTIONS TO OPENET'S BILL OF COSTS

James L. Quarles III
Gregory H. Lantier
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

GREGORY H. LANTIER hereby declares and states:

1. I am a member of the Bars of the Commonwealth of Virginia, the State of New York, and the District of Columbia and a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Ave. NW, Washington, DC 20006, counsel for Plaintiff Amdocs (Israel) Limited.  I make this declaration in support of Plaintiff Amdocs (Israel) Limited's Opposition to Openet's Request for Costs and Objections to Openet's Bill of Costs.

2. Attached hereto as Exhibit A is a true and correct copy of an email dated January 13, 2011, from Brian Pandya, counsel for Defendant Openet Telecom, Inc., to counsel for Plaintiff Amdocs (Israel) Limited.

3. Attached hereto as Exhibit B is a true and correct copy of an email dated April 13, 2011, from Brian Pandya, counsel for Defendant Openet Telecom, Inc., to counsel for Plaintiff Amdocs (Israel) Limited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2013.

_____/s/_____
Gregory H. Lantier