# EXHIBIT A

# Lantier, Gregory

| | |
|---|---|
| **From:** | Pandya, Brian <BPandya@wileyrein.com> |
| **Sent:** | Thursday, January 13, 2011 9:30 AM |
| **To:** | Lippert, Nels; Lantier, Gregory; Kanter, Michelle; Walden, S. Calvin |
| **Cc:** | Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H. |
| **Subject:** | RE: Amdocs v. Openet -- Depos of Openet |

Calvin,

Mr. Manzo is available for deposition on Wednesday, February 23 in San Francisco. Please confirm by 9:30 AM tomorrow that you accept this date.

Regards,
Brian

---

**From:** Pandya, Brian
**Sent:** Friday, January 07, 2011 10:05 AM
**To:** Lippert, Nels; Lantier, Gregory; 'Kanter, Michelle'; Walden, S. Calvin
**Cc:** Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H.
**Subject:** Amdocs v. Openet -- Depos of Openet

Nels, Greg --

After much effort, we have been able to arrange for five witnesses identified in Openet's initial disclosures, all of whom are based in Ireland, to be made available to testify back-to-back in a single block in Dublin, so to minimize the need for multiple trips. Accordingly, we will make the following individuals available for deposition during the week of January 31 to February 4:

- Niall Byrne
- Philip Hogan
- Eimer McGovern
- Alan McNamee
- Niall Norton

In addition to testifying in their personal capacities (if noticed for such depositions by Amdocs), we anticipate designating, subject to our previous objections, the following witnesses to testify on 30(b)(6) topics (the following topics are based on the notice to Openet Telecom, Inc., however, these witnesses are also being produced for the corresponding topics in the notice to Openet Telecom, Ltd.):

- Ms. McGovern on topics 3, 7-8, 13-14, and 19
- Philip Hogan on topics 5 and 10-12, and
- Mr. McNamee on topics 15, 18, and 20.

We are arranging for facilities at a Dublin law firm to host the depositions.

Joe Hogan and Mike Manzo will be produced for deposition in the United States. We will offer dates for them shortly. In addition to testifying in their personal capacities (if noticed by Amdocs), we anticipate that Joe Hogan will be designated to testify, subject to our previous objections, on 30(b)(6) topics 1-2, 4, 6, and 16-17, and Mr. Manzo will be designated on topic 9 (and the corresponding topics from the notice to Openet Telecom, Ltd.).

As this may be the last opportunity to arrange for the group of witnesses to testify back-to-back in a single location, we ask that you confirm your agreement with the above schedule as soon as possible, and in any event by no later than noon on Monday, January 10.

1

Regards,
Brian



**Brian H. Pandya**
Attorney At Law
Wiley Rein LLP

1776 K Street NW
Washington, DC 20006
Tel: 202.719.7457 | Fax: 202.719.7049
Email: bpandya@wileyrein.com
www.wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to [Information@wileyrein.com](mailto:Information@wileyrein.com). As part of our environmental efforts, the firm is WILEY GREEN$^{(TM)}$. Please consider the environment before printing this email.