# EXHIBIT B

# Lantier, Gregory

| | |
|---|---|
| **From:** | Pandya, Brian <BPandya@wileyrein.com> |
| **Sent:** | Wednesday, April 13, 2011 3:48 PM |
| **To:** | Walden, S. Calvin; Lippert, Nels; Lantier, Gregory; Kanter, Michelle; Sheridan, Laura |
| **Cc:** | Wallace, James; Son, Anthony; Weisblatt, Eric H.; Johnson, Adrienne; Shin, Joseph; Openet |
| **Subject:** | Amdocs v. Openet -- Expert Depos |

Dear Counsel,

Openet's experts will be made available for deposition in Washington, DC on the following dates:

- Mary Woodford (damages):  Friday, April 22
- Michael Shamos ('065/'797 invalidity and non-infringement): Wednesday, May 4
- Patrick McDaniel ('510/'984 invalidity and non-infringement):  Thursday, May 5

Due to commitments in other cases where our experts are serving as experts (including a trial) and prior teaching/academic commitments, these are the only dates where our experts are available for deposition before the May 6 cutoff for completing expert depos.

Please confirm by noon tomorrow that Amdocs accepts these deposition dates and also provide dates for the depos of Amdocs' experts.

Regards,
Brian



Brian H. Pandya
Attorney At Law
Wiley Rein LLP

1776 K Street NW
Washington, DC 20006
Tel: 202.719.7457 | Fax: 202.719.7049
Email: bpandya@wileyrein.com
www.wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.