**FORM 7. Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the  Eastern District of Virginia
☐ United States Court of International Trade
☐ United States Court of Federal Claims
☐ United States Court of Appeals for Veterans Claims

Type of case: Patent Infringement

Amdocs (Israel) Limited  v. Openet Telecom, Inc., et al.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 1:10cv910                     Date of Judgment or Order  01/22/13, 01/23/13
Cross or related appeal? _____      Date of Notice of Appeal  02/19/13
Appellant is:  ☑ Plaintiff    ☐ Defendant    ☐ Other (explain) _____
FEES:   Court of Appeals docket fee paid?   ☑ Yes   ☐ No
        U.S. Appeal?                        ☐ Yes   ☐ No
        In forma pauperis?                  ☐ Yes   ☐ No
Is this matter under seal?   ☑ Yes   ☐ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

James L. Quarles - pltf's counsel        Brian H. Pandya - defts' counsel
Wilmer Cutler Pickering Hale & Dorr LLP  Wiley Rein LLP (DC)
1875 Pennsylvania Ave., N.W.             1776 K St., N.W.
Washington, DC  20004                    Washington, DC  20006
(202) 942-8400                           (202) 719-7000

COURT REPORTER: (Name and telephone): FTR, Anneliese Thomson (703) 299-8595

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439