IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAR 13 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AMDOCS (ISRAEL) LIMITED, an Israeli )
   Corporation, )
 )
      Plaintiff, )
 )
   v. ) 1:10cv910 (LMB/TRJ)
 )
OPENET TELECOM, INC., a Delaware )
   Corporation, et al. )
 )
      Defendants. )

### ORDER

Upon review of the briefing submitted by the parties regarding defendants Openet, Telecom, Inc. and Openet Telecom Ltd.'s (collectively, "Openet") pending Bill of Costs [Dkt. No. 263], it is not entirely clear to the Court whether the depositions of the thirteen witnesses addressed in section II.C. of Openet's Memorandum in Support of their Requests for Costs Pursuant to Fed. R. Civ. P. 54(d)(1), Local Rule 54 and 28 U.S.C. § 1920 were taken by plaintiff Amdocs (Israel) Limited ("Amdocs") or by Openet. It appears that the depositions were taken by Amdocs; however, Openet has submitted documentation indicating that Openet and not Amdocs paid for the witnesses' travel expenses. It is the Court's understanding that it is the responsibility of the party taking a witness' deposition to pay that witness' attendance fee and travel costs. For these reasons, it is hereby

ORDERED that each party submit to the Court in writing within three (3) business days an explanation of (1) which party took the depositions of these thirteen witnesses, (2) which party paid the witnesses' travel expenses, and (3) if Openet paid the expenses for a deposition taken by Amdocs, why it did so.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13 day of March, 2013.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge