**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>　　　　　　　　　Defendants. | Case No. 1:10-cv-910 (LMB/TRJ) |

## OPENET'S WRITTEN SUBMISSION CONCERNING WITNESS EXPENSES

Pursuant to this Court's March 13, 2013 Order, Dkt. No. 271, Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively "Openet") hereby submit this written explanation of the deposition witnesses' travel expenses.

Below is a listing of the thirteen witnesses listed in Part II.C of Openet's Memorandum in Support of Their Requests for Costs, the party who took the deposition of those witnesses, and the party that paid for the witnesses' travel expenses.

| Witness (Home City) | Deposition Location | Party Taking Deposition | Party that Paid for Witness' Travel Expenses |
|---|---|---|---|
| Niall Byrne (Dublin, Ireland) | Dublin, Ireland | Amdocs | Openet |
| Joseph Hogan (Dublin, Ireland) | Washington, DC | Amdocs | Openet |
| Philip Hogan (Dublin, Ireland) | Dublin, Ireland | Amdocs | Openet |
| Michael Manzo (San Francisco, CA) | Palo Alto, CA | Amdocs | Openet |
| Patrick McDaniel (State College, PA) | Washington, DC | Amdocs | Openet |
| Eimer McGovern (Dublin, Ireland) | Dublin, Ireland | Amdocs | Openet |

| Alan McNamee (Dublin, Ireland) | Dublin, Ireland | Amdocs | Openet |
| Niall Norton (Dublin, Ireland) | Dublin, Ireland | Amdocs | Openet |
| Noel O'Rafferty (Dublin, Ireland) | Washington, DC | Amdocs | Openet |
| Michael Shamos (Pittsburgh, PA) | Washington, DC | Amdocs | Openet |
| Juliana Su (Reston, VA) | Washington, DC | Amdocs | Openet |
| Gaogao Wang (Atlanta, GA) | Washington, DC | Amdocs | Openet |
| Mary Woodford (Asheville, NC) | Washington, DC | Amdocs | Openet |

Although the parties did not have a formal agreement, each party in this case paid for the travel expenses of its own witnesses. Openet did so fully expecting to recover costs of the witnesses' travel expenses and attendance fees if it prevailed.

Respectfully submitted,

Dated: March 15, 2013

/s/ Joseph Shin_____
James H. Wallace, Jr. (admitted pro hac vice)
Anthony H. Son (admitted pro hac vice)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Openet Telecom, Inc. and Openet Telecom Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2013, I caused the foregoing document to be served on the following counsel for Amdocs (Israel) Limited:

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com

/s/  Joseph Shin _____
James H. Wallace, Jr. (admitted pro hac vice)
Anthony H. Son (admitted pro hac vice)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Openet Telecom, Inc. and Openet Telecom Ltd.*