**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation<br><br>                    Plaintiff,<br><br>     v.<br><br>OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation,<br><br>                    Defendants. | Case No. 1:10-cv-910 (LMB/TRJ) |

## OPENET'S MOTION FOR LEAVE TO FILE REPLY TO AMDOCS' RESPONSE TO MARCH 13, 2013 ORDER

Defendants Openet Telecom, Inc. and Openet Telecom Ltd. (collectively "Openet") hereby request leave to file the attached Reply to Amdocs' Response to March 13, 2013 Order. On March 13, 2013 this Court ordered the parties to file written submissions regarding witness expenses incurred in this litigation (dkt #271). Openet filed its response to the Order on March 16, 2013 (dkt #272). Amdocs filed its response to the Order on March 18, 2013 (dkt #273). Although Openet regrets burdening the Court with further filings, Openet respectfully requests leave to file a reply to correct misstatements and mischaracterizations of the facts in Amdocs' Response to March 13, 2013 Order and to assist the Court in ruling on the disputed costs issues. The proposed reply is attached hereto as Exhibit 1.

1

Respectfully submitted,

Dated: March 19, 2013						/s/ Joseph Shin
James H. Wallace, Jr. (admitted pro hac vice)
Anthony H. Son (admitted pro hac vice)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Openet Telecom, Inc. and Openet Telecom Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2013, I caused the foregoing document to be served on the following counsel for Amdocs (Israel) Limited:

Gregory H. Lantier, Esq.
WilmerHale LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Gregory.Lantier@wilmerhale.com

/s/ Joseph Shin
James H. Wallace, Jr. (admitted pro hac vice)
Anthony H. Son (admitted pro hac vice)
Brian H. Pandya (VSB No. 72233)
Joseph Shin (VSB No. 79051)
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Defendants Openet Telecom, Inc. and Openet Telecom Ltd.*