NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1231

AMDOCS (ISRAEL) LIMITED,

Plaintiffs-Appellants,

v.

OPENET TELECOM, INC., and OPENET TELECOM LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-910, Judge Leonie M. Brinkema.

### ORDER

Upon further review, the notice of appeal having been docketed in error,

IT IS ORDERED THAT:

Appeal no. 2013-1231 is dismissed.

FOR THE COURT

March 19, 2013  
Date

/s/ Jan Horbaly  
Jan Horbaly  
Clerk

cc: Gregory H. Lantier, Esq.  
    Adrienne G. Johnson, Esq.

ISSUED AS A MANDATE: March 19, 2013

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1231

**AMDOCS (ISRAEL) LIMITED,**
*Plaintiff – Appellant,*

v.

**OPENET TELECOM, INC., OPENET TELECOM LTD.,**
*Defendants – Appellees.*

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-910 U.S. District Judge Leonie M. Brinkema.

## MANDATE

In accordance with the judgment of this Court, entered March 19, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brittany Blueitt Amadi
Clerk of Court, Eastern District of Virginia (Alexandria)
Adrienne G. Johnson
Gregory H. Lantier