

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, ) ) ) Plaintiff, ) ) v. ) ) OPENET TELECOM, INC., a Delaware Corporation, et al. ) ) ) Defendants. ) | 1:10cv910 (LMB/TRJ) |

## ORDER

For good cause shown, Openet Telecom LTD and Openet Telecom, Inc.'s (collectively, "Openet") Motion for Leave to File Reply to Amdocs' Response to March 13, 2013 Order [Dkt. No. 274] is GRANTED, and it is hereby

ORDERED that Openet immediately file its Reply to Amdocs' Response to March 13, 2013 Order and the associated attachments.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of March, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge