Exhibit A

## Shin, Joseph

| | |
|---|---|
| **From:** | Walden, S. Calvin <Calvin.Walden@wilmerhale.com> |
| **Sent:** | Friday, January 14, 2011 4:49 PM |
| **To:** | Pandya, Brian; Lippert, Nels; Lantier, Gregory; Kanter, Michelle |
| **Cc:** | Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H. |
| **Subject:** | RE: Amdocs v. Openet -- Depos of Openet |

Brian,

Following up on our e-mails and telephone conferences this week, here are some updates on the discovery front:

Depositions:

- We can confirm that we will take the deposition of Mike Manzo on February 23.  We propose that the deposition take place at WilmerHale's offices in Palo Alto starting at 9am Pacific.

- We are confirmed that we will be taking the depositions of Niall Byrne, Philip Hogan, Eimer McGovern, Alan McNamee, and Niall Norton the week of January 31-February 4.   We understand that order of the witnesses will be as listed herein (and as listed in your January 7 e-mail) - please let us know as soon as possible if our understanding is not correct.  Please also let us know which firm will host the depositions in Dublin - we expect to ship boxes and will thus need to make arrangements.

- Udi Hershkovich is currently available for his deposition on February 3, 2011 in Washington, D.C.  Please note that Mr. Hershkovich's wife is expecting, which may affect his availability.

- Zur Yahalom is available for deposition on February 24, 2011 in Washington, D.C.  Please note that Mr. Yahom will be designated to testify regarding Topic 21 of Openet's 30(b)(6) notice.

- Amdoc's plans to designate Kevin Zilka to testify regarding Topics 6, 9, and 13 of Openet's 30(b)(6) notice.  We are obtaining available dates for Mr. Zilka, and will provide them shortly.

Witnesses:

- Please note that Limor Schweitzer and Eran Wagner will be represented by WilmerHale.  We are checking with both regarding whether they are available for depositions, and locations.

Documents:

- We are producing additional documents today, and will be continuing our production next week.

- We have previously provided proposed search terms for e-mail production.  To date, you have not responded.  We have been collecting e-mails and are prepared to apply the search terms before further review and production.  We assume that Openet is also collecting e-mails for production.  In order to conserve resources and promote efficient discovery, would Openet be amenable to an agreement that neither side is obligated to produce e-mails in this case?  If Openet is interested, perhaps we should set up a teleconference for early next week to discuss.

Thanks,

Calvin Walden

**From:** Pandya, Brian [mailto:BPandya@wileyrein.com]
**Sent:** Friday, January 14, 2011 3:05 PM
**To:** Pandya, Brian; Lippert, Nels; Lantier, Gregory; Kanter, Michelle; Walden, S. Calvin

**Cc:** Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H.
**Subject:** RE: Amdocs v. Openet -- Depos of Openet

Calvin,

Please advise if you accept this date for the deposition of Mr. Manzo.  We cannot hold the date for much longer.

Regards,
Brian

---

**From:** Pandya, Brian
**Sent:** Thursday, January 13, 2011 9:30 AM
**To:** Lippert, Nels; Lantier, Gregory; 'Kanter, Michelle'; Walden, S. Calvin
**Cc:** Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H.
**Subject:** RE: Amdocs v. Openet -- Depos of Openet

Calvin,

Mr. Manzo is available for deposition on Wednesday, February 23 in San Francisco.  Please confirm by 9:30 AM tomorrow that you accept this date.

Regards,
Brian

---

**From:** Pandya, Brian
**Sent:** Friday, January 07, 2011 10:05 AM
**To:** Lippert, Nels; Lantier, Gregory; 'Kanter, Michelle'; Walden, S. Calvin
**Cc:** Openet; Shin, Joseph; Wallace, James; Son, Anthony; Weisblatt, Eric H.
**Subject:** Amdocs v. Openet -- Depos of Openet

Nels, Greg --

After much effort, we have been able to arrange for five witnesses identified in Openet's initial disclosures, all of whom are based in Ireland, to be made available to testify back-to-back in a single block in Dublin, so to minimize the need for multiple trips.   Accordingly, we will make the following individuals available for deposition during the week of January 31 to February 4:

- Niall Byrne
- Philip Hogan
- Eimer McGovern
- Alan McNamee
- Niall Norton

In addition to testifying in their personal capacities (if noticed for such depositions by Amdocs), we anticipate designating, subject to our previous objections, the following witnesses to testify on 30(b)(6) topics (the following topics are based on the notice to Openet Telecom, Inc., however, these witnesses are also being produced for the corresponding topics in the notice to Openet Telecom, Ltd.):

- Ms. McGovern on topics  3, 7-8, 13-14, and 19
- Philip Hogan on topics 5 and 10-12, and
- Mr. McNamee on topics 15, 18, and 20.

We are arranging for facilities at a Dublin law firm to host the depositions.

Joe Hogan and Mike Manzo will be produced for deposition in the United States. We will offer dates for them shortly. In addition to testifying in their personal capacities (if noticed by Amdocs), we anticipate that Joe Hogan will be designated to testify, subject to our previous objections, on 30(b)(6) topics 1-2, 4, 6, and 16-17, and Mr. Manzo will be designated on topic 9 (and the corresponding topics from the notice to Openet Telecom, Ltd.).

As this may be the last opportunity to arrange for the group of witnesses to testify back-to-back in a single location, we ask that you confirm your agreement with the above schedule as soon as possible, and in any event by no later than noon on Monday, January 10.

Regards,
Brian



**Brian H. Pandya**
Attorney At Law
Wiley Rein LLP

1776 K Street NW
Washington, DC 20006
Tel: 202.719.7457 | Fax: 202.719.7049
Email: bpandya@wileyrein.com
www.wileyrein.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com. As part of our environmental efforts, the firm is WILEY GREEN(TM). Please consider the environment before printing this email.