# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli
Corporation,

      :    Case No. 1:10-CV-910 (LMB/TRJ)

          Plaintiff,

      :

              **JURY TRIAL DEMANDED**

      :

    v.

      :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an  :
Irish Corporation,

      :

          Defendants.

      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S NOTICE OF DEPOSITION OF MARY WOODFORD

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Mary Woodford

pursuant to Federal Rule of Civil Procedure 30 and this Court's orders on April 22, 2011,

beginning at 9:00 AM, and continuing from day to day until completed. The deposition will take

place at the offices of Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue

NW, Washington, DC 20006. The testimony shall be before a notary public or other person

authorized to administer oaths. Testimony shall be recorded by stenographic means, and may

also be videotaped.

Counsel for defendants are invited to attend and cross-examine.

Respectfully submitted,

AMDOCS (ISRAEL) LIMITED

By their attorneys,

Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
Attorney for Plaintiff
Amdocs (Israel) Limited

*Of counsel:*

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone:  (212) 230-8800
Fax:  (212) 230-8888

Attorneys for Plaintiff

Dated:    April 20, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2011, I caused to be served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via email and hand delivery to counsel's office the foregoing Plaintiff's Notice of Deposition of Mary Woodford:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Michelle E. Kanter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli         :     Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

                               :

           Plaintiff,       :     **JURY TRIAL DEMANDED**

                               :

   v.

                               :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an   :
Irish Corporation,

                               :

          Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PLAINTIFF'S NOTICE OF DEPOSITION OF PATRICK MCDANIEL

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Patrick McDaniel

pursuant to Federal Rule of Civil Procedure 30 on Thursday, May 5, 2011, beginning at 9:00

AM, and continuing from day to day until completed.  The deposition will take place at the

offices of WilmerHale, 1875 Pennsylvania Ave NW, Washington, DC 20006.  The testimony

shall be before a notary public or other person authorized to administer oaths.  Testimony shall

be recorded by stenographic means, and may also be videotaped.

Counsel for defendants are invited to attend and cross-examine.

Respectfully submitted,

AMDOCS (ISRAEL) LIMITED

By their attorneys,

Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
Attorney for Plaintiff
Amdocs (Israel) Limited


*Of counsel:*

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
Victor F. Souto, *pro hac vice*
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone:  (212) 230-8800
Fax:  (212) 230-8888

Attorneys for Plaintiff
Dated:   May 3, 2011

## CERTIFICATE OF SERVICE

  I hereby certify that on the 3rd day of May, 2011, I caused to be served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via email and hand delivery to counsel's office the foregoing Plaintiff's Notice of Deposition of Patrick McDaniel:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Michelle E. Kanter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli     :    Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

                                :

               Plaintiff,         **JURY TRIAL DEMANDED**

                                :

    v.                                      :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an     :
Irish Corporation,

                                :

              Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S NOTICE OF DEPOSITION OF MICHAEL SHAMOS**

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Michael Shamos

pursuant to Federal Rule of Civil Procedure 30 on Wednesday, May 4, 2011, beginning at 9:00

AM, and continuing from day to day until completed.  The deposition will take place at the

offices of WilmerHale, 1875 Pennsylvania Ave NW, Washington, DC 20006.  The testimony

shall be before a notary public or other person authorized to administer oaths.  Testimony shall

be recorded by stenographic means, and may also be videotaped.

       Counsel for defendants are invited to attend and cross-examine.

                           Respectfully submitted,

                           AMDOCS (ISRAEL) LIMITED

                           By their attorneys,

*Gregory H. Lentier / MEK*

Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 663-6000
Fax: (202) 663-6363
Attorney for Plaintiff
Amdocs (Israel) Limited

*Of counsel:*

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
Victor F. Souto, *pro hac vice*
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Plaintiff
Dated:   May 3, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2011, I caused to be served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via email and hand delivery to counsel's office the foregoing Plaintiff's Notice of Deposition of Michael Shamos:

Brian H. Pandya, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Michelle E. Kanter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli      :     Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

               : 

                 Plaintiff,     :     **JURY TRIAL DEMANDED**

        v.                       : 

OPENET TELECOM, INC., a Delaware       : 
Corporation, and OPENET TELECOM LTD., an    : 
Irish Corporation, 

                Defendants.    : 

                                : 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **PLAINTIFF'S NOTICE OF DEPOSITION OF NOEL O'RAFFERTY**

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Noel O'Rafferty

pursuant to Federal Rule of Civil Procedure 30 on March 9, 2011, beginning at 9:00 AM, and

continuing from day to day until completed.  The deposition will take place at the law offices of

WilmerHale,1875 Pennsylvania Avenue, N.W., Washington, D.C.  20006.  The testimony shall

be before a notary public or other person authorized to administer oaths. Testimony shall be

recorded by stenographic means, and may also be videotaped.

