**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMDOCS (ISRAEL) LIMITED, an Israeli Corporation, | )<br>)<br>) Case No. 1:10-cv-910 (LMB/TRJ)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| OPENET TELECOM, INC., a Delaware Corporation, and OPENET TELECOM LTD., an Irish Corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**JOINT STIPULATION REGARDING**
**STAY OF COST AWARD PENDING APPEAL**


James L. Quarles III
Gregory H. Lantier
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Pursuant to Federal Rule of Civil Procedure 62(d) and Eastern District of Virginia Local Rule 62(B), Plaintiff Amdocs (Israel) Limited ("Amdocs"), and Defendants Openet Telecom, Inc. and Openet Telecom Limited ("Openet") (collectively, the "Parties") hereby stipulate and agree as follows:

1.      On February 3, 2011, Amdocs filed an Amended Complaint against Openet alleging infringement of U.S. Patent Nos. 7,631,065, 6,836,797, 7,412,510, and 6,947,984 (collectively, the "asserted patents").  (Dkt. 50)

2.      On February 22, 2011, Openet filed Counterclaims of non-infringement, invalidity, and unenforceability of the asserted patents.  (Dkt. 55)

3.      On January 22, 2013, the Court issued a Memorandum Opinion granting summary judgment of non-infringement of the asserted patents in favor of Openet, granting summary judgment of no inequitable conduct in favor of Amdocs, and dismissing Openet's invalidity counterclaims.  (Dkt. 259)

4.      On January 23, 2013, the Court entered final judgment in favor of Openet (the "Judgment") (Dkt. 261) and, on February 19, 2013, Amdocs timely appealed the Judgment to the United States Court of Appeals for the Federal Circuit (the "Appeal") (Dkt. 264).

5.      On March 21, 2013, the Court awarded Openet costs in the amount of $ 89,207.90 (the "Cost Award").  (Dkt. 279)

6.      The Parties hereby agree and stipulate that, pursuant to Fed. R. Civ. P. 62(d) and Local Rule 62(B), upon the approval of this Stipulation, any and all proceedings to enforce the Cost Award shall be stayed pending disposition of the Appeal, through and until the issuance of the mandate by the Federal Circuit.  The Parties further agree and stipulate that, should the

Appeal result in affirmance of the Judgment, Amdocs shall remit payment of the full amount of

the Cost Award plus interest in the amount of 2.5% APR.

So stipulated and respectfully submitted,          Dated: April 5, 2013

_____/s/_____          _____/s/_____
James L. Quarles III (Va. Bar No. 44993)          James H. Wallace, Jr., *pro hac vice*
Gregory H. Lantier (Va. Bar No. 65657)          Anthony H. Son, *pro hac vice*
*Attorneys for Amdocs (Israel) Limited*          Brian H. Pandya (Va. Bar No. 72233)
WILMER CUTLER PICKERING          Joseph Shin (Va. Bar No. 79051)
          HALE AND DORR LLP          *Counsel for Defendants Openet Telecom,*
1875 Pennsylvania Avenue NW          *Inc. and Openet Telecom Ltd.*
Washington, DC 20006          WILEY REIN LLP
Phone: (202) 663-6000          1776 K Street NW
Fax: (202) 663-6363          Washington, D.C.  20006
james.quarles@wilmerhale.com          Phone: (202) 719-7000
gregory.lantier@wilmerhale.com          Fax: (202) 719-7049

Nels T. Lippert, *pro hac vice*
S. Calvin Walden, *pro hac vice*
*Counsel for Amdocs (Israel) Limited*
WILMER CUTLER PICKERING
          HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Fax: (212) 230-8888
nels.lippert@wilmerhale.com
calvin.walden@wilmerhale.com

**SO ORDERED.**

Dated: _____          _____
          Hon. Leonie M. Brinkema
          United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify on the 5th day of April, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brian H. Pandya, Esq.
(Attorney for Openet Telecom, Inc. and Openet Telecom, Ltd.)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
bpandya@wileyrein.com

_____/s/_____
Gregory H. Lantier (Va. Bar. No. 65657)
*Attorney for Amdocs (Israel) Limited*
WILMER, CUTLER, PICKERING,
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
gregory.lantier@wilmerhale.com