IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMDOCS (ISRAEL) LIMITED, an )
Israeli Corporation, )
  )
        Plaintiff, )
  )    1:10cv910 (LMB/TRJ)
    v. )
  )
OPENET TELECOM, INC., a )
Delaware Corporation, <u>et al.</u>, )
  )
        Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Judgment on the Pleadings [Dkt. No. 293] is GRANTED, and it is hereby

ORDERED that judgment be and is entered in favor of the defendants.

The Clerk is directed to enter judgment in defendants' favor pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 24th day of October, 2014.

Alexandria, Virginia

                                                    /s/
_____
Leonie M. Brinkema
United States District Judge