## CERTIFICATE OF SERVICE

I hereby certify that on the 09th day of February, 2011, I served on the following counsel for Openet Telecom, Inc. via email and hand delivery to counsel's office the foregoing Plaintiff's Notice of Deposition of Noel O'Rafferty:

Brian Himanshu Pandya, Esq.
James H. Wallace, Jr., Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Michelle E. Kanter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli   :   Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

                                 :

              Plaintiff,   **JURY TRIAL DEMANDED**

                                 :

   v.

                                 :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an   :
Irish Corporation,

                                 :

             Defendants.

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S NOTICE OF DEPOSITION OF JOSEPH HOGAN

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Joseph Hogan pursuant

to Federal Rule of Civil Procedure 30 on February 10, 2011, beginning at 9:00 AM, and

continuing from day to day until completed.  The deposition will take place at the law offices of

WilmerHale, 1875 Pennsylvania Avenue, N.W., Washington, D.C.  20006.  The testimony shall

be before a notary public or other person authorized to administer oaths.  Testimony shall be

recorded by stenographic means, and may also be videotaped.

      Counsel for defendants are invited to attend and cross-examine.

                                Respectfully submitted,

                                AMDOCS (ISRAEL) LIMITED

                                By their attorneys,

Gregory H. Lantier (Bar. No. 65657)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
Attorney for Plaintiff
Amdocs (Israel) Limited


*Of counsel:*

Nels T. Lippert, *pro hac vice*
Laura A. Sheridan, *pro hac vice*
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone:  (212) 230-8800
Fax:  (212) 230-8888

Attorneys for Plaintiff
Dated:    January 26, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2011, I caused to be served on the following counsel for Openet Telecom, Inc. and Openet Telecom, Ltd. via email and hand delivery to counsel's office the foregoing Plaintiff's Notice of Deposition of Joseph Hogan:

Brian Himanshu Pandya, Esq.
James H. Wallace, Jr., Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Gregory H. Lantier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMDOCS (ISRAEL) LIMITED, an Israeli    :   Case No. 1:10-CV-910 (LMB/TRJ)
Corporation,

            :

           Plaintiff,       **JURY TRIAL DEMANDED**

            :

    v.                   :

OPENET TELECOM, INC., a Delaware
Corporation, and OPENET TELECOM LTD., an    :
Irish Corporation,

            :

           Defendants.

            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFF'S SECOND NOTICE OF DEPOSITION OF OPENET TELECOM, LTD.

**PLEASE TAKE NOTICE** that plaintiff Amdocs (Israel) Ltd. ("Amdocs"), by and

through their attorneys, will take the deposition upon oral examination of Openet Telecom, Ltd.

("Openet") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, commencing at

9:00 a.m. on Wednesday, March 26, 2011, at the offices of Wilmer Cutler Pickering Hale and

Dorr LLP, 1875 Pennsylvania Ave NW, Washington, DC 20006, or at such other time and place

as agreed by counsel. The testimony shall be before a notary public or other person authorized to

administer oaths. Testimony shall be recorded by stenographic means, and will also be

videotaped.

Pursuant to Fed. R. Civ. P. 30(b)(6), Openet is required to produce one or more officers,

directors, managing agents, or other persons who are designated and consent to testify on its

behalf as to each of the subject matters set forth in Schedule A, attached hereto. The deposition

will proceed in accordance with the Federal Rules of Civil Procedure and will continue from day to day until completed, unless otherwise agreed.

Openet is requested to identify in writing to Amdocs, on or before Tuesday, January 18, 2011, the one or more officers, directors, managing agents, or other persons who consent to testify on its behalf and the subject matters on which each person will testify. You are invited to attend and cross-examine.

### SCHEDULE A

### Definitions

1.      The term document as used in the Notice is synonymous in meaning and equal in scope to this term as used in Fed.R.Civ.P. 34(a) and includes, without limitation, tangible things and any information-containing paper or other medium or materials, whether handwritten, printed, recorded, filmed, or produced by any other mechanical, chemical, or electronic process, whether or not asserted to be privileged or immune from discovery, and whether a draft, original, or copy, including any notes or marginal notations appearing on any document, including self-stick removable notes.

2.      "Openet," "You," and "Your" mean and refer to Openet Telecom, Inc., and each of its predecessors, present or former parents, subsidiaries, affiliated or controlled companies or joint ventures, their respective directors, officers, employees, agents, attorneys, accountants and any other person who acted on or purported to act on their or any of their behalf.

3.      "XACCT" means XACCT Technologies, Ltd., and each of its predecessors, present or former parents, subsidiaries, affiliated or controlled companies or joint ventures, their respective directors, officers, employees, agents, attorneys, accountants and any other person who acted on or purported to act on their or any of their behalf.

4.      "Amdocs" means Amdocs (Israel), Ltd., and each of its predecessors, present or former parents, subsidiaries, affiliated or controlled companies or joint ventures, their respective directors, officers, employees, agents, attorneys, accountants and any other person who acted on or purported to act on their or any of their behalf.

5.      "Patents-in-suit" means any or all of United States Patent Nos. 6,836,797 ("the '797 patent"), 7,631,065 ("the '065 patent"), 6,947,984 ("'984 patent") and 7,412,510 ("'510 patent").

6.      "Accused Openet Products" means any or all of the products sold or offered for sale by or licensed or offered for license by Openet in the United States which may be used or licensed to use to collect, process, generate, and/or mediate data streams from heterogeneous network elements in a network system, including without limitation, products marketed and/or sold and/or licensed under the names FusionWorks, FusionWorks Convergent Mediation, Convergent Charging, Network Edge Rating, Policy Manager, and/or any other product made by or for, used, or sold, or offered for sale, or licensed or offered for license by Openet which has substantially the same structure or operates in substantially the same way.

7.      "And" and "or" should be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

## Subjects of Examination

1.      Openet's knowledge, notice, and/or consideration of the '510 and '984 patents, and the factual basis for Openet's contentions, and any advice or opinions of counsel which Openet has received, that (1) the Accused Openet Products do not infringe the claims of the '510

and/or '984 patents and/or (2) the claims of the '510 and '984 patents are invalid and/or unenforceable, and any efforts undertaken by Openet to avoid infringement of the patents-in-suit.

2.      The factual basis for Openet's contention that any infringement by Openet of the '510 and '984 patents has not been willful.

3.      Each Data Stream Decoder (DSD) Rule[1] written by Openet for each of its U.S. customers, including but not limited to the function, purpose, and operation of each such Rule, the date on which the Rule was written and implemented for each customer, and the contract or other agreement pursuant to which each such Rule was written.

4.      Each Data Stream Decoder (DSD) Rule implemented by each of Openet's U.S. customers and written by an entity other than Openet, including but not limited to the function, purpose, and operation of each such Rule, the date on which the Rule was written for each customer, and all assistance provided by Openet in furtherance of the writing or implementation of each such Rule.

5.      Instruction and training provided by Openet to its customers in the United States relating to the Accused Openet Products.

Openet's agreements with its U.S. Customers, including but not limited to an identification of each such agreements, the nature of each such agreement, the services provided by Openet under each such agreement, and the payments due to and received by Openet under each such agreement.

---

[1]      *See* OPENET00037737; OPENET00037407.

Respectfully submitted,

AMDOCS (ISRAEL) LIMITED

By their attorneys,

Gregory H. Lantier (Bar. No. 65657)
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
Attorney for Plaintiff
Amdocs (Israel) Limited

*Of counsel:*

Nels T. Lippert
S. Calvin Walden
Laura A. Sheridan
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Phone:  (212) 230-8800
Fax:  (212) 230-8888

Attorneys for Plaintiff
Dated:   February 8, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2011, I caused to be served on counsel for Openet Telecom via hand delivery to counsel's office the foregoing.

Brian Himanshu Pandya, Esq.
James H. Wallace, Jr., Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Gregory H. Lantier